THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. Russell Stedman (SBN 117130)
Jennifer N. Lee (SBN 230727)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, CA 94108
Tel.: (415) 434-2800
Fax.: (415) 434-2533
Email: rstedman@barwol.com
       jlee@barwol.com

Co-Counsel for NEW YORK LIFE INSURANCE CCOMPANY only

ORIGINAL FILED

AUG - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, NEW YORK LIFE<br>INSURANCE COMPANY, THE<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 20 inclusive,<br><br>  Defendants | Case No.: C 07 4088<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for defendants Unum Group (formerly known as UnumProvident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation) and New York Life Insurance Company, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Unum Group

UnumProvident Corporation

First Unum Life Insurance Company

Unum Life Insurance Company

Unum Corporation

The Paul Revere Life Insurance Company

KELLY, HERLIHY & KLEIN LLP

Dated: August __, 2007        By_____
John C. Ferry
Attorneys for Defendants
UNUM GROUP (Formerly known as UNUMPROVIDENT CORPORATION) and FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION)

E:\27132\P02.doc

-1-

CERTIFICATE OF INTERESTED PARTIES

CASE NO. _____