1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
8  FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
   CORPORATION) and NEW YORK LIFE INSURANCE COMPANY
9
10 J. Russell Stedman (SBN 117130)
   Jennifer N. Lee (SBN 230727)
11 BARGER & WOLEN LLP
   650 California Street, 9th Floor
12 San Francisco, CA 94108
   Tel.: (415) 434-2800
13 Fax.: (415) 434-2533
14 Email: rstedman@barwol.com
          jlee@barwol.com
15
16 Co-Counsel for NEW YORK LIFE INSURANCE CCOMPANY only

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

20 LYLE HUGHES,                              ) Case No.: C 07 4088 JL
                                              )
21         Plaintiff,                         )
                                              ) **CERTIFICATE OF SERVICE OF**
22      vs.                                   ) **NOTICE OF REMOVAL AND**
                                              ) **ACCOMPANYING U.S. DISTRICT**
23 UNUMPROVIDENT CORPORATION;                 ) **COURT DOCUMENTS**
   UNUM CORPORATION, NEW YORK LIFE            )
24 INSURANCE COMPANY, THE                     )
   COMMISSIONER OF THE CALIFORNIA             )
25 DEPARTMENT OF INSURANCE, and DOES          )
   1 through 20 inclusive,                    )
26                                            )
27         Defendants                         )
                                              )
28 ─────────────────────────────

CERTIFICATE OF SERVICE

CASE NO. C 07 4088 JL

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California.
3  My business address is 44 Montgomery Street, Suite 2500, San Francisco,
4  California 94104. I am over the age of 18 years and not a party to the foregoing
5  action.

6  On August 9, 2007, I served a copy of the **NOTICE OF REMOVAL OF CIVIL**
7  **ACTION TO FEDERAL COURT**, on the interested parties in this action, along with
8  the following documents:

    1. U.S. District Court Northern California ECF Registration Information Handout;

    2. Welcome to the U.S. District Court, San Francisco handout;

    3. Notice of Assignment of Case to a United States Magistrate Judge for Trial;

    4. Consent to Proceed Before a United States Magistrate Judge;

    5. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

    5. Order Setting Initial Case Management Conference and ADR Deadlines;

    6. Standing Order for All Judges of the Northern District of California; and

    7. Certificate of Interested Parties

by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, and addressed to:

1  Ray Bourhis, Esq.                          Attorneys for Plaintiff
2  Lawrence Mann, Esq.                        LYLE HUGHES
   Bourhis & Mann
3  1050 Battery Street
4  San Francisco, CA 94111

5

6  At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the
7  correct amount of postage and is deposited that same day, in the ordinary course of
8  business, in a United States mailbox in the City of San Francisco, California.

9

10      I declare under penalty of perjury and the laws of the State of California that
11 the foregoing is true and correct and that this declaration was executed on August
12 2, 2007, at San Francisco, California.
13

14                                           _____
15                                                  CIARA GARLITOS
16

17

18 E:\27132\P05.doc

-2-

CERTIFICATE OF SERVICE
CASE NO. CASE NO. C 07 4088 JL