```
Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
```
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff LYLE HUGHES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>  Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION, UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 through 20, inclusive<br><br>  Defendants. | Case No.: C 07-4088 PJW **(E-FILING)**<br><br>PLAINTIFF LYLE HUGHES' NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447(c))<br><br>[Filed concurrently with Plaintiff's Points and Authorities in Support Thereof; Declarations of Bennett M. Cohen and Plaintiff Lyle Hughes In Support Thereof]<br><br>DATE:  Wednesday, October 31, 2007<br>TIME:  9:00 A.M.<br>DEPT:  Courtroom 3, 17TH Floor<br><br>TRIAL DATE:  Not Yet Set |

PLEASE TAKE NOTICE that on Wednesday, October 31, 2007 at 9:00 a.m. or as soon thereafter as counsel may be heard in Courtroom 3, 17th Floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102 Plaintiff LYLE HUGHES will and does hereby move the Court for remand of this matter back to State Court and for fees and costs incurred in obtaining them as a result of the removal.

1

Case No.: C 07-4088 PJW **(E-FILING)**

PLAINTIFF LYLE HUGHES' NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE
COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447(c))

1 | The motion is made on the basis that the removing parties fail to establish in their Notice of Removal either diversity of citizenship or a federal question entitling the federal courts to assume jurisdiction and, further, that the Notice of Removal is procedurally defective. This motion is based upon this notice and motion, the attached memorandum of points and authorities, the attached declarations of Bennett M. Cohen and Lyle Hughes, the pleadings on file in this action and upon such oral argument as shall be allowed at the hearing of this motion.

Dated: September 11, 2007

**BOURHIS & MANN**

By: *[signature]*
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Attorneys for Plaintiff LYLE HUGHES

**PROOF OF SERVICE**
*Lyle Hughes v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-4088 PJH*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On September 11, 2007, I will serve the following documents:

NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax:  (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com | (CO-COUNSEL FOR NEW YORK LIFE INSURANCE COMPANY **ONLY**)<br><br>J. Russell Stedman, Esq., SBN 117130<br>Jennifer N. Lee, Es2q. SBN 230727<br>BARGER & WOLEN<br>650 California Street, 9th Floor<br>San Francisco, CA 94108<br>Tel: (415) 434-2800<br>Fax: (415) 434-2533<br>Email: rstedman@barwol.com; jlee@barwol.com |

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on September 11, 2007.

*/s/ Mary M. Martin*
Mary M. Martin

3
Case No.: C 07-4088 PJW **(E-FILING)**

PLAINTIFF LYLE HUGHES' NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447(c))