1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660
5  Fax: (415) 421-0259

6
   Attorneys for Plaintiff, LYLE HUGHES
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  LYLE HUGHES,                                )  **Case No.:  C 07-4088 PJW (E-FILING)**
                                                )
12            Plaintiff,                        )
                                                )  DECLARATION OF PLAINTIFF LYLE
13  v.                                          )  HUGHES IN SUPPORT OF PLAINTIFF
                                                )  LYLE HUGHES MOTION FOR REMAND
14  UNUMPROVIDENT CORPORATION;                  )  BACK TO STATE COURT
    UNUM CORPORATION, NEW YORK                  )
15  LIFE INSURANCE COMPANY, THE                 )  DATE :   Wednesday, October 31, 2007
16  COMMISSIONER OF THE CALIFORNIA              )  TIME :   9:00 A.M.
    DEPARTMENT OF INSURANCE and                 )  PLACE:   Courtroom 3, 7th Floor
17  DOES 1 – 20, inclusive,                     )
                                                )  Filed concurrently with Notice of Motion and
18            Defendants.                       )  Motion for Remand; Motion for Remand;
                                                )  Declaration of Bennett M. Cohen, Esq.;
19                                              )  {PROPOSED} Order]
                                                )
20                                              )  TRIAL DATE:  NONE SET
                                                )
21  _____    )

22

23        I, Lyle Hughes, hereby declare:

24        1.      I am the Plaintiff in this case.  I have personal knowledge of the facts stated in this

25  Declaration and, if called to testify I could and would so testify.

26        2.      Attached to my Declaration as Exhibit A is a true and correct copy of the

27  disability insurance policy I received from New York Life Insurance Company bearing Policy

28                                              1

Number QN6-82 and under which I was insured.  (I refer to this policy below as the NYLIC Policy.)   This policy was offered to me by New York Life Insurance Company as an independent insurance agent.

3.      To the best of my knowledge, the only group disability policy under which I was ever insured is the NYLIC Policy.

4.      When I became insured under the NYLIC Policy and during the entire time I was insured under this policy, I was an independent insurance agent.  The name of my company was first Lyle H. Hughes Insurance Services and then Total Access Benefits And Insurance Services, Inc.  When I became insured under this policy and the entire time I was insured under this policy, I considered myself an independent contractor and not an employee of New York Life Insurance Company. During this entire time, I had my own company letterhead.

5.      When I became insured under the NYLIC Policy and during the entire time I was insured under this policy, as best I recall, I sold insurance policies for at least 20 other insurance companies in addition to those I sold for New York Life Insurance Company.  Many of these other insurance companies for whom I sold policies were competitors of New York Life Insurance Company.

6.      During this entire time I was insured under the NYLIC Policy, I set my own hours for work and hired my own employees without any input or interference by New York Life Insurance Company.  I also developed and followed my own office procedures in connection with the business of marketing and selling insurance policies.

7.      During this entire time I was insured under the NYLIC Policy, I rented my own office space for my business as an insurance agent. For a number of years early in my career as an independent insurance agent, I rented office space from New York Life Insurance Company. During this time, I carried on my own business, as I recall, under the name Lyle H. Hughes Insurance Services and used my own letterhead. During this time, as stated, I sold insurance policies for other insurance companies and competitors of New York Life Insurance Company,

2

Case No.:  C 07-4088 PJW (E-FILING)
DECLARATION OF PLAINTIFF LYLE HUGHES IN SUPPORT OF MOTION FOR
REMAND BACK TO STATE COURT

1  determined my own hours and office procedures and paid my own employees from my own

2  money.

3      8.    During the time I was insured under the NYLIC Policy, I was paid by New York

4  Life Insurance Company on a commission basis only.  New York Life Insurance Company never

5  paid me or any of my employees a salary during this time.

6      9.    During the time I was insured under the NYLIC Policy and received commissions

7  from New York Life Insurance Company, I also received commissions from more than 20 other

8  insurance companies for which I sold insurance.

9      10.   As best I can recall, during the first year I was insured under this policy and all

10 years thereafter, I sold policies for other insurance companies.  New York Life Insurance

11 Company was regularly advised that I was selling insurance policies for other insurance

12 companies.  As best I can recall, during the time I was insured under this policy, I would disclose

13 in writing annually to New York Life Insurance Company that I was selling insurance policies

14 for other insurance companies.  During this entire time I was making these disclosures, New

15 York Life Insurance Company maintained its business relationship with me and I continued to

16 sell New York Life Insurance Company insurance products and receive commissions for these

17 sales.

18      11.   During the entire time I was insured under the NYLIC Policy, I was the owner of

19 my company named Lyle H. Hughes Insurance Services and then Total Access Benefits And

20 Insurance Services, Inc., and I was the only person working in my company who was ever

21 insured under this policy.

22

23      I declare under penalty of perjury that the foregoing is true and correct.  Executed this

24 11th day of September, 2007, at Modesto, California.

25

26

27

28

Case No.:  C 07-4088 PJW (E-FILING)
DECLARATION OF PLAINTIFF LYLE HUGHES IN SUPPORT OF MOTION FOR
REMAND BACK TO STATE COURT

1

Lyle H. Hughes

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No.:  C 07-4088 PJW (E-FILING)**
DECLARATION OF PLAINTIFF LYLE HUGHES IN SUPPORT OF MOTION FOR
REMAND BACK TO STATE COURT

Case 3:07-cv-04088-PJH    Document 12    Filed 08/14/2007    Page 5 of 30

# Nylic Contract

# Nylic
# No. QN6
# -82

## New York Life Insurance Company, Jan. 1982

EXHIBIT "A"

# CONTENTS

**Section**  **Page**

1. Nylic Membership 1
   a. Conditions of Nylic Membership 1
   b. Termination of Nylic Membership 2

2. Definitions 2
   a. Nylic Year 2
   b. Nylic Count Insurance 2
   c. Persisting Insurance 3

3. Drawing Nylic Income 3
   a. Base 3
   b. Rates 5
   c. Method of Calculation 5

4. Senior Nylic Income Beginning in the 21st Nylic Year 5
   a. Base 5
   b. Rate 6
   c. Method of Calculation 6

5. Increases in Senior Nylic Income 6
   a. Base 6
   b. Rates 7
   c. Method of Calculation 7

6. Senior Nylic Income Reduced if Agent Has a Survivorship 7
   Arrangement under the Nylic Retirement Plan

# CONTENTS (continued)

| Section | Page |
|---|---|
| 7. Physical Incapacity Benefit | 7 |
|   a. Physical Incapacity Benefit for Disabilities Commencing in Nylic Years 6 through 15 | 8 |
|   b. Physical Incapacity Benefit for Disabilities Commencing in Nylic Years 16 through 20 | 8 |
|   c. Physical Incapacity Benefit for Disabilities Commencing in Nylic Years 21 through 30 | 9 |
| 8. General Rules Applicable to the Calculation and Payment of Nylic Income | 9 |
|   a. Date of Nylic Income Payments | 9 |
|   b. Nylic Count Insurance — Additional Rules | 9 |
|   c. Health Policies — Special Rules | 10 |
|   d. Nylic Year in Which Nylic Count Insurance is Obtained | 10 |
|   e. Agent's Indebtedness | 11 |
|   f. Assignment of Nylic | 11 |
|   g. Amendment | 11 |
|   h. Exceptions | 11 |
| Table I — Method of Calculating Monthly Drawing Nylic Income | 12 |
| Table II — Method of Calculating Monthly Senior Nylic Income Beginning in the 21st Nylic Year | 13 |
| Table III — Method of Calculating Increases in Monthly Senior Nylic Income | 14 |
| Table IV — Illustrative Survivorship Arrangement Factors | 15 |
| Illustrations | 16 |
|   Method of Calculating Monthly Nylic Income | 17 |
|     Nylic Years 3 — 20 Inclusive | 17 |
|     Beginning in the 21st Nylic Year | 18 |
|     Beginning in the 26th Nylic Year | 19 |
|     Beginning in the 31st Nylic Year | 20 |
|     Beginning in the 36th Nylic Year | 21 |

# NYLIC NO. QN6-82

"Nylic" is derived from the initial letters of the words that make up the corporate name, New York Life Insurance Company (the Company). Nylic is not used here as a reference to the Company, but instead is a name for the contract under which an eligible Agent of the Company may become a member of a body of persistent and successful Agents and receive the benefits of that membership.

Agents of New York Life Insurance Company eligible to qualify for membership in Nylic are in business for themselves. The Agent is his or her own master. Within the authority granted by the Agent's Contract, and subject to its provisions, the Agent is free to operate without direction and control by the Company as to the persons from whom the Agent will obtain applications and as to the time, place, method and manner of obtaining applications and of performance under such contract.

The Agent's freedom of action and the Agent's earnings from the Nylic Contract are incentives for persistent and sustained production of new business. Nylic offers to each eligible Agent the opportunity, year after year, under specified conditions, to qualify for and to receive specified benefits based on the Agent's actual production results. These benefits are in addition to the commissions that are provided for in the Agent's Contract.

The Nylic Contract governs the payment of Nylic income, and consists of this Booklet and the Application for Membership in Nylic No. QN6-82. The Application must be signed by the Agent and approved by New York Life. The countersigned copy of the completed and approved Application should be kept with this Booklet.

## 1. Nylic Membership

To apply for membership in Nylic, an Agent must operate under an Agent's Contract (Form QN6-82) for at least one year, and must submit to the Company a signed Application for Membership in Nylic No. QN6-82. If the Application for Membership in Nylic is approved by an Executive Officer of the Company, a copy of the countersigned and approved Application will be returned to the Agent; and membership in Nylic will begin with the effective date of the Agent's Contract (Form QN6-82).

### a. *Conditions of Nylic Membership*

To qualify for and maintain membership in Nylic, an Agent must continuously comply with the following Conditions from the effective date of his or her Agent's Contract (Form QN6-82):

(1) Operate under an Agent's Contract (Form QN6-82, or any subsequent contract designated in writing by an Executive Officer of the Company as one under which the Agent will be eligible for a Nylic Contract) and comply with all its terms; and

(2) Obtain Nylic Count Insurance in each Nylic Year of not less than $250,000 (health policies and policies on the Agent's life will not count toward the $250,000 requirement, although they may count in determining Nylic income); and

(3) Not engage in any other business or occupation for remuneration or profit without the written consent of the Company; and

(4) Not represent any other insurance company.

1

**b.** *Termination of Nylic Membership*

An Agent's Nylic membership will terminate when:

(1) The Agent dies; or

(2) His or her Agent's Contract (Form QN6-82) is terminated, whether with or without cause; or

(3) The Agent retires or reaches his or her latest possible retirement date under the Nylic Retirement Plan; or

(4) The Agent begins to receive monthly Physical Incapacity Income payments; or

(5) The Agent fails to comply at any time with any of the Conditions of Subsection 1.a. above concerning Nylic membership (except that the $250,000 production requirement of Condition (2) will not apply after the Agent has completed 30 Nylic Years).

Nylic membership will also terminate upon written notice by the Company if the Agent fails to comply with any other terms or provisions of this Contract. Termination of Nylic membership will terminate the Nylic Contract and the Agent's rights and benefits under the Nylic Contract, and no further payments of any kind will be due under it (except as provided in Section 7 on Physical Incapacity Benefits).

## 2.  Definitions

"Nylic Year", "Nylic Count Insurance", and "Persisting Insurance" have the meanings set forth below. These terms are used in Sections 3, 4, 5, and 7, which describe the calculation of Nylic Income and Physical Incapacity Income, and are also used in other sections of this Contract.

**a.**  *Nylic Year*

A Nylic Year consists of 12 consecutive calendar months of an Agent's Nylic membership and coincides with each Contract Year as defined in his or her Agent's Contract (Form QN6-82).

An Agent's first Nylic Year begins, subject to the conditions in Section 1, on the effective date of his or her Agent's Contract and ends on the last day of the same calendar month in the following calendar year. Each Nylic Year thereafter consists of the following 12 consecutive calendar months.

**b.**  *Nylic Count Insurance*

Nylic Count Insurance is the basic face amount (except as otherwise designated in writing by an Executive Officer of the Company) of New York Life individual policies of life and endowment insurance issued on applications personally obtained by the Agent, on which at least one full year's premium has been paid to, and received by, the Company in due course. If a policy lapses, is cancelled, matures, or otherwise terminates before such payment and receipt have occurred, the policy will not count for Nylic.

The following policies are ineligible to count for Nylic: term insurance of whatever form, annuities, group insurance, single premium insurance, and other policies designated in writing by an Executive Officer of the Company as ineligible to count for Nylic.

Non-cancellable health policies and guaranteed renewable health policies issued on applications personally obtained by the Agent, on which at least one full year's premium has been paid to, and received by, the Company in due course, will also count for Nylic. The additional Nylic income payable with respect to health policies is calculated separately according to the formulas in Sections 3, 4, 5, and 7, after first applying a formula that converts health premiums into a face amount, as described in Subsection 8.c.

c.   *Persisting Insurance*

Persisting Insurance at the end of any Nylic Year is the Nylic Count Insurance remaining in force at the end of that Nylic Year. However, Nylic Count Insurance will not be considered in force for this purpose if it is under a nonforfeiture provision or has any premium in default.

## 3.   Drawing Nylic Income

Drawing Nylic Income is payable monthly to a Nylic member in the member's 3rd through 20th Nylic Years. Drawing Nylic Income will cease in any year with the last monthly payment due immediately prior to the time the Agent's membership in Nylic terminates, as provided in Subsection 1.b. Moreover, Drawing Nylic Income is not payable while the member is receiving Physical Incapacity Income under Subsection 7.a. or b.

The amount of monthly Drawing Nylic Income is determined by multiplying an income base by the applicable monthly income rate, as follows:

a.   *Base*

The base for Drawing Nylic Income payable in a particular Nylic Year is the amount of Nylic Count Insurance obtained in a specified earlier Nylic Year that is Persisting Insurance at the end of the Nylic Year immediately preceding payment, as follows:

*Nylic Year 3.* The base for Drawing Nylic Income payable in Nylic Year 3 is the Nylic Count Insurance obtained in Nylic Year 1 that is Persisting Insurance at the end of Nylic Year 2.

*Nylic Year 4.* The base for Drawing Nylic Income payable in Nylic Year 4 is the Nylic Count Insurance obtained in Nylic Year 2 that is Persisting Insurance at the end of Nylic Year 3.

*Nylic Year 5.* The base for Drawing Nylic Income payable in Nylic Year 5 is the Nylic Count Insurance obtained in Nylic Year 3 that is Persisting Insurance at the end of Nylic Year 4.

*Nylic Year 6.* The base for Drawing Nylic Income payable in Nylic Year 6 is the Nylic Count Insurance obtained in Nylic Year 1 that is Persisting Insurance at the end of Nylic Year 5.

*Nylic Year 7.* The base for Drawing Nylic Income payable in Nylic Year 7 is the Nylic Count Insurance obtained in Nylic Year 2 that is Persisting Insurance at the end of Nylic Year 6.

*Nylic Year 8.* The base for Drawing Nylic Income payable in Nylic Year 8 is the Nylic Count Insurance obtained in Nylic Year 3 that is Persisting Insurance at the end of Nylic Year 7.

3

*Nylic Year 9.* The base for Drawing Nylic Income payable in Nylic Year 9 is the Nylic Count Insurance obtained in Nylic Year 4 that is Persisting Insurance at the end of Nylic Year 8.

*Nylic Year 10.* The base for Drawing Nylic Income payable in Nylic Year 10 is the Nylic Count Insurance obtained in Nylic Year 5 that is Persisting Insurance at the end of Nylic Year 9.

*Nylic Year 11.* The base for Drawing Nylic Income payable in Nylic Year 11 is the Nylic Count Insurance obtained in Nylic Year 6 that is Persisting Insurance at the end of Nylic Year 10.

*Nylic Year 12.* The base for Drawing Nylic Income payable in Nylic Year 12 is the Nylic Count Insurance obtained in Nylic Year 7 that is Persisting Insurance at the end of Nylic Year 11.

*Nylic Year 13.* The base for Drawing Nylic Income payable in Nylic Year 13 is the Nylic Count Insurance obtained in Nylic Year 8 that is Persisting Insurance at the end of Nylic Year 12.

*Nylic Year 14.* The base for Drawing Nylic Income payable in Nylic Year 14 is the Nylic Count Insurance obtained in Nylic Year 9 that is Persisting Insurance at the end of Nylic Year 13.

*Nylic Year 15.* The base for Drawing Nylic Income payable in Nylic Year 15 is the Nylic Count Insurance obtained in Nylic Year 10 that is Persisting Insurance at the end of Nylic Year 14.

*Nylic Year 16.* The base for Drawing Nylic Income payable in Nylic Year 16 is the Nylic Count Insurance obtained in Nylic Year 11 that is Persisting Insurance at the end of Nylic Year 15.

*Nylic Year 17.* The base for Drawing Nylic Income payable in Nylic Year 17 is the Nylic Count Insurance obtained in Nylic Year 12 that is Persisting Insurance at the end of Nylic Year 16.

*Nylic Year 18.* The base for Drawing Nylic Income payable in Nylic Year 18 is the Nylic Count Insurance obtained in Nylic Year 13 that is Persisting Insurance at the end of Nylic Year 17.

*Nylic Year 19.* The base for Drawing Nylic Income payable in Nylic Year 19 is the Nylic Count Insurance obtained in Nylic Year 14 that is Persisting Insurance at the end of Nylic Year 18.

*Nylic Year 20.* The base for Drawing Nylic Income payable in Nylic Year 20 is the Nylic Count Insurance obtained in Nylic Year 15 that is Persisting Insurance at the end of Nylic Year 19.

b. *Rates*

The rates of monthly Drawing Nylic Income per $1,000 of Drawing Nylic Income base are as follows:

| For Monthly Drawing Nylic Income Payable In | Monthly Drawing Nylic Income Rate per $1,000 of Base |
|---|---|
| Nylic Years 3 through 5 | $.40 |
| Nylic Years 6 through 10 | .60 |
| Nylic Years 11 through 15 | .80 |
| Nylic Years 16 through 20 | 1.00 |

c. *Method of Calculation*

The method of calculating the monthly Drawing Nylic Income payable in any Nylic Year is shown in Table I.

### 4. Senior Nylic Income Beginning in the 21st Nylic Year

Senior Nylic Income is payable monthly to a Nylic member beginning in the member's 21st consecutive Nylic Year, and continuing in each of the member's Nylic Years after that. Senior Nylic Income will cease in any year with the last monthly payment due immediately prior to the time the Agent's membership in Nylic terminates, as provided in Subsection 1.b.

The amount of monthly Senior Nylic Income beginning in a member's 21st Nylic Year is determined by multiplying the income base by the monthly income rate, as follows:

a. *Base*

Senior Nylic Income payable beginning in the 21st Nylic Year is based on the amount and persistency of the Nylic Count Insurance obtained during the prior 20 Nylic Years. To derive this income base, the three factors described below are averaged by totalling them and dividing by three.

*Factor A*

The Nylic Count Insurance obtained in each of Nylic Years 1 through 15, respectively, that was Persisting Insurance at the end of the 4th Nylic Year following the Nylic Year in which it was obtained is averaged by totalling these Persisting Insurance amounts and dividing by 15.

*Factor B*

The Nylic Count Insurance obtained in each of Nylic Years 1 through 15, respectively, that was Persisting Insurance at the end of the 9th Nylic Year following the Nylic Year in which it was obtained, or at the end of the 20th Nylic Year, if sooner, is averaged by totalling these Persisting Insurance amounts and dividing by 15.

5

*Factor C*

The amounts of Nylic Count Insurance obtained in each of Nylic Years 16 through 20 are averaged by totalling these amounts and dividing by 5. This average amount of Nylic Count Insurance is then multiplied by a persistency ratio equal to the proportion of all Nylic Count Insurance obtained in Nylic Years 11 through 19 that is Persisting Insurance at the end of the 20th Nylic Year.

b.   *Rate*

The monthly rate of Senior Nylic Income payable beginning in the 21st Nylic Year is $1.10 per $1,000 of base.

c.   *Method of Calculation*

The method of calculating the monthly Senior Nylic Income payable beginning in the 21st Nylic Year is shown in Table II.

**5.   Increases in Senior Nylic Income**

Monthly Senior Nylic Income will be increased at the beginning of a Nylic member's 26th consecutive Nylic Year and again at the beginning of each 5th consecutive year of Nylic membership after that. After it starts, each increase in Senior Nylic Income will be payable as long as the Agent is a member of Nylic, and will cease with the last monthly payment due immediately prior to the time the Agent's membership in Nylic terminates, as provided in Subsection 1.b.

The amount of each increase in monthly Senior Nylic Income is determined by multiplying an income base by the applicable monthly income rate, as follows:

a.   *Base*

Increases in Senior Nylic Income beginning in the 26th Nylic Year, and after each additional period of 5 Nylic Years, are based on the amount and persistency of the Nylic Count Insurance obtained during the 10 Nylic Years immediately preceding the Nylic Year in which the increase begins.

To determine the appropriate income base, the amounts of Nylic Count Insurance obtained during the prior 10 year period are averaged by totalling these amounts and dividing by 10. This average amount of Nylic Count Insurance is then multiplied by a persistency ratio equal to the proportion of all Nylic Count Insurance obtained during the first 9 of those Nylic Years that is Persisting Insurance at the end of that period of 10 Nylic Years.

6

### b.    *Rates*

The rates of monthly Senior Nylic Income increase per $1,000 of base are as follows:

| For Increase in Monthly Senior Nylic Income Starting In | Monthly Rate of Increase in Senior Nylic Income Per $1,000 of Base |
|---|---|
| Nylic Year 26 | $.50 |
| Nylic Year 31 | .60 |
| Nylic Year 36 | .70 |
| Nylic Year 41 | .75 |
| Nylic Year 46 | .80 |
| Nylic Year 51 | .85 |

### c.    *Method of Calculation*

The method of calculating increases in monthly Senior Nylic Income is shown in Table III.

## 6.    Senior Nylic Income Reduced if Agent Has a Survivorship Arrangement under the Nylic Retirement Plan

The Senior Nylic Income formulas set forth in the preceding pages are used to calculate Senior Nylic Income payable to Nylic members who have a Single Life Arrangement under the Nylic Retirement Plan. Nylic members who have a Survivorship Arrangement under the Nylic Retirement Plan will have their Senior Nylic Income reduced in accordance with factors adopted by the Company for that purpose, as illustrated in Table IV.

Rules and other details concerning the Single Life and Survivorship Arrangements appear in the Nylic Retirement Plan.

## 7.    Physical Incapacity Benefit

A Nylic member who becomes totally disabled after having completed at least 5 Nylic Years, and as a result is totally incapacitated for work of any kind, will receive a Physical Incapacity Benefit under this Section.

To receive a Physical Incapacity Benefit, an Agent must furnish satisfactory proof of total disability and continuing total disability as required by the Company.

As described in Subsections a., b., and c. below, the benefit that an Agent receives will depend on the Nylic Year in which disability commences.

a.   *Physical Incapacity Benefit for Disabilities Commencing in Nylic Years 6 through 15*

Nylic members who become totally disabled in Nylic Years 6 through 15 will receive a monthly Physical Incapacity Income payment in accordance with Paragraphs (1) and (2) below, and Nylic membership will terminate on the last day of the month preceding the month in which the Physical Incapacity Income payments begin.

Physical Incapacity Income payments will begin one month after the due date of the last preceding Drawing Nylic Income payment provided under this Contract, and will be paid monthly during the continuance of total disability until the end of a period not exceeding 5 years in the aggregate, or if earlier, what would have been the Agent's latest possible retirement date under the Nylic Retirement Plan.

While Physical Incapacity Income is being paid, Drawing Nylic Income ceases, and no further Drawing Nylic Income is due.

(1)   *Agents Disabled in Nylic Years 6 through 10.* The amount of monthly Physical Incapacity Income will be the average of the monthly Drawing Nylic Income received in Nylic Years 6 through 10 and prior to disability, reduced by any Nylic Retirement Plan benefit received by the Agent under a Single Life Arrangement, or if received under a Survivorship Arrangement, the Single Life amount on which the Survivorship Arrangement amount is based.

(2)   *Agents Disabled in Nylic Years 11 through 15.* The amount of monthly Physical Incapacity Income will be the average of the monthly Drawing Nylic Income received in Nylic Years 11 through 15 and prior to disability, reduced by any Nylic Retirement Plan benefit received by the Agent under a Single Life Arrangement, or if received under a Survivorship Arrangement, the Single Life amount on which the Survivorship Arrangement amount is based.

b.   *Physical Incapacity Benefit for Disabilities Commencing in Nylic Years 16 through 20*

Nylic members who become totally disabled in Nylic Years 16 through 20 will receive a Physical Incapacity Benefit in accordance with Paragraphs (1) and (2) below:

(1)   *If the Agent is not eligible for a Disability Retirement Income* under the Nylic Retirement Plan because he or she is not totally and permanently disabled, the Company will waive the $250,000 production requirement in Paragraph (2) of Subsection 1.a. of his or her Nylic Contract for each continuous Nylic Year of disability, including the year of recovery.

If all other conditions of Nylic membership are met while the production requirement is being waived, the Agent will continue under this Nylic Contract and receive Nylic Income as if the disability had not occurred. Any Senior Nylic Income to which the Agent may become entitled will be determined on the basis of the Nylic Count Insurance actually obtained by the Agent. If the Agent obtains no Nylic Count Insurance in the year for which the production requirement is being waived, then zero will the amount of Nylic Count Insurance obtained in that Nylic Year.

(2)   *If the Agent is eligible for a Disability Retirement Income* under the Nylic Retirement Plan because he or she is totally and permanently disabled, the Agent's Nylic membership will terminate on the last day preceding the effective date of the Agent's

8

Disability Retirement. The Agent will receive monthly Physical Incapacity Income in an amount equal to the Drawing Nylic Income that would have been payable had the Agent not become disabled, reduced by any Nylic Retirement Plan benefit received by the Agent under a Single Life Arrangement, or if received under a Survivorship Arrangement, the Single Life Arrangement amount on which the Survivorship Arrangement amount is based.

Physical Incapacity Income payments will begin one month after the due date of the last preceding Drawing Nylic Income payment provided under this Contract, and will be paid during the continuance of total and permanent disability until the end of what would have been the Agent's 20th Nylic Year, or if earlier, what would have been the Agent's latest possible retirement date under the Nylic Retirement Plan.

While Physical Incapacity Income is being paid, Drawing Nylic Income ceases and no further Drawing Nylic Income is due.

c. *Physical Incapacity Benefit for Disabilities Commencing in Nylic Years 21 through 30*

The following Paragraphs (1) and (2) apply to Nylic members who become totally disabled in Nylic Years 21 through 30:

(1) *If the Agent is not eligible for a Disability Retirement Income* under the Nylic Retirement Plan because he or she is not totally and permanently disabled, the Company will waive the $250,000 production requirement in Paragraph (2) of Subsection 1.a. of his or her Nylic Contract for each continuous Nylic Year of disability, including the year of recovery.

If all other conditions of Nylic membership are met while the production requirement is being waived, the Agent will continue under this Nylic Contract and receive Senior Nylic Income as if the disability had not occurred. Any increases in Senior Nylic Income to which the Agent may become entitled will be determined on the basis of the Nylic Count Insurance actually obtained by the Agent. If the Agent obtains no Nylic Count Insurance in the year for which the production requirement is being waived then zero will be the amount of Nylic Count Insurance obtained in that Nylic Year.

(2) *If the Agent is eligible for a Disability Retirement Income* under the Nylic Retirement Plan because he or she is totally and permanently disabled, the Agent's Nylic membership will terminate with the last day preceding the effective date of the Agent's Disability Retirement, and no further income will be due under this Contract.

**8. General Rules Applicable to the Calculation and Payment of Nylic Income**

a. *Date of Nylic Income Payments*

The first monthly Nylic Income payment in any Nylic Year is due on the last day of the first month after the preceding Nylic Year ends. Subsequent monthly payments are due on the last day of each succeeding month.

b. *Nylic Count Insurance — Additional Rules*

The definition of Nylic Count Insurance in Subsection 2.b. of this Contract will be subject to the following additional rules:

(1) *Rescission.* Rescinded policies will not be considered Nylic Count Insurance.

(2) *Lapse and Reinstatement.* Policies that lapse and are later reinstated will be treated under this Contract as if there had been no lapse.

9

(3) *Shared Commissions.* If an Agent shares commissions on a policy with another Agent, the amount of any Nylic Count Insurance must be shared in the same proportion as are the commissions.

c.  *Health Policies — Special Rules*

Nylic income for health policies is calculated by determining a Commission Measure and then converting that Commission Measure into a face amount at a rate of $1,000 face amount for each $20 of Commission Measure. Commission Measure is derived by multiplying the policy's total yearly premium, as described below, by the first year commission rate.

The total yearly premium used to determine Nylic Count Insurance is the total yearly premium in effect when the final portion of the first year's premium is paid.

The total yearly premium used to determine Persisting Insurance at the end of any Nylic Year is the total yearly premium in effect at the end of that Nylic Year.

d.  *Nylic Year in Which Nylic Count Insurance is Obtained*

The Nylic Year in which Nylic Count Insurance will be considered to have been obtained is determined by the date of completion of the initial Part II (Medical or Non-Medical) of the Application, except as follows:

(1) If an additional policy requiring no new medical examination is applied for, the date of the Agent's request for issue, if later than the date of Part II, will determine the Nylic Year.

(2) Where term insurance is followed in the same policy by life or endowment insurance on an attained age basis, the effective date of the permanent insurance will determine the Nylic Year.

(3) Where term insurance is converted on an attained age basis, the Nylic Year will be determined by the date of the request to convert.

(4) Where term insurance is converted on an original age basis, the Nylic Year will be determined by the date of the request to convert; however, if all of the Agents effecting such a conversion are original Agents and are not retired under the Nylic Retirement Plan, and all elect to receive credit on an original age basis, the Nylic Year will instead be determined by the date of Part II of the application for the original term coverage.

(5) For a policy issued on a Guaranteed Issue Basis where a Part II is not required, the date of Part I will determine the Nylic Year.

(6) For a policy issued upon exercise of an option to purchase an additional policy where a Part II is not required, the policy date will determine the Nylic Year.

### e.    *Agent's Indebtedness*

The Company has a paramount and prior lien upon all Drawing Nylic Income, Senior Nylic Income, and Physical Incapacity Income to satisfy any indebtedness of the Agent to the Company, and may apply any sums becoming due directly to the liquidation of such indebtedness.

The Company's failure to apply sums will not impair its right to do so, or be deemed a waiver of its lien on other sums becoming due.

### f.    *Assignment of Nylic*

The right to receive Drawing Nylic Income, Senior Nylic Income and Physical Incapacity Income under this Contract may be assigned without the written consent of the Company, but the Company must receive reasonable proof of such assignment before it commences payment to an assignee. However, regardless of any assignment, no further payments of Drawing Nylic Income or Senior Nylic Income are due or payable when Nylic membership is terminated as provided in Subsection 1b. The amounts received by an Agent under the Nylic Retirement Plan are not assignable. Any amounts which are assigned under this contract are subject to the paramount and prior lien given to the Company by Subsection 8e. above.

### g.    *Amendment*

The Company reserves the right to amend or repeal the terms and provisions of this Contract at any time. Any such amendment or repeal will affect future business only.

In addition, no change will be made that increases the amount of Nylic Count Insurance a member of Nylic must obtain to maintain membership, nor will any adverse change be made in the calculation of Nylic income to such member.

### h.    *Exceptions*

If the terms and provisions of this Contract would otherwise act unfairly on an Agent in an individual case, and if the facts and circumstances warrant, the Company may make appropriate exceptions to these terms and provisions. In no case shall an exception constitute a waiver of the terms and provisions of this Contract.

## TABLE I
## METHOD OF CALCULATING MONTHLY DRAWING NYLIC INCOME

| I | | II | | III |
|---|---|---|---|---|
| | | Drawing Nylic Income Base | | |
| | | (a) | (b) | |
| Amount of Monthly Drawing Nylic Income Payable in Nylic Year | = | Amount of Nylic Count Insurance Obtained in Nylic Year | *that is* Persisting Insurance At End of Nylic Year | x  Monthly Rate of Drawing Nylic Income per $1,000 of Drawing Nylic Income Base |
| 3 | | 1 | 2 | $ .40 |
| 4 | | 2 | 3 | .40 |
| 5 | | 3 | 4 | .40 |
| 6 | | 1 | 5 | .60 |
| 7 | | 2 | 6 | .60 |
| 8 | | 3 | 7 | .60 |
| 9 | | 4 | 8 | .60 |
| 10 | | 5 | 9 | .60 |
| 11 | | 6 | 10 | .80 |
| 12 | | 7 | 11 | .80 |
| 13 | | 8 | 12 | .80 |
| 14 | | 9 | 13 | .80 |
| 15 | | 10 | 14 | .80 |
| 16 | | 11 | 15 | 1.00 |
| 17 | | 12 | 16 | 1.00 |
| 18 | | 13 | 17 | 1.00 |
| 19 | | 14 | 18 | 1.00 |
| 20 | | 15 | 19 | 1.00 |

Monthly Drawing Nylic Income payable in the Nylic Year in Column I equals the amount of Drawing Nylic Income base in Column II multiplied by the Drawing Nylic Income rate in Column III.

12

## TABLE II

### METHOD OF CALCULATING MONTHLY SENIOR NYLIC INCOME BEGINNING IN THE 21ST NYLIC YEAR

| Factor A | | Factor B | | Factor C | | |
| --- | --- | --- | --- | --- | --- | --- |
| I | II | III | IV | V | VI | VII |
| Amount of Nylic Count Insurance *that is* Obtained in Nylic Year | Persisting Insurance At End of Nylic Year | Amount of Nylic Count Insurance *that is* Obtained in Nylic Year | Persisting Insurance At End of Nylic Year | Amount of Nylic Count Insurance Obtained in Nylic Year | Amount of Nylic Count Insurance *that is* Obtained in Nylic Year | Persisting Insurance At End of Nylic Year |
| 1 | 5 | 1 | 10 | 16 | 11 | 20 |
| 2 | 6 | 2 | 11 | 17 | 12 | 20 |
| 3 | 7 | 3 | 12 | 18 | 13 | 20 |
| 4 | 8 | 4 | 13 | 19 | 14 | 20 |
| 5 | 9 | 5 | 14 | 20 | 15 | 20 |
| 6 | 10 | 6 | 15 | | 16 | 20 |
| 7 | 11 | 7 | 16 | | 17 | 20 |
| 8 | 12 | 8 | 17 | | 18 | 20 |
| 9 | 13 | 9 | 18 | | 19 | 20 |
| 10 | 14 | 10 | 19 | | | |
| 11 | 15 | 11 | 20 | | | |
| 12 | 16 | 12 | 20 | | | |
| 13 | 17 | 13 | 20 | | | |
| 14 | 18 | 14 | 20 | | | |
| 15 | 19 | 15 | 20 | | | |
| | Total Col. II | | Total Col. IV | Total Col. V | Total Col. VI | Total Col. VII |

Factor A = Total of the amounts in Col. II divided by 15

Factor B = Total of the amounts in Col. IV divided by 15

Factor C = The total of the amounts in Col. V divided by 5, and multiplied by the total of the amounts in Col. VII divided by the total of the amounts in Col. VI

$$= \frac{\text{Total Amts. Col. II}}{15}$$

$$= \frac{\text{Total Amts. Col. IV}}{15}$$

$$= \frac{\text{Total Amts. Col. V}}{5} \times \frac{\text{Total Amts. Col. VII}}{\text{Total Amts. Col. VI}}$$

Monthly Senior Nylic Income beginning in Nylic Year 21 = $\frac{(\text{Factor A} + \text{Factor B} + \text{Factor C})}{3} \times \frac{(\$1.10)}{(\$1,000)}$

### TABLE III
### METHOD OF CALCULATING INCREASES IN MONTHLY SENIOR NYLIC INCOME

| I | | II | | | III |
|---|---|---|---|---|---|
| | | Base For Increase in Senior Nylic Income is determined by dividing the amount in Col. (a) below by 10, and then multiplying by a persistency ratio, which is equal to the amount in Col. (c) below divided by the amount in Col. (b) below. | | | |
| | | (a) | (b) | (c) | |
| The Amount of Increase in Monthly Senior Nylic Income Beginning in Nylic Year | = | The Total Amount of Nylic Count Insurance Obtained in Nylic Years | The Total Amount of Nylic Count Insurance Obtained in Nylic Years *denom* | *that is* Persisting Insurance at the End of Nylic Year *numer.* | x The Monthly Rate of Increase in Senior Nylic Income per $1,000 of Base |
| 26 | | 16-25 | 16-24 | 25 | $ .50 |
| 31 | | 21-30 | 21-29 | 30 | .60 |
| 36 | | 26-35 | 26-34 | 35 | .70 |
| 41 | | 31-40 | 31-39 | 40 | .75 |
| 46 | | 36-45 | 36-44 | 45 | .80 |
| 51 | | 41-50 | 41-49 | 50 | .85 |

The Monthly rate of increase in Senior Nylic Income that begins in the Nylic Year in Column I equals the Base for Senior Nylic Income determined in Column II multiplied by the Monthly Rate of Increase in Senior Nylic Income in Column III.

14

# TABLE IV

## ILLUSTRATIVE SURVIVORSHIP ARRANGEMENT FACTORS

| Age Last Birthday As Of the Effective Date of the Survivorship Arrangement or Any Subsequent Increase in Senior Nylic Income, as Applicable | | Monthly Senior Nylic Income for an Agent Under a Survivorship Arrangement (per $100 of Monthly Senior Nylic Income, or Increase in Senior Nylic Income, Otherwise Payable to an Agent Under a Single Life Arrangement) |
|---|---|---|
| Agent | Spouse | |
| 45 | 40 | $88.24 |
|  | 45 | 90.44 |
| 50 | 45 | 86.76 |
|  | 50 | 89.34 |
| 55 | 50 | 85.16 |
|  | 55 | 88.18 |
| 60 | 55 | 83.48 |
|  | 60 | 87.02 |
| 65 | 60 | 81.78 |
|  | 65 | 85.92 |

Corresponding figures for other combinations of ages will be furnished upon request.

15

## ILLUSTRATIONS OF NYLIC INCOME
## BASED ON 35 YEARS OF
## ACTIVE PRODUCTION UNDER NYLIC NO. QN6-82

The illustrations that follow are solely for the purpose of illustrating the METHOD of calculating monthly income benefits and for such purpose are based on the indicated assumptions as to (1) yearly amounts of Nylic Count Insurance and (2) the persistency of that insurance. In actual practice, the amounts of Nylic Count Insurance and the persistency thereof applicable to each individual Agent, would, of course, be used to calculate the amount of income applicable to that individual Agent.

16

## ILLUSTRATION OF METHOD OF CALCULATING MONTHLY NYLIC INCOME IN NYLIC YEARS 3-20 INCLUSIVE

| Assumed "Nylic Count Insurance" During Indicated Nylic Year (1) | Assumed Persistency (2) | "Persisting Insurance" at the end of Indicated Nylic Year = (1) × (2) (3) | MONTHLY NYLIC INCOME | |
|---|---|---|---|---|
| | | | Rate per $1,000 to be applied to "Persisting Insurance in Col. (3) (4) | Payable in Indicated Nylic Year = (3) × (4) (5) |
| 1st Year .... $2,000,000 | .894 | 2nd Year ... $1,788,000 | $ .40 | 3rd Year ..... $ 715.20 |
| 2nd Year ... 2,000,000 | .894 | 3rd Year .... 1,788,000 | .40 | 4th Year ..... 715.20 |
| 3rd Year .... 2,000,000 | .894 | 4th Year.... 1,788,000 | .40 | 5th Year ..... 715.20 |
| 1st Year .... $2,000,000 | .748 | 5th Year.... $1,496,000 | $ .60 | 6th Year ..... $ 897.60 |
| 2nd Year ... 2,000,000 | .748 | 6th Year.... 1,496,000 | .60 | 7th Year ..... 897.60 |
| 3rd Year .... 2,000,000 | .748 | 7th Year.... 1,496,000 | .60 | 8th Year ..... 897.60 |
| 4th Year.... 2,000,000 | .748 | 8th Year.... 1,496,000 | .60 | 9th Year ..... 897.60 |
| 5th Year.... 2,000,000 | .748 | 9th Year.... 1,496,000 | .60 | 10th Year ..... 897.60 |
| 6th Year.... $2,000,000 | .748 | 10th Year.... $1,496,000 | $ .80 | 11th Year ..... $1,196.80 |
| 7th Year.... 2,000,000 | .748 | 11th Year.... 1,496,000 | .80 | 12th Year ..... 1,196.80 |
| 8th Year.... 2,000,000 | .748 | 12th Year.... 1,496,000 | .80 | 13th Year ..... 1,196.80 |
| 9th Year.... 2,000,000 | .748 | 13th Year.... 1,496,000 | .80 | 14th Year ..... 1,196.80 |
| 10th Year.... 2,000,000 | .748 | 14th Year.... 1,496,000 | .80 | 15th Year ..... 1,196.80 |
| 11th Year.... $2,000,000 | .748 | 15th Year.... $1,496,000 | $1.00 | 16th Year ..... $1,496.00 |
| 12th Year.... 2,000,000 | .748 | 16th Year.... 1,496,000 | 1.00 | 17th Year ..... 1,496.00 |
| 13th Year.... 2,000,000 | .748 | 17th Year.... 1,496,000 | 1.00 | 18th Year ..... 1,496.00 |
| 14th Year.... 2,000,000 | .748 | 18th Year.... 1,496,000 | 1.00 | 19th Year ..... 1,496.00 |
| 15th Year.... 2,000,000 | .748 | 19th Year.... 1,496,000 | 1.00 | 20th Year ..... 1,496.00 |

## ILLUSTRATION OF METHOD OF CALCULATING
## MONTHLY SENIOR NYLIC INCOME BEGINNING IN 21ST
## CONSECUTIVE YEAR OF QUALIFIED NYLIC MEMBERSHIP

| Assumed "Nylic Count Insurance" During Indicated Nylic Year | Factor A | | | Factor B | | |
|---|---|---|---|---|---|---|
| | Assumed Persistency | "Persisting Insurance" at the end of Indicated Nylic Year = (1) × (2) | | Assumed Persistency | "Persisting Insurance" at the end of Indicated Nylic Year = (1) × (4) | |
| (1) | (2) | (3) | | (4) | (5) | |
| 1st Year .... $2,000,000 | .748 | 5th Year ... $1,496,000 | | .604 | 10th Year ... $1,208,000 | |
| 2nd Year ... 2,000,000 | .748 | 6th Year ... 1,496,000 | | .604 | 11th Year ... 1,208,000 | |
| 3rd Year ... 2,000,000 | .748 | 7th Year ... 1,496,000 | | .604 | 12th Year ... 1,208,000 | |
| 4th Year ... 2,000,000 | .748 | 8th Year ... 1,496,000 | | .604 | 13th Year ... 1,208,000 | |
| 5th Year ... 2,000,000 | .748 | 9th Year ... 1,496,000 | | .604 | 14th Year ... 1,208,000 | |
| 6th Year ... 2,000,000 | .748 | 10th Year ... 1,496,000 | | .604 | 15th Year ... 1,208,000 | |
| 7th Year ... 2,000,000 | .748 | 11th Year ... 1,496,000 | | .604 | 16th Year ... 1,208,000 | |
| 8th Year ... 2,000,000 | .748 | 12th Year ... 1,496,000 | | .604 | 17th Year ... 1,208,000 | |
| 9th Year ... 2,000,000 | .748 | 13th Year ... 1,496,000 | | .604 | 18th Year ... 1,208,000 | |
| 10th Year ... 2,000,000 | .748 | 14th Year ... 1,496,000 | | .604 | 19th Year ... 1,208,000 | |
| 11th Year ... 2,000,000 | .748 | 15th Year ... 1,496,000 | | .604 | 20th Year ... 1,208,000 | |
| 12th Year ... 2,000,000 | .748 | 16th Year ... 1,496,000 | | .628 | 20th Year ... 1,256,000 | |
| 13th Year ... 2,000,000 | .748 | 17th Year ... 1,496,000 | | .653 | 20th Year ... 1,306,000 | |
| 14th Year ... 2,000,000 | .748 | 18th Year ... 1,496,000 | | .681 | 20th Year ... 1,362,000 | |
| 15th Year ... 2,000,000 | .748 | 19th Year ... 1,496,000 | | .713 | 20th Year .... 1,426,000 | |

Total = $22,440,000
Total divided by 15 =
FACTOR A = $ 1,496,000

Total = $18,638,000
Total divided by 15 =
FACTOR B = $ 1,242,533

---

### Factor C

| Assumed "Nylic Count Insurance" During Indicated Nylic Year | Assumed "Nylic Count Insurance" During Indicated Nylic Year | Assumed Persistency | "Persisting Insurance" at the end of Indicated Nylic Year = (7) × (8) |
|---|---|---|---|
| (6) | (7) | (8) | (9) |
| 16th Year .... $ 2,000,000 | 11th Year .... $ 2,000,000 | .604 | 20th Year .... $ 1,208,000 |
| 17th Year .... 2,000,000 | 12th Year .... 2,000,000 | .628 | 20th Year .... 1,256,000 |
| 18th Year .... 2,000,000 | 13th Year .... 2,000,000 | .653 | 20th Year .... 1,306,000 |
| 19th Year .... 2,000,000 | 14th Year .... 2,000,000 | .681 | 20th Year .... 1,362,000 |
| 20th Year .... 2,000,000 | 15th Year .... 2,000,000 | .713 | 20th Year .... 1,426,000 |
| | 16th Year .... 2,000,000 | .748 | 20th Year .... 1,496,000 |
| Total = $10,000,000 | 17th Year .... 2,000,000 | .788 | 20th Year .... 1,576,000 |
| | 18th Year .... 2,000,000 | .835 | 20th Year .... 1,670,000 |
| | 19th Year ,... 2,000,000 | .894 | 20th Year .... 1,788,000 |

(b) Total = $18,000,000    (a) Total = $13,088,000

Percentage of (a) to (b) = $\dfrac{\$13,088,000}{\$18,000,000}$ = 72.71%

$10,000,000 multiplied by 72.71%, divided by 5 = FACTOR C = $1,454,200

---

Base for Monthly Senior Nylic Income beginning in 21st consecutive Nylic Year:

| | |
|---|---|
| FACTOR A | $1,496,000 |
| FACTOR B | 1,242,533 |
| FACTOR C | 1,454,200 |
| Total | = $4,192,733 |

Total divided by 3 = Base = $1,397,578

---

MONTHLY SENIOR NYLIC INCOME BEGINNING IN 21ST CONSECUTIVE NYLIC YEAR
is $1.10 per $1,000 of the $1,397,578 base, namely ................................ $1,537.34 monthly

## ILLUSTRATION OF METHOD OF CALCULATING
## INCREASE IN MONTHLY SENIOR NYLIC INCOME BEGINNING
## IN 26TH CONSECUTIVE YEAR OF QUALIFIED NYLIC MEMBERSHIP

| Assumed "Nylic Count Insurance" During Indicated Nylic Year | Assumed "Nylic Count Insurance" During Indicated Nylic Year | Assumed Persistency | "Persisting Insurance" at the end of Indicated Nylic Year $= (2) \times (3)$ |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 16th Year .... $ 2,000,000 | 16th Year .... $ 2,000,000 | .604 | 25th Year .... $ 1,208,000 |
| 17th Year ....    2,000,000 | 17th Year ....    2,000,000 | .628 | 25th Year ....    1,256,000 |
| 18th Year ....    2,000,000 | 18th Year ....    2,000,000 | .653 | 25th Year ....    1,306,000 |
| 19th Year ....    2,000,000 | 19th Year ....    2,000,000 | .681 | 25th Year ....    1,362,000 |
| 20th Year ....    2,000,000 | 20th Year ....    2,000,000 | .713 | 25th Year ....    1,426,000 |
| 21st Year ....    2,000,000 | 21st Year ....    2,000,000 | .748 | 25th Year ....    1,496,000 |
| 22nd Year ....    2,000,000 | 22nd Year ....    2,000,000 | .788 | 25th Year ....    1,576,000 |
| 23rd Year ....    2,000,000 | 23rd Year ....    2,000,000 | .835 | 25th Year ....    1,670,000 |
| 24th Year ....    2,000,000 | 24th Year ....    2,000,000 | .894 | 25th Year ....    1,788,000 |
| Total    = $20,000,000 | (b) Total    = $18,000,000 | | (a) Total    = $13,088,000 |

Percentage of (a) to (b) = $\dfrac{\$13,088,000}{\$18,000,000}$ = 72.71%

Base for Increase in Monthly Senior Nylic Income beginning in 26th consecutive Nylic Year = $20,000,000 multiplied by 72.71%, divided by 10 = $1,454,200.

INCREASE IN MONTHLY SENIOR NYLIC INCOME BEGINNING IN 26TH CONSECUTIVE NYLIC YEAR

is $.50 per $1,000 of the $1,454,200 base, namely ........................................ $727.10 monthly

TOTAL MONTHLY SENIOR NYLIC INCOME BEGINNING IN 26TH CONSECUTIVE NYLIC YEAR *is the sum of:*

(i) Monthly Senior Nylic Income beginning in the 21st consecutive Nylic Year,

as illustrated .............................................................. $1,537.34 monthly

(ii) Increase in Monthly Senior Nylic Income beginning in 26th consecutive Nylic Year,

as above .................................................................. 727.10 monthly

Total = $2,264.44 monthly

## ILLUSTRATION OF METHOD OF CALCULATING ADDITIONAL INCREASE IN MONTHLY SENIOR NYLIC INCOME BEGINNING IN 31ST CONSECUTIVE YEAR OF QUALIFIED NYLIC MEMBERSHIP

| Assumed "Nylic Count Insurance" During Indicated Nylic Year | Assumed "Nylic Count Insurance" During Indicated Nylic Year | Assumed Persistency | "Persisting Insurance" at the end of Indicated Nylic Year = (2) × (3) |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 21st Year .... $ 2,000,000 | 21st Year .... $ 2,000,000 | .604 | 30th Year .... $ 1,208,000 |
| 22nd Year .... 2,000,000 | 22nd Year .... 2,000,000 | .628 | 30th Year .... 1,256,000 |
| 23rd Year .... 2,000,000 | 23rd Year .... 2,000,000 | .653 | 30th Year .... 1,306,000 |
| 24th Year .... 2,000,000 | 24th Year .... 2,000,000 | .681 | 30th Year .... 1,362,000 |
| 25th Year .... 2,000,000 | 25th Year .... 2,000,000 | .713 | 30th Year .... 1,426,000 |
| 26th Year .... 2,000,000 | 26th Year .... 2,000,000 | .748 | 30th Year .... 1,496,000 |
| 27th Year .... 2,000,000 | 27th Year .... 2,000,000 | .788 | 30th Year .... 1,576,000 |
| 28th Year .... 2,000,000 | 28th Year .... 2,000,000 | .835 | 30th Year .... 1,670,000 |
| 29th Year .... 2,000,000 | 29th Year .... 2,000,000 | .894 | 30th Year .... 1,788,000 |
| 30th Year .... 2,000,000 | | | |
| Total  = $20,000,000 | (b) Total  = $18,000,000 | | (a) Total  = $13,088,000 |

Percentage of (a) to (b) = $\frac{\$13,088,000}{\$18,000,000}$ = 72.71%

Base for Increase in Monthly Senior Nylic Income beginning in 31st consecutive Nylic Year = $20,000,000 multiplied by 72.71%, divided by 10 = $1,454,200.

**INCREASE IN MONTHLY SENIOR NYLIC INCOME BEGINNING IN 31ST CONSECUTIVE NYLIC YEAR**
is $.60 per $1,000 of the $1,454,200 base, namely .................................................. $872.52 monthly

TOTAL MONTHLY SENIOR NYLIC INCOME BEGINNING IN 31ST CONSECUTIVE NYLIC YEAR is the sum of:

(i) Monthly Senior Nylic Income beginning in 21st consecutive Nylic Year,
as illustrated .......................................................................................... $1,537.34 monthly

(ii) Increase in Monthly Senior Nylic Income beginning in 26th consecutive Nylic Year,
as illustrated .............................................................................................. 727.10 monthly

(iii) Increase in Monthly Senior Nylic Income beginning in 31st consecutive Nylic Year,
as above .................................................................................................... 872.52 monthly

Total = $3,136.96 monthly

## ILLUSTRATION OF METHOD OF CALCULATING ADDITIONAL INCREASE IN MONTHLY SENIOR NYLIC INCOME BEGINNING IN 36TH CONSECUTIVE YEAR OF QUALIFIED NYLIC MEMBERSHIP

| Assumed "Nylic Count Insurance" During Indicated Nylic Year (1) | | Assumed "Nylic Count Insurance" During Indicated Nylic Year (2) | | Assumed Persistency (3) | "Persisting Insurance" at the end of Indicated Nylic Year = (2) x (3) (4) | |
|---|---|---|---|---|---|---|
| 26th Year .... | $ 2,000,000 | 26th Year .... | $ 2,000,000 | .604 | 35th Year .... | $ 1,208,000 |
| 27th Year .... | 2,000,000 | 27th Year .... | 2,000,000 | .628 | 35th Year .... | 1,256,000 |
| 28th Year .... | 2,000,000 | 28th Year .... | 2,000,000 | .653 | 35th Year .... | 1,306,000 |
| 29th Year .... | 2,000,000 | 29th Year .... | 2,000,000 | .681 | 35th Year .... | 1,362,000 |
| 30th Year .... | 2,000,000 | 30th Year .... | 2,000,000 | .713 | 35th Year .... | 1,426,000 |
| 31st Year .... | 2,000,000 | 31st Year .... | 2,000,000 | .748 | 35th Year .... | 1,496,000 |
| 32nd Year .... | 2,000,000 | 32nd Year .... | 2,000,000 | .788 | 35th Year .... | 1,576,000 |
| 33rd Year .... | 2,000,000 | 33rd Year .... | 2,000,000 | .835 | 35th Year .... | 1,670,000 |
| 34th Year .... | 2,000,000 | 34th Year .... | 2,000,000 | .894 | 35th Year .... | 1,788,000 |
| 35th Year .... | 2,000,000 | | | | | |
| Total | = $20,000,000 | (b) Total | = $18,000,000 | | (a) Total | = $13,088,000 |

Percentage of (a) to (b) = $\frac{\$13,088,000}{\$18,000,000}$ = 72.71%

Base for increase in Monthly Senior Nylic Income beginning in 36th consecutive Nylic Year = $20,000,000 multiplied by 72.71%, divided by 10 = $1,454,200.

INCREASE IN MONTHLY SENIOR NYLIC INCOME BEGINNING IN 36TH CONSECUTIVE NYLIC YEAR
is $.70 per $1,000 of the $1,454,200 base, namely ......................................... $1,017.94 monthly

TOTAL MONTHLY SENIOR NYLIC INCOME BEGINNING IN 36TH CONSECUTIVE NYLIC YEAR is the sum of:
(i)  Monthly Senior Nylic Income beginning in the 21st consecutive Nylic Year,
     as illustrated ................................................................. $1,537.34 monthly
(ii)  Increase in Monthly Senior Nylic Income beginning in 26th consecutive Nylic Year,
     as illustrated ................................................................. 727.10 monthly
(iii)  Increase in Monthly Senior Nylic Income beginning in 31st consecutive Nylic Year,
     as illustrated ................................................................. 872.52 monthly
(iv)  Increase in Monthly Senior Nylic Income beginning in 36th consecutive Nylic Year,
     as above ..................................................................... 1,017.94 monthly

Total = $4,154.90 monthly

21

Copyright © 1982
New York Life Insurance Company

NYLIC NO. QN6-82

1

**PROOF OF SERVICE**

*Lyle Hughes v.Unumprovident Corporation, et al.*

2

*U.S. District Court, Northern District of California, Case No. C07-4088 PJH*

3

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business
address is 1050 Battery Street, San Francisco, California 94111. On September 11, 2007, I will serve the following

4

documents:

5

DECLARATION OF PLAINTIFF LYLE HUGHES IN SUPPORT OF MOTION FOR
REMAND BACK TO STATE COURT

6

7

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the
document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on
the date and at the business address shown above following our ordinary business practices. I am readily familiar

8

with this business practice for collection and processing of correspondence for mailing with the United States Postal
Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary

9

course of business with the United States Postal Service with postage fully prepaid. I am employed in the county
where the mailing described below occurred, and am readily familiar with the business practice for collection and

10

processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified
document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the

11

United States Postal Service on this day in the ordinary course of business in San Francisco, California.

12

| UNUM GROUP (formerly known as | (CO-COUNSEL FOR NEW YORK LIFE |
|---|---|

13

UNUMPROVIDENT CORPORATION) FIRST
UNUM LIFE INSURANCE COMPANY
(erroneously sued as UNUM CORPORATION) and
NEW YORK LIFE INSURANCE COMPANY
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:    (415) 391-7808
Email:  jferry@kelher.com
Email:  herlihy@kelher.com

**INSURANCE COMPANY ONLY)**
J. Russell Stedman, Esq., SBN 117130
Jennifer N. Lee, Es2q. SBN 230727
BARGER & WOLEN
650 California Street, 9th Floor
San Francisco, CA  94108
Tel:  (415) 434-2800
Fax: (415) 434-2533
Email: rstedman@barwol.com; jlee@barwol.com

14

15

16

17

18

19

20

**(X)  (FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction
the service was made. Executed at San Francisco, California, on September 11, 2007.

21

22

_____
Mary M. Martin

23

24

25

26

27

28

**Case No.:  C 07-4088 PJW (E-FILING)**
DECLARATION OF PLAINTIFF LYLE HUGHES IN SUPPORT OF MOTION FOR
REMAND BACK TO STATE COURT