Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Plaintiff, LYLE HUGHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>  Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive,<br><br>  Defendants. | Case No.: C 07-4088 PJW (E-FILING)<br><br>DECLARATION OF BENNETT M. COHEN IN SUPPORT OF PLAINTIFF LYLE HUGHES MOTION FOR REMAND BACK TO STATE COURT<br><br>DATE : Wednesday, October 31, 2007<br>TIME : 9:00 A.M.<br>PLACE: Courtroom 3, 7th Floor<br><br>Filed concurrently with Notice of Motion and Motion for Remand; Motion for Remand; Declaration of Plaintiff Lyle Hughes; {PROPOSED} Order]<br><br>TRIAL DATE: NONE SET |

I, Bennett M. Cohen, hereby declare:

1. I am one of the attorneys engaged to represent Plaintiff in the instant action. I have personal knowledge of the facts stated herein and, if called to testify I could and would so testify.

1

2.   Based upon office files, this case was filed in Superior Court in and for the County of San Francisco on June 29, 2007. The Defendant Insurer was served with the Complaint on July 9, 2007. The Commissioner was served on July 9, 2007 and was granted an open extension to answer. Defendant Insurer removed the action on May 16, 2007.

3.   I, along with Mary Martin, secretary for Ray Bourhis, Esq., have attempted to reconstruct the pertinent history of cases filed in the last five years in which the Commissioner of the California Department of Insurance has been named as a defendant.

4.   Based on the recollection of Ms. Martin as well as what we have been able to discern from documents relative to these cases, it appears that none of these cases ever proceeded to trial against any defendant. The cases either settled or were dismissed by the court. (Please note that there was a case filed more than 5 years ago entitled *Hangarter v. Provident Life & Accident Ins. Co.*, 373 F.3d 998 (9th Cir. 2004) -- which did proceed to trial; however, it appears that the Commissioner was not named as a defendant in that case. Please also note that there was a case filed more than 5 years ago entitled *McGregor v. Paul Revere,* C97-2938 PJH (Northern District of California) which did proceed to trial; however, it appears that the Commissioner was not named as a defendant in that case.)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2007, at San Francisco, California.

*[signature]*
BENNETT M. COHEN

2
**Case No.:  C 07-4088 PJW (E-FILING)**
DECLARATION OF BENNETT M. COHEN IN SUPPORT OF PLAINTIFF LYLE HUGHES MOTION FOR REMAND BACK TO STATE COURT

# PROOF OF SERVICE
## Lyle Hughes v. Unumprovident Corporation, et al.
### U.S. District Court, Northern District of California, Case No. C07-4088 PJH

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On September 11, 2007, I will serve the following documents:

DECLARATION OF BENNETT M. COHEN IN SUPPORT OF PLAINTIFF LYLE HUGHES' MOTION FOR REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax:     (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com | (CO-COUNSEL FOR NEW YORK LIFE INSURANCE COMPANY ONLY)<br><br>J. Russell Stedman, Esq., SBN 117130<br>Jennifer N. Lee, Es2q. SBN 230727<br>BARGER & WOLEN<br>650 California Street, 9th Floor<br>San Francisco, CA 94108<br>Tel: (415) 434-2800<br>Fax: (415) 434-2533<br>Email: rstedman@barwol.com; jlee@barwol.com |

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on September 11, 2007.

_____
Mary M. Martin

4

Case No.: C 07-4088 PJW (E-FILING)
DECLARATION OF BENNETT M. COHEN IN SUPPORT OF PLAINTIFF LYLE HUGHES MOTION FOR REMAND BACK TO STATE COURT