J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY *only*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW YORK LIFE INSURANCE COMPANY; THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | CASE NO.: C07-4088 PJH<br><br>**DECLARATION OF JENNIFER N. LEE IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND RELATED BRIEFING SCHEDULE**<br><br>The Honorable Phyllis J. Hamilton<br><br>Complaint Filed: June 28, 2007<br><br>Filed Documents: Defendants' *Ex Parte* Application; Declaration of Jennifer N. Lee and William Lee in Support of *Ex Parte* Application; Proposed Order |

i:\office7\7491\192\07pleadings\ex parte app-jnl decl.doc

---

DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE –
DECLARATION OF JENNIFER LEE
CASE NO.: C07-4088 PJH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

I, Jennifer N. Lee, declare:

1. I am an attorney licensed to practice in all the courts in the State of California and am an associate attorney with Barger & Wolen LLP, attorneys for Defendant New York Life Insurance Company ("Defendant" or "NYLIC"). I make this declaration in support of Defendant's *Ex Parte* Application for an Order Continuing the Hearing on Plaintiff's Summary Judgment Motion and the Related Briefing Schedule. I have personal knowledge of the facts declared herein and if called upon to testify can and will testify competently thereto.

2. In response to the removal of the action, plaintiff Lyle Hughes filed a notice of remand which is currently scheduled for hearing on Wednesday, October 31, 2007. As a centerpiece of his remand motion, plaintiff raises a factually incorrect issue critical to the determination of the remand motion, asserting that the agent contract, identified in Plaintiff's complaint as QN6-82, is a "group" insurance policy. Defendants NYLIC and Unum Group (formerly known as UnumProvident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation)(collectively referred to as "Unum Group") intend to make assertions related to Plaintiff's mischaracterization of the QN6-82 in their opposition to Plaintiff's remand because the QN6-82 is not in fact an insurance policy.

3. Based upon the existing October 31, 2007 hearing date, Defendants' opposition is due Wednesday, October 10, 2007. Because of the need for NYLIC to establish the invalidity of Plaintiff's assertions regarding the QN6-82 and the fact that this is the first time that the argument has been asserted by Plaintiff, Defendant NYLIC will be prejudiced because it will not be able to complete its investigation and obtain the necessary evidence by the current October 10, 2007 deadline and requires additional time to conduct its investigation and obtain supporting evidence. More importantly, the individual employee who has knowledge of the QN6-82 agent contract and who will be signing the supporting declaration is overseas on business through the end of next week (October 8 through 12) and will not be able to devote any attention to the issues until he returns. For the foregoing reasons, Defendant NYLIC requires additional time to prepare and to file their

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE –
DECLARATION OF JENNIFER LEE
CASE NO.: C07-4088 PJH

opposition and will otherwise be prejudiced if the hearing and briefing schedules are not continued and/or modified.

4. Furthermore, J. Russell Stedman, the lead attorney for NYLIC, has a scheduling conflict with the current October 31, 2007 hearing date. Mr. Stedman will be participating in an arbitration taking place in New York on October 31, 2007. He is also unavailable on Judge Hamilton's next-available law and motion date (November 7) as he will be in Omaha, Nebraska attending to another matter that was scheduled prior to this hearing. I have conferred with John C. Ferry, the lead attorney for codefendant Unum Group, who has stated that he is unavailable on the subsequent two law and motion dates (November 14 and November 21) due to scheduling conflicts. I consequently determined that November 28, 2007 is the first available law and motion date on which both Mr. Stedman and Mr. Ferry are available to attend the hearing.

5. Yesterday, on October 4, 2007, Mr. Ferry and I left a voice mail message with plaintiff's counsel, Ray Bourhis, to obtain a stipulation to continue the October 31, 2007 hearing to November 28, 2007. After receiving no response, less than two hours later, I sent a letter to Mr. Bourhis (and his assistant) via facsimile and electronic mail proposing the November 28 date and outlining my reasons for the requested continuance. Attached to this letter was the proposed stipulation for the continuance of the hearing date. A true and correct copy of my October 4, 2007 letter is attached hereto as Exhibit 1. I also spoke at length with Mr. Bourhis' assistant, Diana Manzanilla, regarding the stipulation and the requested relief. She indicated to me that she would attempt to contact Mr. Bourhis by telephone regarding my request. Later that afternoon, I spoke with Mr. Bourhis' assistant again and even left her my mobile phone number to provide to Mr. Bourhis in case he wanted to further discuss my request. In addition, I left a telephone voice message for Mr. Lawrence Mann, whose name is also listed on the caption for this matter as counsel of record for Plaintff, regarding my request. I never received a response from either Mr. Bourhis or Mr. Mann on October 4, 2007.

6. On October 5, 2007, I received a letter from Mr. Bourhis declining Defendant NYLIC's request. In his letter, Mr. Bourhis stated his dissatisfaction with Defendants' failure to

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

settle and failed to give any substantive reason for why a continuance would be a problem or prejudicial to his client. A true and correct copy of Mr. Bourhis' October 5, 2007 letter is attached hereto as Exhibit 2.

7. In response to Mr. Bourhis' October 5, 2007 letter, William Lee of our office sent a second letter asking Mr. Bourhis to reconsider his decision. As set forth in Mr. Lee's letter, in connection with the proposed stipulation to continue the hearing to November 28, 2007, Defendant NYLIC proposed an alternative briefing schedule that allowed both parties to share in the continued time schedule. Specifically, Defendant NYLIC proposed that the Defendants would file their opposition by October 24, 2007 and that plaintiff would file his reply by November 14, 2007. A true and correct copy of the October 5, 2007 letter is attached hereto as Exhibit 3.

8. As of the date of this declaration, Defendant NYLIC has not received a response from Mr. Bourhis in response to the October 5, 2007 letter seeking his reconsideration of his decision to decline Defendant NYLIC's request.

9. Other than the date for the case management conference, no other pretrial dates have been set by the Court. There is no trial date set in this matter. I have conferred with Mr. Ferry who has stated that he has no objection to and does not oppose the proposed continuance of the remand hearing or modification of the briefing schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on October 5, 2007 in San Francisco, California.

_____
JENNIFER N. LEE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-
DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE –
DECLARATION OF JENNIFER LEE
CASE NO.: C07-4088 PJH

# EXHIBIT 1

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

JENNIFER N. LEE
(415) 743-3714
jlee@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
7491.192

October 4, 2007

**VIA FACSIMILE AND EMAIL**

Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Bourhis & Mann
1050 Battery St.
San Francisco, CA 94111

    Re:    *Hughes v. UnumProvident Corp., et al.* (Northern District Court Case No. C07-4088 PJH)

Dear Counsel:

    Unum's attorney Chris Ferry and I left you a message earlier this afternoon and spoke to Mr. Bourhis' assistant regarding some scheduling issues related to the October 31, 2007 hearing date on Plaintiff's Motion for Remand. Your assistant informed me that you are out of the office today. Russ Stedman, New York Life Insurance Company's ("New York Life") lead counsel in this matter will be in New York for an arbitration on that date. Consequently, we will need to reset the hearing date on the motion.

    I am aware that Judge Hamilton hears law and motion matters on Wednesdays at 9 a.m. so we will need to find a mutually agreeable Wednesday on which to have the matter heard. Mr. Stedman will be out of the office on business November 5 through 7. Mr. Ferry is unavailable for the hearing on November 14 and 21. Consequently, we propose that we continue the remand hearing to <u>November 28, 2007</u> with a continuance of all current deadlines related to the hearing (i.e., Defendants' opposition and Plaintiff's reply brief).

    In addition, we have a Case Management Conference set for November 15, 2007. If we move the hearing date to November 28 or some day after that, it would make much sense to continue the pretrial dates currently set by the court, including but not limited to the Case Management Conference date (November 15) and the deadline for filing a joint case management statement (November 8). Judge Hamilton hears Case Management Conferences on Thursday at 2:30 p.m. so we propose that the conference be continued to on or after December 6, 2007.

**BARGER & WOLEN** LLP

October 4, 2007
Page 2

   Finally, although New York Life and Unum are separate defendants, for the convenience of the court, we would like to file a joint brief. Would you be opposed to us filing a joint brief but with a 30-page limit?

   Please advise me whether you are agreeable to:

   (1)  A continuance of the remand motion hearing date from October 31, 2007 to November 28, 2007, including a continuance of our respective deadlines for opposition and reply briefs.

   (2)  A continuance of the Case Management Conference date and all other deadlines previously set by the Court, from November 15, 2007 to on or after December 6, 2007.

   (3)  Defendants New York Life and Unum filing a joint brief with a page limitation of 30 pages in lieu of filing two separate briefs of 25 pages each.

   I have attached for your signature a stipulation and order to this effect. If you cannot agree to the continuance of the remand hearing date, I will be forced to move ex parte <u>tomorrow</u> on this basis.

   Please contact Mr. Ferry or me with your response by the close of business today (<u>5:00 p.m.</u>) or to further discuss these issues.

              Very truly yours,

              JENNIFER N. LEE
              For the Firm

JNL:

CC: John C. Ferry (via email)

Enclosures

```
* * *  COMMUNICATION RESULT REPORT ( OCT.  4. 2007  3:44PM )  * * *
                                                    FAX HEADER:  BARGER & WOLEN

TRANSMITTED/STORED : OCT. 4. 2007  3:42PM
FILE MODE          OPTION              ADDRESS                      RESULT      PAGE
------------------------------------------------------------------------------------
782  MEMORY TX                         4104#07491*192#4210259#      OK          7/7

----------------------------------------------------------------------------
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

PLEASE REFER TO
OUR FILE NUMBER:
7491.192

## FACSIMILE COVER PAGE

**PLEASE DELIVER THE FOLLOWING PAGES**

| TO: | COMPANY: | FAX #: | PHONE #: |
|---|---|---|---|
| Ray Bourhis, Esq. c/o Diana | Bourhis & Mann<br>1050 Battery St.<br>San Francisco, CA 94111 | 415.421.0259 | 415.392.4660 |

**FROM:**
Jennifer N. Lee

PROCESSED BY: _____   DATE: October 4, 2007   TIME: 3:55 PM

WE ARE TRANSMITTING A TOTAL OF ___ PAGES INCLUDING THIS PAGE.
ORIGINALS BEING FORWARDED VIA U.S. MAIL.  [ ] YES  [X] NO
*IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL IMMEDIATELY.*

**OTHER INFORMATION:**

***URGENT***

Re: *Hughes v. UnumProvident Corp., et al.*: Remand hearing continuance

CAUTION; CONFIDENTIAL: THE DOCUMENT BEING TELECOPIED TO YOU MAY CONTAIN INFORMATION PROTECTED BY THE ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGES. It is intended for the person to whom it is addressed. If you are not the intended recipient or an authorized agent, then this is notice to you that dissemination or copying of this document is prohibited. If this was received in error, please call us at once and destroy this document.

# EXHIBIT 2

10-05-'07 09:41 FROM-Law Offices          4154210259          T-980 P01/01 U-213



# BOURHIS & MANN

*Specializing in Insurance Law*  *www.InsuranceConsumers.com*
*www.Bourhis-Mann.com*

October 5, 2007

**VIA FACSIMILE (415) 391-7808 & U.S. MAIL**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN
44 Montgomery Street, Ste. 2500
San Francisco, CA 94111

**VIA FACSIMILE (415) 434-2533**
Jennifer Lee, Esq.
Russell Stedman, Esq.
BARGER & WOLEN
650 California Street, 9th Floor
San Francisco, CA 94108

Re: *Hughes v. Unumprovident, et al.*

Dear Counsel:

I am in receipt of your request for continuances in the Hughes matter. As you know I have been attempting for over a year to settle this matter. Instead of attempting to do so, your clients have engaged in protracted delay. This has occurred both before and after the filing of this lawsuit. Now you are seeking further delay on the simple matter of a remand motion. Your firms have more than adequate resources to avoid the need for continuances. Therefore I must respectfully decline your requests. If you are interested in resolving this case, I would suggest that you make a reasonable settlement offer.

Very truly yours,

BOURHIS & MANN

By: _____ (mmm)
Ray Bourhis

RB:mmm

*1050 Battery St • San Francisco, CA 94111 • Tel: 415.392.4660 or 800.264.2082 • Fax: 415.421.0259 • www.Bourhis-Mann.com*

# EXHIBIT 3

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

WILLIAM LEE
wlee@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
7491.192

October 5, 2007

**VIA FACSIMILE AND EMAIL**

Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bourhis & Mann
1050 Battery St.
San Francisco, CA 94111

    Re:   *Hughes v. UnumProvident Corp., et al.* (Northern District Court Case No. C07-4088 PJH)

Dear Mr. Bourhis and Mr. Mann:

    I am writing to follow up on Jennifer Lee's letter to you dated October 4, 2007 in connection with the Defendants' proposed stipulation to continue the remand hearing to November 28, 2007. This also acknowledges receipt of your fax this morning refusing to agree to the proposed stipulation. We ask that you reconsider your decision.

    As set forth in Ms. Lee's letter, Mr. Stedman and Mr. Ferry have scheduling conflicts that prevent them from attending any of the Wednesday law and motion hearings between October 31 and November 21. In addition, because plaintiff's remand motion has raised a new and complex issue concerning the QN6-82 contract, it is necessary for us to further investigate and confer with the appropriate employee who is most knowledgeable on the QN6-82 contract and related issues. Unfortunately, that individual is out of the office and unavailable through next week.

    In view of the foregoing, I am writing to propose the following briefing / hearing schedule so that both parties can fairly split the extended time period:

| | |
|---|---|
| October 24, 2007 | DUE - Defendants' opposition |
| November 14, 2007 | DUE – Plaintiff's reply |
| November 28, 2007 | HEARING @ 9:00 a.m. – Motion to Remand |

BARGER & WOLEN LLP

Ray Bourhis, Esq.
Lawrence Mann, Esq.
October 5, 2007
Page 2

      In addition, please advise if you are agreeable to the other two proposals raised in Ms. Lee's October 4 letter relating to the continuance of the Case Management Conference date to a date after December 6 and the filing of a joint brief by the Defendants with a 30-page limit.

      Please contact us immediately with your decision regarding our request and proposed stipulation. I hope that you will extend us this courtesy and agree to the proposed briefing and hearing schedule. Attached is a Stipulation and [Proposed] Order for your review and execution. Unless we are able to reach an agreement on this issue, we will file an ex parte application with Judge Hamilton.

      Very truly yours,

      WILLIAM LEE

WXL:sky

CC:  John C. Ferry (via email)
      J. Russell Stedman (via email)
      Jennifer Lee (via email)

I:\office7\7491\192\07Letters\Bourhis 1005.doc

```
* * *  COMMUNICATION RESULT REPORT ( OCT. 5. 2007  12:02PM ) * * *

                                                              FAX HEADER 1:
                                                              FAX HEADER 2:

TRANSMITTED/STORED : OCT. 5. 2007 12:00PM
FILE MODE       OPTION              ADDRESS                 RESULT      PAGE
-----------------------------------------------------------------------------
5311 MEMORY TX                      4154210259              OK          7/7
-----------------------------------------------------------------------------
   REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL              E-2) BUSY
     E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

PLEASE REFER TO
OUR FILE NUMBER:
7491.192

## FACSIMILE COVER PAGE

PLEASE DELIVER THE FOLLOWING PAGES

| TO: | COMPANY: | FAX #: | PHONE #: |
|---|---|---|---|
| Ray Bourhis, Esq. c/o Diana | Bourhis & Mann<br>1050 Battery St.<br>San Francisco, CA 94111 | 415.421.0259 | 415.392.4660 |

FROM:

William Lee

PROCESSED BY: Stephanie K. Young     DATE: October 5, 2007

WE ARE TRANSMITTING A TOTAL OF   PAGES INCLUDING THIS PAGE.
ORIGINALS BEING FORWARDED VIA U.S. MAIL.  [ ] YES  [X] NO
*IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL IMMEDIATELY.*

OTHER INFORMATION:

*URGENT*

Re: *Hughes v. UnumProvident Corp., et al.*: Remand hearing continuance

CAUTION; CONFIDENTIAL: THE DOCUMENT BEING TELECOPIED TO YOU MAY CONTAIN INFORMATION PROTECTED BY THE ATTORNEY-CLIENT/WORK PRODUCT PRIVILEGES. It is intended for the person to whom it is addressed. If you are not the intended recipient or an authorized agent, then this is notice to you that dissemination or copying of this document is prohibited. If this was received in error, please call us at once and destroy this document.