J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY only

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW YORK LIFE INSURANCE COMPANY; THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20 inclusive,<br><br>    Defendants. | CASE NO.: C07-4088 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO CONTINUE THE HEARING ON PLAINTIFF'S REMAND MOTION AND TO MODIFY THE BRIEFING SCHEDULE**<br><br>Complaint Filed: June 28, 2007<br><br>The Honorable Phyllis J. Hamilton |

i:\office7\7491\192\07pleadings\ex parte app-order.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON
PLAINTIFF'S REMAND MOTION AND TO MODIFY THE BRIEFING SCHEDULE
CASE NO.: C07-4088 PJH

Having considered the *ex parte* application submitted by Defendants UNUMPROVIDENT CORPORATION, UNUM CORPORATION and NEW YORK LIFE INSURANCE COMPANY

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

1. The hearing on Plaintiff's motion for remand is continued from October 31, 2007 to Wednesday, November 28, 2007 at 9:00 a.m. in this Court;

2. The Defendants shall file a joint opposition not to exceed 30 pages on or by October 24, 2007; and

3. Plaintiff shall file a reply brief not to exceed 20 pages on or by November 14, 2007.

**IT IS SO ORDERED.**

Dated: _____          _____

United States District Court Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON PLAINTIFF'S REMAND MOTION AND TO MODIFY THE BRIEFING SCHEDULE
CASE NO.: C07-4088 PJH