```
Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
```
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Plaintiff, LYLE HUGHES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>   Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive,<br><br>   Defendants. | Case No.: C 07-4088 PJW (E-FILING)<br><br>DECLARATION OF ATTORNEY RAY BOURHIS, PLAINTIFF LYLE HUGHES' ATTORNEY, OPPOSING DEFENDANTS' EX PARTE MOTION FOR CONTINUANCE OF MOTION TO REMAND<br><br>The Honorable Phyllis J. Hamilton<br><br>DATE : **Ex parte re**: October 31, 2007<br>TIME : 9:00 A.M.<br>PLACE: Courtroom 3, 7th Floor<br><br>Complaint filed: June 28, 2007 |

I, Ray Bourhis, declare as follows:

1.      I am a partner at Bourhis & Mann, counsel of record for Plaintiff herein Lyle Hughes, and am admitted to practice before the Northern District of California Federal Court.

2.      Plaintiff Lyle Hughes opposes Defendants' ex parte application for continuance on the following basis.

1

3.     For many months, I have been attempting to get Defendants to discuss resolution of the Lyle Hughes disability insurance case. They have repeatedly refused to do so. Defendants' request for a one month continuance of the hearing on Plaintiff's motion to remand is excessive and unreasonable.

Defense counsel has a large law firm, and can have many attorneys appear at the hearing of the remand motion as currently scheduled.

I declare under penalty of perjury that the above is true and correct, and that I signed this declaration in San Francisco, California on October 9, 2007.

_____
Ray Bourhis

---

2

Case No.: C 07-4088 PJW (E-FILING)
DECLARATION OF ATTORNEY RAY BOURHIS, PLAINTIFF LYLE HUGHES' ATTORNEY, OPPOSING DEFENDANTS' EX PARTE MOTION FOR CONTINUANCE OF MOTION TO REMAND

PROOF OF SERVICE
*Lyle Hughes v. Unumprovident Corporation, et al.*
U.S. District Court, Northern District of California, Case No. C07-4088 PJH

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On October 9, 2007, I will serve the following documents:

DECLARATION OF ATTORNEY RAY BOURHIS, PLAINTIFF LYLE HUGHES' ATTORNEY, OPPOSING DEFENDANTS' EX PARTE MOTION FOR CONTINUANCE OF MOTION TO REMAND

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| **UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION)**<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax: (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com | **ATTORNEYS FOR DEFENDANT NEW YORK LIFE INSURANCE COMPANY ONLY:**<br>J. Russell Stedman, Esq.<br>Jennifer N. Lee, Esq.<br>BARGER & WOLEN<br>650 California Street, 9th Floor<br>San Francisco, CA 94108-2713<br>Tel: (415) 434-2800<br>Fax: (415) 434-2533 |

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on October 9, 2007.

_____
Mary M. Martin

3
Case No.: C 07-4088 PJW (E-FILING)
DECLARATION OF ATTORNEY RAY BOURHIS, PLAINTIFF LYLE HUGHES' ATTORNEY, OPPOSING DEFENDANTS' EX PARTE MOTION FOR CONTINUANCE OF MOTION TO REMAND