UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYLYE HUGHES,

    Plaintiff,

    v.

UNUMPROVIDENT CORPORATION, et al.,

    Defendants.

_____/

No. C 07-4088 PJH

**ORDER GRANTING REQUEST TO CONTINUE HEARING**

    Before the court is defendant New York Life Insurance Company's ("NYLIC") ex parte application to continue the hearing on plaintiff's remand motion. The remand motion is currently set for hearing on October 31, 2007, and defendant NYLIC seeks a continuance until November 28, 2007. Plaintiff has filed an opposition to defendant's request for a continuance.

    Preliminarily, the court notes that defendant's motion, styled as an "ex parte" motion, is procedurally improper. First, it appears that the motion has not been filed ex parte at all (i.e., without notice to the other side), in view of the fact that plaintiff has had an opportunity to respond to the motion. Second, even if the motion were a true ex parte motion, NYLIC has failed to invoke any governing rule or statute that would allow for the filing of an ex parte motion, per the requirements of Civil Local Rule 7-10. Indeed, NYLIC has failed to file its motion pursuant to any governing rule whatsoever, leaving it to the court to construe the motion as properly filed pursuant to appropriate authority (e.g., Civ. L. R. 6-3 or Civ. L. R. 7-11).

    The court reminds defense counsel that all motions must be filed in compliance with the local rules, and its counsel's responsibility to ensure that any motions filed with the

court adequately set forth the grounds and authority for the relief being sought.

Notwithstanding defendant's failure to comply with the local rules, the court hereby GRANTS defendant's request for a continuance. Defendant has demonstrated good cause for a continuance, in view of the need to conduct further investigation of the facts surrounding the QN6-82 agent contract. Accordingly, and in view of lead defense counsel's unavailability for hearing until November 28, the hearing on plaintiff's motion to remand is hereby CONTINUED from October 31, 2007, to November 28, 2007. In accordance with the standard 35-day briefing schedule, defendant's opposition brief shall be due no later than November 7, 2007. Plaintiff's reply brief shall be due no later than November 14, 2007.

**IT IS SO ORDERED.**

Dated: October 10, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge