THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
        jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. Russell Stedman (SBN 117130)
Jennifer N. Lee (SBN 230727)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, CA 94108
Tel.: (415) 434-2800
Fax.: (415) 434-2533
Email: rstedman@barwol.com
        jlee@barwol.com

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | ) Case No.: C07-4088 PJH |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF JOHN C. FERRY,** |
| | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE CASE** |
| UNUMPROVIDENT CORPORATION; | ) **MANAGEMENT CONFERENCE** |
| UNUM CORPORATION, NEW YORK LIFE | ) |
| INSURANCE COMPANY, THE | ) **Scheduled Date:  November 15, 2007** |
| COMMISSIONER OF THE CALIFORNIA | ) |
| DEPARTMENT OF INSURANCE, and DOES | ) **Proposed Date:   January 10, 2008** |
| 1 through 20 inclusive, | ) |
| Defendants | ) |
| | ) |

1    Defendants Unum Group (formerly known as UnumProvident Corporation), First Unum

2  Life Insurance Company (erroneously sued as Unum Corporation), New York Life Insurance

3  Company and Plaintiff Lyle Hughes (collectively, the "Parties") stipulate as follows:

4

5                                    **DECLARATION OF JOHN C. FERRY**

6

7    I, JOHN C. FERRY, declare as follows:

8

9    1.    I am an attorney at law, over the age of 21 years, and am Of Counsel to Kelly,

10  Herlihy & Klein, counsel for defendants Unum Group (formerly known as Unumprovident

11  Corporation) and First Unum Life Insurance Company (erroneously sued as Unum Corporation),

12  and co-counsel for defendant New York Life Insurance Company. I am licensed to practice in

13
    all courts in the State of California and have personal knowledge of the facts stated herein, and
14
    am competent to testify to the same. The matters set forth herein are true and correct to the best
15
16  of my knowledge and belief.

17    2.    I submit this declaration in support of the stipulation of all parties to continue the

18  initial case management conference in this matter currently set for November 15, 2007 at 2:30.

19
20    3.    There has only been one prior continuance in this case. Plaintiff filed a motion to

21  remand this matter back to state court and Defendants moved this Court to continue the hearing

22  and briefing schedule on the remand motion. The Court granted Defendants' motion and the

23  hearing on the motion is now set for November 28, 2007.

24    4.    Thus, the initial case management conference is now set to be held prior to the
25
26  hearing on the motion to remand. The Parties agree that it would conserve judicial resources to

27  continue the case management conference until after the Court's ruling on Plaintiff's motion to

28  remand.

-1-

5.    I am informed and believe that it would be appropriate to re-schedule the initial case management conference to at least thirty days after the remand hearing. I have met and conferred with counsel on this matter, and the first available date convenient to the Court and all counsel is January 10, 2008.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 29th day of October, 2007, at San Francisco, California.

_____

John C. Ferry

## **STIPULATION**

The Parties hereto stipulate that the case management conference presently scheduled for November 15, 2007, be continued to January 10, 2008.

KELLY, HERLIHY & KLEIN LLP

Dated: October 29, 2007          By_____
                                          John C.  Ferry
                                          Attorneys for Defendants
                                UNUM GROUP (Formerly known as UNUMPROVIDENT
                                CORPORATION) and FIRST UNUM LIFE INSURANCE COMPANY
                                          (erroneously sued as UNUM CORPORATION)
                                          and NEW YORK LIFE INSURANCE COMPANY

///
///
///
///

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NO. C07-4088 PJH

1

2

3

4   Dated: October 29, 2007

5

6

7

8

9

10

11  Dated: October 29, 2007

12

13

14

15

16

17

18

19

20

21

22  Dated: _____

23

24

25  E:\27132\P11.doc

26

27

28

BARGER & WOLEN LLP

By _____
        Jennifer N. Lee
     Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

BOURHIS & MANN

By _____
        Ray Bourhis
     Attorneys for Plaintiff

## **ORDER**

For good cause shown, and PURSUANT TO STIPULATION, IT IS SO ORDERED:

The case management conference scheduled for November 15, 2007, is hereby continued to January 10, 2008, at 2:30 p.m.

_____
United States District Judge

-3-

BARGER & WOLEN LLP


Dated: October 29, 2007          By_____
                                        Jennifer N. Lee
                                     Attorneys for Defendant
                                 NEW YORK LIFE INSURANCE COMPANY



BOURHIS & MANN


Dated: October 29, 2007          By_____
                                        Ray Bourhis
                                       Lawrence Mann
                                     Attorneys for Plaintiff
                                       LYLE HUGHES




**ORDER**

For good cause shown, and PURSUANT TO STIPULATION, IT IS SO ORDERED:


The case management conference scheduled for November 15, 2007, is hereby continued to January 10, 2008, at 2:30 p.m.



Dated: _____          _____

                                         United States District Judge

E:\27132\P11.doc




-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NO. C07-4088 PJH