1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
8  FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
   CORPORATION) and NEW YORK LIFE INSURANCE COMPANY
9
10 J. Russell Stedman (SBN 117130)
   Jennifer N. Lee (SBN 230727)
11 BARGER & WOLEN LLP
   650 California Street, 9th Floor
12 San Francisco, CA 94108
   Tel.: (415) 434-2800
13 Fax.: (415) 434-2533
14 Email: rstedman@barwol.com
          jlee@barwol.com
15
16 Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| LYLE HUGHES, | Case No.: C07-4088 PJH |
| Plaintiff, | |
| vs. | DECLARATION OF JOHN C. FERRY, STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20 inclusive, | Scheduled Date: November 15, 2007<br>Proposed Date: January 10, 2008 |
| Defendants | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. C07-4088 PJH

Defendants Unum Group (formerly known as UnumProvident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation), New York Life Insurance Company and Plaintiff Lyle Hughes (collectively, the "Parties") stipulate as follows:

### **DECLARATION OF JOHN C. FERRY**

I, JOHN C. FERRY, declare as follows:

1. I am an attorney at law, over the age of 21 years, and am Of Counsel to Kelly, Herlihy & Klein, counsel for defendants Unum Group (formerly known as Unumprovident Corporation) and First Unum Life Insurance Company (erroneously sued as Unum Corporation), and co-counsel for defendant New York Life Insurance Company. I am licensed to practice in all courts in the State of California and have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I submit this declaration in support of the stipulation of all parties to continue the initial case management conference in this matter currently set for November 15, 2007 at 2:30.

3. There has only been one prior continuance in this case. Plaintiff filed a motion to remand this matter back to state court and Defendants moved this Court to continue the hearing and briefing schedule on the remand motion. The Court granted Defendants' motion and the hearing on the motion is now set for November 28, 2007.

4. Thus, the initial case management conference is now set to be held prior to the hearing on the motion to remand. The Parties agree that it would conserve judicial resources to continue the case management conference until after the Court's ruling on Plaintiff's motion to remand.

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NO. C07-4088 PJH

5. I am informed and believe that it would be appropriate to re-schedule the initial case management conference to at least thirty days after the remand hearing. I have met and conferred with counsel on this matter, and the first available date convenient to the Court and all counsel is January 10, 2008.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 29th day of October, 2007, at San Francisco, California.

_____
John C. Ferry

### STIPULATION

The Parties hereto stipulate that the case management conference presently scheduled for November 15, 2007, be continued to January 10, 2008.

KELLY, HERLIHY & KLEIN LLP

Dated: October 29, 2007       By _____
John C. Ferry
Attorneys for Defendants
UNUM GROUP (Formerly known as UNUMPROVIDENT CORPORATION) and FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

///
///
///
///

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NO. C07-4088 PJH

BARGER & WOLEN LLP

Dated: October 29, 2007          By _____
                                    Jennifer N. Lee
                                 Attorneys for Defendant
                                 NEW YORK LIFE INSURANCE COMPANY

BOURHIS & MANN

Dated: October 29, 2007          By _____
                                    Ray Bourhis
                                 Attorneys for Plaintiff

## ORDER

For good cause shown, and PURSUANT TO STIPULATION, IT IS SO ORDERED:

The case management conference scheduled for November 15, 2007, is hereby continued to January 10, 2008, at 2:30 p.m.

Dated: _____          _____
                                        United States District Judge

E:\27132\P11.doc

-3-

|   |   |
|---|---|
| 1 | BARGER & WOLEN LLP |
| 4 Dated: October 29, 2007 | By_____ |
| 5 | Jennifer N. Lee |
|   | Attorneys for Defendant |
| 6 | NEW YORK LIFE INSURANCE COMPANY |
| 9 | BOURHIS & MANN |
| 11 Dated: October 29, 2007 | By_____ |
|   | Ray Bourhis |
| 12 | Lawrence Mann |
|   | Attorneys for Plaintiff |
| 13 | LYLE HUGHES |

### ORDER

For good cause shown, and PURSUANT TO STIPULATION, IT IS SO ORDERED:

The case management conference scheduled for November 15, 2007, is hereby continued to January 10, 2008, at 2:30 p.m.

Dated: 11/2/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

E:\27132\P11.doc

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

CASE NO. C07-4088 PJH