```
1   THOMAS M. HERLIHY (SBN 83615)
    JOHN C. FERRY (SBN 104411)
2   KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
3   San Francisco, CA 94104-4798
    Tel.: (415) 951-0535
4   Fax: (415) 391-7808
    Email: herlihy@kelher.com
5          jferry@kelher.com
6
    Attorneys for Defendants
7   UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
    FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
8   CORPORATION) and NEW YORK LIFE INSURANCE COMPANY
9
    J. Russell Stedman (SBN 117130)
10  Jennifer N. Lee (SBN 230727)
    BARGER & WOLEN LLP
11  650 California Street, 9th Floor
    San Francisco, CA 94108
12  Tel.: (415) 434-2800
    Fax.: (415) 434-2533
13
    Email: rstedman@barwol.com
14         jlee@barwol.com
15
16  Co-Counsel for NEW YORK LIFE INSURANCE CCOMPANY only
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, NEW YORK LIFE<br>INSURANCE COMPANY, THE<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 20 inclusive,<br><br>            Defendants | Case No.: C 07 4088 PJH<br><br>**DECLARATION OF SUSAN ROTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |

---

I, Susan Roth, declare as follows:

1. I am over the age of 21 years, and I am the Vice President, Transactions, SEC and Corporate Secretary for Unum Group, formerly known as UnumProvident Corporation. I have held the position of Corporate Secretary at all times relevant hereto. I have personal knowledge of the matters set forth herein and could competently testify to the same if called upon to do so.

2. I submit this declaration in support of Defendants' opposition to Plaintiff's motion to remand.

3. By virtue of my employment, I have knowledge of the corporate structure of Unum Group and its subsidiaries.

4. Unum Group is a general business corporation organized under the laws of the State of Delaware, with its principal place of business located in Chattanooga, Tennessee. Unum Group is a non-insurance holding company for all of its subsidiary companies.

5. First Unum Life Insurance Company is a stock life insurance company incorporated in the state of New York, with its principal place of business in New York City, New York.

6. Unum Group is not an insurance company. Only certain of its subsidiaries (such as First Unum Life Insurance Company) are licensed and authorized to conduct the business of insurance.

7. There is no longer a legal entity known as Unum Corporation.

8. New York Life Insurance Company is not, and has never been a subsidiary of Unum Group, First Unum Life Insurance Company or any Unum entity.

I declare under penalty of perjury under the laws of the State of California, State of Tennessee, and of the United States that the foregoing is true and correct. Executed this ___ day of October, 2007, at Chattanooga, Tennessee.

_____
Susan Roth

E:\27132\P10doc\

-1-

DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO REMAND
CASE NO. CASE NO. C 07 4088 PJH