THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
        jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. Russell Stedman (SBN 117130)
Jennifer N. Lee (SBN 230727)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, CA 94108
Tel.: (415) 434-2800
Fax.: (415) 434-2533
Email: rstedman@barwol.com
        jlee@barwol.com

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | Case No.:  C 07 4088  PJH |
| Plaintiff, | |
| vs. | **DECLARATION OF CATHERINE CURTIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20 inclusive, | |
| Defendants | |

1        I, CATHERINE CURTIS, declare as follows:

2        1.    I am over the age of 21 years, and a Senior Disability Benefit Consultant with the

3    Claim Reassessment Unit at Unum.  I have personal knowledge of the facts stated herein, and am

4    competent to testify thereto.  The matters set forth herein are true and correct to the best of my

5    knowledge and belief.

6        2.    I submit this declaration in support of Defendants' opposition to plaintiff's motion

7    to remand.

8        3.    By virtue of my employment and position, I am familiar with the reassessment

9    process and the communications maintained by the Claim Reassessment Unit, including those

10   related to Plaintiff Lyle Hughes.  I have personally reviewed the communications pertaining to

11   Mr. Hughes' participation in the reassessment program.  The following documents are included

12   in Mr. Hughes' reassessment file which is maintained by the Claim Reassessment Unit in the

13   ordinary course of business.

14       4.    Attached hereto as Exhibit A is a true and correct copy of the notification to Mr.

15   Hughes dated November 2, 2005, advising him of his right to participate in the reassessment

16   program under Claim No. 0100188247.

17       5.    Attached hereto as Exhibit B is a true and correct copy of the notification to Mr.

18   Hughes dated December 1, 2005 advising him of his right to participate in the reassessment

19   program under Claim No. 0100188309.

20       6.    Attached hereto as Exhibit C is a true and correct copy of the notification to Mr.

21   Hughes dated December 1, 2005, advising him of his right to participate in the reassessment

22   program under Claim No. 0100188277.

23       7.    Attached hereto as Exhibit D is a true and correct copy of the notification to Mr.

24   Hughes dated January 30, 2006, advising him of his right to participate in the reassessment

25   program under Claim No. 13H2724074001.

26       8.    Attached hereto as Exhibit E is a true and correct copy of the notification to Mr.

27   Hughes dated January 30, 2006 advising him of his right to participate in the reassessment

28   program under Claim No. 13H3072721001.

-1-

9.    Attached hereto as Exhibit F is a true and correct copy of Mr. Hughes' request to participate in the reassessment program, dated November 7, 2005, under Claim No. 0100188247.

10.    Attached hereto as Exhibit G is a true and correct copy of the letter to Mr. Hughes dated November 16, 2005 acknowledging his election to participate in the claim reassessment process under Claim No. 0100188247.

11.    My review of the reassessment files did not reveal any request by Mr. Hughes to participate in the program under Claim Nos. 0100188309, 0100188277, 13H2724074001 or 13H3072721001.

12.    Attached hereto as Exhibit H is a true and correct copy of a letter dated January 23, 2007, from Mr. Hughes on his attorney's letter head confirming his "complete withdrawal from the Reassessment Claim."

13.    Attached hereto as Exhibit I is a true and correct copy of a letter dated January 31, 2007, from the Claim Reassessment Unit confirming that Mr. Hughes "does not wish to have his claims reassessed."

14.    Attached hereto as Exhibit J is a true and correct copy of a telephone communication, documented by me, that took place on February 5, 2007 confirming that "Mr. Hughes does not want any claims reassessed".

I declare under penalty of perjury under the laws of the State of California, State of Maine, and of the United States that the foregoing is true and correct. Executed this _10_th day of October, 2007, at _Portland, Maine_

_Catherine Curtis_

Catherine Curtis

E:\27132\P08doc

-2-

# EXHIBIT - A



November 2, 2005

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355-9663

Re:    Claim No.  0100188247

## NOTICE TO CALIFORNIA CLAIMANTS
of
## UNUM LIFE INSURANCE COMPANY OF AMERICA
## PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY
## THE PAUL REVERE LIFE INSURANCE COMPANY

Your claim for disability insurance benefits was denied, or your disability insurance benefits were terminated, on or after January 1, 1997, by one of the above-named UnumProvident insurance companies.

The California Insurance Commissioner and UnumProvident have recently reached an agreement that provides the opportunity for your claim to be reevaluated (reassessed) under certain standards developed especially for California claims.

You may have previously received a letter from UnumProvident notifying you of your right to ask for reassessment of your claim. If you responded to that letter by asking the company to reassess your claim, there is no need for you to respond again with a new request.

If you did <u>not</u> receive the earlier letter or if you did not respond to the earlier letter by asking for reassessment of your claim, you may <u>now</u> request reassessment of your claim by doing one of the following things:

- ▫ Fill out and return the enclosed form in the envelope provided; OR

- ▫ Visit www.unumprovident.com/elect with your claim number ready (provided at the top of this page); OR

- ▫ Place a toll-free call to (877) 477-0964 and provide your name, current address and claim number. This phone number is provided for your convenience in applying for reassessment, but no other information is available currently through this special temporary line.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

You must respond within 60 days of the date of this notice for your claim to be reconsidered. Your request for reassessment will be acknowledged by UnumProvident.

In addition to its agreement with the California Insurance Commissioner regarding California claimants, UnumProvident is reassessing claims nationwide under an agreement it reached in late 2004 with 48 other state insurance regulators and the U.S. Department of Labor. Because of the large number of claims to be reviewed, the process will take a substantial amount of time. If you elect to have your claim reassessed, you will receive another letter from UnumProvident closer to the time your claim actually will be reviewed, letting you know the approximate time period of that review. Enclosed with that letter will be a Reassessment Information Form for you to fill out and return to UnumProvident with information it needs to begin reviewing your claim.

By asking for your claim to be reassessed you agree to give up (waive) certain legal rights in the event and to the extent that benefits are paid to you. The legal rights you will be asked to give up will be described in greater detail in a form you will be asked to sign and return along with the Reassessment Information Form.

These rights are important and include the ability to pursue legal action, including the ability to obtain special or extracontractual damages, but only to the extent that such an action is based on any part of the claim denial or termination of benefits that is reversed or changed by the reassessment.

Before you decide to give up any of your rights, you may wish to consult an attorney.

If there remains a complete or partial denial of benefits after the reassessment of your claim, your right to pursue legal action for further benefits that are not related to any reversal or change of the previous decision on your claim shall not be waived.

If you have already started legal action relating to your prior claim decision, please provide a copy of this letter to your attorney as soon as possible so that he or she can advise you of your options. If, after consulting with your attorney, you decide to have your claim reassessed, you will need to take such action as is necessary to stop further legal proceedings pending the outcome of the reassessment process. Please note that filing a lawsuit concerning your claim after requesting reassessment will make your claim ineligible for reassessment.

You are encouraged to contact UnumProvident by one of the three steps provided for applying to have your claim reassessed. Please note that you must make contact within 60 days of the date of this notice to be eligible for UnumProvident to prepare your claim for review.

If you experience difficulty in participating in the claim reassessment process or otherwise, you may call the California Department of Insurance Consumer Hotline at (800) 927-HELP (4357).

Thank you.

**UnumProvident Claim Reassessment Unit**
First Unum Life Insurance Company

## <u>FAILURE TO TAKE ACTION WILL RESULT IN A LOSS OF THE OPPORTUNITY TO HAVE YOUR CLAIM REASSESSED.</u>

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964



## Request to Participate Form

Name:  Lyle H Hughes

Claim Number:  0100188247

Insuring Company: First Unum Life Insurance Company

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature:_____

Last four (4) digits of Social Security: _____

Date: _____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by January 1, 2006.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

# EXHIBIT - B



December 1, 2005

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355-9663

**Re:    Claim No.** 0100188309
**Coverage Provider:** New York Life Insurance Company

## NOTICE TO CALIFORNIA CLAIMANTS
### of
### UNUM LIFE INSURANCE COMPANY OF AMERICA
### PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY
### THE PAUL REVERE LIFE INSURANCE COMPANY

Your claim for disability insurance benefits was denied, or your disability insurance benefits were terminated, on or after January 1, 1997. UnumProvident through one of its subsidiaries listed above provided claim administration for the Coverage Provider shown above.

The California Insurance Commissioner and UnumProvident have recently reached an agreement that provides the opportunity for your claim to be reevaluated (reassessed) under certain standards developed especially for California claims. Individuals who were not insured under policies issued directly by the Companies were not covered by the terms of that agreement. However, in order to provide equitable treatment to all claimants who are similarly situated, the Companies have agreed to provide, to these similarly situated claimants, an opportunity for your claim to be reassessed that is essentially the same as that provided under that agreement.

You may have previously received a letter from UnumProvident notifying you of your right to ask for reassessment of your claim. If you responded to that letter by asking the company to reassess your claim, there is no need for you to respond again with a new request.

If you did <u>not</u> receive the earlier letter or if you did not respond to the  earlier letter by asking for reassessment of your claim, you may <u>now</u> request reassessment of your claim by doing one of the following things:

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

- Fill out and return the enclosed form in the envelope provided; OR

- Visit www.unumprovident.com/elect with your claim number ready (provided at the top of this page); OR

- Place a toll-free call to (877) 477-0964 and provide your name, current address and claim number. This phone number is provided for your convenience in applying for reassessment, but no other information is available currently through this special temporary line.

You must respond within 60 days of the date of this notice for your claim to be reconsidered. Your request for reassessment will be acknowledged by UnumProvident.

In addition to its agreement with the California Insurance Commissioner regarding California claimants, UnumProvident is reassessing claims nationwide under an agreement it reached in late 2004 with 48 other state insurance regulators and the U.S. Department of Labor. Because of the large number of claims to be reviewed, the process will take a substantial amount of time. If you elect to have your claim reassessed, you will receive another letter from UnumProvident closer to the time your claim actually will be reviewed, letting you know the approximate time period of that review. Enclosed with that letter will be a Reassessment Information Form for you to fill out and return to UnumProvident with information it needs to begin reviewing your claim.

By asking for your claim to be reassessed, you agree to give up (waive) certain legal rights in the event and to the extent that benefits are paid to you. The legal rights you will be asked to give up will be described in greater detail in a form you will be asked to sign and return along with the Reassessment Information Form.

These rights are important and include the ability to pursue legal action, including the ability to obtain special or extracontractual damages, but only to the extent that such an action is based on any part of the claim denial or termination of benefits that is reversed or changed by the reassessment.

Before you decide to give up any of your rights, you may wish to consult an attorney.

If there remains a complete or partial denial of benefits after the reassessment of your claim, your right to pursue legal action for further benefits that are not related to any reversal or change of the previous decision on your claim shall not be waived.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

If you have already started legal action relating to your prior claim decision, please provide a copy of this letter to your attorney as soon as possible so that he or she can advise you of your options. If, after consulting with your attorney, you decide to have your claim reassessed, you will need to take such action as is necessary to stop further legal proceedings pending the outcome of the reassessment process. Please note that filing a lawsuit concerning your claim after requesting reassessment will make your claim ineligible for reassessment.

You are encouraged to contact UnumProvident by one of the three steps provided for applying to have your claim reassessed. Please note that you must make contact within 60 days of the date of this notice to be eligible for UnumProvident to prepare your claim for review.

If you experience difficulty in participating in the claim reassessment process or otherwise, you may call the California Department of Insurance Consumer Hotline at (800) 927-HELP (4357).

Thank you.

UnumProvident Claim Reassessment Unit

## FAILURE TO TAKE ACTION WILL RESULT IN A LOSS OF THE OPPORTUNITY TO HAVE YOUR CLAIM REASSESSED.



## Request to Participate Form

Name:  Lyle H Hughes

Claim Number:  0100188309

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature:_____

Last four (4) digits of Social Security: _____

Date: _____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by January 30, 2006.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

# EXHIBIT - C



December 1, 2005

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355-9663

**Re:    Claim No.**  0100188277
**Coverage Provider:**  New York Life Insurance Company

<u>NOTICE TO CALIFORNIA CLAIMANTS</u>
of
## UNUM LIFE INSURANCE COMPANY OF AMERICA
## PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY
## THE PAUL REVERE LIFE INSURANCE COMPANY

Your claim for disability insurance benefits was denied, or your disability insurance benefits were terminated, on or after January 1, 1997. UnumProvident through one of its subsidiaries listed above provided claim administration for the Coverage Provider shown above.

The California Insurance Commissioner and UnumProvident have recently reached an agreement that provides the opportunity for your claim to be reevaluated (reassessed) under certain standards developed especially for California claims. Individuals who were not insured under policies issued directly by the Companies were not covered by the terms of that agreement. However, in order to provide equitable treatment to all claimants who are similarly situated, the Companies have agreed to provide, to these similarly situated claimants, an opportunity for your claim to be reassessed that is essentially the same as that provided under that agreement.

You may have previously received a letter from UnumProvident notifying you of your right to ask for reassessment of your claim. If you responded to that letter by asking the company to reassess your claim, there is no need for you to respond again with a new request.

If you did <u>not</u> receive the earlier letter or if you did not respond to the  earlier letter by asking for reassessment of your claim, you may <u>now</u> request reassessment of your claim by doing one of the following things:

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

- Fill out and return the enclosed form in the envelope provided; OR

- Visit www.unumprovident.com/elect with your claim number ready (provided at the top of this page); OR

- Place a toll-free call to (877) 477-0964 and provide your name, current address and claim number. This phone number is provided for your convenience in applying for reassessment, but no other information is available currently through this special temporary line.

You must respond within 60 days of the date of this notice for your claim to be reconsidered. Your request for reassessment will be acknowledged by UnumProvident.

In addition to its agreement with the California Insurance Commissioner regarding California claimants, UnumProvident is reassessing claims nationwide under an agreement it reached in late 2004 with 48 other state insurance regulators and the U.S. Department of Labor. Because of the large number of claims to be reviewed, the process will take a substantial amount of time. If you elect to have your claim reassessed, you will receive another letter from UnumProvident closer to the time your claim actually will be reviewed, letting you know the approximate time period of that review. Enclosed with that letter will be a Reassessment Information Form for you to fill out and return to UnumProvident with information it needs to begin reviewing your claim.

By asking for your claim to be reassessed, you agree to give up (waive) certain legal rights in the event and to the extent that benefits are paid to you. The legal rights you will be asked to give up will be described in greater detail in a form you will be asked to sign and return along with the Reassessment Information Form.

These rights are important and include the ability to pursue legal action, including the ability to obtain special or extracontractual damages, but only to the extent that such an action is based on any part of the claim denial or termination of benefits that is reversed or changed by the reassessment.

Before you decide to give up any of your rights, you may wish to consult an attorney.

If there remains a complete or partial denial of benefits after the reassessment of your claim, your right to pursue legal action for further benefits that are not related to any reversal or change of the previous decision on your claim shall not be waived.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

If you have already started legal action relating to your prior claim decision, please provide a copy of this letter to your attorney as soon as possible so that he or she can advise you of your options. If, after consulting with your attorney, you decide to have your claim reassessed, you will need to take such action as is necessary to stop further legal proceedings pending the outcome of the reassessment process. Please note that filing a lawsuit concerning your claim after requesting reassessment will make your claim ineligible for reassessment.

You are encouraged to contact UnumProvident by one of the three steps provided for applying to have your claim reassessed. Please note that you must make contact within 60 days of the date of this notice to be eligible for UnumProvident to prepare your claim for review.

If you experience difficulty in participating in the claim reassessment process or otherwise, you may call the California Department of Insurance Consumer Hotline at (800) 927-HELP (4357).

Thank you.

UnumProvident Claim Reassessment Unit

## FAILURE TO TAKE ACTION WILL RESULT IN A LOSS OF THE OPPORTUNITY TO HAVE YOUR CLAIM REASSESSED.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964



## Request to Participate Form

Name:  Lyle H Hughes

Claim Number:  0100188277

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature:_____

Last four (4) digits of Social Security: _____

Date: _____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by January 30, 2006.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

EXHIBIT - D



January 30, 2006

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355-9663


**Re: Claim No.**  13H2724074001
**Coverage Provider:**  New York Life Insurance Company


## <u>NOTICE TO CALIFORNIA CLAIMANTS</u>
### of
## THE PAUL REVERE LIFE INSURANCE COMPANY ("Paul Revere")

Your claim for disability insurance benefits was denied, or your disability
insurance benefits were terminated, on or after January 1, 1997. UnumProvident
through its subsidiary Paul Revere provided claim administration for the
Coverage Provider shown above.

The California Insurance Commissioner and UnumProvident and its subsidiaries
including Paul Revere (the "Companies") have recently reached an agreement
that provides the opportunity for your claim to be reevaluated (reassessed) under
certain standards developed especially for California claims.  Individuals who
were not insured under policies issued directly by the Companies were not
covered by the terms of that agreement.  However, in order to provide equitable
treatment to all claimants who are similarly situated, the Companies have agreed
to provide, to these similarly situated claimants, an opportunity for your claim to
be reassessed that is essentially the same as that provided under that agreement.

You may have previously received a letter from UnumProvident on behalf of Paul
Revere notifying you of your right to ask for reassessment of your claim.  If you
responded to that letter by asking the company to reassess your claim, there is
no need for you to respond again with a new request.

If you did <u>not</u> receive the earlier letter or if you did not respond to the earlier letter
by asking for reassessment of your claim, you may <u>now</u> request reassessment of
your claim by doing one of the following things:

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

- Fill out and return the enclosed form in the envelope provided; OR

- Visit www.unumprovident.com/elect with your claim number ready (provided at the top of this page); OR

- Place a toll-free call to (877) 477-0964 and provide your name, current address and claim number. This phone number is provided for your convenience in applying for reassessment, but no other information is available currently through this special temporary line.

You must respond within 60 days of the date of this notice for your claim to be reconsidered. Your request for reassessment will be acknowledged by UnumProvident.

In addition to its agreement with the California Insurance Commissioner regarding California claimants, the Companies are reassessing claims nationwide under an agreement it reached in late 2004 with 48 other state insurance regulators and the U.S. Department of Labor. Because of the large number of claims to be reviewed, the process will take a substantial amount of time. If you elect to have your claim reassessed, you will receive another letter from UnumProvident on behalf of Paul Revere closer to the time your claim actually will be reviewed, letting you know the approximate time period of that review. Enclosed with that letter will be a Reassessment Information Form for you to fill out and return to UnumProvident with information Paul Revere needs to begin reviewing your claim.

By asking for your claim to be reassessed, you agree to give up (waive) certain legal rights in the event and to the extent that benefits are paid to you. The legal rights you will be asked to give up will be described in greater detail in a form you will be asked to sign and return along with the Reassessment Information Form.

These rights are important and include the ability to pursue legal action, including the ability to obtain special or extracontractual damages, but only to the extent that such an action is based on any part of the claim denial or termination of benefits that is reversed or changed by the reassessment.

Before you decide to give up any of your rights, you may wish to consult an attorney.

If there remains a complete or partial denial of benefits after the reassessment of your claim, your right to pursue legal action for further benefits that are not

related to any reversal or change of the previous decision on your claim shall not be waived.

If you have already started legal action relating to your prior claim decision, please provide a copy of this letter to your attorney as soon as possible so that he or she can advise you of your options. If, after consulting with your attorney, you decide to have your claim reassessed, you will need to take such action as is necessary to stop further legal proceedings pending the outcome of the reassessment process. Please note that filing a lawsuit concerning your claim after requesting reassessment will make your claim ineligible for reassessment.

You are encouraged to contact Paul Revere by one of the three steps provided for applying to have your claim reassessed. Please note that you must make contact within 60 days of the date of this notice to be eligible for Paul Revere to prepare your claim for review.

If you experience difficulty in participating in the claim reassessment process or otherwise, you may call the California Department of Insurance Consumer Hotline at (800) 927-HELP (4357).

Thank you.

UnumProvident Claim Reassessment Unit


## FAILURE TO TAKE ACTION WILL RESULT IN A LOSS OF THE OPPORTUNITY TO HAVE YOUR CLAIM REASSESSED.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964



## Request to Participate Form

Name:  Lyle H Hughes

Claim Number:   13H2724074001

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature:_____

Last four (4) digits of Social Security: _____

Date: _____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by March 31, 2006.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

# EXHIBIT - E



January 30, 2006

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355-9663

**Re: Claim No.**  13H3072721001
**Coverage Provider:**  New York Life Insurance Company

## NOTICE TO CALIFORNIA CLAIMANTS
### of
## THE PAUL REVERE LIFE INSURANCE COMPANY ("Paul Revere")

Your claim for disability insurance benefits was denied, or your disability
insurance benefits were terminated, on or after January 1, 1997.  UnumProvident
through its subsidiary Paul Revere provided claim administration for the
Coverage Provider shown above.

The California Insurance Commissioner and UnumProvident and its subsidiaries
including Paul Revere (the "Companies") have recently reached an agreement
that provides the opportunity for your claim to be reevaluated (reassessed) under
certain standards developed especially for California claims.  Individuals who
were not insured under policies issued directly by the Companies were not
covered by the terms of that agreement.  However, in order to provide equitable
treatment to all claimants who are similarly situated, the Companies have agreed
to provide, to these similarly situated claimants, an opportunity for your claim to
be reassessed that is essentially the same as that provided under that agreement.

You may have previously received a letter from UnumProvident on behalf of Paul
Revere notifying you of your right to ask for reassessment of your claim.  If you
responded to that letter by asking the company to reassess your claim, there is
no need for you to respond again with a new request.

If you did not receive the earlier letter or if you did not respond to the earlier letter
by asking for reassessment of your claim, you may now request reassessment of
your claim by doing one of the following things:

- Fill out and return the enclosed form in the envelope provided; OR

- Visit www.unumprovident.com/elect with your claim number ready (provided at the top of this page); OR

- Place a toll-free call to (877) 477-0964 and provide your name, current address and claim number. This phone number is provided for your convenience in applying for reassessment, but no other information is available currently through this special temporary line.

You must respond within 60 days of the date of this notice for your claim to be reconsidered. Your request for reassessment will be acknowledged by UnumProvident.

In addition to its agreement with the California Insurance Commissioner regarding California claimants, the Companies are reassessing claims nationwide under an agreement it reached in late 2004 with 48 other state insurance regulators and the U.S. Department of Labor. Because of the large number of claims to be reviewed, the process will take a substantial amount of time. If you elect to have your claim reassessed, you will receive another letter from UnumProvident on behalf of Paul Revere closer to the time your claim actually will be reviewed, letting you know the approximate time period of that review. Enclosed with that letter will be a Reassessment Information Form for you to fill out and return to UnumProvident with information Paul Revere needs to begin reviewing your claim.

By asking for your claim to be reassessed, you agree to give up (waive) certain legal rights in the event and to the extent that benefits are paid to you. The legal rights you will be asked to give up will be described in greater detail in a form you will be asked to sign and return along with the Reassessment Information Form.

These rights are important and include the ability to pursue legal action, including the ability to obtain special or extracontractual damages, but only to the extent that such an action is based on any part of the claim denial or termination of benefits that is reversed or changed by the reassessment.

Before you decide to give up any of your rights, you may wish to consult an attorney.

If there remains a complete or partial denial of benefits after the reassessment of your claim, your right to pursue legal action for further benefits that are not

related to any reversal or change of the previous decision on your claim shall not be waived.

If you have already started legal action relating to your prior claim decision, please provide a copy of this letter to your attorney as soon as possible so that he or she can advise you of your options. If, after consulting with your attorney, you decide to have your claim reassessed, you will need to take such action as is necessary to stop further legal proceedings pending the outcome of the reassessment process. Please note that filing a lawsuit concerning your claim after requesting reassessment will make your claim ineligible for reassessment.

You are encouraged to contact Paul Revere by one of the three steps provided for applying to have your claim reassessed. Please note that you must make contact within 60 days of the date of this notice to be eligible for Paul Revere to prepare your claim for review.

If you experience difficulty in participating in the claim reassessment process or otherwise, you may call the California Department of Insurance Consumer Hotline at (800) 927-HELP (4357).

Thank you.

UnumProvident Claim Reassessment Unit


## <u>FAILURE TO TAKE ACTION WILL RESULT IN A LOSS OF THE OPPORTUNITY TO HAVE YOUR CLAIM REASSESSED.</u>

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964



## Request to Participate Form

Name:  Lyle H Hughes

Claim Number:   13H3072721001                    '

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature:_____

Last four (4) digits of Social Security: _____

Date: _____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by March 31, 2006.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

# EXHIBIT - F



## Request to Participate Form

Name:  Lyle H Hughes

Claim Number:  0100188247

Insuring Company: First Unum Life Insurance Company

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature: _____

Last four (4) digits of Social Security: _0935_____

Date: ____11/7/05_____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by January 1, 2006.



PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964



November 16, 2005

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355-9663

Re:  Claim No.  0100188247

Dear Lyle H Hughes:

We are writing to let you know that we received your election to participate in the Claim Reassessment Process for the disability claim referenced above.

We will reassess claims of those electing to participate based on the original dates of when the claim was denied or closed with the oldest closure dates being reviewed first.  This process may take up to 24 months or more.  We will send you a letter closer to the time when your claim will be reassessed, indicating the approximate time period of your reassessment and request that you complete and return a Reassessment Information Form within 60 days to provide information needed for the reassessment of your claim.

If you have any questions regarding the Claims Reassessment Process, please contact us toll-free at 1-877-477-0964.

Sincerely,

UnumProvident Claim Reassessment Unit
First Unum Life Insurance Company

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

# EXHIBIT - G

# RAY BOURHIS & ASSOCIATES

*Specializing in Insurance Law*

www.InsuranceConsumers.com
www.RayBourhis.com

January 23, 2007

**VIA FACSIMILE (866-314-1474) & U.S. MAIL**
Mr. Andy Gaither
Claim Reassessment Consultant
Provident Life and Casualty Insurance Company
Claim Reassessment Unit
P.O. Box 9728
Portland, ME 04104-5028

    Re: Claim No.: 13-H2724074; and 13-H3072721-001

Dear Mr. Gaither:

    Pursuant to counsel for UnumProvident Corporation's request, please accept this letter as my intention and confirmation of withdrawing my request for an extension to February 26, 2007 and complete withdrawal from the Reassessment Claim.

    Please acknowledge my request for withdrawal from Reassessment Claim process by a reply fax to my attorney's office at (415) 421-0259.

                Sincerely,

                Lyle Hughes

LH:mmm

cc: Ray Bourhis, Esq.
     Sean Nalty, Esq. (via facsimile (415) 391-7808)

**RECEIVED**

JAN 29 2007

**LDU GEN SUPPORT**

# EXHIBIT - H



January 31, 2007


Ray Bourhis & Associates
1050 Battery Street
San Francisco, California 94111


RE:    Lyle Hughes
        Claim number 13-H7274074, 13-H3072721-001, 0100188247

Dear Attorney Bourhis:

We are writing to let you know that we received your letter dated January 23, 2007 in behalf of your client, Lyle Hughes.

This is to confirm that you have advised us that your client does not wish to have his claims reassessed.

If you have any questions regarding the Claims Reassessment Process, please contact us toll-free at 1-866-278-4641.

Sincerely,

Claim Reassessment Unit
Unum Life Insurance Company of America

Unum Life Insurance Company of America
Claim Reassessment Unit
PO Box 9728
Portland, ME  04104-5028
Phone:  1-866-278-4641
Fax:    1-866-314-1474
www.unumprovident.com
1242-03

# EXHIBIT - I



January 31, 2007


Ray Bourhis & Associates
1050 Battery Street
San Francisco, California 94111


RE:    Lyle Hughes
       Claim number 13-H7274074, 13-H3072721-001, 0100188247

Dear Attorney Bourhis:

We are writing to let you know that we received your letter dated January 23, 2007 in behalf of your client, Lyle Hughes.

This is to confirm that you have advised us that your client does not wish to have his claims reassessed.

If you have any questions regarding the Claims Reassessment Process, please contact us toll-free at 1-866-278-4641.

Sincerely,

Claim Reassessment Unit
Unum Life Insurance Company of America


Unum Life Insurance Company of America
Claim Reassessment Unit
PO Box 9728
Portland, ME 04104-5028
Phone: 1-866-278-4641
Fax:   1-866-314-1474
www.unumprovident.com

1242-03

EXHIBIT - J

Lyle Hughes
#0100188247

Received a call from attorney – they are not interested in the reassessment on any of his claims.

We clarified that the group claim was the only one previously opt-in.  He confirmed that Mr. Hughes does not want any claims reassessed.  He does want copies of all three of Mr. Hughes's LTD claims.

He will fax a request to our office for copies of the three LTD claims.  Gave 800# for fax.

Catherine Curtis
2/5/2007