1  J. Russell Stedman (117130), rstedman@barwol.com
   Jennifer N. Lee (230727), jlee@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   NEW YORK LIFE INSURANCE COMPANY only
6
   Thomas M. Herlihy (83615), herlihy@kelher.com
7  John C. Ferry (104411), jferry@kelher.com
   KELLY, HERLIHY & KLEIN LLP
8  44 Montgomery Street, Suite 2500
   San Francisco, California 94104-4798
9  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
10
   Attorneys for Defendants
11 UNUM GROUP (formerly known as
   UNUMPROVIDENT CORPORATION),
12 FIRST UNUM LIFE INSURANCE COMPANY
   (erroneously sued as UNUM CORPORATION) and
13 NEW YORK LIFE INSURANCE COMPANY

14

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18 LYLE HUGHES,                              ) CASE NO.: C07-4088 PJH
                                             )
19            Plaintiff,                      ) **DECLARATION OF SOPHIA**
                                             ) **RODRIGUEZ IN SUPPORT OF**
20       vs.                                  ) **DEFENDANTS' OPPOSITION TO**
                                             ) **MOTION TO REMAND**
21 UNUMPROVIDENT CORPORATION;                )
   UNUM CORPORATION; NEW YORK LIFE           ) Date:   November 28, 2007
22 INSURANCE COMPANY; THE                    ) Time:   9:00 a.m.
   COMMISSIONER OF THE CALIFORNIA            )
23 DEPARTMENT OF INSURANCE; and              ) Complaint Filed: June 28, 2007
   DOES 1 through 20 inclusive,              )
24                                           )
                                             )
25            Defendants.                     )
   _____ )

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.: C07-4088 PJH

1    I, Sophia Rodriguez, declare as follows:

2    1.    I am a Benefits Delivery Lead in the Human Resources Department at New York

3    Life Insurance Company ("New York Life"). During my employment with New York Life for the

4    past 19 years, I have held a variety of positions in the Human Resources and Agency Departments

5    involving agent benefits. I am generally familiar with agent benefits, including long term disability

6    benefits offered under the Agents Group Plan sponsored by New York Life ("Agents Group Plan")

7    and am routinely called upon to support the plan administrator in administering the plan.

8    2.    I submit this declaration in support of New York Life's opposition to Plaintiff's

9    motion for remand. I have personal knowledge of the matters set forth below, or have sufficient

10   information and belief based upon my general knowledge of the Agents Group Plan and inquiry,

11   and, if called as a witness, could and would testify competently thereto. I have also personally

12   reviewed the New York Life's files pertaining to Mr. Hughes' participation in Agents Group Plan

13   and am familiar with Mr. Hughes' claims after my review of these files and having made

14   appropriate inquiries within New York Life and its administrative services providers.

15   3.    New York Life, as plan sponsor, established a comprehensive employee welfare

16   benefit plan pursuant to an Employee Retirement Income Security Act ("ERISA") to provide,

17   among other benefits, long term disability ("LTD") benefits to certain insurance agents ("Agents

18   Group Plan" or "Plan"). Under the Plan, the Plan administrator has the overall fiduciary

19   responsibility for the Plan; fiduciary responsibility for handling claims and appeals for benefits has

20   been delegated to First Unum Life Insurance Company ("First Unum") as the claims administrator.

21   The Plan annually files a Form 5500 Annual Report, as required by ERISA for employee welfare

22   benefit plans, with respect to the Plan. Attached as Exhibit A is a true and correct copy of Form

23   5500 for the plan year 2004. Form 5500, Item 8.b. includes the code 4H, indicating an LTD feature

24   is part of the Plan. Also, the Form 5500 includes a description of the ERISA benefits provided

25   under the Agents Group Plan in the attached notes to the financial statements for the Plan, that

26   refers to LTD benefits insured by First Unum, see Exhibit A, Notes to Financial Statements, page 5,

27   Note 1.A & B Commencing January 1, 2003, First Unum issued the group long term disability

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.: C07-4088 PJH

1   policy no. 573600 insuring the LTD benefits under the Agents Group Plan. Attached hereto as

2   Exhibit B is a true and correct copy of the Group LTD Policy issued by First Unum to New York

3   Life. Summaries of Material Modifications notified agents of First Unum's role as insurer and

4   claims administrator for LTD benefits under the Agents Group Plan. Attached as Exhibit C is a true

5   and correct copy of the 2003 Summary of Material Modifications to Group Plan for New York Life

6   Agents. Attached as Exhibit D is a true and correct copy of the 2004 Summary of Material

7   Modifications to Group Plan for New York Life Agents.

8       4.      Plaintiff has been an agent of New York Life since 1984, and was eligible to enroll

9   in the Agents Group Plan for calendar year 2004. Attached as Exhibit E is a true and correct copy

10  of the New York Life's Agents Group Plan – 2004 Enrollment Booklet. Plaintiff enrolled in the

11  Agents Group Plan for plan year 2004 and elected to receive coverage for LTD benefits insured by

12  First Unum under the Agents Group Plan.

13      5.      As stated in the 2004 enrollment booklet, agents who contracted "as full-time agent

14  with the Company during calendar year immediately prior to the Current Class Agent" are

15  considered a "First Year Prior Class Agent" and are eligible for LTD benefits. *See* Exhibit E p. 4.

16  According to this definition for plan year 2004, a Current Class Agent is one who contracted in the

17  year 2004 or 2003 and a First Prior Agent is one who contracted with the Company in the year prior

18  to the Current Class Agent, i.e., sometime in 2002. For plan year 2004, all of the First Prior Agents

19  having contracted in 2002 would have less than three years of service and were eligible to elect

20  LTD benefits coverage. *See* Exhibit E, pp. 4 and 29.

21      6.      Certain agents requiring training were considered employees of New York Life for

22  the duration of the training period and signed a "Training Allowance Subsidy Plan Agreement"

23  ("TAS Agreement") to this effect. New York Life generally refers to these agents as "TAS Agents"

24  during the initial training period, which can last up to three years. During these three years, TAS

25  Agents are employees of the Company as expressly stated in their TAS Contracts. In plan year

26  2004, there were 191 TAS Agents who qualified as First Prior Agents enrolled in the Agents Group

27  Plan and who elected LTD coverage. Similarly, in all plan years thereafter, TAS Agents have

28

-3-

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1   qualified for and elected LTD benefits under the Agents Group Plan.  For example, in plan year

2   2005, there were 170 TAS Agents who qualified for and elected LTD coverage under the Agents

3   Group Plan.

4        7.     First Unum administered claims and made recommendations to New York Life on

5   the handling of the claims made by Plaintiff regarding his LTD benefits under the Agents Group

6   Plan and his physical incapacity benefit under the Nylic Contract pursuant to separate

7   administrative services agreements (e.g., agreement no. 573602) between New York Life and First

8   Unum with respect to each type of benefit.

9

10        I declare under penalty of perjury under the laws of the United States of America that the

11   foregoing is true and correct.  Executed this 7th day of November 2007 in New York, New York.

12

13

14                            Sophia Rodriguez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.:  C07-4088 PJH

# EXHIBIT - A

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** | Official Use Only |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

This form is required to be filed under sections 104 and 4065 of the Employee
Retirement Income Security Act of 1974 (ERISA) and sections 6047(e),
6057(b), and 6058(a) of the Internal Revenue Code (the Code).

► Complete all entries in accordance with
the instructions to the Form 5500.

OMB Nos. 1210 - 0110
1210 - 0089

**2004**

This Form is Open to
Public Inspection.

## Part I    Annual Report Identification Information

**For the calendar plan year 2004 or fiscal plan year beginning** _____ **and ending** _____

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify) _____

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) . . . . . . . . . ►☒

## Part II    Basic Plan Information -- enter all requested information.

**1a** Name of plan
GROUP PLAN FOR NEW YORK LIFE AGENTS

**1b** Three-digit plan number (PN) ► 503

**1c** Effective date of plan (mo., day, yr.)
11/01/1952

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
NEW YORK LIFE INSURANCE COMPANY

51 MADISON AVENUE ROOM 511
ATTN BENEFITS COMPLIANCE

NEW YORK                    NY  10010-1603

**2b** Employer Identification Number (EIN)
13-5582869

**2c** Sponsor's telephone number
212-576-5700

**2d** Business code (see instructions)
524140

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

**SIGN HERE** _Maria J. Mauceri_          10/7/05          MARIA J. MAUCERI
Signature of plan administrator          Date          Type or print name of individual signing as plan administrator

**SIGN HERE** _Maria J. Mauceri_          10/7/05          MARIA J. MAUCERI
Signature of employer/plan sponsor/DFE          Date          Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.          v7.2          Form **5500** (2004)

0 2 0 4 1 0 0 1 0 8

Form 5500 (2004)                                                                    Page **2**

| | | Official Use Only |
|---|---|---|
| **3a** Plan administrator's name and address (if same as plan sponsor, enter "Same") | **3b** Administrator's EIN | |
| MARIA J. MAUCERI | 13-2857205 | |
| VICE PRESIDENT & ACTUARY | **3c** Administrator's telephone number | |
| 51 MADISON AVENUE ROOM 511 | 212-576-7000 | |
| NEW YORK                              NY   10010-1603 | | |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address

**b** EIN

**c** Telephone number

| | | |
|---|---|---|
| **6** Total number of participants at the beginning of the plan year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 11250 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | |
| **a** Active participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | 7668 |
| **b** Retired or separated participants receiving benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7b** | 2016 |
| **c** Other retired or separated participants entitled to future benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | 0 |
| **d** Subtotal. Add lines 7a, 7b, and 7c. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7d** | 9684 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits . . . . . . . . . . . . | **7e** | |
| **f** Total. Add lines 7d and 7e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7f** | |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7g** | |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7h** | |
| **i** If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7i** | |

**8** Benefits provided under the plan (complete 8a and 8b as applicable)

**a** ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**b** ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions): 4A 4B 4D 4H 4L ☐ ☐ ☐

**9a** Plan funding arrangement (check all that apply)

(1) ☒ Insurance
(2) ☐ Code section 412(i) insurance contracts
(3) ☒ Trust
(4) ☒ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)

(1) ☒ Insurance
(2) ☐ Code section 412(i) insurance contracts
(3) ☒ Trust
(4) ☒ General assets of the sponsor

0 2 0 4 1 0 0 2 0 9

Form 5500 (2004)                                                    Page **3**

Official Use Only

**10**  Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See Instructions.)

**a**  **Pension Benefit Schedules**

(1) [ ]  **R**  (Retirement Plan Information)

(2) [ ] ____  **T**  (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan
is relying on coverage testing information for a
prior year, enter the year .................▶ _____

(3) [ ]  **B**  (Actuarial Information)

(4) [ ]  **E**  (ESOP Annual Information)

(5) [ ]  **SSA** (Separated Vested Participant Information)

**b**  **Financial Schedules**

(1) [X]  **H**  (Financial Information)

(2) [ ]  **I**  (Financial Information – Small Plan)

(3) [X]  **3**  **A**  (Insurance Information)

(4) [X]  **C**  (Service Provider Information)

(5) [ ]  **D**  (DFE/Participating Plan Information)

(6) [ ]  **G**  (Financial Transaction Schedules)

(7) [ ] ____  **P**  (Trust Fiduciary Information)





0  2  0  4  1  0  0  3  0  A

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information pursuant to ERISA section 103(a)(2).

Official Use Only
OMB No. 1210-0110
**2004**
This Form is Open to Public Inspection.

For calendar plan year 2004 or fiscal plan year beginning _____ and ending _____

| A  Name of plan | B  Three-digit |
|---|---|
| GROUP PLAN FOR NEW YORK LIFE AGENTS | plan number  ▶  503 |

| C  Plan sponsor's name as shown on line 2a of Form 5500 | D  Employer Identification Number |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY | 13-5582869 |

**Part I** **Information Concerning Insurance Contract Coverage, Fees, and Commissions**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1**  Coverage:

| (a)  Name of insurance carrier |
|---|
| HIP HEALTH PLAN OF NEW YORK |

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 13-1828429 | 55247 | 1009393-000 | 18 | 01/01/2004 | 12/31/2004 |

**2**  Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commisions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

**Totals**

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.　　v7.2  Schedule A (Form 5500) 2004





0 6 0 4 1 0 0 1 0 C

Schedule A (Form 5500) 2004　　　　　　　　　　　　　　Page **2**

Official Use Only

**(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |





0　6　0　4　1　0　0　2　0　D

Schedule A (Form 5500) 2004                                                    Page **3**

Official Use Only

**Part III**   **Investment and Annuity Contract Information**
Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3**  Current value of plan's interest under this contract in the general account at year end  . . . . . . . . . . . . . . . . . .

**4**  Current value of plan's interest under this contract in separate accounts at year end  . . . . . . . . . . . . . . . . . .

**5**  Contracts With Allocated Funds
  **a**  State the basis of premium rates ▶
  **b**  Premiums paid to carrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  **c**  Premiums due but unpaid at the end of the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  **d**  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Specify nature of costs ▶
  **e**  Type of contract   **(1)** ☐ individual policies        **(2)** ☐ group deferred annuity
    **(3)** ☐ other (specify) ▶
  **f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here . . . . . . . . . . ▶ ☐

**6**  Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)
  **a**  Type of contract   **(1)** ☐ deposit administration        **(2)** ☐ immediate participation guarantee
    **(3)** ☐ guaranteed investment        **(4)** ☐ other (specify below)
    ▶
  **b**  Balance at the end of the previous year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  **c**  Additions: (1) Contributions deposited during the year . . . . . . . . . . . . . . . . . . . . . . .
    (2) Dividends and credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    (3) Interest credited during the year . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    (4) Transferred from separate account . . . . . . . . . . . . . . . . . . . . . . . . . . .
    (5) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    ▶
    (6) Total additions . . . . . . . . . . . . . . . . . . . . . . . . .
  **d**  Total of balance and additions (add b and c (6)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
  **e**  Deductions:
    (1) Disbursed from fund to pay benefits or purchase annuities during year . . . . . .
    (2) Administration charge made by carrier . . . . . . . . . . . . . . . . . . . . . . . . . .
    (3) Transferred to separate account . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    (4) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    ▶
    (5) Total deductions . . . . . . . . . . . . . . . . . . . . . . . .
  **f**  Balance at the end of the current year (subtract e (5) from d.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



0  6  0  4  1  0  0  3  0  E

Schedule A (Form 5500) 2004

Page **4**

Official Use Only

## Part III    Welfare Benefit Contract Information

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7**  Benefit and contract type (check all applicable boxes)

- **a** [X] Health (other than dental or vision)
- **b** [ ] Dental
- **c** [ ] Vision
- **d** [ ] Life Insurance
- **e** [ ] Temporary disability (accident and sickness)
- **f** [ ] Long-term disability
- **g** [ ] Supplemental unemployment
- **h** [X] Prescription drug
- **i** [ ] Stop loss (large deductible)
- **j** [X] HMO contract
- **k** [ ] PPO contract
- **l** [ ] Indemnity contract
- **m** [ ] Other (specify) ►

**8**  Experience-rated contracts

**a**  Premiums: (1) Amount received ....................................

    (2) Increase (decrease) in amount due but unpaid ...................

    (3) Increase (decrease) in unearned premium reserve ...............

    (4) Earned ((1) + (2) - (3)) .......................................

**b**  Benefit charges: (1) Claims paid ...................................

    (2) Increase (decrease) in claim reserves..........................

    (3) Incurred claims (add (1) and (2))..............................

    (4) Claims charged................................................

**c**  Remainder of premium: (1) Retention charges (on an accrual basis) --

    (A) Commissions ...............................................

    (B) Administrative service or other fees..........................

    (C) Other specific acquisition costs .............................

    (D) Other expenses ............................................

    (E) Taxes ....................................................

    (F) Charges for risks or other contingencies ....................

    (G) Other retention charges....................................

    (H) Total retention...............................................

    (2) Dividends or retroactive rate refunds. (These amounts were [ ] paid in cash, or [ ] credited.)  ..........

**d**  Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement ..........

    (2) Claim reserves ...............................................

    (3) Other reserves ..............................................

**e**  Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) .....................

**9**  Nonexperience-rated contracts:

**a**  Total premiums or subscription charges paid to carrier ...................................... | 128453

**b**  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount ..............
Specify nature of costs ► _____

0 6 0 4 1 0 0 4 0 F

**SCHEDULE A**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Insurance Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ File as an attachment to Form 5500.

▶ Insurance companies are required to provide this information
pursuant to ERISA section 103(a)(2).

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open to
Public Inspection.

For calendar plan year 2004 or fiscal plan year beginning _____ and ending _____

| **A** Name of plan | **B** Three-digit |
|---|---|
| GROUP PLAN FOR NEW YORK LIFE AGENTS | plan number ▶  503 |

| **C** Plan sponsor's name as shown on line 2a of Form 5500 | **D** Employer Identification Number |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY | 13-5582869 |

**Part I** **Information Concerning Insurance Contract Coverage, Fees, and Commissions**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be
reported on a single Schedule A.

**1** Coverage:

(a) Name of Insurance carrier

KAISER PERMANENTE

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Approximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 58-1592076 | 96237 | 927 | 191 | 01/01/2004 | 12/31/2004 |

**2** Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commisions below and list agents,
brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

**Totals**

| Total amount of commissions paid | Total fees paid / amount |
|---|---|
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.    v7.2    Schedule A (Form 5500) 2004





0 6 0 4 1 0 0 1 0 C

Schedule A (Form 5500) 2004                                    Page 2

Official Use Only

**(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |

**(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid**

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
| --- | --- | --- | --- |
| | (c) Amount | (d) Purpose | |
| | | | |





0 6 0 4 1 0 0 2 0 D

Schedule A (Form 5500) 2004                                                  Page **3**

Official Use Only

**Part II** **Investment and Annuity Contract Information**
    Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for
    purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end .................

**4** Current value of plan's interest under this contract in separate accounts at year end ......................

**5** Contracts With Allocated Funds

  **a** State the basis of premium rates ▶

  **b** Premiums paid to carrier.

  **c** Premiums due but unpaid at the end of the year.

  **d** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition
    or retention of the contract or policy, enter amount ...................................................
    Specify nature of costs ▶

  **e** Type of contract  (1) ☐ individual policies    (2) ☐ group deferred annuity
    (3) ☐ other (specify) ▶

  **f** If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here. . . . . . . . . . . ▶ ☐

**6** Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a** Type of contract  (1) ☐ deposit administration    (2) ☐ immediate participation guarantee
    (3) ☐ guaranteed investment    (4) ☐ other (specify below)
    ▶

  **b** Balance at the end of the previous year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **c** Additions: (1) Contributions deposited during the year . . . . . . . . . . . . . . . . . . . . . . . .

    (2) Dividends and credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    (3) Interest credited during the year. . . . . . . . . . . . . . . . . . . . . . . . . . .

    (4) Transferred from separate account. . . . . . . . . . . . . . . . . . . . . . . . .

    (5) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    ▶

    (6) Total additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **d** Total of balance and additions (add b and c (6)) . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **e** Deductions:

    (1) Disbursed from fund to pay benefits or purchase annuities during year. . . . . .

    (2) Administration charge made by carrier. . . . . . . . . . . . . . . . . . . . . . . . . . .

    (3) Transferred to separate account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    (4) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    ▶

    (5) Total deductions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **f** Balance at the end of the current year (subtract e (5) from d.). . . . . . . . . . . . . . . . . . . . . . . . . . . .



0 6 0 4 1 0 0 3 0 E

Schedule A (Form 5500) 2004

Page **4**

Official Use Only

**Part III**  **Welfare Benefit Contract Information**

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

- **a** [X] Health (other than dental or vision)
- **b** [ ] Dental
- **c** [ ] Vision
- **d** [ ] Life Insurance
- **e** [ ] Temporary disability (accident and sickness)
- **f** [ ] Long-term disability
- **g** [ ] Supplemental unemployment
- **h** [X] Prescription drug
- **i** [ ] Stop loss (large deductible)
- **j** [X] HMO contract
- **k** [ ] PPO contract
- **l** [ ] Indemnity contract
- **m** [ ] Other (specify) ►

**8** Experience-rated contracts

**a** Premiums: (1) Amount received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Increase (decrease) in amount due but unpaid . . . . . . . . . . . . . . . . . . . .

(3) Increase (decrease) in unearned premium reserve . . . . . . . . . . . . . . . . . .

(4) Earned ((1) + (2) - (3)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b** Benefit charges: (1) Claims paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Increase (decrease) in claim reserves. . . . . . . . . . . . . . . . . . . . . . . . . .

(3) Incurred claims (add (1) and (2)). . . . . . . . . . . . . . . . . . . . . . . . . . . .

(4) Claims charged. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**c** Remainder of premium: (1) Retention charges (on an accrual basis) —

(A) Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(B) Administrative service or other fees. . . . . . . . . . . . . . . . . . . . . . . . .

(C) Other specific acquisition costs . . . . . . . . . . . . . . . . . . . . . . . . . . .

(D) Other expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(E) Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(F) Charges for risks or other contingencies . . . . . . . . . . . . . . . . . . . . . .

(G) Other retention charges. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(H) Total retention. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Dividends or retroactive rate refunds. (These amounts were [ ] paid in cash, or [ ] credited.) . . . . . . . . . .

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement . . . . . . . . .

(2) Claim reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(3) Other reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) . . . . . . . . . . . . . . . . . .

**9** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1078211

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, other than reported in Part I, item 2 above, report amount. . . . . . . . . . . . . Specify nature of costs ► _____

0 6 0 4 1 0 0 4 0 F

| SCHEDULE A<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Insurance Information**<br><br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974.<br><br>▶ File as an attachment to Form 5500.<br><br>▶ Insurance companies are required to provide this information<br>pursuant to ERISA section 103(a)(2). | Official Use Only<br><br>OMB No. 1210-0110<br><br>**2004**<br><br>This Form is Open to<br>Public Inspection. |
| --- | --- | --- |

For calendar plan year 2004 or fiscal plan year beginning _____ and ending _____

| **A** Name of plan<br>GROUP PLAN FOR NEW YORK LIFE AGENTS | **B** Three-digit<br>plan number   ▶ | 503 |
| --- | --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>NEW YORK LIFE INSURANCE COMPANY | **D** Employer Identification Number<br>13-5582869 | |

**Part I    Information Concerning Insurance Contract Coverage, Fees, and Commissions**

Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1** Coverage:

**(a)** Name of insurance carrier

FIRST UNUM LIFE INSURANCE COMPANY

| **(b)** EIN | **(c)** NAIC<br>code | **(d)** Contract or<br>identification number | **(e)** Approximate number of persons<br>covered at end of policy or contract year | Policy or contract year | |
| --- | --- | --- | --- | --- | --- |
| | | | | **(f)** From | **(g)** To |
| 01-0278678 | 62235 | 573600,605-606+ | 8474 | 01/01/2004 | 12/31/2004 |

**2** Insurance fees and commissions paid to agents, brokers and other persons. Enter the total fees and total commisions below and list agents, brokers and other persons individually in descending order of the amount paid in the items on the following page(s) in Part I.

| Totals | |
| --- | --- |
| Total amount of commissions paid | Total fees paid / amount |
| 0 | 0 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.    v7.2    Schedule A (Form 5500) 2004



0  6  0  4  1  0  0  1  0  C

<u>Schedule A (Form 5500) 2004</u>

Page **2**

Official Use Only .

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
|---|---|---|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
|---|---|---|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |

| (a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid | | | |
|---|---|---|---|

| (b) Amount of commissions paid | Fees paid | | (e) Organization code |
|---|---|---|---|
| | (c) Amount | (d) Purpose | |
| | | | |





0 6 0 4 1 0 0 2 0 D

Schedule A (Form 5500) 2004                                              Page **3**

**Part II**  Investment and Annuity Contract Information                Official Use Only

Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3**  Current value of plan's interest under this contract in the general account at year end  . . . . . . . . . . . . . . . . . .

**4**  Current value of plan's interest under this contract in separate accounts at year end  . . . . . . . . . . . . . . . . . . . .

**5**  Contracts With Allocated Funds

  **a**  State the basis of premium rates ▸

  **b**  Premiums paid to carrier. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **c**  Premiums due but unpaid at the end of the year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **d**  If the carrier, service, or other organization incurred any specific costs in connection with the acquisition or retention of the contract or policy, enter amount  . . . . . . . . . . . . . . . . . . . . . . . . . . .

    Specify nature of costs ▸

  **e**  Type of contract    (1) ☐ individual policies    (2) ☐ group deferred annuity

    (3) ☐ other (specify) ▸

  **f**  If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here. . . . . . . . . . ▸ ☐

**6**  Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)

  **a**  Type of contract  (1) ☐ deposit administration         (2) ☐ immediate participation guarantee

    (3) ☐ guaranteed investment   (4) ☐ other (specify below)  ▸

  **b**  Balance at the end of the previous year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **c**  Additions: (1) Contributions deposited during the year. . . . . . . . . . . . . . . . . . . . . . .

    (2) Dividends and credits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    (3) Interest credited during the year. . . . . . . . . . . . . . . . . . . . . . . . . . . .

    (4) Transferred from separate account. . . . . . . . . . . . . . . . . . . . . . . . .

    (5) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    ▸

    (6) Total additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **d**  Total of balance and additions (add b and c (6)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **e**  Deductions:

    (1) Disbursed from fund to pay benefits or purchase annuities during year . . . . .

    (2) Administration charge made by carrier. . . . . . . . . . . . . . . . . . . . . . . . .

    (3) Transferred to separate account. . . . . . . . . . . . . . . . . . . . . . . . . . . .

    (4) Other (specify below) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    ▸

    (5) Total deductions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

  **f**  Balance at the end of the current year (subtract e (5) from d.). . . . . . . . . . . . . . . . . . . . . . .



0  6  0  4  1  0  0  3  0  E

Schedule A (Form 5500) 2004    Page **4**

Official Use Only

## Part III    Welfare Benefit Contract Information

If more than one contract covers the same group of employees of the same employer(s) or members of the same employee organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

**7** Benefit and contract type (check all applicable boxes)

| | | | |
|---|---|---|---|
| a ☐ Health (other than dental or vision) | b ☐ Dental | c ☐ Vision | d ☒ Life Insurance |
| e ☐ Temporary disability (accident and sickness) | f ☒ Long-term disability | g ☐ Supplemental unemployment | h ☐ Prescription drug |
| i ☐ Stop loss (large deductible) | j ☐ HMO contract | k ☐ PPO contract | l ☐ Indemnity contract |
| m ☒ Other (specify) ▶ ACCIDENTAL DEATH & DISMEMBERMENT | | | |

**8** Experience-rated contracts

**a** Premiums: (1) Amount received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Increase (decrease) in amount due but unpaid . . . . . . . . . . . . . . . . . . . . . .

(3) Increase (decrease) in unearned premium reserve . . . . . . . . . . . . . . . . . .

(4) Earned ((1) + (2) - (3)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b** Benefit charges: (1) Claims paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Increase (decrease) in claim reserves. . . . . . . . . . . . . . . . . . . . . . . . . . .

(3) Incurred claims (add (1) and (2)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(4) Claims charged. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**c** Remainder of premium: (1) Retention charges (on an accrual basis) —

(A) Commissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(B) Administrative service or other fees. . . . . . . . . . . . . . . . . . . . . . . . .

(C) Other specific acquisition costs . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(D) Other expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(E) Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(F) Charges for risks or other contingencies . . . . . . . . . . . . . . . . . . . . .

(G) Other retention charges. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(H) Total retention. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.) . . . . . . . . . .

**d** Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement . . . . . . . . . .

(2) Claim reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(3) Other reserves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**e** Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).) . . . . . . . . . . . . . . . . . . .

**9** Nonexperience-rated contracts:

**a** Total premiums or subscription charges paid to carrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5272015

**b** If the carrier, service, or other organization incurred any specific costs in connection with the acquisition

or retention of the contract or policy, other than reported in Part I, item 2 above, report amount . . . . . . . . . . . . . .

Specify nature of costs ▶ _____

0 6 0 4 1 0 0 4 0 F

**SCHEDULE C**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security Administration
Pension Benefit Guaranty Corporation

# Service Provider Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

▶ **File as an attachment to Form 5500.**

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open
to Public Inspection.

For calendar plan year 2004 or fiscal plan year beginning _____ and ending _____

| A  Name of plan | B  Three-digit plan number ▶ |
|---|---|
| GROUP PLAN FOR NEW YORK LIFE AGENTS | 503 |

| C  Plan sponsor's name as shown on line 2a of Form 5500 | D  Employer Identification Number |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY | 13-5582869 |

## Part I  Service Provider Information (see instructions)

1  Enter the total dollar amount of compensation paid by the plan to all persons, other than those
listed below, who received compensation during the plan year:  . . . . . . . . . . . . . . . . . . . . . . . . . .   **1**   **0**

2  On the first item below list the contract administrator, if any, as defined in the instructions. On the other  items, list service providers in
descending order of the compensation they received for the services rendered during the plan year. List only the top 40. 103-12 IEs should
enter N/A in (c) and (d).

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY | 06-6033492 | CONTRACT ADMINISTRATOR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | 895271 | 12 |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| UNITED HEALTHCARE INSURANCE COMPANY | 36-2739571 | CONTRACT ADMINISTRATOR |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| NONE | | 14561 | 12 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the Instructions for Form 5500.     v7.2     Schedule C (Form 5500) 2004



Schedule C (Form 5500) 2004

Page **2**

Official Use Only

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| | | |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| | | |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |

| (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position |
|---|---|---|
| | | |

| (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code(s) (see instructions) |
|---|---|---|---|
| | | | |



1 0 0 4 1 0 0 2 0 8

Schedule C (Form 5500) 2004                                          Page **3**

Official Use Only

**Part III** **Termination Information on Accountants and Enrolled Actuaries (see instructions)**

**(a)** Name_____ **(b)** EIN_____

**(c)** Position_____

**(d)** Address _____

**(e)** Telephone No._____

Explanation:_____

_____

_____

**(a)** Name_____ **(b)** EIN_____

**(c)** Position_____

**(d)** Address _____

**(e)** Telephone No._____

Explanation:_____

_____

_____

**(a)** Name_____ **(b)** EIN_____

**(c)** Position_____

**(d)** Address _____

**(e)** Telephone No._____

Explanation:_____

_____

_____





1 0 0 4 1 0 0 3 0 9

**SCHEDULE H**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

# Financial Information

This schedule is required to be filed under Section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ File as an attachment to Form 5500.

Official Use Only

OMB No. 1210-0110

**2004**

This Form is Open to Public Inspection.

For calendar year 2004 or fiscal plan year beginning _____ , and ending _____

| | |
|---|---|
| **A** Name of plan<br>GROUP PLAN FOR NEW YORK LIFE AGENTS | **B** Three-digit plan number ▶     503 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>NEW YORK LIFE INSURANCE COMPANY | **D** Employer Identification Number<br>13-5582869 |

**Part I**    Asset and Liability Statement

1   Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| a   Total noninterest-bearing cash | a | | 47003 |
| b   Receivables (less allowance for doubtful accounts): | | | |
|     (1) Employer contributions | b(1) | | |
|     (2) Participant contributions | b(2) | | |
|     (3) Other | b(3) | | |
| c   General investments: | | | |
|     (1) Interest-bearing cash (incl. money market accounts and certificates of deposit) | c(1) | | |
|     (2) U.S. Government securities | c(2) | 1875062 | |
|     (3) Corporate debt instruments (other than employer securities): | | | |
|        (A) Preferred | c(3)(A) | | |
|        (B) All other | c(3)(B) | | |
|     (4) Corporate stocks (other than employer securities): | | | |
|        (A) Preferred | c(4)(A) | | |
|        (B) Common | c(4)(B) | | |
|     (5) Partnership/joint venture interests | c(5) | | |
|     (6) Real estate (other than employer real property) | c(6) | | |
|     (7) Loans (other than to participants) | c(7) | | |
|     (8) Participant loans | c(8) | | |
|     (9) Value of interest in common/collective trusts | c(9) | | |
|     (10) Value of interest in pooled separate accounts | c(10) | | |
|     (11) Value of interest in master trust investment accounts | c(11) | | |
|     (12) Value of interest in 103-12 investment entities | c(12) | | |
|     (13) Value of interest in registered investment companies (e.g., mutual funds) | c(13) | 52690296 | 59025841 |
|     (14) Value of funds held in insurance co. general account (unallocated contracts) | c(14) | | |
|     (15) Other | c(15) | 127834023 | 135272030 |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v7.2    Schedule H (Form 5500) 2004





1 8 0 4 1 0 0 1 0 F

Schedule H (Form 5500) 2004                                      Page **2**

Official Use Only

| | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **1d** | Employer-related investments: | | |
| | (1)  Employer securities. . . . . . . . . . . . . . . . . . . . . . . . . . . **d(1)** | | |
| | (2)  Employer real property. . . . . . . . . . . . . . . . . . . . . . . . **d(2)** | | |
| **e** | Buildings and other property used in plan operation . . . . . . . . . **e** | | |
| **f** | Total assets (add all amounts in lines 1a through 1e). . . . . . . . . . . . **f** | 182399381 | 194344875 |
| | **Liabilities** | | |
| **g** | Benefit claims payable. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **g** | | |
| **h** | Operating payables. . . . . . . . . . . . . . . . . . . . . . . . . **h** | | |
| **i** | Acquisition indebtedness. . . . . . . . . . . . . . . . . . . . . . . **i** | | |
| **j** | Other liabilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **j** | 13154122 | 14095351 |
| **k** | Total liabilities (add all amounts in lines 1g through 1j) . . . . . . . . . . . **k** | 13154122 | 14095351 |
| | **Net Assets** | | |
| **l** | Net assets (subtract line 1k from line 1f) . . . . . . . . . . . . . . . . **l** | 169245259 | 180249524 |

**Part II    Income and Expense Statement**

**2**    Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | | (a) Amount | (b) Total |
|---|---|---|---|
| | **Income** | | |
| **a** | Contributions: | | |
| | (1)  Received or receivable in cash from:  (A) Employers . . . . . . . . **a(1)(A)** | 37533883 | |
| | (B)  Participants  . . . . . . . . . . . . . . . . . . . . . . . **a(1)(B)** | 27530390 | |
| | (C)  Others (including rollovers)  . . . . . . . . . . . . . . . **a(1)(C)** | 1400000 | |
| | (2)  Noncash contributions . . . . . . . . . . . . . . . . . . **a(2)** | | |
| | (3)  Total contributions. Add lines 2a(1)(A), (B), (C), and line 2a(2)   **a(3)** | | 66464273 |
| **b** | Earnings on investments: | | |
| | (1)  Interest: | | |
| | (A)  Interest-bearing cash (including money market | | |
| | accounts and certificates of deposit) . . . . . . . . . . . . . . **b(1)(A)** | 2581006 | |
| | (B)  U.S. Government securities . . . . . . . . . . . . . . **b(1)(B)** | | |
| | (C)  Corporate debt instruments: . . . . . . . . . . . . . . . **b(1)(C)** | | |
| | (D)  Loans (other than to participants) . . . . . . . . . . . . **b(1)(D)** | | |
| | (E)  Participant loans . . . . . . . . . . . . . . . . . . **b(1)(E)** | | |
| | (F)  Other . . . . . . . . . . . . . . . . . . . . . **b(1)(F)** | | |
| | (G)  Total interest. Add lines 2b(1)(A) through (F) . . . . . . . . . **b(1)(G)** | | 2581006 |
| | (2)  Dividends:       (A)  Preferred stock . . . . . . . . . . . . . . . . . **b(2)(A)** | | |
| | (B)  Common stock  . . . . . . . . . . . . . . . . . **b(2)(B)** | | |
| | (C)  Total dividends. Add lines 2b(2)(A) and (B)  . . . . . . . . **b(2)(C)** | | 0 |
| | (3)  Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . **b(3)** | | |
| | (4)  Net gain (loss) on sale of assets:   (A)  Aggregate proceeds . . . . **b(4)(A)** | | |
| | (B)  Aggregate carrying amount (see instructions) . . . . . . . . . . **b(4)(B)** | | |
| | (C)  Subtract line 2b(4)(B) from line 2b(4)(A) and enter result . . . **b(4)(C)** | | 0 |





1 8 0 4 1 0 0 2 0 G

| | | | (a) Amount | (b) Total |
|---|---|---|---:|---:|
| **2b** (5) Unrealized appreciation (depreciation) of assets: **(A)** Real estate | | b(5)(A) | | |
| **(B)** Other | | b(5)(B) | 10840792 | |
| **(C)** Total unrealized appreciation of assets. Add lines 2b(5)(A) and (B) | | b(5)(C) | | 10840792 |
| **(6)** Net investment gain (loss) from common/collective trusts | | b(6) | | |
| **(7)** Net investment gain (loss) from pooled separate accounts | | b(7) | | |
| **(8)** Net investment gain (loss) from master trust investment accounts | | b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities | | b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) | | b(10) | | 1207127 |
| **c** Other income | | c | | 1195670 |
| **d** Total income. Add all income amounts in column (b) and enter total | | d | | 82288868 |

**Expenses**

| | | | (a) Amount | (b) Total |
|---|---|---|---:|---:|
| **e** Benefit payment and payments to provide benefits: | | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers | | e(1) | 61136781 | |
| **(2)** To insurance carriers for the provision of benefits | | e(2) | 6494078 | |
| **(3)** Other | | e(3) | 2697280 | |
| **(4)** Total benefit payments. Add lines 2e(1) through (3) | | e(4) | | 70328139 |
| **f** Corrective distributions (see instructions) | | f | | |
| **g** Certain deemed distributions of participant loans (see instructions) | | g | | |
| **h** Interest expense | | h | | |
| **i** Administrative expenses: **(1)** Professional fees | | i(1) | | |
| **(2)** Contract administrator fees | | i(2) | 909832 | |
| **(3)** Investment advisory and management fees | | i(3) | | |
| **(4)** Other | | i(4) | 46632 | |
| **(5)** Total administrative expenses. Add lines 2i(1) through (4) | | i(5) | | 956464 |
| **j** Total expenses. Add all expense amounts in column (b) and enter total | | j | | 71284603 |

**Net Income and Reconciliation**

| | | | (a) Amount | (b) Total |
|---|---|---|---:|---:|
| **k** Net income (loss) (subtract line 2j from line 2d) | | k | | 11004265 |
| **l** Transfers of assets | | | | |
| **(1)** To this plan | | l(1) | | |
| **(2)** From this plan | | l(2) | | |

**Part III    Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☐ Unqualified    **(2)** ☐ Qualified    **(3)** ☒ Disclaimer    **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)? ............... ☒ Yes    ☐ No

**c** Enter the name and EIN of the accountant (or accounting firm) ▶  13-4008324

PRICEWATERHOUSECOOPERS LLP

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ this form is filed for a CCT, PSA or MTIA.    **(2)** ☐ it will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

Schedule H (Form 5500) 2004

Page **4**

Official Use Only

| **Part IV** | **Transactions During Plan Year** |
|---|---|

**4**  CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete 4a, 4e, 4f, 4g, 4h, 4k, or 5. 103-12 IEs also do not complete 4j.

During the plan year:

|  |  | Yes | No | Amount |
|---|---|---|---|---|
| **a** | Did the employer fail to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (see instructions and DOL's Voluntary Fiduciary Correction Program) . . . . . . . . . . . . . . . . . . . . **a** |  | X |  |
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked) . . **b** |  | X |  |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked). . . . . . . . . . . . **c** |  | X |  |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked on line 4d.) . . . . . . . . . . . . . . . . . . . . **d** |  | X |  |
| **e** | Was this plan covered by a fidelity bond? . . . . . . . . . . . . . . . . . . . **e** | X |  | 25000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? . . . . . . . . . . . . . . . . . . **f** |  | X |  |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? . . . . . . . . . . . **g** |  | X |  |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser? . . . . . . . . . . **h** |  | X |  |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements) . . . . . . . . . . . . . . . . . . . . **i** | X |  |  |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements). . . . . . . . . . . . . . . . . . . . . **j** | X |  |  |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan or brought under the control of the PBGC? . . . . . . . . . . . . . **k** |  | X |  |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year? If yes, enter the amount of any plan assets that reverted to the employer this year . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No   Amount _____

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions).

**5b(1)** Name of plan(s)                **5b(2)** EIN(s)                **5b(3)** PN(s)



1 8 0 4 1 0 0 4 0 1

**Attachment to Form 5500**
## 2004 Schedule H, Line 4i - Schedule of Assets
### (Held At End of Year)

Plan Name __GROUP PLAN FOR NEW YORK LIFE AGENTS__          EIN ___13-5582869___   PN ___503___

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par, or maturity value | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | BANK OF NEW YORK | CASH | 47,003 | 47,003 |
| | MAINSTAY FUNDS | MAINSTAY S&P 500 INDEX FUND | 25,651,295 | 33,121,322 |
| | MAINSTAY FUNDS | MAINSTAY INTERNATIONAL EQUITY FUND | 8,189,037 | 9,372,201 |
| | MAINSTAY FUNDS | MAINSTAY INTERMEDIATE TERM BOND FUND | 16,180,129 | 16,532,318 |
| | NY LIFE INS.& ANNUITY CORP | CORPORATE SPONSORED VARIABLE UNIVERSAL LIFE MAINSTAY VP S&P 500 INDEX FUND | 54,304,609 | 52,555,760 |
| | NY LIFE INS.& ANNUITY CORP | CORPORATE SPONSORED VARIABLE UNIVERSAL LIFE MAINSTAY VP INTERNATIONAL EQUITY FUND | 17,062,102 | 20,123,663 |
| | NY LIFE INS.& ANNUITY CORP. | TRUST OWNED LIFE INSURANCE CORPORATE SPONSORED UNIVERSAL LIFE | 48,513,233 | 48,513,233 |

08/15/05

Form 5500 Schedule H, Line 4j - Schedule of Reportable Transactions

## 2004 GROUP PLAN FOR NEW YORK LIFE AGENTS

### EIN 13-5582869 - PLAN # 503

| (a) Identity of Party Involved | (b) Description of Asset (Include interest rate and maturity in case of a loan) | (c) Purchase Price | (d) Selling Price | (e) Lease Rental | (f) Expense Incurred with Transaction | (g) Cost of Asset | (h) Current Value of Asset on Transaction Date | Net Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| MainStay Mutual Funds | Cash Reserve Fund | | $690,630 | 0 | 0 | $690,630 | $690,630 | $0 |
| | Intermediate Term Bond Fund | | 5,802,900 | 0 | 0 | 5,679,281 | 5,802,900 | 123,619 |
| | All Cap Value Fund | | 6,885,357 | 0 | 0 | 4,746,054 | 6,885,357 | 2,139,303 |
| | All Cap Growth Fund | | 6,206,008 | 0 | 0 | 4,832,827 | 6,206,008 | 1,373,181 |
| | International Broad Market Fund | | 1,932,689 | 0 | 0 | 1,816,426 | 1,932,689 | 116,263 |
| | TOTAL | | $21,517,584 | $0 | $0 | $17,765,218 | $21,517,584 | $3,752,366 |
| MainStay Mutual Funds | VP Capital Appreciation Fund | | $8,660,424 | 0 | 0 | $13,150,469 | $8,660,424 | ($4,490,045) |
| | VP Common Stock Fund | | 11,948,855 | 0 | 0 | 13,202,148 | 11,948,855 | (1,253,293) |
| | TOTAL | | $20,609,279 | $0 | $0 | $26,352,617 | $20,609,279 | $(5,743,338) |
| | TOTAL SALES | | $42,126,863 | $0 | $0 | $44,117,835 | $42,126,863 | $(1,990,972) |
| MainStay Mutual Funds | International Equity Fund | $8,123,450 | | $0 | $0 | $8,123,450 | $8,123,450 | |
| | Intermediate Term Bond Fund | 397,074 | | 0 | 0 | 397,074 | 397,074 | |
| | S&P 500 Index Fund | 14,320,641 | | 0 | 0 | 14,320,641 | 14,320,641 | |
| | TOTAL | $22,841,165 | | 0 | 0 | $22,841,165 | $22,841,165 | |
| MainStay Mutual Funds | VP S&P 500 Index Fund | $9,686,361 | | $0 | $0 | $9,686,361 | $9,686,361 | |
| | VP International Equity Fund | 10,922,918 | | 0 | 0 | 10,922,918 | 10,922,918 | |
| | TOTAL | $20,609,279 | | $0 | $0 | $20,609,279 | $20,609,279 | |
| | TOTAL PURCHASES | $43,450,444 | | $0 | $0 | $43,450,444 | $43,450,444 | $0 |

Form **5558**
(Rev. August 2004)
Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File Certain Employee Plan Returns

▶ For Paperwork Reduction Act Notice, see instructions on back.

OMB No. 1545-0212

**File With IRS Only**

| File before the normal due date of the Form 5500, 5500-EZ, or 5330 (see instructions) | Name of filer, plan administrator, or plan sponsor (see instructions)<br>NEW YORK LIFE INSURANCE COMPANY | Filer's Identifying Number—Check applicable box and enter number (see instructions). |
|---|---|---|
| | Number, street, and room or suite no. (If a P.O. box, see instructions)<br>51 MADISON AVENUE ROOM 511 | ☒ Employer Identification number (EIN). Filers checking box 1a must enter an EIN. All other filers, see Specific Instructions.<br>▶ 13-5582869 ──────── OR |
| | City or town, state, and ZIP code<br>NEW YORK, NY 10010-1603 | ☐ Social security number (see Specific Instructions)<br>▶ |

**1** I request an extension of time until <u>10</u> / <u>17</u> / <u>2005</u> to file (check appropriate box(es)).
                                      month   day    year

**a** ☒ Form 5500 or 5500-EZ (no more than 2½ months).

The application is automatically approved to the date shown on line 1 (above) if: **(1)** box 1a is checked, **(2)** the Form 5558 is signed and filed on or before the normal due date of Form 5500 or 5500-EZ for which this extension is requested, and **(3)** the date on line 1 is no more than 2½ months after the normal due date.

You must attach a copy of this Form 5558 to each Form 5500 and 5500-EZ filed after the due date for the plans listed below.

**b** ☐ Form 5330 (no more than 6 months). Enter Code section(s) imposing the tax _____. Payment amount attached is $_____ (see instructions).

**2** Complete the following for the plan(s) covered by this application (see instructions):

| Plan name/filer | Type of plan (check) | | | Plan number | Plan year ending | | |
|---|---|---|---|---|---|---|---|
| | Pension | Welfare | Fringe | | Month | Day | Year |
| GROUP PLAN FOR NEW YORK LIFE AGENTS | | X | | 5 0 3 | 12 | 31 | 2004 |
| NYLIC RETIREMENT PLAN | X | | | 0 0 5 | 12 | 31 | 2004 |
| AGENTS PROGRESS SHARING INV. PLAN | X | | | 0 0 6 | 12 | 31 | 2004 |

**3a** State in detail why you need the extension (if line 1b is checked) _____
WE NEED ADDITIONAL TIME TO OBTAIN & REVIEW DATA NECESSARY TO COMPLETE THE FORM

**b** For excise taxes under section 4980 or 4980F of the Code, enter the reversion/amendment date. _____

Under penalties of perjury, I declare that to the best of my knowledge and belief the statements made on this form are true, correct, and complete, and that I am authorized to prepare this application.

    JAMES J. TOMNEY

Signature ▶ *James J. Tomney*                         Date ▶ 7-7-05

| Notice to Applicant | (To Be Completed by the IRS if line 1b is checked ▼ |
|---|---|
| | ☐ This application for extension to file Form 5330 IS approved to the date shown on line 1, if line 1b is checked. **(You must attach an approved copy of this form to each Form 5330 that was granted an extension.)** |
| **To Be Completed by the IRS if Line 1b Is Checked** | ☐ The date entered on line 1 is more than the 6-month maximum time allowed for Form 5330. This application is approved to _____ **(You must attach an approved copy of this form to each Form 5330 that was granted an extension.)** |
| | ☐ The application for an extension for Form 5330 Is not approved, because it was filed after the normal due date of the return. **(A 10-day grace period is not granted.)** |
| | ☐ This application for an extension for Form 5330 Is not approved, because<br>    ☐ The application was not signed.<br>    ☐ No reason was given on this application or the reason was not acceptable.<br>    ☐ No payment was attached for the tax due on Form 5330.<br>    ☐ Other ▶ _____ |
| | A 10-day grace period is granted from the date shown below or the due date of the return, whichever is later. **(You must attach a copy of this form to each return you file that is granted a grace period.)** |

_____          _____          By: _____
(Date)                  (Director)

Applicants for extension of Form 5330: Complete if you want this Form 5558 returned to an address other than the address shown above.

| Please Print or Type | Name |
|---|---|
| | Number, street, and room or suite no. (If a P.O. box, see instructions.) |
| | City or town, state, and ZIP code |

Form **5558** (Rev. 8-2004)

GROUP PLAN

FOR NEW YORK LIFE AGENTS

FINANCIAL STATEMENTS AND
SUPPLEMENTAL SCHEDULES

DECEMBER 31, 2004 and 2003

## GROUP PLAN
## FOR NEW YORK LIFE AGENTS

## INDEX TO FINANCIAL STATEMENTS
## AND SUPPLEMENTAL SCHEDULES

| | Page |
|---|---|
| REPORT OF INDEPENDENT AUDITORS | 1 |
| FINANCIAL STATEMENTS | |
| Statements of Net Assets Available for Plan Benefits As of December 31, 2004 and 2003 | 2 |
| Statements of Changes in Net Assets Available for Plan Benefits For the years ended December 31, 2004 and 2003 | 3 |
| Statements of Plan Benefit Obligations As of December 31, 2004 and 2003 | 4 |
| Statements of Changes in Plan Benefit Obligations For the years ended December 31, 2004 and 2003 | 4 |
| Notes to Financial Statements | 5 – 15 |
| SUPPLEMENTAL SCHEDULES*: | |
| Schedule H – Line 4i – Schedule of Assets (Held At December 31, 2004) | 16 |
| Schedule H – Line 4j – Schedule of Reportable Transactions At December 31, 2004 | 17 |

* *Other schedules required by Section 2520.103-10 are omitted because they are not applicable.*

# PRICEWATERHOUSE COOPERS 🅿

PricewaterhouseCoopers LLP
PricewaterhouseCoopers Center
300 Madison Avenue
New York NY 10017
Telephone (646) 471 3000
Facsimile (813) 286 6000

**Report of Independent Auditors**

To the Participants and Administrator of the
Group Plan for New York Life Agents

We were engaged to audit the financial statements and supplemental schedules of the Group Plan for New York Life Agents (the "Plan") at December 31, 2004 and December 31, 2003 and for the years then ended, as listed in the accompanying index. These financial statements and schedules are the responsibility of the Plan's management.

As permitted by 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974, the plan administrator instructed us not to perform, and we did not perform, any auditing procedures with respect to the information summarized in Note 8, which was certified by New York Life Insurance Company, except for comparing such information with the related information included in the financial statements and supplemental schedules. We have been informed by the plan administrator that New York Life Insurance Company holds the Plan's Trust Owned Life Insurance (TOLI) and 401(h) account investment assets and executes investment transactions thereon. The plan administrator has obtained a certification from New York Life Insurance Company as of December 31, 2004 and December 31, 2003 and for the years then ended, that the information provided to the plan administrator by New York Life Insurance Company is complete and accurate.

As described in Note 2, these financial statements and supplemental schedules were prepared on a modified cash basis of accounting, which is a comprehensive basis of accounting other than generally accepted accounting principles.

Because of the significance of the information that we did not audit, we are unable to, and do not, express an opinion on the accompanying financial statements and schedules taken as a whole. The form and content of the information included in the financial statements and schedules, other than that derived from the information certified by New York Life Insurance Company, have been audited by us in accordance with auditing standards generally accepted in the United States of America and, in our opinion, are presented in compliance with the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974.

*[signature]*

New York, NY
September 29, 2005

# GROUP PLAN
## FOR NEW YORK LIFE AGENTS

## STATEMENTS OF NET ASSETS AVAILABLE FOR PLAN BENEFITS

| | December 31, | |
|---|---|---|
| | **2004** | **2003** |
| Assets | (in thousands) | |
| VEBA Cash | $      47 | $      11 |
| VEBA Investments in Government Securities | - | 1,847 |
| VEBA Investment in Mutual Funds | 59,026 | 52,690 |
| VEBA Investment in Trust Owned Life Insurance ("TOLI") | 121,193 | 114,680 |
| Assets Held in 401(h) Account | 14,079 | 13,154 |
| Total Assets | 194,345 | 182,382 |
| Tax Liability | 16 | (17) |
| Net Assets Available for Plan Benefits | $ 194,329 | $ 182,399 |

See accompanying notes to the financial statements.

**GROUP PLAN**
**FOR NEW YORK LIFE AGENTS**

### STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR PLAN BENEFITS

| | Years Ended December 31, | |
|---|---|---|
| | 2004 | 2003 |
| | (in thousands) | |
| **Additions** | | |
| Contributions | | |
| Employer | $ 38,934 | $ 33,603 |
| Participants | 27,530 | 21,597 |
| Total contributions | 66,464 | 55,200 |
| Net investment income | 3,788 | 3,751 |
| Increase in market value of invested assets: | | |
| VEBA investment in mutual funds | 3,805 | 6,383 |
| VEBA investment in TOLI | 7,036 | 14,554 |
| Total increase in market value of invested assets | 10,841 | 20,937 |
| Net increase in 401(h) account | 925 | 860 |
| Other income | 1,196 | 0 |
| Total Additions | 83,214 | 80,748 |
| **Deductions** | | |
| Insurance premiums net of dividends | 6,494 | 6,519 |
| Benefits paid to participants/providers | 61,137 | 55,596 |
| Administrative service fees | 910 | 847 |
| Other expenses/taxes | 2,743 | 2,363 |
| Total Deductions | 71,284 | 65,325 |
| Net Increase During Year | 11,930 | 15,423 |
| Net assets available for Plan benefits: | | |
| Beginning of year | 182,399 | 166,976 |
| End of year | $ 194,329 | $ 182,399 |

See accompanying notes to the financial statements.

3

## GROUP PLAN
### FOR NEW YORK LIFE AGENTS

### STATEMENTS OF PLAN BENEFIT OBLIGATIONS

|  | December 31, | |
|---|---|---|
|  | 2004 | 2003 |
|  | (in thousands) | |
| **Postretirement benefit obligations:** | | |
| Current retirees | $ 267,684 | $275,701 |
| Other participants fully eligible for benefits | 63,446 | 58,849 |
| Other participants not yet fully eligible for benefits | 155,950 | 144,817 |
| Total postretirement benefit obligations | 487,080 | 479,367 |
| **Other benefits obligations:** | | |
| Claims incurred but not reported | 8,707 | 6,535 |
| Total Plan benefit obligations | $  495,787 | $  485,902 |

See accompanying notes to the financial statements.

### STATEMENTS OF CHANGES IN PLAN BENEFIT OBLIGATIONS

|  | Years Ended December 31, | |
|---|---|---|
|  | 2004 | 2003 |
|  | (in thousands) | |
| **Postretirement benefit obligations:** | | |
| Balance at beginning of year | $  479,367 | $  406,780 |
| Increase (decrease) during the year for: | | |
| Benefits earned | 8,489 | 6,553 |
| Benefits paid | (17,678) | (16,084) |
| Interest | 28,810 | 27,399 |
| Plan amendments | 0 | (17,331) |
| Changes in actuarial assumptions and other actuarial gains/(losses) | (11,908) | 72,050 |
| Balance at end of year | 487,080 | 479,367 |
| **Other benefit obligations:** | | |
| Claims incurred but not reported: | | |
| Balance beginning of year | 6,535 | 6,638 |
| Net change during the year | 2,172 | (103) |
| Balance end of year | 8,707 | 6,535 |
| Total Plan benefit obligations – end of year | $ 495,787 | $ 485,902 |

See accompanying notes to the financial statements.

4

GROUP PLAN
FOR NEW YORK LIFE AGENTS

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 2004 and 2003

## NOTE 1 – DESCRIPTION OF THE PLAN

The following description of the Group Plan for New York Life Agents ("the Plan" or the "Group Plan") provides only general information.    Participants should refer to the Summary Plan Description for a more complete description of the Plan's provisions.

### A.    General

The Plan is a welfare benefit plan covering all agents of New York Life Insurance Company (the "Company") with a full-time contract who satisfy the production standards and full-time agents in their first 24 months of contract. Employees of the Company (except for TAS Agents) and agents contracted on a part-time basis are not eligible for the Plan.

Core medical (Comprehensive Medical, National Point of Service ("POS"), National HMO) and dental coverage options of eligible active and retired agents and their covered dependents are self-insured by the Company with the exception of certain regional HMOs. In 2004 and 2003, Aetna Life Insurance Company ("Aetna"), United HealthCare Group ("United HealthCare") and Express Scripts, Inc. ("Express Scripts") provided administrative services. Regional health maintenance organizations ("HMO's"), long-term disability ("LTD"), accidental death and dismemberment ("AD&D") and life insurance coverages are fully insured.   Regional HMO claims are insured by the applicable regional HMO.   In 2004 and 2003, LTD, AD&D and life insurance coverage were insured by First Unum Life Insurance Company ("Unum"). The Company has established a Voluntary Employees Beneficiary Association ("VEBA") Trust in connection with retiree medical and life benefits.   The Plan is subject to the applicable provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, and the Internal Revenue Code of 1986 as amended ("Code").

### B.    Benefits

The Plan provides a combination of contributory and non-contributory benefits for all eligible agents and their eligible covered dependents.   The contributory benefits include medical and dental coverage and High Benefit AD&D for the agent and eligible dependents, and life insurance, AD&D and LTD benefits for the agent.   The non-contributory portion of the Plan, consisting of additional life insurance for the agent, is paid entirely by the Company.

5

Effective January 1, 2005, eligible domestic partners and the children of the domestic partnership became eligible for health care benefits. Retired agents and their eligible covered dependents may be entitled to certain benefits which may include life, AD&D, High AD&D if under age 70, medical and dental coverage.

Plan benefits for agents who retired on or before January 1, 1993 and who are eligible for Medicare are coordinated with Medicare. After the Plan deductible is satisfied, the retiree may be reimbursed for amounts over that reimbursed by Medicare. The benefit paid by the Plan therefore, together with the Medicare benefit, may be as much as 100% of the eligible charges.

Agents eligible for Medicare who retired after January 1, 1993 have the carve-out approach applied to Medicare. Under this approach, the Plan payment, in combination with the Medicare payment, may not exceed the regular Plan benefit payment for eligible medical care expenses.

The Plan is the primary payer of benefits for retired agents, less than age 65, who are not eligible for Medicare and for agents, age 65 and over, who earned the required minimum first year commissions in the prior calendar year.

Participants who lose coverage on account of termination of service (other than for gross misconduct) may be eligible to continue their medical and dental coverage and their health care spending accounts (provided under the flexible benefits program under Section 125 of the Code) coverage under the Consolidated Omnibus Budget Reconciliation Act, as amended ("COBRA"). Participants who lose life insurance coverage are generally eligible to convert all or a portion of their life coverage to an individual policy.

## C.    Contributions

The Company, as Plan sponsor, subsidizes a portion of the cost of the contributory benefits (except High AD&D) for the agents who are eligible to participate in the Plan. The High AD&D benefit cost is paid entirely by the eligible agent. Contributions for life, AD&D, medical, HMO, dental and High AD&D may be paid on a pre-tax basis for those eligible agents who have not retired. Contributions for LTD coverage are paid on an after-tax basis by eligible agents. No agent contributions are required to the non-contributory life benefit costs. Agents pay a portion of the contributory life insurance for retired agents. The agent percentage for payment of the contributory life insurance for retired agents is based on the agent class (current, first prior, second prior or third prior), age, level of benefits and location of residence. Agents who retired under the Nylic Retirement Plan prior to January 1, 1993 do not make contributions toward health coverage. Agents who retired under the Nylic Retirement Plan after December 31, 1992 but had 30 or more years of service or at least age 70 as of that date are not required to make contributions for health care coverage. Contributions by retired agents for coverage under the Plan are made on an after-tax basis. Eligible agents who retire on or after January 1, 1993, but did not have 30 or more years of service with the Company as

of December 31, 1992 may be required to pay a portion of the cost (as determined by the Company) of medical (other than prescription drug coverage by Express Scripts) and dental coverages.

A portion of the cost of the medical (other than prescription drug coverage by Express Scripts) and dental coverage and life premiums for eligible retired agents and their eligible dependents is paid with Plan assets, including VEBA assets and retired agents contributions. Retiree contributions for the year ended December 31, 2004 and 2003 were $718,000 and $609,000, respectively. The remaining balance of these costs is paid through Company contributions.

**D.    Termination of the Plan**

The Plan may be changed or terminated by the Company without the consent of or notice to covered agents, retirees or their eligible covered dependents. Although the Company has no current intention to terminate the Plan, the Plan would be terminated in accordance with the terms of the Plan and ERISA.

**E.    Use of Estimates**

The development of the actuarial present value of postretirement benefit obligations is based on estimates and actuarial assumptions to adjust the postretirement benefit obligations to reflect future claim costs, the time value of money and the probability of payment. Actual results will differ from these estimates. The method for developing the actuarial present value of postretirement benefits for agents is described in Note 2D - Postretirement Benefits.

The development of claims payable and claims incurred but not reported reserves for medical and dental benefits was determined based on generally accepted actuarial principles which includes the review of lag patterns for claim payments for the active and retired participants' medical and dental coverages.

**F.    401(h) Account**

On January 1, 1990, the Company amended The Nylic Retirement Plan to establish a separate account under Section 401(h) of the Code to prefund postretirement health care benefits for agents. In accordance with Section 401(h) of the Code, the Nylic Retirement Plan's investments in the 401(h) account may not be used for, or diverted to, any purpose other than providing health benefits for retired agents and their eligible dependents.

The related obligations for health benefits are not included in the Nylic Retirement Plan's obligations in the statement of accumulated plan benefits but are reported as obligations in the financial statements of the Group Plan. As of December 31, 2004 and 2003, these assets were held in an immediate participation guarantee group annuity contract issued to the Nylic Retirement Plan by the Company.

The following table presents the components of the net assets in the 401(h) account as of December 31, 2004 and 2003, which were only available for the Plan's benefit obligations, and the related changes in net assets in the 401(h) account for the year then ended.

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| | (in thousands) | |
| Investments at fair value 401(h) account– beginning of year | | |
| Immediate participation guarantee contract | $ 13,154 | $ 12,294 |
| Changes in net assets: | | |
| Interest Income | 927 | 862 |
| Administrative expenses | (2) | (2) |
| Net increase in net assets | 925 | 860 |
| Investments at fair value 401(h) account – end of year | $ 14,079 | $ 13,154 |

The following is a reconciliation of net assets available for Plan benefits per the financial statements to the Form 5500:

| | December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| | (in thousands) | |
| Net assets available for Plan benefits per the financial statements | $194,329 | $182,399 |
| Net assets held in defined benefit plan – 401(h) account | 14,079 | 13,154 |
| Net assets available for Plan benefits per Form 5500 | $180,250 | $169,245 |

The following is a reconciliation of total additions to net assets available for Plan benefits per the financial statements to the Form 5500:

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| | (in thousands) | |
| Total additions per financial statements | $83,214 | $80,748 |
| Less: net increase in net assets in 401(h) account | -925 | 860 |
| Total additions per Form 5500 | $82,289 | $79,888 |

# NOTE 2 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

## A.    Basis of Presentation

The financial statements are presented on the modified cash basis of accounting. Accordingly, contributions and income are recorded when received, and benefits and withdrawals are recorded when disbursed.

Certain amounts in prior years have been reclassified to conform to the current year presentation. These reclassifications had no effect on net income or equity as previously reported.

## B.    Valuation of Investments

The assets of the VEBA Trust invested in government securities are stated at amortized cost, which approximates fair value.

The 401(h) account held under the immediate participation guarantee group annuity contract issued to the Nylic Retirement Plan by the Company is valued at the contract value, which represents contributions made to the account or under the contract, plus interest earned, less funds used to pay claims, premiums and fees.

The VEBA Trust's investments in mutual funds are valued at the aggregate net asset value of the shares, held at the valuation date, which represents fair value.

The VEBA Trust's investments in TOLI policies are stated at the cash accumulation value (i.e., before surrender charges).

## C.    Income Recognition

Net investment income includes dividends received on the VEBA Trusts's investment in mutual funds and TOLI, and interest, accrual of discount and amortization of premium net of expenses on the VEBA Trust's investments in government securities and cash.

Net increase in market value of invested assets includes the realized gains and losses on VEBA Trust investments sold and unrealized gains and losses on VEBA Trust investments held during the year.

## D.    Postretirement Benefits

Postretirement benefit obligations represent the actuarial present value of the estimated Company portion of the future benefits that are attributed to agent service rendered to December 31, 2004 and 2003, respectively.  Postretirement benefits include future benefits expected to be paid to or for (1) currently retired agents and their eligible dependents and (2) active agents and their eligible dependents after retirement from service.  Prior to an active agent's full eligibility date, the postretirement benefit

obligation is the portion of the expected postretirement benefit obligation attributable to that agent's service rendered to the valuation date.

The actuarial present value of the accrued postretirement benefit obligation is determined by a qualified actuary. For health benefits, this is the amount that results from applying actuarial assumptions to historical claims cost data to estimate future annual incurred claims costs per participant and then adjusting such estimates for the time value of money (through discounts for interest) and the probability of payment (by means of decrements such as those for death, disability, withdrawal or retirement) between the valuation date and the expected date of payment. For life insurance, similar calculations are made using assumed mortality rates based on the Plan benefit formula. The health estimates and the contributory portion of the life insurance are also subject to adjustment for cost sharing.

The per capita claim costs and actuarial assumptions used in developing the postretirement benefit obligations for December 31, 2004 and 2003, respectively, were as follows:

| | 2004 | | | 2003 | | |
|---|---|---|---|---|---|---|
| Per Capita Claims Costs: | HMO | POS | Indemnity | HMO | POS | Indemnity |
| - Medical | | | | | | |
| Under 65 and over 65 Class II | $6,445 | $7,477 | $11,381 * | $6,037 | $6,936 | $10,996 * |
| | | | $9,198 ** | | | $7,898 ** |
| Over 65 Class III Coordination of Benefits | | | | | | |
| Over 65 Class III Carve Out | | | $2,887 | | | $2,678 |
| | | | $2,265 * | | | $2,039 * |
| - Dental | | | $2,076 ** | | | $1,807 ** |
| Under 65 | | | | | | |
| Over 65 | | | 351 | | | 344 |
| | | | 351 | | | 344 |
| Health Care Cost Trend Rates: | | | | | | |
| - Medical | | | | | | |
| Under 65 | | 8.0% in 2005 graded to 5.0% in 2008 | | | 9.0% in 2004 graded to 5.0% in 2008 | |
| Over 65 | | 10.0% in 2005 graded to 5.0% in 2010 | | | 11.0% in 2004 graded to 5.0% in 2010 | |
| - Dental | | 5.0% | | | 5.0% | |
| Weighted-average discount rate | | 6.00% | | | 6.25% | |
| Mortality | | 1983 Group Annuity Mortality Table | | | 1983 Group Annuity Mortality Table | |

   *  Per capita claims cost for indemnity product with a $500 deductible
   ** Per capita claims cost for indemnity product with a $1,500 deductible

The foregoing assumptions are based on the presumption that the Plan will continue. Were the Plan to terminate, different actuarial assumptions and other factors might be applicable in determining the actuarial present value of the postretirement benefit obligation.

## NOTE 3 - PLAN INVESTMENTS

It has generally been the Company's practice to prefund postretirement benefits to the extent allowable for federal income tax purposes. Prefunded contributions are made to the VEBA Trust which is used to partially fund postretirement health and life benefits other than pensions.

The assets of the VEBA Trust are invested in the following: (1) mutual funds issued by Mainstay Funds, Inc. (which, prior to January 1, 2004, were issued by Eclipse Funds, Inc.), (2) TOLI and (3) cash. The TOLI policies owned by the VEBA Trust are Corporate Sponsored Universal Life ("CSUL") and Corporate Sponsored Variable Universal Life ("CSVUL") issued by New York Life Insurance and Annuity Corporation ("NYLIAC"), a direct wholly owned subsidiary of the Company. CSVUL policy premiums are invested in variable product mutual funds available through the CSVUL policy. These variable product mutual funds are managed by New York Life Investment Management LLC ("NYLIM"), an indirect wholly owned subsidiary of the Company.

Effective January 1, 2004, the Eclipse Funds were renamed as MainStay Funds, and the Eclipse Indexed Equity Fund, the Eclipse Money Market Fund and Eclipse Bond Fund were renamed the MainStay S&P 500 Index Fund, MainStay Cash Reserves Fund and MainStay Intermediate Term Bond Fund, respectively. In addition, the Eclipse Growth Equity and Eclipse Value Equity Funds were renamed the MainStay All Cap Growth Fund and the MainStay All Cap Value Fund, respectively, and each such fund modified its investment approach from investment in large capitalization stocks only to include investments in mid-and small-cap stocks, consistent with an all-cap growth and all-cap value strategy, respectively. Finally, the Eclipse International Broad Market Fund was closed on January 29, 2004 and the VEBA Trust's investments in that fund were transferred to the MainStay International Equity Fund on that date.

Effective May 1, 2004 the underlying mutual funds available through the CSVUL policy were renamed. The VP Index Equity Fund, VP International Equity Fund and VP Growth Equity Fund were renamed the MainStay VP S&P 500 Index Fund, MainStay VP International Equity Fund and MainStay VP Common Stock Fund, respectively.

During 2004, the VEBA-Trust's investments were reallocated as follows: (i) the VEBA Trust's investments in the MainStay Cash Reserve Fund, MainStay All Cap Value Fund, MainStay All Cap Growth Fund and MainStay International Broad Market Fund were transferred and reallocated among the MainStay S&P 500 Index Fund, MainStay Intermediate Term Bond Fund and MainStay International Equity Fund; and (ii) CSVUL investments in the VP Capital Appreciation Fund and MainStay VP Common Stock Fund were transferred and reallocated between the MainStay VP S&P 500 Index Fund and MainStay VP International Equity Fund.

The following table details the Plan's investments. Investments that represent 5% or more of the Plan's assets are separately identified.

| | December 31, | |
|---|---|---|
| | **2004** | **2003** |
| | **(in thousands)** | |
| **VEBA Assets** | | |
| Cash | $ 47 | $ 11 |
| Investment in government securities: | | |
| United States Treasury Notes (CUSIP 9128277M8, Par $965,000 @ 3.000%) | - | 932 |
| United States Treasury Notes (CUSIP 912828AK6, Par $943,000 @ 2.125%) | - | 915 |
| Total investment in government securities | - | 1,847 |
| Investment in MainStay mutual funds: | | |
| S&P 500 Index Fund | 33,122* | 15,818* |
| Intermediate Term Bond Fund | 16,532* | 21,065* |
| International Equity Fund | 9,372 | - |
| All Cap Value Fund | - | 6,683 |
| All Cap Growth Fund | - | 6,560 |
| International Broad Market Fund | - | 1,877 |
| Cash Reserve Fund | - | 687 |
| Total investment in mutual funds | 59,026 | 52,690 |
| TOLI | | |
| Corporate Sponsored Variable Universal Life (CSVUL): | | |
| MainStay VP S&P 500 Index Fund | 52,556* | 39,788* |
| MainStay VP International Equity Fund | 20,124* | 6,877 |
| MainStay VP Common Stock Fund | - | 11,943* |
| VP Capital Appreciation Fund | - | 9,249* |
| Total CSVUL | 72,680 | 67,857 |
| Corporate Sponsored Universal Life (CSUL) | 48,513* | 46,823* |
| Total TOLI | 121,193 | 114,680 |
| Total VEBA | 180,266 | 169,228 |
| **401(h) Account** | | |
| Immediate Participation Guarantee Contract | 14,079* | 13,154* |
| Total Assets | $ 194,345 | $ 182,382 |

* Represents 5% or more of Plan assets.

The following table details the additions to the Plan's investments:

| | Years Ended December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| | (in thousands) | |
| Net investment income from government securities | $ 121 | $ 139 |
| Net investment income from mutual funds | 1,207 | 1,011 |
| Net investment income from TOLI | 2,460 | 2,601 |
| Net investment income from 401(h) account | 927 | 860 |
| Net increase in fair value of investments in mutual funds | 3,805 | 6,383 |
| Net increase in fair value of investments in TOLI | 7,036 | 14,554 |
| Total increase in Plan assets | $ 15,556 | $ 25,548 |

## NOTE 4 - BENEFIT OBLIGATION

### Postretirement benefit obligations

The excess of the postretirement benefit obligations over Plan assets at December 31, 2004, is expected to be funded through future contributions to the VEBA Trust or be paid directly through Company contributions.

The impact on the postretirement benefit obligations due to changes in actuarial assumptions reflects the changes of the annual weighted-average discount rate, the per capita claims costs and the annual health care cost trend rates (see table in Note 2D for detail), which resulted in an overall decrease of the postretirement benefit obligations by $11,908,000. The health care costs trend assumption (see Note 2D) has a significant effect on the amounts reported in the accompanying financial statements. Increasing the assumed rates by one percentage point in each year would increase the obligation at December 31, 2004 and 2003 by $47,003,000 and $46,259,000, respectively. However, a one percentage point decrease in each year would decrease the obligation at December 31, 2004 and 2003 by $39,697,000 and $39,068,000, respectively.

As of January 1, 2004, all prescription drug copayments under the Plan were increased. The increase of the prescription drug copayment decreased the Plan benefit obligations by $17,331,000 as of December 31, 2003.

### Other benefit obligations

The financial statements include a reserve for estimated claims that were incurred but not reported (IBNR) for active and retired participants' medical and dental coverage in the amount of $8,707,000 and $6,535,000 as of December 31, 2004 and 2003, respectively. The reserve was determined based on generally accepted actuarial principles that consider lag patterns for claim payments for the associated coverages,

the number of enrollees, changes in health and dental care costs, the plan of coverage and other factors.

## NOTE 5 – ADMINISTRATION

The Company oversees the administration of the Plan. Federal income taxes and a portion of the Plan's administrative expenses were paid by the Plan. The Plan's remaining administrative expenses were paid by the Company. Only those administrative expenses paid by the Plan are included on the Form 5500 and in the Plan's financial statements.

## NOTE 6 - TAX STATUS

The VEBA Trust established under the Plan received a notification of tax exemption, dated August 7, 1995, that it meets the requirements of Section 501(c)(9) of the Code. The Company believes that the Plan and the VEBA Trust are designed and currently being operated in compliance with the applicable requirements of the Code, including the payment of taxes on unrelated business taxable income.

## NOTE 7 – RISKS AND UNCERTAINTIES

VEBA assets are invested in various investment securities. Investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the statement of net assets available for plan benefits.

Plan contributions are made and the actuarial present value of postretirement benefit obligations are reported based on certain actuarial assumptions pertaining to interest rates, inflation rates and employee demographics, all of which are subject to change. Due to uncertainties inherent in the estimations and assumptions process, it is at least reasonably possible that changes in these estimates and assumptions in the near term would be material to the financial statements.

## NOTE 8 – CERTIFIED INFORMATION

New York Life Insurance Company, as the issuer of the immediate participation guarantee group annuity contract (Section 401(h) account under the Nylic Retirement Plan), and as parent company of NYLIAC, the issuer of the TOLI policies held by the VEBA Trust has certified that the following information included in the Statements of Net Assets Available for Plan Benefits, Statements of Changes in Net Assets Available for Plan Benefits, Schedule of Assets (Held at December 31, 2004), and Schedule of Reportable Transactions at December 31, 2004 is complete and accurate in accordance with Section 2520.103-5 of the Department of Labor Rules and Regulations for Reporting and Disclosure under ERISA.

|  | December 31, | |
|---|---|---|
|  | 2004 | 2003 |
|  | (in thousands) | |
| Investment in TOLI | $ 121,193 | $ 114,680 |
| Assets held under 401(h) account | 14,079 | 13,154 |
| Total Certified Assets | $ 135,272 | $ 127,834 |

|  | Years Ended December 31, | |
|---|---|---|
|  | 2004 | 2003 |
|  | (in thousands) | |
| Net investment income from TOLI | $ 2,460 | $ 2,601 |
| Net investment income from 401(h) account | 927 | 860 |
| Net increase in fair value of investments in TOLI | 7,036 | 14,554 |
| Total Increase in Certified Assets | $ 10,423 | $ 18,015 |

## NOTE 9 – PARTY-IN-INTEREST TRANSACTIONS

As described in Notes 1 and 3, the Company, NYLIAC and NYLIM are parties-in-interest as defined by ERISA.

15

GROUP PLAN FOR NEW YORK LIFE AGENTS
SCHEDULE H-Line 4i - SCHEDULE OF ASSETS (HELD AT DECEMBER 31, 2004)

| Identity of Issue | Description of Investment | Cost of assets (in thousands) | Statement value (in thousands) |
|---|---|---|---|
| BANK OF NEW YORK | Cash | $ 47 | $ 47 |
| MAINSTAY FUNDS | Mutual Funds: | | |
| | S&P 500 Index Fund | 25,651 | 33,122 |
| | Intermediate Term Bond Fund | 16,180 | 16,532 |
| | International Equity Fund | 8,189 | 9,372 |
| | Total | 50,020 | 59,026 |
| * NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION | TOLI | | |
| | Corporate Sponsored Variable Universal Life (CSVUL) | | |
| | MainStay VP S&P 500 Index Fund | 54,305 | 52,556 |
| | MainStay VP International Equity Fund | 17,062 | 20,124 |
| | Total | 71,367 | 72,680 |
| | Total Corporate Sponsored Universal Life | 48,513 | 48,513 |
| | Total TOLI | 119,880 | 121,193 |
| | Assets Held Under a 401(h) Contract | 14,079 | 14,079 |
| | Total Assets | $ 184,026 | $ 194,345 |

* A party-in-interest as defined by ERISA.