J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY only

Thomas M. Herlihy (83615), herlihy@kelher.com
John C. Ferry (104411), jferry@kelher.com
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4798
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION)
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | CASE NO.: C07-4088 PJH |
| Plaintiff, | **EXHIBIT "C" THROUG "E" OF DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |
| vs. | |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW YORK LIFE INSURANCE COMPANY; THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20 inclusive, | Date: November 28, 2007 Time: 9:00 a.m. |
| | Complaint Filed: June 28, 2007 |
| Defendants. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

EXHIBIT "C" THROUGH "E" OF DECLARATION OF SOPHIA RODRIGUEZ
CASE NO.: C07-4088 PJH

# EXHIBIT - C

                                           print    ☒ close

## Summary of Material Modifications to the Group Plan for New York Life Agents

To:         Agent
From:       Maria J. Mauceri, Vice President & Actuary
Week of Date: 08/09/2004
MDRT Code:   605.02

This Summary of Material Modifications (SMM) to the Group Plan for New York Life Agents ("Plan") Long-Term Disability coverage has been issued to inform you that effective January 1, 2003, (i) First Unum Life Insurance Company ("Unum") replaced CIGNA Life Insurance Company of New York, as the insurer for this coverage and as the designated Claims Administrator and Appeals Fiduciary, and (ii) the definition of "Disability" with respect to Long Term Disability coverage under the Plan is as follows:

A participant is disabled when Unum determines that:

- the participant is unable to perform the material and substantial duties of any gainful occupation for which the participant is reasonably fitted by education, training or experience, and

- the participant has a 20% or more loss in his or her indexed monthly earnings due to the same sickness or injury, and

- during the elimination period, the participant is unable to perform any of the material and substantial duties of any gainful occupation for which he or she is reasonably fitted by education, training or experience.

This provision supercedes the definition of "Disability" set forth in the "Long Term Disability Insurance" section of your Agents Group Insurance Summary Plan Description ("SPD"). This SMM also corrects the definition of "Disability" which appeared in the last sentence of the paragraph at the bottom of page 30 of the 2003 and 2004 Agents Group Plan Annual Enrollment Booklets ("Enrollment Booklets"). Please keep this SMM with your SPD and your Enrollment Booklets.

If you have any questions about your benefits, please call the Agents Benefits Service Line at 1-888-NYL-4944.

© 2003-2006. New York Life Insurance Company. All Rights Reserved.

# EXHIBIT - D



**REVIEW & RETAIN**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

TO:             All Agents Who Are Enrolled for Long-Term Disability Coverage Under the Group Plan for New York Life Agents

FROM:       Lynne M. Cohn, Vice President, Human Resources

DATE:        08/11/2003

SUBJECT:   Summary of Material Modifications to the Group Plan for New York Life Agents Regarding Long-Term Disability Coverage

MDRT I/R CODE:   605.02 (Agents/Benefits)

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

This Summary of Material Modifications (SMM) to the Group Plan for New York Life Agents ("Plan") describes the claims appeals process for Long-Term Disability coverage under the Plan. This SMM replaces the "Claims and Review Procedure" section of your Agents Group Insurance Summary Plan Description as it applies to Long-Term Disability claims, and any subsequent SMMs regarding Long-Term Disability claims procedures.

**Denied Claims**

If you submit a claim and it is denied in whole or in part, a notice will be sent within a reasonable time period, but not longer than 45 days from receipt of the claim. If First Unum Life Insurance Company ("First Unum") determines that an extension is necessary due to matters beyond control of the Plan, this time may be extended for two additional 30-day periods. You will receive notice prior to each extension that indicates the circumstances requiring the extension, the date by which the plan expects to render a determination, the standards on which entitlement to a benefit is based, and the unresolved issues that prevent a decision on the claim. If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information. First Unum will then make its determination within 30 days from the date the plan receives your information, or, if earlier, the deadline to submit your information.

If your claim is in part or wholly denied, you will receive notice of an adverse benefit determination that will:

- state the specific reason(s) for the adverse benefit determination,
- reference the specific plan provisions on which the determination is based,
- describe additional material or information, if any, needed to perfect the claim and the reasons such material or information is necessary,
- describe the plan's claims review procedures and the time limits applicable to such procedures, including a statement of your right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review,
- disclose any internal rule, guideline, or protocol relied on in making the adverse determination (or state that such information is available free of charge upon request), and
- if the denial is based on a medical necessity or experimental treatment or similar limit, explain the scientific or clinical judgment for the determination (or state that such information will be provided free of charge upon request).

**Request For Review and Appeals**

- You will have 180 days from the receipt of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the adverse benefit determination.
- You will have the opportunity to submit written comments, documents, or other information in support of your appeal, and you will have access to all documents that are relevant to your claim. Your appeal will be conducted by a person different from the person who made the initial decision. No deference will be afforded to the initial determination.
- If your claim involves a medical judgment question, First Unum will consult with an appropriately qualified health care practitioner with training and experience in the field of medicine involved. If a health care professional was consulted for the initial determination, a different health care professional will be consulted on appeal. Upon request, First Unum will provide you with the identification of any medical expert whose advice was obtained on behalf of the plan in connection with your appeal.
- You will be notified of First Unum's benefit determination on review within a reasonable time, but not later than 45 days from receipt of the request for review. If First Unum determines that an extension is necessary due to special circumstances, this time may be extended for an additional 45 days. You will receive notice prior to the extension that indicates the special circumstances requiring the extension and the date by which the plan expects to render a determination. If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information. First Unum will then make its determination within 45 days from the date the plan receives your information, or, if earlier, the deadline to submit your information.

If your claim is in part or wholly denied, you will receive notice of an adverse benefit determination that will:
- state specific reason(s) of the adverse determination;
- reference specific plan provision(s) on which the benefit determination is based;
- state that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits;
- describe any voluntary appeal procedures offered by the plan and your right to obtain information about such procedures;
- disclose any internal rule, guidelines, or protocol relied on in making the adverse determination (or state that such information will be provided free of charge upon request);
- if the denial is based on a medical necessity or experimental treatment or similar limit, explain the scientific or clinical judgment for the determination (or state that such information will be provided free of charge upon request); and
- include a statement regarding your right to bring an action under section 502(a) of ERISA.

You will also receive a notice if your claim on appeal is approved.

### Legal Actions

You may not bring a lawsuit to recover benefits under this plan until you have exhausted the administrative process described in this section. No action may be brought at all unless brought no later than 2 years following a final decision on your claim for benefits. The 2-year statute of limitations on suits for all benefits will apply in any forum where you may initiate such suit.

### Claims Administrator and ERISA Claims Appeal Fiduciary

The Claims Administrator and the ERISA Claims Appeal Fiduciary with respect to Long-Term Disability coverage under the Plan are:

| Claims Administrator | ERISA Claims Appeal Fiduciary |
| --- | --- |
| First Unum Life Insurance Company | First Unum Life Insurance Company |
| Group Medical Underwriting | 2211 Congress Street |
| 2211 Congress Street | Portland, ME 04122 |
| Portland, ME 04122 | Tel: 800-858-6843 |
| Tel: 800-858-6843 | |

First Unum has the exclusive and final discretionary authority to construe and interpret Plan provisions, to make any factual determinations to determine benefits, if any, to be paid.

This notice serves as a modification to your Summary Plan Description (SPD) booklet. Please keep this "Summary of Material Modifications" with your SPD.

If you have any questions about your benefits, please call the Agents Benefits Service Line at 1-888-NYL-4944.

*This communication is intended for internal use only.*

The Company You Keep®   FROM THE AGENCY COMMUNICATIONS DIVISION

# EXHIBIT - E





# TOP

THE OPPORTUNITY PROGRAM

Agents Group Plan

2004 Enrollment Booklet

*The Company You Keep*



*The Company You Keep®*

**New York Life Insurance Company**
51 Madison Avenue
New York, NY 10010

**Maria J. Mauceri**
Corporate Vice President and Actuary
Human Resources Department

Dear Agent:

This *"Agents Group Plan 2004 Enrollment Booklet"* contains important information to help you select the benefits for 2004 that best suit you. Below are a few important items I want to call to your attention when you review this material:

- You have **31 days** from your contract date (or reinstatement date) to complete, sign and return the *"AGENTS GROUP PLAN 2004 ENROLLMENT FORM"* (located towards the end of this enrollment booklet) to your General Office.
- If you select Contributory Life Insurance, Regular Accidental Death & Dismemberment Insurance, or High Benefit Accidental Death & Dismemberment Insurance, you'll need to complete and return to your General Office an *"AGENTS GROUP PLAN BENEFICIARY DESIGNATION FORM."*
- If you choose to enroll in the Aetna HMO or POS plan or the UnitedHealthcare HMO or POS plan for your medical coverage, you must call that plan's Member Services (see page 32 in this enrollment booklet for the telephone number) to select a Primary Care Physician (PCP) for yourself and your dependents when you receive your medical plan card(s). If you choose to enroll in an HMO (other than Aetna or UnitedHealthcare), you must also complete that HMO's application.
- The coverages you select for 2004 will remain in effect from the effective date to December 31, 2004, as long as you continue to be eligible in an Agent Coverage Class as described on page 4 of this enrollment booklet.

Remember, **you have 31 days** to return your completed enrollment and beneficiary forms. If you have any questions, please call the Agents Benefits Service Line at 1-888-NYL-4944 (choose the Group Plan, option #2).

Sincerely,

*Maria J. Mauceri*

Maria J. Mauceri
Corporate Vice President and Actuary

2004

Welcome to New York Life. This is your Agents Group Plan (AGP) Enrollment Booklet. The booklet provides an overview of your options under the AGP Flexible Benefits Program (which includes the Agents Group Plan) and the Program's enrollment requirements.

You can use this booklet to decide your benefit choices for 2004.





| In This Booklet | Page |
|---|---|
| • Your AGP Flexible Benefits Program | 2 |
| • AGP 2004 Enrollment | 2 |
| • Your Life Insurance Options | 8 |
| • Your Medical Care Options | 10 |
| • Your Comprehensive Medical Care and HMO / POS Monthly Rates – Effective January 1, 2004 | 16 |
| • Your Dental Care Options | 26 |
| • Your Dental Care Monthly Rates Effective January 1, 2004 | 26 |
| • Your Regular Accidental Death and Dismemberment (AD&D) Options | 27 |
| • Your High Benefit AD&D Options | 28 |
| • Your Long Term Disability (LTD) Options | 29 |
| • Toll-Free Telephone Numbers & Internet Sites | 32 |
| • Sample Forms | |

## Important Notice

*This Enrollment Booklet is intended to provide information necessary to assist you in electing benefits, benefit options, and coverages under the New York Life Insurance Company Agents Flexible Benefits Program (which includes the Agents Group Plan.) It is necessarily brief and provides only a general description. You should refer to the Summary Plan Descriptions for more information. Specific benefits, options, requirements, and exclusions will be determined only by the terms and conditions contained in the relevant plan documents. In the event of any conflict between (1) the plan documents and (2) this booklet, the provisions of the plan documents, will govern. New York Life reserves the right to change or terminate all or part of the program, the Group Plan or coverages thereunder at any time without notice to, or consent of, agents, retired agents or their dependents or beneficiaries. Specifically, the Company may at any time terminate or modify any coverage for any or all Agents (active and retired), including those not yet covered or receiving benefits and those already covered or receiving benefits. Plan assets are not used to pay for prescription drug coverage under the Express Scripts Program.*

*No attempt is made to offer tax or other advice with respect to the choices available under the program or offer solutions to individual problems. For that advice, you should consult your own professional advisers.*

## Your AGP Flexible Benefits Program

The Agents Flexible Benefits Program which includes the Group Plan for Agents ("AGP") provides you with a choice of benefits designed to meet the needs of you and your family.

## AGP Benefits

The benefits available to eligible agents are:

| Life Insurance |
|---|

| Medical |
|---|

| Dental* |
|---|

| Regular Accidental Death & Dismemberment (AD&D) Insurance |
|---|

| High Benefit AD&D Insurance |
|---|

| Long Term Disability (LTD)** |
|---|

| Health Care Flexible Spending Account (FSA)*** |
|---|

\*    Dental will be available to you as a First Prior Class Agent.

\*\*    Long Term Disability will be available to you as a First Prior Class Agent.  If you are a Current Class PEA or TEA Agent, you may be eligible for this coverage.

*(See page 4 for definitions of the coverage class of Agents)*

\*\*\*    Health Care Flexible Spending Account (FSA) will be available to you in the Annual Enrollment Period after completing one full year of service.

## AGP 2004 Enrollment

The Program gives you the opportunity to choose the benefits which meet your needs and those of your family.  This booklet will help you understand the benefits offered to you under the Program, and what you must do to enroll for your benefits choices.  Please review each benefit carefully with your 2004 needs in mind.

### Flexibility

In most cases, you will have the opportunity to make new choices every year. With few exceptions (see "Qualified Status Changes" on pages 6 and 7), **THE CHOICES YOU MAKE NOW WILL STAY IN EFFECT FOR THE ENTIRE CALENDAR YEAR.** That's why taking time to weigh your options is so important.

---

**Pre-Tax Payment of AGP Premiums**

Your ledger contributions for the AGP benefits, except for LTD, may be made on a pre-tax basis if you so choose.

When you use pre-tax dollars to pay for benefits, the money is set aside before taxes.  You pay no federal income or Social Security taxes and, in most cases, no state or local income taxes on your pre-tax contributions.

Because you are not paying Social Security taxes on these contributions, your future Social Security benefits may be reduced by a small amount (usually less than 1%).  Also, pre-tax payment of contributions may increase the amount of imputed taxable income for Group Term Life Insurance in excess of $50,000.  However, your current tax savings from pre-tax payment of contributions will likely outweigh any possible disadvantages.

2

## Enrolling

To enroll in the 2004 Flexible Benefits Program, you'll need to complete a 2004 Enrollment Form and a Beneficiary Designation Form. **Forms are located at the end of this booklet.**

You should use this Enrollment Booklet to help review your benefit needs and options for 2004.

Once you decide on your benefits for 2004, complete and return your 2004 Enrollment Form and Beneficiary Designation Form to your General Office. *You must return your completed forms within 31 days of your contract date or reinstatement date, or you will not be eligible to enroll for coverage until the next Annual Enrollment Period unless you qualify for a Special Enrollment Period. If you fail to enroll when you first become eligible, you will be assigned the "No Coverage" option for yourself and your dependents.*

Your coverage under the AGP Flexible Benefits Program begins on your contract date or reinstatement date.

  

**Get Help With Your Enrollment:**

If you need assistance with your enrollment, contact your Office's Administrative Assistant, or call the toll-free Agent Benefits Service Line in the Home Office from 9 a.m. to 5 p.m. ET, Monday through Friday at 1-888-NYL-4944 (choose the Group Plan option).



TO ENROLL, GIVE YOUR COMPLETED FORM TO YOUR OFFICE'S ADMINISTRATIVE ASSISTANT IN THE GENERAL OFFICE. YOU MUST ENROLL WITHIN 31 DAYS OF YOUR CONTRACT DATE OR REINSTATEMENT DATE.

## IMPORTANT NOTICE

IT IS UNDERSTOOD THAT YOUR BENEFIT CHOICES WILL REMAIN IN EFFECT FOR THE BALANCE OF THE 2004 CALENDAR YEAR. If you have a qualified status change and wish to change your benefit choices at that time, you must complete a Status Change Form within 31 days of that qualified status change. Also, it is understood that you are authorizing the Company to make deductions from your ledger, based on the choices you have entered on your 2004 Enrollment Form.

**Commission Requirements for First Prior Class, Second Prior Class, Third Prior Class and Established Agents**

The First Year Commission requirement includes first year commissions on most New York Life Insurance Company and NYLIAC policies; commissions on all annuity renewal premiums and commissions on *proprietary* Mutual Funds. It does *not* include first year commissions earned on other sales, such as the Pinnacle Series including Private Placement, and business such as CSUL and CSVUL, CEVUL and BOLI policies, NYLAZ Term to age 90, non-proprietary Mutual Funds, products sold through USA/Bisys including non-proprietary variable life and variable annuities, UnumProvident, Golden Rule, Group Health arrangements and any other Group sponsored programs, introduced during the year; or New York Life International, LLC sales.

**Agent Medical Contributions**

Please note: Agent contributions for AGP coverage vary by Class. For example a First Prior Class Agent's contributions are higher than for Current Class. See rate charts beginning on page 16.

## Eligibility for Benefits

Five separate classes of agents are eligible for coverage under the AGP Flexible Benefits Program. The coverages available for each class are different and depend upon factors including the Agent's year of service, attained age, and First Year Commission earnings.

## Coverage Classes

The agent coverage classes are:

### Current Class Agents

An agent who is contracted as a full-time agent with the Company in the current calendar year or the calendar year immediately prior to the current plan year is considered a Current Class Agent. Current Class Agents will be eligible to elect Medical Coverage, Life Insurance and Regular AD&D. Current Class Agents are not eligible for Dental or LTD. Agents will be in this agent category for a minimum of twelve (12) months and a maximum of twenty four (24) months. An Agent will move to the next category at the beginning of a calendar year, as appropriate. The Agent Contribution Rate Charts for the Medical Options start on page 16 – Rate Charts.

### First Prior Class Agents

An agent who is contracted as a full-time agent with the Company during the calendar year immediately prior to the Current Class Agent is considered a First Prior Class Agent. There is an $18,000 first year commission requirement for this group (*see side bar*). Coverage for Medical, Dental, Regular AD&D, High Benefit AD&D, Long Term Disability, Life Insurance and Health Care Flexible Spending Account is available. The Agent Contribution Rate Charts for the Medical Options start on page 18.

### Second Prior Class Agents

An agent who is contracted as a full-time agent with the Company during the calendar year immediately prior to the First Prior Class Agent is considered as a Second Prior Class Agent. There is a $21,000 First Year Commission Requirement for this group (*see side bar*). Coverage for Medical, Dental, Regular AD&D, High Benefit AD&D, Long Term Disability, Life Insurance and Health Care Flexible Spending Account is available. The Agent Contribution Rate Charts for the Medical Options start on page 20.

### Third Prior Class and Established Agents

An agent who is contracted as a full-time agent with the Company during the calendar year or years immediately prior to a Second Prior Class Agent is considered a Third Class or Established Agent. There is a $24,000 First Year Commission Requirement for this group (*see side bar*). Coverage for Medical, Dental, Regular AD&D, High Benefit AD&D, Long Term Disability, Life Insurance and Health Care Flexible Spending Account is available. The Agent Contribution Rate Charts for the Medical Options start on page 22.

### Agents Eligible Because Of Prior Service*

An Established Agent who has not met the First Year Commission requirement of $24,000 in the calendar year immediately prior to the current plan year but meets one of the following criteria:

- has 30 or more years of service with the Company, irrespective of their age, or who
- has retired under the Nylic Retirement Plan at or after age 60 with 5 or more years of service, or

* The service requirements for Agent Eligible Because of Prior Service include both time as an agent and as a Field Manager (i.e., Managing Partner, Partner, Senior Partner, General Manager, Associate General Manager, Sales Manager, and Sales Development Manager).

- qualified as a Senior Nylic before 1984, or
- opted out of the Nylic Retirement Plan and has 25 or more years of service, or
- is eligible to retire under the Nylic Retirement Plan, has five or more years of service, and is age 65 or older, or
- is receiving disability retirement income under the Nylic Retirement Plan, or
- is a lifetime council member,

is eligible for coverage because of prior service, and is categorized as an Agent Eligible Because of Prior Service. The Agent Contribution Rate Charts for the Medical Options start on page 24.

## Reinstated Agents

Agents reinstated as First Prior Class, Second Prior Class or Third Prior Class / Established Agents in 2004 will still need to qualify for the Agents Group Plan by the end of 2004. Depending upon the reinstatement date, the amount of First Year Commissions in 2004 required to be eligible for coverage in 2005 varies and is determined on a prorated basis. The table below illustrates the prorated requirements.

| Reinstatement Month | FYC Needed at Year End to Qualify for Group Plan* | | |
|---|---|---|---|
| | Agents in First Prior Class | Agents in Second Prior Class | Agents in Third Prior/Established Class |
| January | $18,000 | $21,000 | $24,000 |
| February | $16,500 | $19,250 | $22,000 |
| March | $15,000 | $17,500 | $20,000 |
| April | $13,500 | $15,750 | $18,000 |
| May | $12,000 | $14,000 | $16,000 |
| June | $10,500 | $12,250 | $14,000 |
| July | $ 9,000 | $10,500 | $12,000 |
| August | $ 7,500 | $ 8,750 | $10,000 |
| September | $ 6,000 | $ 7,000 | $ 8,000 |
| October - December | No FYC requirement; Agent will be covered until December 31st of the following calendar year, at which time the Agent will need to meet the FYC requirement to qualify for AGP | | |

*FYC requirement is subject to change.

For the calendar year in which a First Prior Class, Second Prior Class or Third Prior Class / Established Agent has qualified on a prorated basis, that Agent's Life Insurance amount (if Life Coverage is elected) will be $75,000.

NOTE: Agents who are coming off approved LTD must meet First Year Commission requirements at the end of the year based on the same prorated approach illustrated above.

## Enrollment Restrictions

The following restrictions will apply for AGP 2004 enrollment:

1. Dental coverage and LTD coverage are <u>not</u> available for Current Class Agents. Dental coverage and LTD coverage are available to First Prior Class, Second Prior Class and Third Prior Class / Established agents only.
2. Current Class Agents, Agents Eligible Because of Prior Service and Retired Agents are not eligible to contribute to the Health Care Flexible Spending Account.
3. Agents age 70 or over are not eligible for High Benefit AD&D Coverage.

**Continuation Coverage**

Those agents who fail to meet the minimum 2004 First Year Commissions requirement will be eligible for continuation coverage under the same rules and rates applicable to COBRA. Coverage based on your Annual Enrollment choices will continue to January 31 of the following year. If you have not met FYC requirements, you will be sent a continuation letter in early February. This will offer you continuation coverage at the applicable rates.

## Proof of Good Health Requirements

Proof of good health will be required to choose Life Insurance coverage in 2005 if you choose No Coverage in 2004.

## Enrolling Dependents

Using your Enrollment Form, you will be able to add dependent information as needed. Please refer to the box at the left for a description of eligible dependents. You must enroll your dependents for coverage within 31 days of your contract date or reinstatement date.

## Qualified Status Changes

If, after you enroll, you have a qualified status change, you can adjust your coverage in three benefit areas: Medical, Dental and High AD&D. To adjust your coverage, you must complete a "Status Change Form" *(see boxes on the left and on page 7)*.

The following events are examples of qualified status changes:

- Marriage (see below).
- Divorce or legal separation.
- Birth or adoption of a child.
- Your dependent child is no longer eligible for coverage (because of loss of full-time student status or marriage, for example) or becomes eligible for coverage (return to full-time student status, for example).
- Death of a spouse or a dependent child.
- Change in your spouse's employment status, involuntary loss of other coverage or COBRA maximum reached.

You must submit an "Agents Group Plan Status Change Form" to Client Services in Room 516 in the Home Office within 31 days of the qualifying event. (A form is enclosed at the end of this booklet for your convenience.)

> If you marry during the year, you will be permitted to add your spouse to your coverage. However, should you want to be covered under your spouse's plan, you and any covered dependents CANNOT withdraw from the Agents Group Plan and must remain covered until 2005.

## COBRA Notification Procedures

If you elect medical or dental coverage for yourself, your spouse, or your dependents but then lose coverage as a result of certain qualifying events (such as your death, your termination of service, your divorce, your dependent child ceasing to be eligible, or your entitlement to Medicare), you or your spouse/dependents may be eligible for COBRA continuation coverage. In the case of either your divorce or your dependent child ceasing to be eligible, you or your spouse/dependent must provide notification to the Company within 60 days of the occurrence of the qualifying event in order to be eligible for COBRA continuation coverage. In order to provide this notification, you, your spouse or your dependents must complete the "Agents Group Plan Status Change Form" and send it to Client Services in the Home Office, Room 516. A form is enclosed at the end of this booklet.

Please refer to your summary plan description for a further explanation of your COBRA continuation coverage rights, and for a complete description of all circumstances under which you are required to provide notification to the Company of COBRA qualifying events.



### Eligible Dependents

Your eligible dependents include:

- Your spouse, and
- Each unmarried dependent child under age 19 and/or each unmarried child between the ages of 19 and 25, who is a full-time student. In certain circumstances, a child who is disabled may be eligible for some coverages beyond age 19, even if not a full-time student.

You will be able to add dependent information on your Enrollment Form.

### Family Status Changes

As long as your requested election change bears a logical relationship to the status change event, the Company will change your coverage as requested. For example, if the status change event is marriage, it would be permissible to adjust your coverage to include your new spouse, but it would not be permissible to drop your own coverage if you wanted coverage under your new spouse's plan until 2005.

With the exception of birth or adoption, all coverage changes will be effective prospectively as of the date that your "Qualified Family Status Change Form" is received by Client Services. In the case of birth or adoption, the coverage change will be retroactive to the date of the birth or adoption.

## Special Enrollment

If you are declining enrollment for yourself or your dependents (including your spouse) because of other health insurance coverage, you may in the future be able to enroll yourself or your dependents in this plan, provided that you request enrollment within 31 days after your other coverage ends. In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents, provided that you request enrollment within 31 days after the marriage, birth, adoption, or placement for adoption.

Coverage under a Special Enrollment will become effective as of the date of the qualifying status event. You must notify New York Life's Client Services within 31 days of the event.

If your spouse involuntarily loses medical or dental coverage, you may make adjustments to your AGP coverage. However, you and any dependent you enroll may be subject to the *pre-existing condition* limitation of the Plan, which is currently one year. A pre-existing condition is one for which you (or any dependent) receive treatment in the three-month period before your AGP coverage takes effect. All or part of the pre-existing condition limitation period may be waived if you submit a certificate of prior "creditable coverage."

If you did not elect coverage for the person involved when first eligible because at that time he or she was covered under other "creditable coverage" as defined below, the person may be eligible for a Special Enrollment.

*You must submit an "Agents Group Plan Status Change Form" to Client Services, Room 516 in the Home Office, within 31 days of the change in status to adjust your coverage.* If you do not notify Client Services within 31 days, you must wait until the next Annual Enrollment Period to adjust your coverage.

**Commencement of Employment of the Agent's Spouse -** In the case where your spouse becomes eligible for other health coverage, through his or her employment, ONLY your spouse may withdraw from the Plan. You and any dependents covered under the plan MUST remain covered until the end of 2004. This request can be processed in the General Office using the Agents Group Plan Status Change Form (Agents Group Plan-Form III). Please note that coverage can NEVER be terminated retroactively. If the spouse's participation is not terminated before the 1st of the month, billing will occur and NO REFUNDS WILL BE GIVEN. Therefore, it is important that this be done in a timely manner.

## IMPORTANT NOTICE

New York Life may amend or terminate The Group Plan for Agents at any time without notice to, or consent of, agents, retired agents, or their dependents or beneficiaries. Specifically, the Company may at any time terminate or modify any coverage for any or all retirees, including those not yet covered or receiving benefits, and those already covered or receiving benefits.

---

**If You Have a Qualified Status Change**

- You have 31 days to adjust your coverage by completing an "Agents Group Plan Status Change Form" and sending it to Client Services in the Home Office, Room 516.

- An "Agents Group Plan Status Change Form" is enclosed at the end of this booklet for your convenience. Forms are also available from your Office's Administrative Assistant or by calling the Agent Benefits Service Line.

- If you're covered by a non-Aetna or non-UnitedHealthcare HMO (Health Maintenance Organization) or POS (Point of Service) plan, you must also complete a status change form for the HMO/POS as well.

---

**A Reminder:**

AGP choices are in effect for the full calendar year unless a Qualified Status Change occurs and an "Agents Group Plan Status Change Form" is submitted within 31 days.

---

**"Creditable Coverage"**

Creditable Coverage is a person's medical coverage as defined in the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This would include coverage: issued on a group or individual basis, under military-sponsored health care, with a state health benefits risk pool, or the Federal Employees' Health Benefit Plan (FEHBP), etc.

## Your Life Insurance Options

### Your Contributory Life Options

The life insurance benefit is insured by the First Unum Life Insurance Company. You have two Life Insurance options, one of which is "No Coverage." Rates are age graded. The chart below lists your life insurance options.

<table>
<tr><td colspan="2">Option</td><td colspan="2">Description Of Coverage</td></tr>
<tr><td>1</td><td colspan="3" align="center">No Coverage</td></tr>
<tr><td>2</td><td>Current Class<br>Agents</td><td>Age at Birthday in 2003<br>Under 70<br>70<br>71<br>72<br>73<br>74 or more</td><td>Amount of<br>Life Insurance<br>$ 30,000<br>$ 24,000<br>$ 18,000<br>$ 12,000<br>$ 6,000<br>$ 1,500</td></tr>
<tr><td>2</td><td>First Prior Class,*<br>Second Prior Class*,<br>Third Prior Class and<br>Established Agents</td><td>First Year Commissions<br>earned in calendar year 2003<br>$24,000 but less than $30,000<br>$30,000 but less than $36,000<br>$36,000 but less than $42,000<br>$42,000 but less than $48,000<br>$48,000 but less than $54,000<br>$54,000 and over</td><td>Amount of<br>Life Insurance**<br>$ 75,000<br>$ 90,000<br>$105,000<br>$120,000<br>$135,000<br>$150,000</td></tr>
<tr><td colspan="4">* First Prior Class Agents who earn $18,000 in FYC and Second Prior Class Agents who earn $21,000 in FYC are eligible for a minimum of $75,000 life insurance.<br>** Subject to scheduled reductions at ages 70-74.</td></tr>
<tr><td>2</td><td>Agents Eligible<br>Because of<br>Prior Service</td><td>Age at Birthday in 2003<br>Age 70 and under<br>Age 71 and over</td><td>Amount of<br>Life Insurance<br>$ 2,000<br>$ 1,000</td></tr>
</table>

Reinstated First Prior Class Agents and Second Prior Class Agents will be eligible for $75,000 Life Insurance Coverage for the Plan year in which they are reinstated. Life Insurance coverage for the following year will be based upon First Year Commissions earned during the year in which they are reinstated.

### Imputed Income

The IRS assigns a dollar value to the cost of any coverage over $50,000. This value is added to your taxable income for the year. You are then taxed on this added or "imputed" income. The tax you actually pay on this amount will depend on your individual tax situation. Keep in mind, the savings from paying for this coverage with pre-tax contributions may offset this extra tax. Imputed income will be reported to the IRS.

### Paying For Coverage

Your Life Insurance coverage may be paid with pre-tax contributions. The rates are shown on Page 9.

> **Naming a Beneficiary**
>
> If you wish to name or change a beneficiary for your Agent Group Plan Contributory Life Insurance, you should submit an "Agent Group Plan Beneficiary Designation Form" to your General Office. A form is enclosed at the end of this booklet for your convenience.

## Life Insurance Enrollment Requirements

There are no enrollment requirements if you enroll within 31 days of your contract date or date of reinstatement; however, you will need to provide proof of good health to elect Life Insurance Coverage in 2005 if you choose No Coverage in 2004.

| Monthly Agent Contribution for Contributory Life Insurance Effective January 1, 2004 (Per $1,000 of Face Amount) | |
|---|---|
| AGENT'S LIFE AGE | AGENT CONTRIBUTION |
| LESS THAN 35 | $0.04 |
| 35 TO 39 | $0.06 |
| 40 TO 44 | $0.07 |
| 45 TO 49 | $0.11 |
| 50 TO 54 | $0.15 |
| 55 TO 59 | $0.21 |
| 60 TO 64 | $0.26 |
| 65 TO 69 | $0.42 |
| 70 TO 74 | $0.68 |
| 75 TO 79 | $1.23 |
| 80 TO 84 | $1.87 |
| 85 TO 89 | $2.65 |
| 90+ | $3.71 |



## Your Medical Care Options

The Plan offers you a No Coverage option, two Comprehensive Medical options, plus National Point-of-Service (POS) options and National Health Maintenance Organization (HMO) options offered through Aetna and UnitedHealthcare. If the National POS or HMO options are not available in your area, you may be offered a regional HMO. See your Office's Administrative Assistant for any POS or HMO option offered in your area. The chart below lists the different medical options and their different deductibles, copayments and copayment amounts.

| Option | Description | Calendar Year Deductible ** (Individual/Family) | Copayment (Plan Pays/ You Pay)* | Calendar Year Copayment Maximum** (Individual/Family) |
|---|---|---|---|---|
| 1 | | ———————— No Coverage ———————— | | |
| 2 | Comprehensive Medical | $ 500/$1,000 | 80%/20% | $2,000/$4,000 |
| 3 | Comprehensive Medical | $1,500/$3,000 | 80%/20% | $4,000/$8,000 |
| H | HMO Coverage | ———————— Amounts vary by HMO ———————— | | |

\* Except for certain private duty nursing (outpatient only), certain outpatient mental illness coverages, and hospice care (see "Benefits Comparison Summary" on FieldNet).
\*\* In addition to the copayment maximum, you will need to pay the deductible.

## HMO/POS Options

Check with Office's Administrative Assistant for the HMO or POS options available in your area.
HMO information and applications for non-Aetna or non-UnitedHealthcare HMO/POS options can be obtained from the HMO. See page 32 for the information sheet that lists the HMO member's toll-free phone number or their Internet website.

## Paying For Coverage

Your Medical coverage may be paid with pre-tax contributions. The rates are shown on pages 16 through 25. Generally, all assets of the Plan, including all agent contributions, are available to pay for any benefit or expense under the Plan. However, Plan assets are not used to pay for prescription drug benefits provided through Express Scripts Inc. The Company pays for these benefits from its general assets.

## Prescription Drug Benefit for Comprehensive Medical, Aetna POS and UnitedHealthcare POS Options

The prescription drug benefit that is available to you and your dependents is under Express Scripts Inc. if you are covered under either of the two Comprehensive Medical options, the Aetna POS or the UnitedHealthcare POS.

The highlights of the drug benefit under Express Scripts are:
- When generic medications are prescribed you will pay a modest copayment.
- When a more expensive brand name drug is prescribed (and a generic is available) you will pay the generic copayment **plus** the difference in cost between the generic and brand name drug, if the prescription is filled with the brand name drug.
- When there is no generic equivalent drug and your Doctor prescribes a brand name drug you will pay the copayment only.

Following are the prescription drug copayments applicable to you and your dependents if you choose one of the two Comprehensive Medical options or the Aetna or UnitedHealthcare National POS option:

|  | Network Pharmacy*<br>(30 day supply) | Mail Order<br>(90 day supply) |
|---|---|---|
| Generic | $10 | $20 |
| Formulary** Brand*** | $20 | $40 |
| Non-Formulary Brand*** | $35 | $70 |

Under the Express Scripts prescription drug benefit, if you purchase a Formulary or Non-Formulary brand name drug when a Generic equivalent is available, **you will pay the Generic Copayment PLUS the difference in the costs of the brand name drug and the Generic drug.**

### Aetna HMO or UnitedHealthcare HMO Drug Coverage

If you select the Aetna National HMO or the UnitedHealthcare National HMO, for your medical coverage in 2004, prescription drug coverage will be provided through the HMO. The Aetna HMO prescription drug program and the UnitedHealthcare HMO prescription drug program will both follow a three-tier copayment structure, as follows:

|  | Network Pharmacy | Mail Order |
|---|---|---|
| Generic | $10 | $20 |
| Formulary** Brand | $20 | $40 |
| Non-Formulary Brand | $35 | $70 |

\* If a non-participating pharmacy is used, Express Scripts will pay 50% of the pharmacy's charge for filling prescriptions for Covered Drugs. The participant must submit the charge to Express Scripts, Inc. and will be charged a processing fee for each claim.

\** A formulary is a preferred list of drugs reviewed for their quality and effectiveness. Most drugs on the non-formulary brand list have therapeutic equivalents on the formulary list, so that in most cases a participant has a choice of a lower cost alternative.

\*** Where there are NO Generic equivalents.

*Other HMOs' Drug Coverage:* If, because of your zip code, you are offered the choice of an HMO with a carrier other than the Aetna HMO or the UnitedHealthcare HMO, and you are interested in that coverage option, you will have to check with that HMO carrier for details of its prescription drug plan.

---

**"Pay the Difference"**

The Company has a "pay the difference" approach to prescription drugs under the Comprehensive Medical, Aetna POS and UnitedHealthcare POS options.

---

**INTRANET**

To access the FieldNet Intranet from the Home Page click on "New York Life Online-FieldNet," then "Benefits & Compensation" then "Benefits," and finally "AGP 2004 Enrollment Information."

**Women's Health and Cancer Rights Act of 1998**

The Plan provides benefits for reconstructive surgery of the breast on which a mastectomy was performed, reconstructive surgery of the other breast to produce a symmetrical appearance, prostheses and treatment for physical complications of mastectomy, including lymphedema. Benefits for these treatments are subject to the Plan's annual deductible and copayment requirements, as well as other applicable plan provisions.

### HMO Information

If you live in an area covered by an HMO option other than Aetna or UnitedHealthcare, HMO information brochures describing the HMO coverage, including Prescription Drug Benefits, are available from the HMO or by calling the HMO toll-free number or using their Internet website (see page 32 for telephone numbers and internet website addresses).

## Aetna HMO or POS Enrollment

For information on an Aetna HMO or the POS option, refer to the "Benefits Comparison Summary." A "Benefits Comparison Summary" can be obtained from the FieldNet Intranet site (http://field.newyorklifeonline.com), from your Office's Administrative Assistant or by calling the Agent Benefits Service Line at 1-888-NYL-4944 (choose the Group Plan option).

If you choose to enroll in an Aetna HMO or POS plan, you must call Aetna's Member Services (see page 32 for the toll-free telephone number), to select a Primary Care Physician (PCP) for yourself and your dependents.

IMPORTANT: No In-Network benefits will be available in 2004 until you select a PCP.

## UnitedHealthcare POS and HMO Enrollment

For information on a UnitedHealthcare HMO or POS option, refer to the "UnitedHealthcare National HMO Benefit Listing" and/or "UnitedHealthcare National POS Benefits Listing." These can be found on the Intranet (see above) or from your Office's Administrative Assistant or by calling the Agent Benefits Service Line at 1-888-NYL-4944 (choose the Group Plan option).

If you choose the UnitedHealthcare POS or HMO you will need to call the UnitedHealthcare Enrollment Line at 1-866-627-7805 to sign up yourself and any dependents and to select a PCP. Your Social Security Number is your Member Identification (ID) Number.

IMPORTANT: No In-Network benefits will be available in 2004 until you select a PCP.

## Regional HMO's

If you are eligible and choose to enroll in a regional HMO, you must complete the HMO's application. See Toll-free Telephone Numbers and Internet Sites on page 26 for numbers and Internet Sites to use to contact regional HMOs so you can request an application.

IMPORTANT: No In-Network benefits will be available in 2004 until you select a PCP.

## Comprehensive Medical Preventive Child Care Services

The following preventive child care services will not be subject to the deductible under Comprehensive Medical Options 2 or 3 :

* Charges for outpatient well-baby care services prior to the child's second birthday. Such services include routine immunizations; routine doctor examinations (but no more than six such examinations in the child's first year and no more than three examinations in the second year); and X-ray and laboratory services given or ordered at the time of the routine doctor examination, and related to the routine examination.

- Charges for well-child care services from the child's second birthday and prior to the child's 19th birthday. Such services include routine immunizations; routine doctor examinations (but no more than one examination in each year); and X-ray and laboratory services given or ordered at the time of the routine doctor examination, and related to the routine examination.

## Medical Enrollment Requirements

Under the Program, you can choose any medical care coverage option for which you are eligible.

As long as you continue to be eligible in an Agent Coverage Class, (described on page 4), your selections will remain in effect from the effective date to December 31, 2004, unless you are eligible for a Special Enrollment due to a Qualified Status Change and submit the necessary form in a timely manner (within 31 days of a qualified status change).

## About the "No Coverage" Option

If you select the No Coverage option for medical care (and dental care, if eligible) in 2004 because you are covered under your spouse's plan, and later that year coverage is lost, you can enroll yourself and your dependent(s) in any medical option if you do so within 31 days of loss of coverage (see "Special Enrollment" on page 7). However, you and any dependent you enroll may be subject to the pre-existing condition provisions. In general, a pre-existing condition is one for which you (or any dependent) receive treatment in the three-month period before your coverage takes effect. All or part of the pre-existing condition limitation period may be waived if you submit a certificate of "creditable coverage" from your spouse's former employer or insurance carrier.

## About Agents Eligible Because of Prior Service (Previously Class III Agents) and Retiree Coverage

If at the time you retire, your Medical Care coverage is provided by an HMO or POS plan, you will be able to continue your HMO/POS coverage in retirement until you or a covered dependent reach age 65. If you retire prior to age 65 with HMO/POS coverage, you will have a one-time opportunity during the first Annual Enrollment Period immediately following your retirement to switch your HMO (or POS) coverage to a Comprehensive Medical Care coverage option. Or, if at retirement prior to age 65, your Medical Care coverage is provided under a Comprehensive Medical Care coverage option, you will have a one-time opportunity during the first Annual Enrollment Period immediately following your retirement to switch to another Comprehensive Medical Care option or to an HMO or to a POS option.

Any decision you make to elect HMO/POS coverage during this one-time opportunity will remain in effect as long as you and your dependents are under 65 and are covered under the Plan. Currently, the only exceptions are (1) if you move out of the HMO or POS service area, or (2) if the HMO or POS ceases operation. In either case, you will be allowed to switch to another HMO/POS, if available, or to a Comprehensive Medical Care coverage option provided you notify Client Services within 31 days of the event.

---

**Coverage Category Changes**

**Medical**

If you want to add a dependent to your medical and dental (if eligible) coverage, because of a qualified status change (marriage, birth, or loss of spouse's coverage, for example), you may do so as long as you complete a Status Change Form within 31 days of the qualified status change (see pages 6 and 7).

If you have not added the dependent within 31 days of a qualified status change, you may add the dependent during the next Annual Enrollment Period (see page 6).

**Dental**

In future years when you are eligible for Dental Coverage, or if you are a Reinstated Agent you may be able to add a dependent to your Dental coverage. If you want to add a dependent because of a qualified status change, you may do so, as long as you choose coverage for yourself and you complete a Status Change Form within 31 days of the qualified status change (see pages 6 and 7).

---

Please note that if you choose to continue your HMO/POS coverage in retirement, you and any eligible covered dependents will automatically be switched to Retiree Comprehensive Medical Care coverage once you or any eligible dependent reach age 65. If you (or a covered dependent) are already age 65 at the time you retire, you will be covered under the Retiree Comprehensive Medical Care option as of your retirement date.

## Medical Care and Dental Care Coverage Categories

You can choose different coverage categories or the same coverage categories for Medical and Dental. Your choices are:

1) You Alone
2) You Plus One Dependent
3) You Plus Two or more Dependents

If you decide to cover any eligible dependent child under Medical, you must cover all your eligible dependent children. However, you don't have to cover your spouse at all.

If you are married and your spouse has medical or dental coverage from another employer, you must decide who, if anyone, will be covered under your option(s). Before making this decision, you should compare the options and costs for covering yourself and your dependent(s) under your spouse's plan with the options and costs under this Plan. You'll also want to carefully compare the eligibility provisions, covered expenses, and coordination of benefits rules for each plan.

If you are also eligible for dental coverage, you have the same coverage category choices as above available to you.

If your spouse is also an agent for New York Life and both of you choose the same medical and/or dental option, one of you should cover the other as a dependent, and include any additional eligible dependent(s) you wish to cover. If you select a different medical and/or dental option than your spouse, either one of you (but not both) can cover any additional eligible dependent(s).

<u>As long as you continue to be in an eligible Agent Coverage Class, whatever choice you make will be in place until December 31, 2004, unless you have a Qualified Status Change and submit the necessary form.</u>

## Rates for Medical Coverage

Rates for medical coverage reflect an area rating based on your state of residence. The states are grouped into four rating bands according to the regions of the country.

To determine the rate of your medical coverage you must first locate your residential state on one of the following charts to determine your area. Then depending on your Agent Class status, you'll be able to compare the rates for the Medical options available to you from the medical rate charts on pages 16 through 25.

*If you have a change in your address, you should notify your Office's Administrative Assistant immediately.*

**EAST REGION**

| | | |
|---|---|---|
| Connecticut | Massachusetts | New York |
| Delaware | New Hampshire | Pennsylvania |
| Maine | New Jersey | Rhode Island |
| | | Vermont |

**MID WEST REGION**

| | | |
|---|---|---|
| Illinois | Michigan | Ohio |
| Indiana | Minnesota | Oklahoma |
| Iowa | Missouri | South Dakota |
| Kansas | Nebraska | Texas |
| Kentucky | North Dakota | Wisconsin |

**SOUTH REGION**

| | | |
|---|---|---|
| Alabama | Louisiana | South Carolina |
| Arkansas | Maryland | Tennessee |
| Florida | Mississippi | Virginia |
| Georgia | North Carolina | West Virginia |

**WEST REGION**

| | | |
|---|---|---|
| Alaska | Hawaii | New Mexico |
| Arizona | Idaho | Oregon |
| California | Montana | Utah |
| Colorado | Nevada | Washington |
| | | Wyoming |

**Eligible for Medicare?** Agents who are age 65 or older and earns less than $24,000 in First Year Commissions in 2003 will have Medicare as primary payer for 2004. You should also make sure that you have enrolled for Medicare Part B coverage. You must submit your claims (and your eligible spouse's claims, if age 65 or older) for items and services provided on or after January 1, 2004 to Medicare first. Any amounts not reimbursed by Medicare can then be submitted for consideration under the Agents Group Plan. Agents who are age 65 and over and who earn $24,000 or more in First Year Commissions should submit their claims to the Agents Group Plan first.

# Your Comprehensive Medical and HMO/POS Monthly Rates – Effective January 1, 2004

| Monthly Agent Contribution for Medical Coverage Effective January 1, 2004 EAST REGION Current Class Agents | | | | |
|---|---|---|---|---|
| | Option | You Alone | You +1 | You +2 or more |
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $251 | $502 | $753 |
| $1,500 Deductible | 3 | $130 | $260 | $390 |
| Managed Care Options: | *Please check for eligibility* | | | |
| Aetna National POS | 501 | $143 | $286 | $429 |
| UnitedHealthcare National POS | 509 | $143 | $286 | $429 |
| Aetna National HMO | 502 | $101 | $202 | $303 |
| UnitedHealthcare National HMO | 510 | $101 | $202 | $303 |
| HIP - New York | 541 | $101 | $202 | $303 |

| Monthly Agent Contribution for Medical Coverage Effective January 1, 2004 MID WEST REGION Current Class Agents | | | | |
|---|---|---|---|---|
| | Option | You Alone | You +1 | You +2 or more |
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $246 | $492 | $738 |
| $1,500 Deductible | 3 | $110 | $220 | $330 |
| Managed Care Options: | *Please check for eligibility* | | | |
| Aetna National POS | 501 | $138 | $276 | $414 |
| UnitedHealthcare National POS | 509 | $138 | $276 | $414 |
| Aetna National HMO | 502 | $107 | $214 | $321 |
| UnitedHealthcare National HMO | 510 | $107 | $214 | $321 |
| Kaiser Ohio | 529 | $77 | $154 | $231 |

16

| Monthly Agent Contribution for Medical Coverage Effective January 1, 2004  SOUTH REGION  Current Class Agents | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $229 | $458 | $687 |
| $1,500 Deductible | 3 | $113 | $226 | $339 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $141 | $282 | $423 |
| UnitedHealthcare National POS | 509 | $141 | $282 | $423 |
| Aetna National HMO | 502 | $94 | $188 | $282 |
| UnitedHealthcare National HMO | 510 | $94 | $188 | $282 |
| Kaiser Georgia | 542 | $88 | $176 | $264 |

| Monthly Agent Contribution for Medical Coverage Effective January 1, 2004  WEST REGION  Current Class Agents | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $280 | $560 | $840 |
| $1,500 Deductible | 3 | $130 | $260 | $390 |
| **Managed Care Options** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $128 | $256 | $384 |
| UnitedHealthcare National POS | 509 | $128 | $256 | $384 |
| Aetna National HMO | 502 | $99 | $198 | $297 |
| UnitedHealthcare National HMO | 510 | $99 | $198 | $297 |
| Kaiser Northern California | 543 | $83 | $166 | $249 |
| Kaiser Southern California | 544 | $83 | $166 | $249 |
| Kaiser Hawaii | 532 | $75 | $150 | $225 |

17

| Monthly Agent Contribution for Medical Coverage<br>Effective January 1, 2004<br><br>EAST REGION<br><br>First Prior Class Agents | | | | |
|---|---|---|---|---|
| | Option | You Alone | You +1 | You +2 or more |
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $302 | $604 | $906 |
| $1,500 Deductible | 3 | $156 | $312 | $468 |
| **Managed Care Options:** | *Please check for eligibility* | | | |
| Aetna National POS | 501 | $172 | $344 | $516 |
| UnitedHealthcare National POS | 509 | $172 | $344 | $516 |
| Aetna National HMO | 502 | $121 | $242 | $363 |
| UnitedHealthcare National HMO | 510 | $121 | $242 | $363 |
| HIP - New York | 541 | $121 | $242 | $363 |

| Monthly Agent Contribution for Medical Coverage<br>Effective January 1, 2004<br><br>MID WEST REGION<br><br>First Prior Class Agents | | | | |
|---|---|---|---|---|
| | Option | You Alone | You +1 | You +2 or more |
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $295 | $590 | $885 |
| $1,500 Deductible | 3 | $132 | $264 | $396 |
| **Managed Care Options:** | *Please check for eligibility* | | | |
| Aetna National POS | 501 | $165 | $330 | $495 |
| UnitedHealthcare National POS | 509 | $165 | $330 | $495 |
| Aetna National HMO | 502 | $128 | $256 | $384 |
| UnitedHealthcare National HMO | 510 | $128 | $256 | $384 |
| Kaiser Ohio | 529 | $92 | $184 | $276 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**SOUTH REGION**

**First Prior Class Agents**

| | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $276 | $552 | $828 |
| $1,500 Deductible | 3 | $136 | $272 | $408 |
| **Managed Care Options:** | *Please check for eligibility* | | | |
| Aetna National POS | 501 | $169 | $338 | $507 |
| UnitedHealthcare National POS | 509 | $169 | $338 | $507 |
| Aetna National HMO | 502 | $113 | $226 | $339 |
| UnitedHealthcare National HMO | 510 | $113 | $226 | $339 |
| Kaiser Georgia | 542 | $106 | $212 | $318 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**WEST REGION**

**First Prior Class Agents**

| | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $336 | $672 | $1,008 |
| $1,500 Deductible | 3 | $156 | $312 | $468 |
| **Managed Care Options:** | *Please check for eligibility* | | | |
| Aetna National POS | 501 | $154 | $308 | $462 |
| UnitedHealthcare National POS | 509 | $154 | $308 | $462 |
| Aetna National HMO | 502 | $119 | $238 | $357 |
| UnitedHealthcare National HMO | 510 | $119 | $238 | $357 |
| Kaiser Northern California | 543 | $99 | $198 | $297 |
| Kaiser Southern California | 544 | $99 | $198 | $297 |
| Kaiser Hawaii | 532 | $91 | $182 | $273 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**EAST REGION**

**Second Prior Class Agents**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $352 | $704 | $1,056 |
| $1,500 Deductible | 3 | $182 | $364 | $546 |
| **Managed Care Options:** | *Please check for eligibility* |  |  |  |
| Aetna National POS | 501 | $201 | $402 | $603 |
| UnitedHealthcare National POS | 509 | $201 | $402 | $603 |
| Aetna National HMO | 502 | $141 | $282 | $423 |
| UnitedHealthcare National HMO | 510 | $141 | $282 | $423 |
| HIP - New York | 541 | $141 | $282 | $423 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**MID WEST REGION**

**Second Prior Class Agents**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $344 | $688 | $1,032 |
| $1,500 Deductible | 3 | $154 | $308 | $462 |
| **Managed Care Options:** | *Please check for eligibility* |  |  |  |
| Aetna National POS | 501 | $193 | $386 | $579 |
| UnitedHealthcare National POS | 509 | $193 | $386 | $579 |
| Aetna National HMO | 502 | $150 | $300 | $450 |
| UnitedHealthcare National HMO | 510 | $150 | $300 | $450 |
| Kaiser Ohio | 529 | $108 | $216 | $324 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**SOUTH REGION**

**Second Prior Class Agents**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $322 | $644 | $966 |
| $1,500 Deductible | 3 | $159 | $318 | $477 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $198 | $396 | $594 |
| UnitedHealthcare National POS | 509 | $198 | $396 | $594 |
| Aetna National HMO | 502 | $132 | $264 | $396 |
| UnitedHealthcare National HMO | 510 | $132 | $264 | $396 |
| Kaiser Georgia | 542 | $123 | $246 | $369 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**WEST REGION**

**Second Prior Class Agents**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $393 | $786 | $1,179 |
| $1,500 Deductible | 3 | $182 | $364 | $546 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $179 | $358 | $537 |
| UnitedHealthcare National POS | 509 | $179 | $358 | $537 |
| Aetna National HMO | 502 | $139 | $278 | $417 |
| UnitedHealthcare National HMO | 510 | $139 | $278 | $417 |
| Kaiser Northern California | 543 | $116 | $232 | $348 |
| Kaiser Southern California | 544 | $116 | $232 | $348 |
| Kaiser Hawaii | 532 | $106 | $212 | $318 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**EAST REGION**

**Third Prior Class and Established Agents:**
**(who are not Retired)**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $434 | $868 | $1,302 |
| $1,500 Deductible | 3 | $216 | $432 | $648 |
| **Managed Care Options:** | *Please check for eligibility* |  |  |  |
| Aetna National POS | 501 | $252 | $504 | $756 |
| UnitedHealthcare National POS | 509 | $252 | $504 | $756 |
| Aetna National HMO | 502 | $174 | $348 | $522 |
| UnitedHealthcare National HMO | 510 | $174 | $348 | $522 |
| HIP - New York | 541 | $174 | $348 | $522 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**MID WEST REGION**

**Third Prior Class and Established Agents**
**(who are not Retired)**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $424 | $848 | $1,272 |
| $1,500 Deductible | 3 | $181 | $362 | $543 |
| **Managed Care Options:** | *Please check for eligibility* |  |  |  |
| Aetna National POS | 501 | $244 | $488 | $732 |
| UnitedHealthcare National POS | 509 | $244 | $488 | $732 |
| Aetna National HMO | 502 | $185 | $370 | $555 |
| UnitedHealthcare National HMO | 510 | $185 | $370 | $555 |
| Kaiser  Ohio | 529 | $133 | $266 | $399 |

| Monthly Agent Contribution for Medical Coverage<br>Effective January 1, 2004<br><br>SOUTH REGION<br><br>Third Prior Class and Established Agents<br>(who are not Retired) | | | | |
|---|---|---|---|---|
| | Option | You Alone | You +1 | You +2 or more |
| **Comprehensive Medical Options:** | | " | | |
| $500 Deductible | 2 | $396 | $792 | $1,188 |
| $1,500 Deductible | 3 | $187 | $374 | $561 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $246 | $492 | $738 |
| UnitedHealthcare National POS | 509 | $246 | $492 | $738 |
| Aetna National HMO | 502 | $163 | $326 | $489 |
| UnitedHealthcare National HMO | 510 | $163 | $326 | $489 |
| Kaiser Georgia | 542 | $152 | $304 | $456 |

| Monthly Agent Contribution for Medical Coverage<br>Effective January 1, 2004<br><br>WEST REGION<br><br>Third Prior Class and Established Agents<br>(who are not Retired) | | | | |
|---|---|---|---|---|
| | Option | You Alone | You +1 | You +2 or more |
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $484 | $968 | $1,452 |
| $1,500 Deductible | 3 | $216 | $432 | $648 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $226 | $452 | $678 |
| UnitedHealthcare National POS | 509 | $226 | $452 | $678 |
| Aetna National HMO | 502 | $171 | $342 | $513 |
| UnitedHealthcare National HMO | 510 | $171 | $342 | $513 |
| Kaiser Northern California | 543 | $143 | $286 | $429 |
| Kaiser Southern California | 544 | $143 | $286 | $429 |
| Kaiser Hawaii | 532 | $130 | $260 | $390 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**EAST REGION**

**Agents Eligible Due to Prior Service**
**(who are not Retired)**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $578 | $1,156 | $1,734 |
| $1,500 Deductible | 3 | $298 | $596 | $894 |
| **Managed Care Options:** | *Please check for eligibility* |  |  |  |
| Aetna National POS | 501 | $329 | $658 | $987 |
| UnitedHealthcare National POS | 509 | $329 | $658 | $987 |
| Aetna National HMO | 502 | $232 | $464 | $696 |
| UnitedHealthcare National HMO | 510 | $232 | $464 | $696 |
| HIP - New York | 541 | $232 | $464 | $696 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**MID WEST REGION**

**Agents Eligible Due to Prior Service**
**(who are not Retired)**

|  | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** |  |  |  |  |
| $500 Deductible | 2 | $564 | $1,128 | $1,692 |
| $1,500 Deductible | 3 | $252 | $504 | $756 |
| **Managed Care Options:** | *Please check for eligibility* |  |  |  |
| Aetna National POS | 501 | $316 | $632 | $948 |
| UnitedHealthcare National POS | 509 | $316 | $632 | $948 |
| Aetna National HMO | 502 | $246 | $492 | $738 |
| UnitedHealthcare National HMO | 510 | $246 | $492 | $738 |
| Kaiser Ohio | 529 | $177 | $354 | $531 |

24

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**SOUTH REGION**

**Agents Eligible Due to Prior Service**
**(who are not Retired)**

| | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $527 | $1,054 | $1,581 |
| $1,500 Deductible | 3 | $260 | $520 | $780 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $324 | $648 | $972 |
| UnitedHealthcare National POS | 509 | $324 | $648 | $972 |
| Aetna National HMO | 502 | $217 | $434 | $651 |
| UnitedHealthcare National HMO | 510 | $217 | $434 | $651 |
| Kaiser Georgia | 542 | $202 | $404 | $606 |

**Monthly Agent Contribution for Medical Coverage**
**Effective January 1, 2004**

**WEST REGION**

**Agents Eligible Due to Prior Service**
**(who are not Retired)**

| | Option | You Alone | You +1 | You +2 or more |
|---|---|---|---|---|
| **Comprehensive Medical Options:** | | | | |
| $500 Deductible | 2 | $644 | $1,288 | $1,932 |
| $1,500 Deductible | 3 | $299 | $598 | $897 |
| **Managed Care Options:** | | *Please check for eligibility* | | |
| Aetna National POS | 501 | $294 | $588 | $882 |
| UnitedHealthcare National POS | 509 | $294 | $588 | $882 |
| Aetna National HMO | 502 | $228 | $456 | $684 |
| UnitedHealthcare National HMO | 510 | $228 | $456 | $684 |
| Kaiser Northern California | 543 | $190 | $380 | $570 |
| Kaiser Southern California | 544 | $190 | $380 | $570 |
| Kaiser Hawaii | 532 | $173 | $346 | $519 |

**Some Regular Services Include:**

- Routine Oral Exams - no more than two every calendar year
- Cleanings
- Fluoride Treatment for family members under age 15
- X-Rays - other than those in connection with routine exams
- Oral Surgery
- Extractions
- Anesthesia
- Periodontics
- Endodontics
- Fillings

**Some Special Services Include:**

- Restorations
- Replacement Work
- Repair Work

**Some Services NOT Included:**

- Cosmetic Dentistry
- Orthodontia

# Your Dental Care Options

Dental Benefits are not available for Current Class Agents. Dental Benefits will be available to you after you are classified as a First Prior Class Agent. If you are a reinstated Agent, there are two Dental Care options available to you. One of these is a No Coverage option. Option 2 pays a portion of your covered dental expenses.

| Option | Calendar Year Deductible Individual/Family | For Regular Services* Copayment Plan Pays/ You Pay | For Special Services* Copayment Plan Pays/ You Pay | Calendar Year Benefit Maximum Per Individual For All Services |
|---|---|---|---|---|
| 1 | | No Coverage | | |
| 2 | $ 50/$150 | 80%/20% | 50%/50% | $1,500 |

\* For more information on which Dental services are covered, and which are not, refer to the "Dental Benefits Summary."

## Paying For Coverage

Your Dental Care coverage may be paid with pre-tax contributions. The rates are:

| Dental Care Monthly Rates Effective January 1, 2004 | |
|---|---|
| **ALL REGIONS** | |
| **Reinstated Agents (All Reinstated Agents who are not retired)** | |
| | **Agent Monthly Contribution** |
| You alone | $15.80 |
| You +1 Dependent | $33.20 |
| You + 2 or more Dependents | $47.40 |

## Dental Enrollment Requirements

If you are eligible for coverage, once you make a coverage/no coverage election, your decision will stay in effect for as long as you are eligible. You may make a new Dental election each year.

## Reinstated Agents

You will be eligible for both Dental coverage and LTD coverage as of your reinstatement date. If you want Dental coverage and/or LTD coverage for 2004, you MUST select it now. If you do not make an election for these coverages, you will automatically be enrolled in the No Coverage option.

*PLEASE NOTE:*
*If you do not elect these coverages for 2004 and you choose to elect these coverages in subsequent years, you will be subject to a pre-existing condition limitation under the LTD benefit.*

## Your Regular Accidental Death & Dismemberment (AD&D) Options

AD&D Coverage is insured by the First Unum Life Insurance Company. If you choose Regular AD&D Coverage, benefits will be paid if you die in a covered accident. A full or partial amount will be paid if you are seriously injured in a covered accident and your injuries are covered under Regular AD&D.

### Your Regular AD&D Options

You have two regular AD&D options, one of which is "No Coverage." The chart below lists your Regular AD&D options.

| Option | Description of Coverage | | |
|---|---|---|---|
| 1 | _____No Coverage_____ | | |
| 2 | Current Class Agents | Age at Birthday in 2003 | Amount of AD&D |
| | | Under 70 | $30,000 |
| | | 70 | $24,000 |
| | | 71 | $18,000 |
| | | 72 | $12,000 |
| | | 73 | $ 6,000 |
| | | 74 or over | $ 1,500 |
| 2 | First Prior Class, Second Prior Class, Third Prior Class and Established Agents | All Ages | $50,000 |
| 2 | Agents Eligible Because of Prior Service | Age at Birthday in 2003 | Amount of AD&D |
| | | Age 70 and under | $ 2,000 |
| | | Age 71 and over | $ 1,000 |

### Paying For Coverage

Your regular AD&D coverage may be paid with pre-tax contributions. The monthly regular AD&D agent contribution rate per $1,000 of coverage is $.01 for all classes of agents.

> **Naming A Beneficiary**
>
> If you wish to name or change a beneficiary for your Agents Group Plan Regular AD&D coverage, you should submit an "Agents Group Plan Beneficiary Designation Form" to your General Office. A form is enclosed at the end of this booklet for your convenience.

## Your High Benefit AD&D Options

There are two High Benefit AD&D options, one of which is No Coverage. The following chart summarizes the amount of coverage available for you and your eligible dependents. If you select coverage for your spouse, the coverage amount will be equal to 40% of the amount of your coverage. If you select coverage for your eligible child(ren), each insured child will be covered for an amount equal to 4% of the amount of your coverage.

| Option | | Description of Coverage | | |
|---|---|---|---|---|
| | Eligibility Requirements | Maximum Face Amount | | |
| | | Agent | Spouse | Each Child |
| 1 | No Coverage | | | |
| 2 | Current Class Agents<br>All eligible (if under age 70) | $ 50,000 | $ 20,000 | $ 2,000 |
| | First Prior Class, Second Prior Class, Third Prior Class and Established Agents<br>All eligible (if under age 70)<br>FYC as of December 31, 2003 | | | |
| 2 | $24,000* | $ 50,000 | $ 20,000 | $ 2,000 |
| 3 | $24,000** | $ 75,000 | $ 30,000 | $ 3,000 |
| 4 | $30,000 | $100,000 | $ 40,000 | $ 4,000 |
| 5 | $36,000 | $125,000 | $ 50,000 | $ 5,000 |
| 6 | $42,000 | $150,000 | $ 60,000 | $ 6,000 |
| 7 | $48,000 | $175,000 | $ 70,000 | $ 7,000 |
| 8 | $54,000 | $200,000 | $ 80,000 | $ 8,000 |
| | Agents Eligible Because of Prior Service<br>All eligible (if under age 70) | | | |
| 2 | | $ 50,000 | $ 20,000 | $ 2,000 |

\* First Prior Class Agents who earn $18,000 in FYC or Second Prior Class Agents who earn $21,000 in FYC are eligible for $50,000 in High Benefit AD&D.

\*\* For Second Prior Class, Third Prior Class and Established Agents: Option 2 and Option 3 have the same eligibility requirement of $24,000; however, Option 3 offers a higher level of coverage.

## High Benefit AD&D Requirements

High Benefit AD&D coverage can be purchased if you are eligible for coverage under the Agents Group Plan and you are less than age 70 as of December 31, 2004. However, High Benefit AD&D coverage will terminate at the end of the month in which you turn 70.

## Paying For Coverage

Your High Benefit AD&D coverage may be paid with pre-tax contributions. The monthly High Benefit AD&D rates per $1,000 of coverage are $0.015 for agent coverage, $0.019 for spouse coverage, and $0.019 for child(ren) coverage, for all eligible classes of agents.

Please note these rates are shown with three places for cents since rounding would cost you more. The total amount of your contribution for each category will be rounded to two places for cents for the ledger debit.

28

## Long Term Disability (LTD) Options

Long Term Disability Coverage is not available for Current Class Agents. Long Term Disability coverage will be available to you after you are classified First Class Agent. It offers three options. One is a No Coverage option which might be appropriate for you if you have adequate long term coverage from other sources. The other two options are designed to provide a portion of the income you would lose if you become totally disabled. In making your LTD decision, you should consider what other sources of income you can rely on if you become disabled and what disability benefits you will receive from other sources, such as the Nylic Retirement Plan if you have another company's retirement plan or Social Security.

Maximum age for
coverage age 69½

Options:

No Coverage (Option 1)

$3,000 maximum option
(Option 2) and

$6,000 maximum option
(Option 3)

See chart to the left.

### Monthly Benefit

No Coverage

|  | First Year Commissions Earned in Preceding Calendar Year* | Maximum Monthly Benefit |
|---|---|---|
| $3,000 maximum option | 3% of up to $70,000 of your First Year Commission earned in the last CALENDAR YEAR plus 1.5% of your First Year Commission earned in last CALENDAR YEAR in excess of $70,000 to a maximum of $3,000. | $3,000 offset by Social Security (there is no minimum benefit) |
| $6,000 maximum option | 5% of up to $70,000 of your First Year Commissions earned in the last CALENDAR YEAR plus 2.5% of your First Year Commissions earned in the last CALENDAR YEAR in excess of $70,000 to a maximum of $6,000. | $6,000 offset by Social Security (there is no minimum benefit) |

*If your First Year Commissions you earn in the preceding calendar year are based on the prorated scale, your LTD benefits and premiums will be calculated as though your year's FYC equalled $24,000.

LTD Payments

Monthly LTD payments begin after 6 months of total disability.

If the age at disability is less than age 60, the benefit will end at age 65 with a minimum benefit duration of 5 years.

If the age at disability is between ages 60 and 64, the benefit will end after 5 years.

If the age at disability is between ages 65 and 69, the benefit will end at age 69½, with a benefit minimum duration of 1 year.

## Long Term Disability (LTD)

Long Term Disability benefits are not automatic. If you are ill or injured and cannot work, you'll have to file a claim for LTD benefits. You will qualify for LTD benefits if you are determined to be limited from performing the material and substantial duties of your regular occupation due to your sickness or injury and you have a 20% or more loss in your indexed covered earnings.

29

## Long Term Disability Enrollment Requirements

For 2004, eligible agents do not need to provide proof of good health to increase their coverage (for example, going from No Coverage to any option or from Option 2 to Option 3). But there is a pre-existing condition limitation. No disability benefits will be paid for a condition which results from, is caused by, or is contributed to, by a pre-existing condition.

If you increase your coverage, you will still receive benefits at the old level when a pre-existing condition is involved. See the second paragraph under the Special Notes below.

| 2003 LTD Election | 2004 LTD Election | Comments |
|---|---|---|
| No Coverage | $3,000 Maximum LTD Option | Apply pre-existing condition limitation |
| No Coverage | $6,000 Maximum LTD Option | Apply pre-existing condition limitation |
| $3,000 Maximum LTD Option | $6,000 Maximum LTD Option | Apply pre-existing condition limitation |
| $6,000 Maximum LTD Option | $3,000 Maximum LTD Option | No pre-existing condition limitation |

### Special Notes

If you become disabled before you have been continuously covered under the LTD option for one year, and you were treated or took prescribed medication for a pre-existing condition related to your disability during the six months before your LTD option became effective, the maximum number of months you can receive LTD benefits will be the number of full months you were actually covered by the LTD option before your total disability began.

The pre-existing condition limitation will apply to any increased benefits at annual enrollment. It will not apply to a period of disability that begins after you are in active service for at least twelve months after the most recent effective date of coverage, or the effective date of any added or increased benefit.

## Paying For LTD Coverage

Your contributions for LTD coverage are made on an after-tax basis. This way, if you receive LTD benefits, the portion that is based on your contributions may not be taxed. You cannot contribute for LTD coverage on a pre-tax basis, even if you elect to have your deductions for other benefits made on a pre-tax basis.

The monthly LTD agent rates per $100 of monthly benefit are $.14 for Option 2 ($3,000 Maximum Option) coverage and $.76 for Option 3 ($6,000 Maximum Option) coverage.

## Agents on Approved LTD

Currently, agents who are on approved LTD regardless of age are deemed to be Established Agents. If you have Medical Care Coverage under the Agents Group Plan and are also eligible for Medicare, the Agents Group Plan will be the primary coverage.

## Reinstated Agents

If you are reinstated as a First Prior Class, Second Prior Class, Third Prior Class, or Established Agent, you will be eligible for both Dental coverage and LTD coverage as of your reinstatement date. If you want Dental coverage and/or LTD coverage for 2004, you MUST select it now. *Please note, if you do not elect these coverages for 2004 and you choose to elect these coverages in subsequent years, you will be subject to a pre-existing condition limitation under the LTD benefit.*

## Experienced Agents

A newly hired Professional Experienced Agent (PEA) or experienced Temporary Expense Allowance (TEA) agent may be immediately eligible for LTD coverage if he or she (1) provides written proof of prior group LTD coverage immediately preceding the effective date of coverage, and (2) provides written proof of First Year Commissions at least equivalent to the FYC requirement for the coverage to be elected under the Plan.

## Flexible Spending Account

The Flexible Benefits Program also includes a Flexible Spending Account. However, you need to have completed one year of service as a full-time agent by December 31, 2004 in order to participate for 2005. You may become eligible for this benefit in 2005. You are not eligible for this benefit in 2004.

# AGP 2004
# Toll-Free Telephone Numbers & Internet Sites

| Medical Option | Toll-Free Number | Internet Site |
|---|---|---|
| Comprehensive Medical | 1-877-440-4708 | http://www.aetna.com |
| Aetna National POS (Managed Choice® POS Standard Plan) | 1-877-440-4708 | http://www.aetna.com |
| Aetna National HMO (HMO Standard Plan) | 1-888-287-4296 | http://www.aetna.com |
| Aetna Dental coverage | 1-800-843-3088 | http://www.aetna.com |
| Blue Care Network - MI | 1-800-662-6667 | http://www.bcbsm.com |
| HIP - NY | 1-800-HIPTALK (current members) | http://www.hipusa.com |
| | 1-800-HIPTODAY (prospective members) | |
| Kaiser – GA | 1-800-611-1811 | http://www.kp.org/ehealth/nylife/agent |
| Kaiser – HI | 1-800-966-5955 | http://www.kp.org/ehealth/nylife/agent |
| Kaiser – Northern Cal. | 1-800-464-4000 | http://www.kp.org/ehealth/nylife/agent |
| Kaiser – OH | 1-800-686-7100 | http://www.kp.org/ehealth/nylife/agent |
| Kaiser – Southern Cal. | 1-800-464-4000 | http://www.kp.org/ehealth/nylife/agent |
| United Healthcare National POS (Select Plus) *or* National HMO (Select EPO) | 1-866-627-7805 | www.provider.uhc.com/newyorklife (Online Provider Directory) www.myuhc.com |

# AGENTS GROUP PLAN 2004 ENROLLMENT FORM

Agent Name: _____     S.S.#: _____

Agent Code #: _____  Phone #: _____  G.O. Code: _____

Home Address: _____

| (City) | (State) | (Zip) |

Please refer to your Agents Group Plan 2004 Enrollment Booklet for further information about your Benefit options.  Enter your benefit choices and dependents on this Enrollment Form.

**Section I:  Premium Payment Mode Option** – For 2004, you may choose to pay your Group Plan premiums with Pre-Tax Dollars, or not to pay with Pre-Tax Dollars.

☐ Accept Pre-Tax Payment
☐ Decline Pre-Tax Payment

## Section II:  Benefit Choices

**Contributory Life Insurance Options:**
☐ No Life Insurance Coverage
☐ Life Insurance Coverage

**Medical Options:**
☐ No Coverage
☐ $  500 Deductible
☐ $1,500 Deductible
☐ POS Coverage

_____
(Enter POS Number and Name)
☐ HMO Coverage
_____
(Enter HMO Number and Name.)

For an Aetna HMO, you must call Aetna's Member Services to select a PCP.  For a UnitedHealthcare HMO, please call the UnitedHealthcare line to register your PCP.  For other HMOs', you must complete the HMO application.

**Medical Dependent Coverage Options:**  If you wish to cover dependent(s) for Medical coverage, you must complete Section III - Dependent Information.
☐ You Alone
☐ You Plus One Dependent
☐ You Plus Two or More Dependents

**Regular Accidental Death & Dismemberment (AD&D Options):**
☐ No Regular AD&D Coverage
☐ Regular AD&D Coverage

**High Benefit AD&D Options:**
☐ No High AD&D Coverage
☐ $  50,000

**High Benefit AD&D Dependent Coverage Options:** If you wish to cover your spouse and/or children, you must complete Section III - Dependent Information.
☐ You Alone
☐ You Plus One Dependent
☐ You Plus Two or More Dependents

Agents Group Plan-Form 1 (11/03)

**For Reinstated Second Prior Class Agents or Reinstated First Prior Class Agents who are reinstated during 2004**

| | |
|---|---|
| Dental Options: | ☐ No Coverage |
| | ☐ Coverage |
| Dental Dependent Coverage Options: | ☐ You Alone |
| | ☐ You Plus One Dependent |
| | ☐ You Plus Two or More Dependents |
| Long Term Disability (LTD) Options: | ☐ No Coverage |
| | ☐ $3,000 Maximum Option |
| | ☐ $6,000 Maximum Option |

**Section III: Dependent Information** - List your dependent(s) below. Check appropriate box(es); if you need more room, attach a separate sheet.

| Name (First, MI, Last) | Relation Code* | Date of Birth | Social Security # | Sex | Cover For Medical | Cover For High AD&D | Cover For Dental |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Relation code:  SP = Spouse;   CH = Child          For married agents: Date of marriage _____

**Section IV: Your Signature**

I understand that the above selections will remain in effect for the 2004 calendar year.  If I have a family status change and wish to change my benefit choices, I must notify Client Services, Room 516 in the Home Office, within 31 days of that change.  Also, I understand that I am authorizing New York Life to make deductions from my ledger, based on the above selections.

_____          _____
        Agent Signature                                    Date

| HRD USE ONLY |
|---|
| Processed by:  _____ |
| Effective Date:  _____ |

Please return completed form to your General Office.

# AGENTS GROUP PLAN BENEFICIARY DESIGNATION FORM

*(Please print or type)*

| | | |
|---|---|---|
| Agent Name: | | Your Social Security Number: |
| Agent Code #: | G.O. Code #: | Phone Number: |

## Your Beneficiary Designation

### SECTION 1

For your Contributory Life Insurance, indicate in the box below your beneficiary designation. See reverse side for examples. You must list full name (first, middle initial, last), relationship to you, and, if applicable, percent of benefit amount.

### SECTION 2

For your Regular Accidental Death & Dismemberment (AD&D) Insurance, indicate in the box below your beneficiary designation. See reverse side for examples. You must list full name (first, middle initial, last), relationship to you, and, if applicable, percent of benefit amount.

### SECTION 3

For your High Benefit Accidental Death and Dismemberment (AD&D) Insurance, indicate in the box below your and your spouse's beneficiary designation. See reverse side for examples. You must list full name (first, middle initial, last), relationship to you, and if applicable, percent of benefit amount.

Your Beneficiary Designation

Spouse's Beneficiary Designation

IF YOU NEED MORE SPACE TO LIST YOUR BENEFICIARIES, USE A SEPARATE SHEET AND ATTACH TO THIS PAGE.

## Your Signature

I understand that my beneficiary designation will remain in effect unless I request a change in writing. I understand that this designation replaces any previous beneficiary designation I have made for Contributory Life Insurance, Regular AD&D Insurance, or High AD&D Insurance available to me.

| | |
|---|---|
| Signature | Date |

Agents Group Plan-Form II (8/01)

## EXAMPLES OF BENEFICIARY DESIGNATIONS

When listing your beneficiaries, remember:

- A married woman should be designated by her first name, middle initial, and last name. (For example, list "Mary J. Smith" not " Mrs. Thomas A. Smith.")

- If your beneficiary is not related to you by blood or marriage, use "friend," or "nonrelative."

There are several ways to designate beneficiaries and beneficiary amounts:

- If you want to designate one *beneficiary only,* write the full name, relationship, and share of benefit amount (100%).

  *For example:* Mary J. Smith, Wife, 100%.

- If you want to designate *two or more beneficiaries with equal amounts,* write each full name, relationship, and share of benefit amount.

  *For example:*

  Mary J. Smith, Wife, 33⅓%

  Alice C. Smith, Sister, 33⅓%;

  Richard B. Smith, Brother, 33⅓%;

  Or to the survivor(s) equally.

- If you want to designate *two or more beneficiaries with unequal amounts,* write each full name, relationship, and share of benefit amount.

  *For example:*

  Mary J. Smith, Wife, 50%;

  Alice C. Smith, Sister, 30%;

  Richard B. Smith, Brother, 20%;

  Or the share of any deceased beneficiary will be paid in equal shares to the survivor(s).

- If you want to designate a *primary and contingent beneficiary,* write each full name, relationship, and share of benefit amount.

  *For example:*

  Mary J. Smith, Wife, if living, 100%;

  Otherwise Marie A. Jones and Thomas W. Smith, Children, equally, or to the survivor.

- If you want to designate a *trustee beneficiary,* write the full name of the trustee and date of the trust agreement.

  *For example:* The Trust Company of Smith, Illinois as Trustee under a Trust Instrument dated November 30, 1980.

- If you want to designate an *estate beneficiary,* write the following:

  Estate of the Insured.

---

### GENERAL OFFICE USE ONLY

Data Keyed:    Date: _____ / _____ / _____    By: _____    G.O. Code: _____

## AGENTS GROUP PLAN STATUS CHANGE FORM

Agent Name: _____    S.S. # _____

Agent Code #: _____    Phone #:(    ) _____    G.O. Code: _____

Home Address: _____

_____

(City)                                    (State)                                    (Zip)

**Status Change:**

☐ Marriage*                                    ☐ Birth or Adoption of Child*

☐ Divorce                                    ☐ Child Returned to School*
                                                    (Full-Time Student)

☐ Legal Separation                            ☐ Child No Longer Eligible
                                                    (Limiting Age or Marriage)

☐ Death of Spouse or Child                    ☐ Transfer (Location)

☐ Spouse's Involuntary loss of coverage*      ☐ COBRA Coverage expired*

☐ Change in Employment Status of Spouse       ☐ Other_____
   (Spouse lost coverage*)

Date of Event: _____    (i.e., marriage, divorce, etc.)

*Proof of status change is needed.  If you wish to enroll for coverages, please complete the section below:

---

**Benefit Coverage Elections:**

Change Family Coverage To:

|  |  | You Alone | You + 1 | You + 2 or more |
|---|---|---|---|---|
| ☐ | Medical (Choose one) |  |  |  |
| | ☐ Option 2 ($500/$1,000) | ☐ | ☐ | ☐ |
| | ☐ Option 3 ($1,500/$3,000) | ☐ | ☐ | ☐ |
| | ☐ POS/HMO Option:_____ | ☐ | ☐ | ☐ |
| | POS/HMO Name & Number |  |  |  |

Remember, if you're covered under the Aetna HMO option or the Aetna POS option, you must also call Aetna's Member Services to enter your status change. If you're covered under the UnitedHealthcare HMO or POS, you must also call UnitedHealthcare Member Services to enter your status change.  If you're covered under another HMO (not Aetna or United Healthcare) you must also fill out the HMO's Status Change form.

| ☐ | **Dental** | ☐ | ☐ | ☐ |
| ☐ | **High Benefit AD&D** | ☐ | ☐ | ☐ |

Agents Group Plan-Form III (12/03)                                    (over)

**Dependent Information:**

☐    Cover Dependent(s) under the following plan(s) - check appropriate box(es); if you need more room, attach a separate sheet.

| Name (First, MI, Last) | Relation Code* | Date of Birth | Social Security # | Sex | Medical | Dental | High AD&D |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Relation code:  SP = Spouse;  CH = Child

☐    Delete Dependent(s) under the following plan(s) - check appropriate box(es); if you need more room attach a separate sheet.

| Name (First, MI, Last) | Relation Code* | Date of Birth | Social Security # | Sex | Medical | Dental | High AD&D |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Relation Code:  SP = Spouse;  CH = Child

**Please Note:**

Continued health care coverage is available under COBRA — the Consolidated Omnibus Budget Reconciliation Act. Through COBRA, group medical and dental coverage may be continued for a period of time by payment of the full premium and an administrative fee.

For questions on COBRA, call CobraServ at 1-800-877-7994.

_____          _____
           Agent Signature                                          Date

| HRD USE ONLY |
|---|
| Processed by: _____ |
| Effective Date: _____ |

Please return completed form to:  **New York Life Insurance Company**
Client Services
51 Madison Avenue – Room 516
New York, NY 10010



**New York Life Insurance Company**

New York Life Insurance and Annuity
Corporation (A Delaware Corporation)

51 Madison Avenue
New York, NY 10010

www.newyorklife.com

*The Company You Keep*®