1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
   Email: herlihy@kelher.com
5          jferry@kelher.com
6
   Attorneys for Defendants
7  UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
   FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
8  CORPORATION) and NEW YORK LIFE INSURANCE COMPANY
9
   J. Russell Stedman (SBN 117130)
10 Jennifer N. Lee (SBN 230727)
   BARGER & WOLEN LLP
11 650 California Street, 9th Floor
   San Francisco, CA 94108
12 Tel.: (415) 434-2800
   Fax.: (415) 434-2533
13 Email: rstedman@barwol.com
          jlee@barwol.com
14
15
16 Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

17              **UNITED STATES DISTRICT COURT**

18             **NORTHERN DISTRICT OF CALIFORNIA**

19

20 LYLE HUGHES,                        ) Case No.: C 07 4088 PJH
                                       )
21          Plaintiff,                 )
                                       )
22     vs.                             ) **REQUEST FOR JUDICIAL NOTICE**
                                       ) **DECLARATION OF JOHN C. FERRY**
23 UNUMPROVIDENT CORPORATION;          ) **IN SUPPORT OF DEFENDANTS'**
   UNUM CORPORATION, NEW YORK LIFE     ) **OPPOSITION TO MOTION TO**
24 INSURANCE COMPANY, THE              ) **REMAND**
   COMMISSIONER OF THE CALIFORNIA      )
25 DEPARTMENT OF INSURANCE, and DOES   )
   1 through 20 inclusive,             )
26                                     )
27          Defendants                 )
                                       )
28 _____   )

1

## REQUEST FOR JUDICIAL NOTICE

2  Defendants Unum Group (formerly known as Unumprovident Corporation) and First

3  Unum Life Insurance Company (erroneously sued as Unum Corporation) by and through their

4  attorneys of record, hereby request the Court to take judicial notice pursuant to Federal Rules of

5  Evidence, Rule 201 of the following facts:

6  1.    Order of the Superior Court of the County of San Francisco in *Majhouri v.*

7  *Provident Life and Accident Ins. Co., Unumprovident Corporation, the California Department of*

8  *Insurance*, Case No. CGC-07-461992, dated September 28, 2007.  (Ferry Dec., ¶ 9, Ex D)

9  2.    Order of the Superior Court of the County of San Francisco in *Squiers v.*

10  *Unumprovident Corporation, The Unum Life Insurance Company of America, Unumprovident,*

11  *the Commissioner of the California Department of Insurance*, Case No. CGC-07-462326, dated

12  September 28, 2007. (Ferry Dec., ¶ 10,  Ex E)

13  3.    "Individual License Details" for Plaintiff downloaded from the California

14  Department of Insurance website. (Ferry Dec., ¶ ¶  4-6, Ex. A, B and C)

15

16  I, JOHN C. FERRY, declare as follows:

17  1.    I am an attorney at law, over the age of 21 years, and am Of Counsel to Kelly,

18  Herlihy & Klein, counsel for defendants  Unum Group (formerly known as Unumprovident

19  Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation) and

20  (along with Barger & Wolen) New York Life Insurance Company ("Defendants") herein.  I am

21  licensed to practice in all courts in the State of California and have personal knowledge of the

22  facts stated herein, and am competent to testify to the same.  The matters set forth herein are true

23  and correct to the best of my knowledge and belief.

24  2.    I submit this declaration in support of Defendants' opposition to plaintiff's motion

25  to remand.

26  3.    Under my direction and supervision we reviewed and downloaded three

27  documents from the California Insurance Department's website regarding Mr. Hughes.

28

-1-

1        4.    Attached hereto as Exhibit A is a true and correct copy of Mr. Hughes'

2    'Individual License Details." He is a life agent and holds license number 0660234 since at least

3    1984. For the licensing period through September 30, 2007 the information reveals that he was

4    authorized to transact business on behalf of 34 Company Appointments.   Included among them

5    are four New York Life entities (New York Life and Health Insurance Company; New York Life

6    Insurance and Annuity Corporation, New York Life Insurance Company and NY Life Insurance

7    Company of Arizona) and one signatory to the California Settlement Agreement, The Paul

8    Revere  Life Insurance Company.

9        5.    Attached hereto as Exhibit B is a true and correct copy of an updated version of

10   Mr. Hughes' 'Individual License Details' which reveals that he has renewed his license with a

11   new expiration date of September, 2009. His renewal shows that since January 1, 2007, Mr.

12   Hughes has added five new insurance companies to his list of Company Appointments. They

13   are: Ameritas Variable Life, Banner Life Insurance Company, Genworth Life and Annuity

14   Insurance Company, Lincoln National Life Insurance Company and West Coast Life Insurance

15   Company.

16       6.    Attached hereto as Exhibit C is a true and correct copy of the current status of his

17   continuing education requirements. It reveals that in 2005 he completed 4 hours of continuing

18   education and in 2007 he completed 28 hours of continuing education classes.

19       7.    Kelly, Herlilhy & Klein also represents Unum Group in two matters presently

20   pending before the Superior Court of the City and County of San Francisco. Both matters were

21   filed by Mr. Hughes' counsel and both contain causes of action against the California

22   Department of Insurance ("DOI") and/or the Insurance Commissioner ("Commissioner"), both

23   contain allegations against the DOI/Commissioner that are similar to those presented in Hughes

24   and the DOI/Commissioner raised arguments similar to those presented by Defendants herein.

25       8.    The DOI and the Commissioner demurred in both actions and the court sustained

26   both demurrers with leave to amend.

27

28

-2-

9.      Attached hereto as Exhibit D is a true and correct copy of the court's Order in *Majhouri v. Provident Life and Accident Ins. Co., Unumprovident Corporation, the California Department of Insurance*, Case No. CGC-07-461992, dated September 28, 2007.

10.      Attached hereto as Exhibit E is a true and correct copy of the court's Order in *Squiers v. Unumprovident Corporation, The Unum Life Insurance Company of America, Unumprovident, the Commissioner of the California Department of Insurance*, Case No. CGC-07-462326, dated September 28, 2007.

11.      In both demurrer orders Judge Patrick J. Mahoney instructed plaintiff on what was necessary to included in the amended complaint: "The amendment must spell out the mandatory duties the Commissioner allegedly has failed to perform and must allege facts that establish a cause of action under Insurance Code sections 790.03 and 10291.5."

12.      Kelly, Herlilhy & Klein also represents Unum Group in a matter also filed by Mr. Hughes' counsel that is presently pending before Judge Patel of this Court on a motion to remand: *Blake v. Unumprovident Corporation, Unum Corporation, New England Mutual Life Insurance Company, The Commissioner of the California Department of Insurance*, Case No. C07-4366. The parties have not completed the briefing and the matter is set for hearing on November 29, 2007.


I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this ___th day of November, 2007, at San Francisco, California.

_____

John C. Ferry

# EXHIBIT - A

# Individual License Details

The license status information shown below represents information taken from the California Department of Insurance (CDI) licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the CDI may be pending review or simply may not have yet been entered into our licensing database. For instance, continuing education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Section 12938 (a) of the California Insurance Code, in part, requires the CDI to make all fully executed stipulations, orders, decisions, and settlements available to the public on its Web site. You can search for key documents regarding any enforcement action the department has filed against this licensee on the Enforcement Action Documents Search Page. Please note Enforcement Action Documents (i.e. legal pleadings and orders generated during the enforcement action) are available on this Web site only for enforcement actions taken on or after July 1, 2001. If an enforcement action was taken prior to July 1, 2001, this Web site will only provide a summary description of the enforcement action. Documents relating to actions taken prior to July 1, 2001 may be obtained by submitting a written request to the CDI.



Glossary of Terms

---

Name: HUGHES LYLE HARDIE                                           License#: 0660234

Resident Insurance Producer

License type: Life Agent                 Status:     Status Date:      Expiration Date:
                                         Active      02/21/1984        09/30/2009

Resident Insurance Producer

License type: Variable Contracts         Status:     Status Date:      Expiration Date:
                                         Active      06/01/1994        09/30/2009

Business Address: 219 POPLAR STREET OAKDALE, CA 95355

---

## Company Appointments

This licensee is authorized to transact on behalf of the following:

| Company | For | Effective |
|---|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | For: Life and Disability | Effective: 08/25/2003 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 07/21/2000 |
| AMERITAS LIFE INSURANCE CORP. | For: Life and Disability | Effective: 08/04/1989 |
| AMERITAS VARIABLE LIFE | For: Life and | Effective: 05/01/2007 |

| | | |
|---|---|---|
| INSURANCE COMPANY | Disability | |
| AURORA NATIONAL LIFE ASSURANCE COMPANY | For: Life and Disability | Effective: 03/17/1998 |
| BANKERS UNITED LIFE ASSURANCE COMPANY | For: Life and Disability | Effective: 09/14/1989 |
| BANNER LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 09/11/2007 |
| BC LIFE & HEALTH INSURANCE COMPANY | For: Life and Disability | Effective: 12/01/1993 |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA | For: Life and Disability | Effective: 06/01/2001 |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY | For: Life and Disability | Effective: 08/30/1988 |
| CELTIC INSURANCE COMPANY | For: Life and Disability | Effective: 10/17/1986 |
| FIDELITY BANKERS LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 07/24/1987 |
| FORT DEARBORN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 12/21/1990 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | For: Life and Disability | Effective: 01/01/2007 |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA (THE) | For: Life and Disability | Effective: 10/01/1986 |
| HUMANA INSURANCE COMPANY | For: Life and Disability | Effective: 02/13/1996 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 01/01/2004 |
| JOHN ALDEN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 03/02/1990 |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA | For: Life and Disability | Effective: 12/31/2001 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY (THE) | For: Life and Disability | Effective: 06/29/2007 |
| METROPOLITAN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 10/29/2004 |
| NEW YORK LIFE AND HEALTH INSURANCE COMPANY | For: Life and Disability | Effective: 07/02/1996 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION | For: Life and Disability | Effective: 02/27/1984 |
| NEW YORK LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 02/21/1984 |

| NYLIFE INSURANCE COMPANY OF ARIZONA | For: Life and Disability | Effective: 06/15/1994 |
| PAN-AMERICAN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 03/18/1988 |
| PAUL REVERE LIFE INSURANCE COMPANY (THE) | For: Life and Disability | Effective: 04/11/1995 |
| PREMIER ACCESS INSURANCE COMPANY | For: Disability Only | Effective: 02/04/1999 |
| PRINCIPAL LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 12/09/2002 |
| RELIASTAR LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 09/01/2000 |
| SECURITY LIFE INSURANCE COMPANY OF AMERICA | For: Life and Disability | Effective: 01/23/1997 |
| ULLICO LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 07/14/1988 |
| UNION SECURITY INSURANCE COMPANY | For: Life and Disability | Effective: 01/08/1999 |
| UNITED HEALTHCARE INSURANCE COMPANY | For: Life and Disability | Effective: 05/19/2004 |
| WEST COAST LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 09/04/2007 |

## Agencies or Organizations

This licensee is authorized to transact on behalf of the following:

| TOTAL ACCESS BENEFITS AND INSURANCE SERVICES, INC. | For: Life Agent | Effective: 09/05/1997 |
| VALLEY BENEFITS INSURANCE SERVICES | For: Life Agent | Effective: 10/15/2001 |

Records 1 to 43



If you have any questions about the license information you retrieved, please see the most commonly asked questions in our License Questions and Answers section. If you need further assistance, please call CDI's Producer License Bureau at **(800) 967-9331 or (916) 322-3555**, or send an e-mail to Producer Licensing Bureau Please be sure to include your name, license number, e-mail address and telephone number in all correspondence with the Department.

Need Help?

Last Revised - October 01, 2007 07:16 AM
Copyright © California Department of Insurance

# EXHIBIT - B

# Individual License Details

The license status information shown below represents information taken from the California Department of Insurance (CDI) licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the CDI may be pending review or simply may not have yet been entered into our licensing database. For instance, continuing education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

Section 12938 (a) of the California Insurance Code, in part, requires the CDI to make all fully executed stipulations, orders, decisions, and settlements available to the public on its Web site. You can search for key documents regarding any enforcement action the department has filed against this licensee on the Enforcement Action Documents Search Page. Please note Enforcement Action Documents (i.e. legal pleadings and orders generated during the enforcement action) are available on this Web site only for enforcement actions taken on or after July 1, 2001. If an enforcement action was taken prior to July 1, 2001, this Web site will only provide a summary description of the enforcement action. Documents relating to actions taken prior to July 1, 2001 may be obtained by submitting a written request to the CDI.



---

Name: HUGHES LYLE HARDIE                    License#: 0660234

Resident Insurance Producer

| License type: Life Agent | Status: Active | Status Date: 02/21/1984 | Expiration Date: 09/30/2007 |
|---|---|---|---|

Resident Insurance Producer

| License type: Variable Contracts | Status: Active | Status Date: 06/01/1994 | Expiration Date: 09/30/2007 |
|---|---|---|---|

Business Address: 219 POPLAR STREET OAKDALE, CA 95355

## Company Appointments

This licensee is authorized to transact on behalf of the following:

| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | For: Life and Disability | Effective: 08/25/2003 |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 07/21/2000 |
| AMERITAS LIFE INSURANCE CORP. | For: Life and Disability | Effective: 08/04/1989 |
| AURORA NATIONAL LIFE | For: Life and | Effective: 03/17/1998 |



| ASSURANCE COMPANY | Disability | |
| BANKERS UNITED LIFE ASSURANCE COMPANY | For: Life and Disability | Effective: 09/14/1989 |
| BC LIFE & HEALTH INSURANCE COMPANY | For: Life and Disability | Effective: 12/01/1993 |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA | For: Life and Disability | Effective: 06/01/2001 |
| BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY | For: Life and Disability | Effective: 08/30/1988 |
| CELTIC INSURANCE COMPANY | For: Life and Disability | Effective: 10/17/1986 |
| FIDELITY BANKERS LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 07/24/1987 |
| FIRST COLONY LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 09/25/1996 |
| FORT DEARBORN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 12/21/1990 |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA (THE) | For: Life and Disability | Effective: 10/01/1986 |
| HUMANA INSURANCE COMPANY | For: Life and Disability | Effective: 02/13/1996 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 01/01/2004 |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY | For: Life and Disability | Effective: 08/01/2000 |
| JOHN ALDEN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 03/02/1990 |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA | For: Life and Disability | Effective: 12/31/2001 |
| METROPOLITAN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 10/29/2004 |
| NATIONWIDE LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 12/22/2004 |
| NEW YORK LIFE AND HEALTH INSURANCE COMPANY | For: Life and Disability | Effective: 07/02/1996 |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION | For: Life and Disability | Effective: 02/27/1984 |
| NEW YORK LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 02/21/1984 |
| NYLIFE INSURANCE COMPANY OF ARIZONA | For: Life and Disability | Effective: 06/15/1994 |



| PAN-AMERICAN LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 03/18/1988 |
| PAUL REVERE LIFE INSURANCE COMPANY (THE) | For: Life and Disability | Effective: 04/11/1995 |
| PREMIER ACCESS INSURANCE COMPANY | For: Disability Only | Effective: 02/04/1999 |
| PRINCIPAL LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 12/09/2002 |
| RELIASTAR LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 09/01/2000 |
| SECURITY LIFE INSURANCE COMPANY OF AMERICA | For: Life and Disability | Effective: 01/23/1997 |
| ULLICO LIFE INSURANCE COMPANY | For: Life and Disability | Effective: 07/14/1988 |
| UNION SECURITY INSURANCE COMPANY | For: Life and Disability | Effective: 01/08/1999 |
| UNITED HEALTHCARE INSURANCE COMPANY | For: Life and Disability | Effective: 05/19/2004 |

## Agencies or Organizations

This licensee is authorized to transact on behalf of the following:

| TOTAL ACCESS BENEFITS AND INSURANCE SERVICES, INC. | For: Life Agent | Effective: 09/05/1997 |
| VALLEY BENEFITS INSURANCE SERVICES | For: Life Agent | Effective: 10/15/2001 |

Records 1 to 41



If you have any questions about the license information you retrieved, please see the most commonly asked questions in our License Questions and Answers section. If you need further assistance, please call CDI's Producer License Bureau at **(800) 967-9331 or (916) 322-3555**, or send an e-mail to Producer Licensing Bureau Please be sure to include your name, license number, e-mail address and telephone number in all correspondence with the Department.

Need Help?

Last Revised - February 19, 2007 02:15 PM
Copyright © California Department of Insurance

Exhibit - C

# Continuing Education

### Disclaimer

The license status information shown below represents information taken from the CDI licensing database at the time of your inquiry. This information may not always be current. For example, items sent to the Department may be pending review or simply may not have been entered into our licensing database yet. Continuing Education hours quoted may not reflect courses taken in the last 45 days. This database will reflect concluded disciplinary actions against licensees. Complaints and ongoing investigations are confidential and, therefore, not available.

If your license is on "Inactive Status" per Insurance Code Section 1749.6, please contact the Producer Licensing Bureau at **(800) 967-9331** or **(916) 322-3555** for information on the number of Continuing Education (CE) hours required to reactivate your license. Because of your "Inactive Status," the CE information on this web site may not reflect the number of CE hours required to reactivate your license.

Licensee Name: HUGHES LYLE HARDIE                       License Number: 0660234

Courses applied during your current renewal period are:

| Begin Date 10/01/2007 | | CE Review Date 09/30/2009 | | | Required Hrs 30 | Applied Hrs 0 |
|---|---|---|---|---|---|---|

Continuing Education Status: Pending

| Course # | Course Type | Course Name | Complete Date | Course Hrs | Carried From Hrs | Applied Hrs | Carry Fwd Hrs |
|---|---|---|---|---|---|---|---|

The courses applied during your prior renewal period are:

| Begin Date 10/01/2005 | | CE Review Date 09/30/2007 | | | Required Hrs 30 | Applied Hrs 30 |
|---|---|---|---|---|---|---|

| Course # | Course Type | Course Name | Complete Date | Course Hrs | Carried From Hrs | Applied Hrs | Carry Fwd Hrs |
|---|---|---|---|---|---|---|---|
| 155459 | Life | INSURANCE FOR ESTATE PLANNING | 09/27/2007 | 4 | 0 | 4 | 0 |
| 155482 | Life | NONQUALIFIED PLANS | 09/27/2007 | 6 | 0 | 6 | 0 |
| 155498 | Ethics 4 | SENIOR MARKET SALES ETHICS | 09/27/2007 | 4 | 0 | 4 | 0 |
| 175482 | Life | LIFE INSURANCE POLICIES | 09/26/2007 | 10 | 0 | 10 | 0 |
| 197138 | Life | MEDICARE NUTS AND BOLTS | 09/26/2007 | 4 | 0 | 4 | 0 |
| 159619 | Life | MEDICARE NUTS AND BOLTS | 09/27/2005 | 4 | 2 | 0 | 0 |

Records 1 to 10

If you have any questions about the license information you retrieved, please see the most commonly asked questions in our License Questions and Answers section. If you need further assistance, please call CDI's Producer License Bureau at **(800) 967-9331 or (916) 322-3555,** or send an e-mail to Producer Licensing Bureau Please be sure to include your name, license number, e-mail address and telephone number in all correspondence with the Department.

Last Revised - September 11, 2007 12:43 PM
Copyright © California Department of Insurance

# EXHIBIT - D

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  RANDALL P. BORCHERDING
   Supervising Deputy Attorney General
3  ANNE MICHELLE BURR
   Deputy Attorney General
4  State Bar No. 158302
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102
   Telephone: (415) 703-1403
6  Fax: (415) 703-5480

7  Attorneys for Defendant
   California Department of Insurance

8

ENDORSED
F I L E D
San Francisco County Superior Court

SEP 2 8 2007

GORDON PARK-LI, Clerk
BY: _____
                    Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9

**FOR THE COUNTY OF SAN FRANCISCO**

10

11  FARHAD S. MAHJOURI, M.D., M.P.H.,
    F.I.C.S.,

12                              Plaintiff,

13

14  PROVIDENT LIFE AND ACCIDENT
    INSURANCE COMPANY,
15  UNUMPROVIDENT CORPORATION, THE
    CALIFORNIA DEPARTMENT OF
16  INSURANCE; and DOES 1 through 50,
    inclusive,

17                              Defendants.

18

19

Case No. CGC-07-461992

~~[PROPOSED]~~ ORDER SUSTAINING
WITH LEAVE TO AMEND THE
DEMURRER OF DEFENDANT
CALIFORNIA DEPARTMENT OF
INSURANCE TO THE COMPLAINT OF
PLAINTIFF FARHAD S. MAHJOURI,
M.D.,

Date: September 28, 2007
Time: 9:30 a.m.
Dept.: 302
Action Filed: April 4, 2007
Trial Date:   None Yet

20       The above-captioned case came on regularly for hearing on September 28, 2007 before

21  the Honorable Patrick J. Mahoney, on the demurrer of the California Department of Insurance  to

22  the Fifth and Sixth Causes of Action of the Complaint of plaintiff Farhad S. Mahjouri.

23       The Department of Insurance appeared through its attorneys Edmund G. Brown Jr.,

24  Attorney General of the State of California, by Anne Michelle Burr, Deputy Attorney General.

25  Plaintiff appeared through his attorneys Bourhis & Mann.

26       The Court considered the moving, opposition and reply papers, as well as the arguments

27  of counsel at the hearing.  For good cause shown,

28

1   **IT IS HEREBY ORDERED** that:

2       Defendant California Department of Insurance's demurrer is sustained with leave to

3   amend in 10 days. The petition for the writ must be verified. The amendment must spell out the

4   mandatory duties the Commissioner allegedly has failed to perform and must allege facts that

5   establish a cause of action under Insurance Code sections 790.03 and 10291.5.

6

7   Dated:    SEP 2 8 2007

        PATRICK J. MAHONEY

8                          Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY FACSIMILE AND MAIL

Case Name:    **Farhad S. Mahjouri, etc. v. Provident Life and Accident Insurance Company, UnumProvident Corporation, The California Department of Insurance**

No.:    **CGC-07-461992**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (415) 703-5480.

On September 28, 2007 at ___11:04 am___., I served the **ORDER SUSTAINING WITH LEAVE TO AMEND THE DEMURRER OF DEFENDANT CALIFORNIA DEPARTMENT OF INSURANCE TO THE COMPLAINT OF PLAINTIFF FARHAD S. MAHJOURI, M.D.** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

Lawrence Mann, Esq.
Bourhis & Mann
1050 Battery Street
San Francisco, CA 94111
*Fax No. 415 421-0259*

John T. Burnite, Esq.
Kelly, Herlihy & Klein
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
*Fax No. 415 391-7808*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2007, at San Francisco, California.

_____
Staci Caston
Declarant

_____
Signature

40176661.wpd

EXHIBIT - E

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | RANDALL P. BORCHERDING
Supervising Deputy Attorney General
3 | ANNE MICHELLE BURR
Deputy Attorney General
4 | State Bar No. 158302
455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA 94102
Telephone: (415) 703-1403
6 | Fax: (415) 703-5480

7 | Attorneys for Defendant
Commissioner of the California Department of Insurance

8

ENDORSED
F I L E D
San Francisco County Superior Court

SEP 2 8 2007

GORDON PARK-LI, Clerk
BY: _____
                    Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

## FOR THE COUNTY OF SAN FRANCISCO

10

| | |
|---|---|
| 11  ELIZABETH SQUIERS, M.D., | Case No. CGC-07-462326 |
| 12                     Plaintiff, | [PROPOSED] ORDER SUSTAINING **WITH LEAVE TO AMEND THE** |
| 13  UNUMPROVIDENT CORPORATION, THE | **DEMURRER OF DEFENDANT COMMISSIONER OF THE** |
| 14  UNUM LIFE INSURANCE COMPANY OF AMERICA, THE COMMISSIONER OF | **CALIFORNIA DEPARTMENT OF INSURANCE TO THE COMPLAINT OF** |
| 15  THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20, | **PLAINTIFF ELIZABETH SQUIERS, M.D.** |
| 16  inclusive, | |
| 17                     Defendants. | Date: September 28, 2007 |
| 18 | Time: 9:30 a.m. Dept.: 302 Action Filed: April 4, 2007 |
| 19 | Trial Date:   None Yet |
| 20 | |

21    The above-captioned case came on regularly for hearing on September 28, 2007 before

22 | the Honorable Patrick J. Mahoney, on the demurrer of the Commissioner of the California

23 | Department of Insurance to the Fifth and Sixth Causes of Action of the Complaint of plaintiff

24 | Elizabeth Squiers, M.D.

25    The Commissioner appeared through his attorneys Edmund G. Brown Jr., Attorney

26 | General of the State of California, by Anne Michelle Burr, Deputy Attorney General.  Plaintiff

27 | appeared through her attorneys Bourhis & Mann.

28    The Court considered the moving, opposition and reply papers, as well as the arguments

of counsel at the hearing.  For good cause shown,

1.

1   **IT IS HEREBY ORDERED** that:

2   Defendant Commissioner of the California Department of Insurance's demurrer is

3   sustained with leave to amend in 10 days. The petition for the writ must be verified. The

4   amendment must spell out the mandatory duties the Commissioner allegedly has failed to

5   perform and must allege facts that establish a cause of action under Insurance Code sections

6   790.03 and 10291.5.

7

8   Dated:         SEP 2 8 2007         PATRICK J. MAHONEY,
                                        _____
9                                       Judge of the Superior Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY FACSIMILE AND MAIL

Case Name:   **Elizabeth Squiers, MD v. UNUMProvident Corporation, et al.**

No.:   **CGC-07-462326**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (415) 703-5480.

On September 28, 2007 at _11:05 Am_., I served the **ORDER SUSTAINING WITH LEAVE TO AMEND THE DEMURRER OF DEFENDANT COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE TO THE COMPLAINT OF PLAINTIFF ELIZABETH SQUIERS, M.D.** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

Lawrence Mann, Esq.
Bourhis & Mann
1050 Battery Street
San Francisco, CA 94111
*Fax No. 415 421-0259*

John C. Ferry, Esq.
Kelly, Herlihy & Klein
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
*Fax No. 415 391-7808*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2007, at San Francisco, California.

|  |  |
|---|---|
| Staci Caston | |
| Declarant | Signature |

40176665.wpd