Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Plaintiff LYLE HUGHES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive,<br><br>　　　　Defendants. | Case No.: C 07-4088 PJH (E-FILING)<br><br>DECLARATION OF MARY M. MARTIN IN SUPPORT OF PLAINTIFF LYLE HUGHES'REPLY BRIEF RE REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. Section 1447(c))<br><br>DATE :  Wednesday, November 28, 2007<br>TIME :  9:00 A.M.<br>PLACE:  Courtroom 3, 17th Floor<br><br>[Filed concurrently with Plaintiff's Reply in Support of Motion for Remand; Declaration of Bennett M. Cohen in Support Thereof; Request for Judicial Notice]<br><br>TRIAL DATE: NONE SET |

I, Mary M. Martin, hereby declare:

1.　I am employed as a legal secretary at Bourhis & Mann. I have personal knowledge of the facts stated herein and, if called to testify I could and would so testify.

1

Case No.: C 07-4088 PJH (E-FILING)
DECLARATION OF MARY M. MARTIN IN SUPPORT OF PLAINTIFF LYLE HUGHES'
REPLY BRIEF RE REMAND BACK TO STATE COURT

2. The Order granting Plaintiff Alan Sukin's motion to remand which is attached hereto as Exhibit "A" to the Declaration of Bennett M. Cohen, Esq., is a true and correct copy of the Order received by e-file at Bourhis & Mann from the U.S. District Court and which I personally opened.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November, 2007, at San Francisco, California.

_____
MARY M. MARTIN

# PROOF OF SERVICE
*Lyle Hughes v. Unumprovident Corporation, et al.*

**U.S. District Court, Northern District of California, Case No. C07-4088 PJH**

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 14, 2007, I will serve the following documents:

DECLARATION OF MARY M. MARTIN IN SUPPORT OF PLAINTIFF LYLE HUGHES' REPLY BRIEF IN SUPPORT OF MOTION FOR REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION) FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:    (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 14, 2007.

_____
Mary M. Martin