Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff LYLE HUGHES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION, UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: C 07-4088 PJW **(E-FILING)**<br><br>PLAINTIFF LYLE HUGHES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447(c))<br><br>[Filed concurrently with Plaintiff's Reply in Support of Report and Declarations]<br><br>DATE: Wednesday, November 28, 2007<br>TIME: 9:00 A.M.<br>DEPT: Courtroom 3, 17th Floor<br>TRIAL DATE: Not Yet Set |

Pursuant to Federal Rule of Evidence 201, Plaintiff respectfully requests that the Court take judicial notice of the Order granting remand issued by the Honorable Vaughn Walker in *Sukin v. State Farm Mutual Insurance* Company, Case No. CV07-02829 VRW. (Please see Declarations of Bennett M. Cohen, Esq. and Mary M. Martin relative to the receipt of this Order from the U.S.

1
Case No. C-7-4088 PJW
PLAINTIFF LYLE HUGHES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447(c))

1  District Court.)

2  Dated: November 14, 2007    **BOURHIS & MANN**

    By: /s/ Bennett M. Cohen
    Ray Bourhis, Esq.
    Lawrence Mann, Esq.
    Bennett M. Cohen, Esq.
    Attorneys for Plaintiff LYLE HUGHES

1

2

**PROOF OF SERVICE**
*Lyle Hughes v. Unumprovident Corporation, et al.*
*U.S. District Court, Northern District of California, Case No. C07-4088 PJW*

3

4  I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On November 14, 2007, I will serve the following documents:

5

6  PLAINTIFF LYLE HUGHES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447(c))

7

8  in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

15  **UNUMPROVIDENT CORPORATION, etc.**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:    (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com

22  **(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on November 14, 2007.

*[signature]*
Mary M. Martin

3
Case No. C-7-4088 PJW
PLAINTIFF LYLE HUGHES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE MOTION FOR REMAND BACK TOS TATE COURT AND REQUESTS FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447(c))