UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** November 28, 2007                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4088 PJH

**Case Name:** Lyle Hughes v. UnumProvident Corporation, et al.

**Attorney(s) for Plaintiff:**    Lawrence Mann; Bennett Cohen
**Attorney(s) for Defendant:**    John C. Ferry;
                                  J. Russell Stedman ( co-counsel for NY Life Ins. only)

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Sahar McVickar

PROCEEDINGS

Plaintiff's Motion to Remand-Held.  The court takes the matter under submission.

**Order to be prepared by:**    [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file