1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  **BOURHIS & MANN**
   1050 Battery Street
3  San Francisco, CA 94111
4  Tel: (415) 392-4660; Fax: (415) 421-0259

5  Attorneys for Plaintiff LYLE HUGHES

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LYLE HUGHES,                              ) Case No.: C 07-4088 PJH **(E-FILING)**
                                              )
12     Plaintiff,                             )
                                              ) NOTICE OF UNAVAILABILITY OF
13                                            ) COUNSEL
   v.                                         )
14                                            )
                                              )
15 UNUMPROVIDENT CORPORAITON; UNUM            )
   CORPORATION, NEW YORK LIFE                 )
16 INSURANCE COMPANY, THE                     )
   COMMISSIONER OF THE CALIFORNIA             )
17 DEPARTMENT OF INSURANCE and DOES 1         )
   through 20, inclusive                      )
18                                            )
                                              )
19     Defendants.                            )
                                              )
20 _____     )

21

22     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

23     PLEASE TAKE NOTICE that commencing January 28, 2008 and continuing through and

24 including February 8, 2008, attorney Lawrence Mann will be out of the country and unavailable for

25 any purpose, including, without limitation, receiving notice of any kind, appearing in court,

26 responding to ex parte applications or attending depositions.

27 ///

28 ///

                                   0
                         Case No.  C-7-4088 PJW
                   NOTICE OF UNAVAILABLITY OF COUNSEL

1  Please be advised that purposely scheduling a conflicting proceeding without good cause is
2  sanctionable conduct [Tenderloin Housing Clinic vs. Sparks (1982) 8 Cal.App.4th 299].

4  Dated: November 26, 2007                    **BOURHIS & MANN**

                                               By: _____
                                                   Ray Bourhis, Esq.
                                                   Lawrence Mann, Esq.
                                               Attorneys for Plaintiff LYLE HUGHES

## PROOF OF SERVICE

*Lyle Hughes v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-4088 PJW*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On December 3, 2007, I will serve the following documents:

NOTICE OF UNAVAILABILITY OF COUNSEL

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

**UNUMPROVIDENT CORPORATION, etc.**
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:   (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California on December 3, 2007.

_____
Mary M. Martin