J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY only

Thomas M. Herlihy (83615), herlihy@kelher.com
John C. Ferry (104411), jferry@kelher.com
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4798
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION)
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | CASE NO.: C07-4088 PJH |
| Plaintiff, | **DECLARATION OF ROBERT J. HYNES IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON MOTION TO REMAND** |
| vs. | |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW YORK LIFE INSURANCE COMPANY; THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20 inclusive, | Hearing Date: November 28, 2007 |
| | Plaintiff's Further Response: January 2, 2008 |
| | Complaint Filed: June 28, 2007 |
| Defendants. | |

DECLARATION OF ROBERT J. HYNES IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON MOTION TO REMAND
CASE NO.: C07-4088 PJH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA. 94108
(415) 434-2800

I, Robert J. Hynes, declare as follows:

1. I am a Vice-President in the Agency Department at New York Life Insurance Company ("NYL"). I have been employed with NYL for approximately 30 years and have held a variety of positions in the Agency Department since 1987. For purposes of providing this declaration, I am sufficiently familiar with NYL's agents' contracts, compensation and benefits, including the contracts, compensation and benefits related to "TAS Agents," who are agents in training who execute the "Training Allowance Subsidy Plan Agreement" ("TAS Agreement").

2. I submit this declaration in support of NYL's Supplemental Brief to Plaintiff Motion to Remand. I either have personal knowledge of the matters set forth below, or have sufficient information and belief based upon my general knowledge of NYL agency business and inquiry, and, if called as a witness, could and would testify competently thereto. NYL enters into contracts with insurance agents to sell its products.

3. NYL enters into contracts with insurance agents to sell its products. Plaintiff Lyle Hughes contracted with NYL in February 1984 to be an insurance agent.

4. During the relevant period of 2004 to 2006, approximately 7,000 agents were under contract with NYL to generate sales of NYL's insurance products. NYL has several different classifications for these agents. An Agent is classified in part, according to the agent's tenure with NYL and the volume and types of sales of NYL insurance products generated by the agent.

5. A NYL agent requiring training during the relevant 2004 to 2006 period and during other periods, signed a "Training Allowance Subsidy Plan Agreement" ("TAS Agreement"), which stated that the agent is an employee of NYL. NYL generally referred and continues to refer to this type of agent in training as a "TAS Agent" during the initial three-year training period, and as an "Established Agent" for periods thereafter. In my capacity as a Vice-President in the Agency Department of NYL, I am generally aware that at least one TAS Agent was eligible for and participated in the NYL Agents Group Plan for plan years 2004 and 2005 ("Participating TAS Agents").

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
DECLARATION OF ROBERT J. HYNES IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON MOTION TO REMAND
CASE NO : C07-4088 PJH

6.  During the relevant period of 2004 to 2006 and at other times, NYL issued to TAS Agents, including Participating TAS Agents, Internal Revenue Service ("IRS") tax forms W-2 to report the TAS Agents' federal income earnings and withholdings for that tax year. The issuance of W-2 tax forms to TAS Agents indicated federal income tax withholdings for the TAS Agents, including Participating TAS Agents. Section 13 of the W-2 tax forms issued to TAS Agents, which designated whether the TAS Agents were "statutory employees" for tax purposes, were not marked or indicated in any manner.

7.  In addition to issuing W-2 tax forms to TAS Agents, during the relevant period of 2004 to 2006 and at other times, NYL issued W-2 tax forms to "Established Agents" for purposes of reporting Federal Insurance Contributions Act (FICA) taxes that had been withheld by NYL from commissions payable to Established Agents. Section 13 of the W-2 tax forms issued to Established Agents, which designated whether the Established Agents were "statutory employees" for tax purposes, was in fact marked for the W-2 tax forms issued to Established Agents. NYL did not withhold federal income tax for Established Agents, nor did it issue W-2 tax forms to Established Agents for purposes of reporting federal income tax withholdings.

8.  Plaintiff Lyle Hughes was an "Established Agent" for NYL during the relevant periods of 2003, 2004 and 2005 and at other times. As an "Established Agent" Plaintiff sold NYL life insurance products, among other things, in a full-time capacity. NYL withheld FICA taxes for Plaintiff and reported those on tax form W-2 for tax years 2003, 2004, 2005 and 2006. Attached hereto as Exhibit A is a true and correct redacted copy of Plaintiff's W-2 tax form for tax year 2003. Attached hereto as Exhibit B is a true and correct redacted copy of Plaintiff's W-2 tax form for tax year 2004. Attached hereto as Exhibit C is a true and correct redacted copy of Plaintiff's W-2 tax form for tax year 2005. Attached hereto as Exhibit D is a true and correct redacted copy of Plaintiff's W-2 tax form for tax year 2006. Plaintiff's W-2 tax forms for tax years 2003, 2004, 2005 and 2006 indicated in § 13 of that form that Plaintiff was a "statutory employee" for tax purposes.

-3-
DECLARATION OF ROBERT J. HYNES IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON MOTION TO REMAND
CASE NO.: C07-4088 PJH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  is true and correct. Executed this 13 day of December 2007 in New York, New York.

_____
Robert J. Hynes

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-
DECLARATION OF ROBERT J. HYNES IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF ON
MOTION TO REMAND
CASE NO.: C07-4088 PJH

# Exhibit - A

Four copies of Form W-2 Wage and Tax Statement 2003 (REISSUED STATEMENT, stamped REDACTED):

**Employer:**
- b Employer identification number: 13-5582869
- c Employer's name, address, and ZIP code:
  NEW YORK LIFE INSURANCE CO
  51 MADISON AVENUE
  NEW YORK NY 10010

**Employee:**
- 633299
- LYLE H HUGHES
- 3317 ORCHESTRA PLACE
- MODESTO CA 95355-9663
- d Employee's social security number: -0935

**Wage and tax data:**
- 12a See instructions for box 12: C $ 85.31
- 1 Wages, tips, other compensation: 189142.12
- 2 Federal income tax withheld: [blank in box 2 line / see below]
- 3 Social security wages: 87000.00
- 4 Social security tax withheld: 5394.00
- 5 Medicare wages and tips: 189142.12
- 6 Medicare tax withheld: 2742.56
- 13 Statutory employee: [X]  Retirement plan: [X]
- 15 State: CA
- Employer's state I.D. No.: 01605435
- 16 State wages, tips, etc.: 189142.12

Copies present:
1. Copy B To Be Filed With Employee's FEDERAL Tax Return
2. Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return
3. Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return
4. Copy C for EMPLOYEE'S RECORDS (See Notice to Employee on back)

Form W-2 Wage and Tax Statement 2003    Department of the Treasury—Internal Revenue Service    OMB # 1545-0008

Exhibit - B

## Copy B — To Be Filed With Employee's FEDERAL Tax Return

| Box | Field | Value |
|---|---|---|
| b | Employer identification number | 13-5682869 |
| c | Employer's name, address, and ZIP code | NEW YORK LIFE INSURANCE CO, 51 MADISON AVENUE, NEW YORK NY 10010 |
| e | Employee's name | 633299 LYLE H HUGHES |
| | Address | 3317 ORCHESTRA PLACE, MODESTO CA 95355-9663 |
| | | REISSUED STATEMENT — REDACTED |
| 12a | See instructions for box 12 | C  $ 53.11 |
| 1 | Wages, tips, other compensation | 35304.66 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 35304.66 |
| 4 | Social security tax withheld | 2188.89 |
| 5 | Medicare wages and tips | 35304.66 |
| 6 | Medicare tax withheld | 511.92 |
| 13 | Statutory employee / Retirement plan | X / X |
| d | Employee's social security number | .0935 |
| 15 | State | CA |
| | Employer's state I.D. No. | 01605435 |
| 16 | State wages, tips, etc. | 35304.66 |

Form W-2 Wage and Tax Statement 2004 — Department of the Treasury-Internal Revenue Service — OMB # 1545-0008 — Copy B To Be Filed With Employee's FEDERAL Tax Return

## Copy 2 — To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

(Same data as above — REISSUED STATEMENT — REDACTED)

- EIN: 13-5682869
- NEW YORK LIFE INSURANCE CO, 51 MADISON AVENUE, NEW YORK NY 10010
- 633299 LYLE H HUGHES, 3317 ORCHESTRA PLACE, MODESTO CA 95355-9663
- Box 12a: C $53.11
- Box 1: 35304.66; Box 3: 35304.66; Box 4: 2188.89; Box 5: 35304.66; Box 6: 511.92
- Box 13: Statutory employee X, Retirement plan X
- SSN: .0935
- State CA, Employer's state ID 01605435, State wages 35304.66

Form W-2 Wage and Tax Statement 2004 — Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

## Copy 2 — To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

(Same data as above — REISSUED STATEMENT — REDACTED)

- EIN: 13-5682869
- NEW YORK LIFE INSURANCE CO, 51 MADISON AVENUE, NEW YORK NY 10010
- 633299 LYLE H HUGHES, 3317 ORCHESTRA PLACE, MODESTO CA 95355-9663
- Box 12a: C $53.11
- Box 1: 35304.66; Box 3: 35304.66; Box 4: 2188.89; Box 5: 35304.66; Box 6: 511.92
- Box 13: Statutory employee X, Retirement plan X
- SSN: .0935
- State CA, Employer's state ID 01605435, State wages 35304.66

Form W-2 Wage and Tax Statement 2004 — Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

## Copy C — For EMPLOYEE'S RECORDS

(Same data as above — REISSUED STATEMENT — REDACTED)

- EIN: 13-5682869
- NEW YORK LIFE INSURANCE CO, 51 MADISON AVENUE, NEW YORK NY 10010
- 633299 LYLE H HUGHES, 3317 ORCHESTRA PLACE, MODESTO CA 95355-9663
- Box 12a: C $53.11
- Box 1: 35304.66; Box 3: 35304.66; Box 4: 2188.89; Box 5: 35304.66; Box 6: 511.92
- Box 13: Statutory employee X, Retirement plan X
- SSN: .0935
- State CA, Employer's state ID 01605435, State wages 35304.66

Form W-2 Wage and Tax Statement 2004 — Copy C for Employee's Records (See Notice to Employee on back)

# Exhibit - C

## W-2 #1 — Copy B (Federal)

| Field | Value |
|---|---|
| b Employer identification number | 13-5582869 |
| c Employer's name, address, and ZIP code | NEW YORK LIFE INSURANCE CO.<br>51 MADISON AVENUE<br>NEW YORK NY 10010 |
| e Employee's name | 633299<br>LYLE H HUGHES<br>3317 ORCHESTRA PLACE<br>MODESTO CA 95355-9663<br>REISSUED STATEMENT |
| d Employee's social security number | (redacted) 0935 |
| 1 Wages, tips, other compensation | 40067.78 |
| 2 Federal income tax withheld | (redacted) |
| 3 Social security wages | 40067.78 |
| 4 Social security tax withheld | 2484.20 |
| 5 Medicare wages and tips | 40067.78 |
| 6 Medicare tax withheld | 580.98 |
| 13 Statutory employee / Retirement plan | X / X |
| 15 State | CA |
| Employer's state ID No. | 01605435 |
| 16 State wages, tips, etc. | 40067.78 |

Form W-2 Wage and Tax Statement 2005 — Copy B To Be Filed With Employee's FEDERAL Tax Return

## W-2 #2 — Copy 2 (State/City/Local)

(Same data as above; Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return)

## W-2 #3 — Copy 2 (State/City/Local)

(Same data as above; Copy 2 To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return)

## W-2 #4 — Copy C (Employee's Records)

(Same data as above; Copy C for Employee's Records)

Exhibit - D

### Copy B – To Be Filed With Employee's FEDERAL Tax Return

| Box | Description | Value |
|---|---|---|
| b | Employer identification number (EIN) | 13-5582869 |
| c | Employer's name, address, and ZIP code | NEW YORK LIFE INSURANCE CO<br>51 MADISON AVENUE<br>NEW YORK NY 10010-603 |
| e | Employee's name | LYLE H HUGHES<br>3317 ORCHESTRA PLACE<br>MODESTO CA 95355-9663<br>633299<br>REISSUED STATEMENT |
| d | Employee's social security number | REDACTED -0935 |
| 1 | Wages, tips, other compensation | 27562.71 |
| 2 | Federal income tax withheld | (blank) |
| 3 | Social security wages | 27562.71 |
| 4 | Social security tax withheld | 1708.89 |
| 5 | Medicare wages and tips | 27562.71 |
| 6 | Medicare tax withheld | 399.66 |
| 13 | Statutory employee / Retirement plan | [X] [X] |
| 15 | State / Employer's state ID No. | CA 01605435 |
| 16 | State wages, tips, etc. | 27562.71 |

Form W-2 Wage and Tax Statement 2006 — Department of the Treasury–Internal Revenue Service — OMB # 1545-0008 — Copy B To Be Filed With Employee's FEDERAL Tax Return

### Copy 2 – To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

(Same data as above — EIN 13-5582869, NEW YORK LIFE INSURANCE CO, 51 MADISON AVENUE, NEW YORK NY 10010-603; LYLE H HUGHES, 3317 ORCHESTRA PLACE, MODESTO CA 95355-9663; 633299; REISSUED STATEMENT; SSN REDACTED -0935; Box 1: 27562.71; Box 3: 27562.71; Box 4: 1708.89; Box 5: 27562.71; Box 6: 399.66; Box 13 [X][X]; State CA 01605435; Box 16: 27562.71)

Form W-2 Wage and Tax Statement 2006 — Department of the Treasury–Internal Revenue Service — OMB # 1545-0008

### Copy 2 – To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

(Same data as above)

Form W-2 Wage and Tax Statement 2006 — Department of the Treasury–Internal Revenue Service — OMB # 1545-0008

### Copy C for EMPLOYEE'S RECORDS (See Notice to Employee on back)

(Same data as above)

Form W-2 Wage and Tax Statement 2006 — Department of the Treasury–Internal Revenue Service — OMB # 1545-0008 — Copy C for Employee's Records (See Notice to Employee on back)