Exhibit - A

# AGENT/REGISTERED REPRESENTATIVE'S HANDBOOK

## NEW YORK LIFE INSURANCE COMPANY

## NYLIFE SECURITIES
A wholly owned, indirect subsidiary of New York Life Insurance Company

This handbook supersedes all policies and procedures previously included in the New York Life Insurance Company Agent's Handbook and the NYLIFE Securities Registered Representative's Handbook or in any previous versions of the Agent/Registered Representative's Handbook. New York Life and NYLIFE Securities reserve the right to modify any provision in this handbook at any time in the future. Such changes will be communicated through Field News or by other means, as appropriate.

**October 2006**

This page intentionally left blank

I, _____, acknowledge that I have read and understand the New York Life Insurance Company and NYLIFE Securities Agent/Registered Representative Handbook (the "Handbook") and applicable sections of The Guide to Suitable Sales ("the Guide"). I understand and agree that I am bound by the rules set forth in the Handbook and the Guide, including the Company's policy regarding sexual harassment, and will adhere to these rules, along with all applicable state and federal laws, regulations, and rules, including those promulgated by the National Association of Securities Dealers, as they apply to my activities as an Agent of New York Life and/or as a Registered Representative of NYLIFE Securities

_____          _____

Signature                                     Date


_____

Agent Code


For newly appointed Agents, this page must be returned to the Managing Partner for submission to the Contracting, Licensing and Registration Division of the Individual Policy Services Department as part of the Agent's contracting paperwork for retention in the Agent's contracting file. A copy of the acknowledgment must also be maintained in the Agent's Contract file in the General Office. Acknowledgements for established Agents are evidenced through the annual supervisory interview and inspection process

This page intentionally left blank

# AGENT/REGISTERED REPRESENTATIVE'S HANDBOOK

## TABLE OF CONTENTS

### INTRODUCTION
A  Your Responsibility as an Agent
B  Authority of an Agent
C  Supervision of Agents
D  Overview of NYLIFE Securities. (NYLIFE)
E  Responsibilities of NYLIFE
F  Offices of Supervisory Jurisdiction (OSJ)
G  General Offices, Sales Offices and Detached Locations

### SECTION I: RULES OF CONDUCT
A  Fair Dealing with Customers
B  Fair Dealing with Competitors
C  Code of Conduct for Client Contacts
   1 Special Rules for Term Conversions
   2 Rules of Conduct
   3 When Conflicts Cannot Be Resolved
D  Supervisory Interview/Inspection Procedures
   1 Unannounced Interview/Inspection
   2 Announced Interview/Inspection
   3 Exemptions
   4 Timing Requirements
E  Suitability & The Guide to Suitable Sales
   1 Determining Suitability
   2 SmartMatch
F  Section 529 Plans
G  Account Monitoring
H  Maximum Issue Age for Variable Annuities
I  Source of Funds Form For all Traditional Fixed Life Insurance & Annuity Products
J  Churning
K  Market Timing
L  Late Trading
M  Long Term Care and Suitability
   1 Suitability
   2 Internal Replacements
   3 External Replacements
N  Employer-Owned Insurance Policies
O  Company and Regulatory Standards for Switching and Replacements
P  Agency Standards for Switching and Replacements
Q  Rules Regarding Insurance Sales
   Rebates
   Applications
      1 Forms
      2 Conditions
      3 Cash (i.e., U.S. Currency) Submitted Immediately
      4 Receipt and Conditional Temporary Coverage Agreement
      5 Applications Submitted Immediately
      6. Witness to Signature
      7 Execution of Documents
   Medical, Paramedical, and Non-Medical Programs

Delivering Contracts
Policy Delivery
Policy Review on Delivery
    1 Inspection
    2 Examination (Cash Paid - Free Look)
Rules for Delivery of Illustrations
    1 Policy
    2 Signature Requirements
    3 Requirements at Application
    4 Requirements at Policy Delivery
R  Compensation
S  Company Fees
T  Commission Adjustment Program (CAP)
U  Underwriting Limitations and Rules
V  Customer Privacy
   1 General
   2 HIPAA Privacy Requirements
   3 Protecting Non-Public Information
   4 Reporting Customer Security Breaches
   5 Tips for Protecting the Privacy of Client Data
W  Business Continuity and Recovery
X  Customer Complaints
Y  Outside Business Activities (OBA)
   Existing Agents Requesting OBA Approval
   Potential Agents Requesting OBA Approval as Part of Contracting Process
   Agents Operating Under LAS Agreements
      1 Guidelines for Agents and Family Members
      2 Guidelines for Agents
Z  Conflicts of Interest
AA  Investment Advisory Activities
BB  Agents Sharing Space
CC  Antitrust Compliance

## SECTION II: THE LICENSING AND REGISTRATION PROCESS

A  Contracts, Licenses, Registration
B  Licensing/Registration Qualifications
   1 Traditional (Non-Securities) Insurance Products
   2 Securities Products
C  Insurance Licensing and Appointment
D  NASD Registration
E  Full Disclosure on Form U4
F  Updating Form U4 Applications
   Events that Must Be Reported to the Company within Ten Business Days From
   When the Agent Becomes Aware of the Event
      1 Change of Address
      2 DBAs and Name Changes
      3 Outside Business Activities
      4 Customer Complaints, Lawsuits, or Arbitrations
      5 Regulatory Disciplinary Actions
      6 Criminal Charges, Arrests, Convictions, and Pleas
      7 Financial Matters
   Rule 3070 (a): Events that Must Be Reported to the Company within Five Business Days From When the Agent
   Becomes Aware of the Event
G  Types of NASD Registration and Examinations

H  NASD Examination Requests
I  State Licenses
J  Dual NASD Registration
K  Selling Insurance/Securities Without Proper or Effective Registration
L  Contract Maintenance/Benefit and Compensation Production Standards
M  Termination
N  Professional Liability Plans & Errors and Omissions (E&O) Liability Insurance

## SECTION III:  COMMUNICATIONS WITH THE PUBLIC

A  Advertising, Sales Literature, Correspondence
   1  Advertising
   2  Sales Literature
   3  Pre-Approved Template Materials
   4  Sales Correspondence-SMRU Pre Review Program
     a  Procedures for Solicitation-Related Correspondence
     b  Procedures for Institutional Correspondence
     c  Procedures for Service-Related or Routine Correspondence – Post Review
   5  Procedures for Fixed Products Correspondence – Managing Partner Post Review Program
   6  Expiration Date
   7  "Approved As Is" Clause
   8  Misrepresentations and False Advertising Prohibited
B  Seminars and Sales Talks
C  Restrictions on the Use of Materials
   1  Materials Not for Public Use
   2  Use of Material Printed in a Foreign Language
   3  Private Placement Offerings
   4  Proprietary Information and Materials
D  Business Locations
   1  Life Insurance Products
   2  Registered Products
   3  Signage
E  Titles/Designations
   1  Use of an Assumed Name (DBA)
   2  Business Cards and Stationery
F  Incoming Correspondence
   1  General Office/Sales Office and Detached Agents
   2  Detached Office Locations
     a  Funds Received Log
     b  Securities Transaction Log
     c  Incoming Correspondence Procedures and Disposition Form
   3  Sanctions for Non-Compliance
G  Telemarketing/Do Not Call Policy
   1  State Requirements
   2  Exemptions
   3  How to Comply
   4  Agent Identification
   5  Immediate Disclosure
   6  Caller ID
   7  State Record Keeping Requirements
   8  General Rules
   9  Adding a Name to the New York Life Do Not Call List
   10  Training
   11  Consumer Availability of Do Not Call Policy
   12  Penalties

H   Junk Fax
I    Handling Contacts With the Media
J    Use of Electronic Communication
   1   Acceptable Use For All E-Mails
   2   Prohibited Use For All E-Mails
K   CAN-SPAM Act of 2003
L    Monitoring of Electronic Communications

## SECTION IV:   PROHIBITED SALES PRACTICES AND OTHER IMPORTANT RULES

A   Anti-Money Laundering
   1   Accepting Cash
   2   Cash Receipt and Reporting
   3   Customer Identification Programs
     a   Information That Must Be Obtained
     b   Verification of Identity
     c   Payments from Third Party Payers
   4   Suspicious Activity
   5   Discovering a "Red Flag" Indicating a Suspicious Transaction
   6   Anti Money Laundering Red Flags
   7   Training
B   Accepting Compensation
   a   Sharing Commissions on Sales of Securities/Registered Products
   b   Sharing Commissions on Sales of Traditional (Non-Securities) Insurance Products
   c   Sharing Compensation with Employees
C   Insider Trading
D   Private Securities Transactions
   1   Selling Away
   2   Viatical Settlements
   3   Prohibition of Stranger-Owned, Investor-Owned, and Charity-Owned Life Insurance
   4   Charitable Life Sales Using Special Trust Notes & Annuities
   5   Cash Out Refinancing
   6   Private Securities Transactions in Limited Partnerships
   7   Private Placement Variable Universal Life Insurance
   8   Group Variable Annuities
   9   Equity-Indexed Annuities
E   Restrictions on the Purchase and Sale of Public Offerings of Equity Securities
F   Sales Practices of Agents
   1   Only Approved Products may be Offered
   2   No Solicitation or Recommendation of General Securities Products
   3   Exercising Discretionary Authority
   4   Delivering a Prospectus
   5   Delivering a Prospectus for Closed-End Unit Investment Trusts
   6   Delivering a Buyer's Guide
   7   Making the Sales Presentation
     a   Balance the Presentation
     b   Discuss Performance Carefully
     c   Make Comparisons Carefully
   8   Prohibited Sales Practices
   9   Handling Customer Accounts and Securities Transactions
     a   General
     b   Accepting Payment
   10   Disbursement of Funds/Redemption
   11   Prompt Submission of Securities Business
   12   Subsequent Premium Payments and Deposits

Check Acceptance
- a Prompt Submission of Payments
- b Application of Funds
- c Special Procedures for Detached Agents

G Employees of Agents
1 Service Activities of Agent Employees
2 Authorized Activities
3 Prohibited Activities

H Accessing Customer Accounts

I Direct Trading of Mutual Funds
1 Qualification
2 Guidelines
3 Prohibitions
4 File Maintenance

J Market Expansion Program

K Rules for Selling Non-Proprietary Variable Life and     Variable Annuity Contracts
1 Rules
2 Guidelines
3 Circumstances Where Non-Proprietary Sales Are Allowed
4 Enhanced Access
5 Initiating a Non-Proprietary Variable Product Case
6 Unapproved Non-Proprietary Variable Product Sales/Selling Away
7 Suitability

L Rules for Selling Non-Proprietary Mutual Funds
1 Rules
2 Approved Non-Proprietary Mutual Fund Families - Direct
3 Unapproved Non-Proprietary Mutual Fund Sales/Selling Away
4 Suitability

M Personal Brokerage Accounts
Private Placements
Investments Where Prior Approval is Not Required

N Accepting or Giving Gifts
1 Accepting Gifts
2 Giving Gifts
3 Gifts of Cash and Cash Equivalents Prohibited
4 Policy Regarding Gifts to IPS Employees
5 Gifts to and Entertaining of Public Officials
6 Gift Log
7 Violations

O NASD Continuing Education Requirements
Elements of the Program
1 Regulatory Element
- a Curriculum
- b Failure to Complete the Regulatory Element
2 Firm Element
- a Curriculum and Delivery
- b Failure to Complete the Firm Element

P Handling Contacts By Regulatory Agencies

Q Lobbying, Gift & Entertainment Rules

R Reporting Illegal Activities

S NASD Branch Offices and Special State Branch Office Registration Requirements
1 NASD Branch Definition and Form BR
2 State Requirements

T Company and Regulatory Penalties for Rule Violations

## SECTION V: BOOKS AND RECORDS

A  Records Required to be Made Available at the Local Office
B  Agent File Maintenance and Record Retention Requirements
    1  General
    2  Client Files
    3  Administrative/Office Files
C  Prohibited Records
D  Records Required Through the Books and Records Website
E  Paperless Office
F  Destruction of Records
G  Property of Records
H  NASD Books and Records Letter

## SECTION VI: POLICY AGAINST HARASSMENT AND COMPLAINT PROCEDURE

**Amendments to This Handbook**

# INTRODUCTION

## A. YOUR RESPONSIBILITY AS AN AGENT

For purposes of this Handbook, unless otherwise noted, the term "Agent" shall include both individuals who sell traditional insurance products and individuals who are appropriately licensed as Registered Representatives selling variable annuities, variable life insurance, mutual funds, Section 529 plans, and other securities. Of course, only individuals who are Registered Representatives of NYLIFE Securities ("NYLIFE") may engage in the offer or sale of securities products.

This Handbook sets forth the rules of New York Life Insurance Company ("New York Life") and NYLIFE (collectively, "The Company"), as they pertain to the conduct and supervision of Agents. The rules described in the Handbook are meant to help ensure compliance with the rules and regulations of the Securities and Exchange Commission ("SEC"), NASD, MSRB and federal and state law, as well as state securities and insurance departments. The Handbook is designed to make Agents aware of their obligation to adhere to these laws, rules and regulations as they apply to the Company's business.

NASD Conduct Rules 2110 and 3010(a) state the following:

### Conduct Rule 2110
"A member, in the conduct of his business, shall observe high standards of commercial honor and just and equitable principles of trade." Under NASD rules, NYLIFE is the "member", although Rule 2110 applies to all registered and associated persons.

### Conduct Rule 3010(a) (in part)
Each member shall establish and maintain a system to supervise the activities of each Registered Representative, Registered Principal and other associated persons that are reasonably designed to achieve compliance with applicable securities laws and regulations, and with applicable NASD rules.

New York Life has a proud tradition of integrity, dependability and trust. It strives to maintain the highest standards of professional conduct. No company could survive as long as we have without a sound ethical code - one that applies to all Field and Home Office personnel, regardless of their role in the organization.

New York Life encourages its Agents to actively participate in all of the training, networking, and industry meetings available to them as members of the New York Life family. New York Life is committed to providing a professional environment that is safe, orderly, diverse, tolerant, and free of discrimination and sexual harassment.

When representing New York Life in General Offices ("GO") or outside meetings, Agents are expected to grant others the same respect, cooperation, and dignity they wish for themselves. Agents have a special responsibility to exhibit the highest level of professional and personal conduct when meeting with prospective customers, existing customers, Field and Home Office personnel, regulatory officials, or each other.

All Agents shall be responsible for reviewing the contents of this Handbook, understanding its contents, and maintaining it as a reference tool. Each Agent will be asked to acknowledge their review and understanding of this Handbook. The Handbook is maintained on Agency Portal. The handbook can be accessed by going to Agency Portal, clicking on Standards & Compliance, then clicking on Agent/Registered Representative Handbook under the Polices & Procedures heading.

The Company reserves the right to amend this Handbook at any time it deems appropriate by providing notice to the Agent. Such amendments will be communicated through Field News or other means, as appropriate.

The Handbook does not constitute an employment contract or any part of one. This Handbook does not create any contractual rights on the part of any Agent of New York Life Insurance Company or of any Registered Representative of NYLIFE.

Since inappropriate actions by any Agent could result in severe disciplinary actions or penalties against the individual involved and/or the Company, it is important that the rules in this Handbook be strictly followed by all Agents and associated persons of NYLIFE.

Failure of any Agent of the Company to comply with any federal, state, or other insurance or securities-related law, rule or regulation, or with any Company policy as outlined in this Handbook or as otherwise formally communicated, may result in disciplinary action by the Company up to and including termination and/or disciplinary action by an insurance or securities regulatory body that may include fines, penalties, censures, suspension, or permanent bar. In addition, Agents are obligated to fully cooperate with any Company or regulatory investigation or inquiry. Failure to do so may result in disciplinary action up to and including termination.

## B. AUTHORITY OF AN AGENT

Subject to the terms and conditions of each individual's Agent's Contract, of the Registered Representative Agreement and the provisions of this Handbook, and upon becoming registered and licensed with NASD and applicable jurisdiction(s), an Agent is authorized, for or on behalf of the Company:

1. To solicit applications for mutual funds, Section 529 plans, annuity contracts (including variable), life insurance (including variable), and any other products that the Company may make available;

2. To deliver, within the limits of an Agent's authority, policies and contracts issued on applications obtained by the Agent;

3. To collect, consistent with the Company's underwriting rules, (i) at the time the Agent procures an application for a policy, an amount not to exceed the full first premium (the single premium where applicable), plus any amounts allowable under the OPP rider; or (ii) at the time the Agent delivers a policy, an amount not to exceed the unpaid balance of all premiums due the Company as of the delivery date; or (iii) in the interval between the dates of the application and delivery, an amount equal to the unpaid balance or the full first premium, by using the proper amendment to application provided by the Company; or (iv) with respect to a change of, the conversion of, the reinstatement of, or the addition of a rider to an in-force policy, the amount charged the policy owner by the Company for completing such change, conversion, reinstatement or addition; or (v) an amount equal to the premium in advance in accordance with the Company's rules; and to collect, subject to Company policy as set forth in this Handbook, subsequent premium payments and additional deposits for insurance products, Section 529 plans, annuities, and mutual funds.

## C. SUPERVISION OF AGENTS

As part of the Company's supervisory procedures, every Agent is subject to at least one face-to-face supervisory interview and inspection annually, unless otherwise noted, to be conducted by the Managing Partner the Agency Standards Consultant ("ASC"), or the Managing Partner's designee, at the Agent's place of business Such interview/inspection will be conducted on an unannounced basis, unless otherwise noted and will fulfill the annual compliance meeting requirements of NASD Additionally, a session for all Agents who are NASD-registered will be held during the year to fulfill the requirements imposed by the Firm Element portion of NASD's Continuing Education Program for Agents This session will be delivered in a group setting The Managing Partner, in accordance with the rules of the Company, will designate the date and place of each interview or meeting The Managing Partner maintains responsibility for the ongoing supervision of all Agents and the business they conduct in accordance with Company and applicable federal, state, and NASD rules

## D. OVERVIEW OF NYLIFE SECURITIES (NYLIFE)

NYLIFE is a wholly-owned, indirect subsidiary of New York Life NYLIFE is registered as a broker-dealer with the SEC, and is a member of NASD, the Municipal Securities Rulemaking Board ("MSRB"), and the Securities Investor Protection Corporation ("SIPC") NYLIFE makes available for retail distribution the variable contracts (e g , variable annuities and variable life insurance products) issued by the New York Life Insurance and Annuity Corporation ("NYLIAC"), mutual funds and Section 529 Plans distributed by NYLIFE Distributors, an affiliated broker-dealer, general securities products (e g , stocks, bonds and options), and certain other securities products issued or distributed by other unaffiliated companies

## E. RESPONSIBILITIES OF NYLIFE

NYLIFE is responsible for selecting and training Agents so that they may become qualified under applicable federal and state securities laws and NASD rules to sell the variable contracts and other securities offered by NYLIFE, and for ensuring compliance with other applicable federal, state, NASD, and MSRB requirements relating to its securities activities

NYLIFE is responsible for establishing rules and procedures that are reasonably designed to provide for the supervision of the securities activities of its Agents, complying with applicable securities laws and regulations, and maintaining and preserving required books, records, and other related documents

The Company's Corporate Compliance Department ("the Corporate Compliance Department") is responsible for the overall direction and administration of the compliance program of NYLIFE to ensure compliance with applicable federal, state and NASD requirements, as well as the rules of NYLIFE

## F. OFFICES OF SUPERVISORY JURISDICTION (OSJ)

NYLIFE headquarters are located at 51 Madison Avenue, New York, NY, 10010, which is designated as an NASD Office of Supervisory Jurisdiction ("OSJ") All General Offices are registered as OSJ's and other OSJs have been designated by NYLIFE, with supervisory responsibilities delegated to them as appropriate All OSJs are registered with NASD and, where applicable, the state securities departments

The Agency sales force is divided into four Zones Each Zone maintains a Zone Office that has been designated as an OSJ Each Zone OSJ is responsible for the supervision of securities activities in the branch offices or General Offices ("GO") that report to their Zone As part of their supervisory duties, the Zone OSJs must regularly conduct inspections of Branch Offices and carry out other duties as part of the compliance program

## G. GENERAL OFFICES, SALES OFFICES AND DETACHED LOCATIONS

NYLIFE maintains General Offices, and the Managing Partner of each General Office is responsible for supervising the Agents associated with that General Office. All Agents are associated with a General Office and subject to the supervision of the Managing Partner of that General Office. Each Agent maintains an office either (i) within the physical confines of the General Office (i.e., "housed Agents"); or (ii) in a location outside the physical confines of the General Office (i.e., "detached Agents" or "detached locations"). All Sales Offices, which are locations established through the Agency Department, and which typically house a member of GO management and/or IPS staff, are considered detached locations. All General Offices, Sales Offices, and detached locations are registered with the NASD and, where appropriate, state authorities. In addition, any Agent who receives mail in the GO, but does not maintain leased space at a GO or Sales office location is considered detached.

## SECTION I
## RULES OF CONDUCT

## A. FAIR DEALING WITH CUSTOMERS

Insurance companies, broker-dealers and their Agents have a fundamental duty to deal fairly with their customers, and to observe high standards of commercial honor and just and equitable principles of trade.

## B. FAIR DEALING WITH COMPETITORS

Agents must not criticize competitors by name, regardless of the tactics that may be employed by some of our competitors' representatives. The Company will continue to assist its Agents by providing comparisons of performance of our products to those of specific competitors. If an Agent becomes aware that any competitor is circulating distorted or inaccurate information about the Company, the Agent should notify his or her Managing Partner.

## C. CODE OF CONDUCT FOR CLIENT CONTACTS

Agents are expected to maintain high standards of professional conduct in the operation of their business, including their contacts with customers and other New York Life Agents.

### 1. Special Rules for Term Conversions

If a conversion application is submitted within five years of the effective date of the original Term policy, the original writing Agent on the Term policy will be entitled to a share of the commission on the conversion policy. The percentage share, which can never exceed 100%, will be determined by first dividing the face amount of the original Term policy, including the face amount of any Term riders on the same insured, by the face amount of the new conversion policy, including any Term riders on the same insured, and then multiplying the result by the appropriate factor shown in the following table:

| Policy Year on Term Conversion | Factor |
|---|---|
| 1 | 1.0 |
| 2 | 0.8 |
| 3 | 0.6 |
| 4 | 0.4 |
| 5 | 0.2 |
| 6 & Subsequent | 0 |

This mandated commission sharing does not apply if the original Agent is not properly licensed and appointed to sell the conversion policy being sold or if there is otherwise some regulatory impediment to making such payment. After five years, the original Agent will not be entitled to commission sharing unless agreed to by the Agent converting the policy.

### 2. Rules of Conduct

Building and maintaining client relationships are among the most important responsibilities Agents perform. Knowing the work that goes into this, Agents should respect the client relationships developed by other

New York Life Agents

Customers who hear from their Agent on an ongoing basis and feel their financial needs are being adequately addressed by their Agents are not likely to change their relationships. However, an Agent who has written business in a household should not presume a sense of ownership over the account simply because of that activity. From a customer service standpoint, ownership means accountability and stewardship. It implies high-quality ongoing service and positive action to address the client's evolving needs.

The rules of conduct that are stated below emphasize both the importance of established client relationships and the clients' right to decide which Agents, if any, they want to do business with. Agents must treat each other with professional courtesy, avoiding conflict and settling disputes amicably, without involving the client.

It is not an acceptable practice for an Agent to compete with another New York Life Agent. Agents should make every effort to determine if a prospect has an "established client relationship" with another New York Life Agent as part of the basic fact-finding effort. An established customer relationship is one where the customer has previously purchased a New York Life or subsidiary product and the original writing Agent or successor Agent is still active. Agents must determine if another Agent has any such established customer relationship before becoming involved.

**If an Agent learns that a customer has an established customer relationship with another New York Life Agent, the Agent should compliment the customer on having chosen New York Life as their company and must notify the other Agent of the contact with the customer. Notifying the original Agent is a professional courtesy, and doesn't impair the ability of any Agent or client from doing business with whomever they like.**

**Note:** Customers themselves decide which Agents, if any, they want to do business with. New York Life will respect a customer's choice of an Agent, particularly when it is communicated via submission of an application for new business. It is required that the new Agent notify an active original writing Agent or successor Agent of the customer's choice, prior to writing new business, except in those instances where the customer has specifically asked that this not be done. In these cases, the new Agent must obtain a signed statement from the client indicating that they've asked the original Agent not be notified of a pending transaction in accordance with our normal practice.

### 3. When Conflicts Cannot Be Resolved

Conflicts between Agents over client contact can jeopardize the customer's relationship with the Company and with the Agents involved. Agents should try to work out an accommodation that respects the client's wishes and desires for ongoing service. If two Agents cannot resolve the conflict the client will have to dictate which Agent they prefer to work with. The Company does not make this decision.

- If two Agents obtain applications for new insurance from the same insured, the first application received by the Company with all requirements completed will be issued.

- Although it is Company policy that any customer can work with any Agent the customer may choose, the Company reserves the right in conflict situations to assign commissions according to the Company's sole judgment.

- The Company's decision regarding the assignment of commissions will be based on all facts

relating to the case Specific attention will be paid to the degree to which the Agent has adhered to these rules and prior violations, if any, of the rules The assignment of commissions, if the Agent has been particularly egregious in ignoring these rules, may include the assigning of 100% of the commission on a new sale to the original Agent, as well as appropriate disciplinary action

- All decisions to assign commissions will be made on a case-by-case basis As a part of any decision concerning the assignment of commissions, Company officials should agree to a method for the assignment of commissions for future sales

**Raiding an Agent's book of business will not be tolerated. If an Agent persistently upsets the morale of the office by repeated conflicts and interference with other Agents, the Company will take appropriate disciplinary action, including possible termination of the Agent's contract.**

## D. SUPERVISORY INTERVIEW/INSPECTION PROCEDURES

### 1. Unannounced Interview/Inspection

All Agents are subject to at least one annual unannounced supervisory interview and inspection unless they meet an exception The exceptions for Agents apply to those who are not Registered Representatives and are outlined below Agents must commit to one date each month when the Agent will be at his/her location for the entire day This is an "administrative day" when he/she can do paperwork, make calls, etc , but is also available for an unannounced interview/inspection Agents must be available on that day

Agents will be required to commit to dates for six months Agents will then be asked to update and extend the dates at the end of each quarter For example, in December, an Agent would be asked to commit to an "administrative day" for each month through June At the end of March, the Agent would then be asked to confirm the dates for the 2nd quarter and commit to dates in the 3rd quarter The GO will work with an Agent in those unusual instances where dates must be changed on short notice, but an Agent must understand that he/she is committing to be available on these dates

Any continuing failure to be available on the date chosen potentially jeopardizes the Company's ability to complete the supervisory interview and inspection process and will result in disciplinary action, including possible suspension of the Agent's ability to transact business or termination

### 2. Announced Interview/Inspection

In certain circumstances the interview/inspection may be conducted on an announced basis All of the following criteria must be met in order for an Agent to be subject to an announced interview/inspection:

- Agent must NOT be a Registered Representative, *AND*
- must be Senior NYLIC Agent *or* operating under a 1SN or 2SN contract, *AND*
- must be producing new business, *AND*
- total production must be less than $18,000 per year

### 3. Exemptions

The following individuals are exempt from the annual unannounced interview/inspection process:

a   Non-Registered Representatives who have not conducted business in the last 12 months or previous calendar year, or whose only first year commissions come from shared business where they are not the writing Agents provided:

- such individual is a Senior NYLIC Agent,
  OR
- the Agent can independently document a disability covering the prior 12-month period (e.g., they are receiving Social Security Disability Benefits),
  AND
- the client files for such shared business are maintained by the writing Agent

b   Non-Registered Representatives who have 1SN or 2SN contracts and who share business, but are not the writing Agent, provided the client files for such business are maintained by the writing Agent

## 4. Timing Requirements

Established Agents who are not Registered Representatives
- Agents hired prior to October 1st must have an unannounced interview/inspection during the calendar year in which they are hired
- Agents hired on or after October 1st need not have an unannounced interview/inspection during the calendar year in which they are hired, but an unannounced interview/inspection must be completed no later than June 30th of the following calendar year

New Registered Representatives
- Every new Registered Representative must complete the "New RR Part C" of the interview/inspection form within 30 days of the date the Registered Representative passes the Series 6 or 7. This is to help ensure that the individual has knowledge of Company rules and has completed the other required questions contained in this section
- Agents who become registered prior to October 1st of the year they are hired must, subsequent to their becoming registered, also have an unannounced interview/inspection during the calendar year in which they are hired
- Agents who have already had their interview/inspection in the current year, and later become a Registered Representative before October 1st, must participate in a second unannounced interview/inspection in the current year and must complete the "New RR Part C" within 30 days of the date the Registered Representative passes the Series 6 or 7.
- Agents who become registered on, or after, October 1st of the year they are hired must complete the "New RR Part C" of the interview/inspection form within 30 days of the date the Registered Representative passes the Series 6 or 7. The unannounced interview/inspection must then be completed no later than June 30th of the following calendar year

## E. SUITABILITY & THE GUIDE TO SUITABLE SALES

All Agents are required to read, understand, and abide by the contents of the Guide to Suitable Sales attached to this Handbook as Appendix A. Agents who are not registered representatives are only required to read the following sections of the Guide:

- Manual Review for Senior Annuity Investors
- Replacements
- Manual Review of Annuity Replacements
- Additional Suitability Obligations for Fixed and Variable Annuity Transactions

## 1.  Determining Suitability

In recommending the purchase, sale, exchange, redemption or replacement of a security, an Agent must have a reasonable basis for believing that the recommendation is suitable for the customer, given the customer's age, other security holdings, tax status, investment objectives, financial situation, tolerance for risk, financial needs, and any other information known by the Agent  The suitability obligation applies to recommendations to open an account and recommendations to purchase or sell additional investments within an existing account

Prior to making a securities recommendation, Agents should make sure the customer understands the potential risks and rewards of the investment decision  Agents must provide a complete description of all fees, penalties and/or expenses associated with the transaction, describe product features and, where appropriate, point out tax considerations (e g , in the case of "tax-qualified" plans)  They must always advise a customer to research specific tax issues with an attorney or accountant

Some possible examples of unsuitable securities recommendations include the following:

   a  Recommending speculative securities to customers who do not appear able to bear the financial risks of the investment;
   b  Transactions in products requiring the payment of continuing premiums in which there is no reasonable expectation that the customer will have the continuing ability to pay;
   c  Purchasing and selling mutual fund shares on a short-term basis (i e , "switching");
   d  Selling mutual funds in amounts just below a breakpoint;
   e  Excessive trading activity (i e , "churning");
   f  Replacing insurance products with securities or other insurance products, or vice versa, when there is no discernible benefit to the customer  (When a replacement involves an insurance product, Agents must adhere to all state insurance rules and regulations regarding disclosure and filings  Compliance with applicable replacement rules does not necessarily mean that a particular series of transactions is suitable for the customer );
   g  Using monies taken as a loan or withdrawal from existing life insurance policies to purchase other securities products, or vice versa, when there is no discernible benefit to the customer;
   h  Selling multiple policies of the same type to a customer when there is no underlying benefit from, or purpose for, owning multiple policies;
   i  Recommending the purchase of variable insurance products to individuals who are unable to understand the implications of negative investment performance or to assume investment risks;
   j  Recommending the purchase of illiquid products to customers having short-term investment objectives; and
   k  Recommending the purchase or exchange of an annuity to a consumer, including seniors (individuals age 65 or older), without reasonable grounds based on facts disclosed by the consumer

## 2. SmartMatch

The Company SmartMatch suitability system is a standardized and automated suitability review process for its proprietary and non-proprietary securities products  Among other things, standardized rules evaluate the customer's ability to pay for the investment; that the premium or investment allocation is consistent with his/her investment objective; and that the purchase is otherwise appropriate for the customer

The Guide provides Agents an analysis of factors that must be evaluated to determine suitability of purchases, redemptions and replacements as well as detailed description of SmartMatch  The description includes details about how SmartMatch will use the designation of a suitability pend to give the registered

representative the ability to collect additional documents and/or information that might result in the case ultimately passing. The Guide also goes into details about what happens if the additional information does not cure the pend, and the case will be declined.

SmartMatch and any manual review of a case will take into consideration whether a customer has the financial wherewithal, tolerance for losses and investment experience to purchase the product proposed. Accounts are reviewed not only upon sale but also through our Account Monitoring procedures. Several factors are considered including:

a.  Owner's Financial Situation: The customer's financial information, including income and net worth must be evaluated to determine if the client's purchase of a product would impede his/her ability to cover living expenses without withdrawing amounts from the product and incurring early withdrawal charges or tax penalties. Similarly financial information is reviewed to evaluate whether a customer will continue to have a sufficient amount of liquid assets for emergencies and unanticipated expenses.

b.  Risk Tolerance and Investment Objectives: There must be a consistent match of the customer's risk tolerance to his/her investment objective. In addition, there must be a consistent match of the investment's risk classification to the investment objective.

c.  Age: Manual review will be required if a customer is over a specified age. In addition more stringent net worth and income tests will apply and limits will be placed on investments in the higher risk investment options. An additional questionnaire ("What type of Investor Are You") may also need to be completed.

d.  Protection in Annuity Transactions: Several states are now requiring that Agents have reasonable grounds for believing that a recommendation to purchase or exchange an annuity is suitable for consumers. In order to develop this basis, Agents are required to request information regarding the consumer's financial situation and other products that the consumer owns. While this requirement applies to senior consumers in many states, there is a trend among the states to this requirement to consumers of all ages.

e.  Investment Experience: Inexperienced investors may have restrictions placed upon investment in the higher risk investment options. In addition Form 13860 ("What to consider Before you Invest") must be provided to the customer.

f.  Source of Funds: Existing financial assets that are subject to significant redemption expenses (see below) should not be accepted as a source of funds for deferred annuity premiums. The Company applies the same SmartMatch standards for variable annuities to fixed deferred annuities. Surrender charges or mutual fund contingent deferred sales charges should be limited to the greater of 3.0% or $500.00. Class A shares of mutual funds should not be redeemed if they have been held less than 3 years. Class C shares of mutual funds should not be redeemed if they have been held less than 1 year.

g.  Replacements: Manual review of all replacements is required. A replacement is a transaction where a new life insurance policy or annuity contract is to be purchased and it is known or should be known to the Registered Representative that an existing life insurance policy or annuity contract will be affected or changed because of the transaction. State specific insurance regulations have standards of conduct, which require customers receive information upon which and informed decision can be made and reduce the opportunity for misrepresentation or incomplete disclosure. Additional factors that are considered when a replacement is involved are the surrender charges remaining on the policy that is to be replaced, and the additional features that the new policy makes available to the customer. To assist the registered principal who is reviewing the application to understand why a replacement is being recommended, it is critical that the required replacement forms contain a clear explanation of the rationale (shorthand explanations such as "1035 exchange" are not acceptable).

The explanation must clearly state the benefits to the client for effecting the replacement transaction. Registered principals may request additional information, particularly in situations were the premium allocation is 100% to the Fixed Account or where the Investment Protection Plan Rider is selected and more than 50% of the premium is allocated to the Fixed Account.

h. Existing Policies: Additional standards of liquidity and net income apply to ensure that the issues described under Owner's financial situation are addressed where a customer owns more than one policy within a given policy type. In addition, there should be a benefit to the customer when a second policy is purchased if the customer may have been able to pay the additional premium into the existing policy. An acknowledgement from the customer regarding these issues, which are described in the investor profile, will need to be completed.

i. Breakpoint Sales/Share Class: A determination of which share class is most appropriate for an investor is contingent on factors unique to the customer coupled with the different characteristics of the share classes. The customer's time horizon, need for liquidity as well as the amount of money they will be investing initially and in the future must all be considered prior to making a recommendation. NYLIFE has set limits regarding the amount of Class B&C shares a customer may purchase based on the amount of the total purchases within a given fund family.

j. Switching: Using the proceeds from the sale of one mutual fund to purchase one or more other mutual funds needs to be evaluated in light of the incidental costs associated with the redemption and purchase as compared with the potential benefit to the customer. Consideration should be given to exchange privileges or buy back provisions which enable a customer to move money from one fund to a different fund in the same fund family in the same share class without a new holding period or commission charge. NYLIFE identifies, classifies and evaluates switch activity to determine if the client needs advice on more cost effective options or if the transaction needs to be reversed.

k. Time Horizon: Consideration should be given to the customer's holding period. The customer should anticipate holding the deferred annuity for a period of time that exceeds the surrender charge period.

## F. SECTION 529 PLANS

Agents who have passed the Series 6 or Series 7 examination are eligible to offer and sell Section 529 (college savings) plans to qualified clients. These 529 plans are characterized as "municipal fund securities" under the federal securities laws, and are designed to permit parents, grandparents, and others to provide for future college education expenses of their children, grandchildren, and others. Currently, the gain on investments in Section 529 plans is exempt from federal taxation. Each state sponsors its own Section 529 Plan, which, for residents of that state, is considered an "In State Plan." Many states provide state income tax benefits only to those residents who purchase an in-State Plan. Some state income tax benefits to purchasers of In-State Plans may include providing state income tax deductions for contributions to an In-State Plan and a state income tax exemption on withdrawals of earning from an in-State Plan. Residents of a state that provides income tax benefits for purchasers of In-State Plans will likely not receive such state specific benefits if they purchase a Section 529 Plan sponsored by another state (an "Out-of-State" Plan). If a client's state of residence offers such tax benefits, the Agent must discuss those benefits with the client if recommending a plan offered by another state. When recommending Section 529 plans to clients, Agents must keep all of the pertinent suitability considerations in mind, including, but not limited to the client's net worth, annual income, the ages of the children, time horizon, and any relevant tax considerations and made appropriate recommendations accordingly. Some Section 529 plans are sold directly to the public rather than through brokers. When considering the suitability of a prospective Section 529 plan sale, it is appropriate for Agents to consider a client's desire to work with an Agent rather than to purchase a plan without Agent involvement. Agents should also consider the varying characteristics of the Section 529 plans that the

Company makes available for sale. Any information provided clients concerning tax treatment of Section 529 plan contributions and withdrawals is for general information purposes only and is not intended to constitute tax advice. Agents should always advise their clients to consult their personal tax advisor for individual tax advice.

## G. ACCOUNT MONITORING

NASD Rules require broker dealers to maintain adequate supervisory control systems. Enhancements to SmartMatch have strengthened NYLIFE's ability to satisfy regulatory requirements and enable us to provide NYLIFE's customers with helpful information regarding their securities products.

Most accounts (mutual funds, 529 plans, variable annuity and variable life insurance contracts) are subject to an annual automated review to determine if the investment allocation amounts are consistent with the customer's investment objective on records with NYLIFE based on the Corporate standards detailed in the Guide to Suitable Sales (Agency Portal>Standards & Compliance>Registered Products>Guide to Suitable Sales: SmartMatch)

Additionally, the review will assess the account values relative to the customer's liquid net worth on record with NYLIFE also based on the Corporate standards detailed in the Guide to Suitable Sales (Agency Portal>Standards & Compliance>Registered Products>Guide to Suitable Sales: SmartMatch)

Accounts that were subject to a suitability review (new business or in-force transaction) in the prior 12 months will be exempt from the current year's automated account monitoring review. In addition, only those accounts with SmartMatch investor profile records will be subject to the automated reviews. This includes accounts opened after December 2001, and older accounts where the customer has provided investor profile information in response to SEC Books & Records correspondence. Participant accounts in NYLIM Retirement Plans will not be included in the automated account monitoring review.

Correspondence will be mailed to customers whose investment allocation amounts exceed the standards referenced above, and Registered Representatives will receive a TPAL notification. The correspondence is informational only and does not require any action by the owner.

## H. MAXIMUM ISSUE AGE FOR VARIABLE ANNUITIES

Maximum Issue Age for LifeStages Access Variable Annuity is age 80, and the maximum issue age for all other LifeStages Variable Annuity products is 75. For non-proprietary variable annuities, the maximum issue age for non-proprietary variable annuities with no Contingent Deferred Sales Charge (CDSC) is 80 and all other non-proprietary variable annuities is 75.

## I. SOURCE OF FUNDS FORM FOR ALL TRADITIONAL FIXED LIFE INSURANCE & ANNUITY PRODUCTS

A Source of Funds Form must be submitted with all fixed annuity (immediate and deferred) and fixed life insurance applications. This form gathers information regarding the source of the funds used to purchase the fixed annuity or fixed life insurance policy. The form must be completed and signed by the Agent. It is important to note that the form is required to be submitted for all fixed life and annuity purchases, even if the funding for the new product is not the result of the redemption of a variable contract or mutual fund. *If the form is not submitted with the application, the application will be deemed "not in good order" and will not be released until the form is received.*

Applications for fixed products that are being funded by the liquidation of a variable life policy, variable annuity or mutual fund will be reviewed to determine if the surrender charge on the variable life policy or variable annuity, or the CDSC on a mutual fund, is greater than $500, and is equal to or greater than 3% of the amount being liquidated. If an application pends after this review, IPS staff will contact the Agent for further information to determine if the purchase can go forward. In addition, for deferred annuities, whole life insurance and universal life insurance the Company will review the client's time horizon for holding the new policy or contract. Generally, the time horizon must equal or exceed the length of the surrender charge period, if applicable. For purchases of whole life insurance, which has significant acquisition expenses in the early years, the time horizon should be long term, typically ten years or more. If the client's time horizon is not long enough the application will be rejected.

The Source of Funds form is required regardless of the fact that the Agent submitting the application may not be a registered representative. Also note that Agents who are not registered representatives cannot recommend the liquidation of a security to fund an insurance product.

## J. CHURNING

Agents must not engage in "churning," or "overtrading," practices whereby the client's securities positions are traded excessively in an effort to generate commissions without commensurate benefit to the client. Churning is determined on a case-by-case basis, taking into account the extent of the activity, the amounts involved, the commissions generated, the client's investment objectives and financial situation. It is possible for churning to take place even where all state insurance replacement requirements have been satisfied.

## K. MARKET TIMING

"Market timing" involves rapid trading in and out of mutual funds (or investment divisions in variable products) in order to take advantage of potentially stale equity prices set at the close of the market on a particular day. Agents are expected to be mindful of the provisions in some mutual fund and variable life and annuity prospectuses concerning activities that might be construed as market timing. Agents are prohibited from engaging in efforts, whether on their own or their clients' behalf, to act in contravention of prospectus provisions related to market timing. Agents who suspect that any of their clients are involved in market timing activities in contravention of prospectus provisions should immediately notify their Managing Partner.

## L. LATE TRADING

"Late trading" refers to the purchase or sale of a security after the market closes at 4 pm Eastern time, where the security is improperly priced at that day's net asset value ("NAV") rather than the NAV for the following day. Agents are prohibited from engaging in or facilitating late trading activities. Company policy is to process any trade instructions received after 4 pm Eastern time at the next day's NAV. Agents should ensure that their customers are aware that any trade instructions received after 4 pm Eastern time will receive the following day's NAV.

## M.   LONG TERM CARE SUITABILITY AND REPLACEMENTS

### 1. Suitability

The sale of Long Term Care Insurance ("LTCI") is guided by the need not only to educate the client regarding the value of the insurance, but also the need to determine whether the purchase of the insurance is appropriate for that client. In order to properly assess the suitability of a LTCI purchase, New York Life Insurance Company has adopted written suitability standards to help Agents assess whether the purchase of

LTCI is appropriate for the needs of each applicant. The suitability standards emphasize the importance of ensuring that the applicant's needs and ability to pay for the insurance are a priority in the sales process.

There are two documents in the LTCI application packet that specifically pertain to suitability issues:

- Long-Term Care Insurance Personal Worksheet - A tool for gathering financial information from the applicant in the categories of income and assets. The Agent should assist the applicant with completion of the Personal Worksheet, and the Worksheet must be submitted as part of the application.

- Things You Should Know Before You Buy Long-Term Care Insurance - A disclosure form for consumers that provides information about LTCI, Medicare, Medicaid, the Shopper's Guide, and state counseling. The applicant should retain this form.

The Agent should use the LTC*Select*Premier suitability standards and the Long-Term Care Insurance Personal Worksheet to assess whether LTCI is an appropriate purchase for each applicant. The following guidelines for income and assets are indicated on the Personal Worksheet:

- If premiums are to be paid from income, the premium for the proposed LTCI policy should not exceed 7% of the applicant's annual income.

- The applicant should have at least $30,000 of assets to protect ($60,000 if both spouses apply for coverage).

**Suitability Verification Procedures**

The Personal Worksheet attached to each submitted application is reviewed by the New Business to determine whether:

- the applicant was made aware of the possibility of a premium increase, and that such an increase could be, for example, 20%;

- the premium for the coverage applied for does not exceed 7% of the applicant's annual income; and

- the assets the applicant has to protect are worth at least $30,000 for individuals, or $60,000 if the spouse is also applying for coverage.

The Company will communicate directly with the applicant by use of a Suitability Letter if:

- the financial information on the Personal Worksheet does not meet the LTC *Select* Premier Suitability Standards; or

- the applicant declined to provide sufficient financial information on the Personal Worksheet to permit a determination as to the suitability of the purchase.

New Business may also send a Suitability Letter if, upon review of the overall application and Personal Worksheet, there is some question as to whether the purchase of LTCI is appropriate for that applicant, regardless of whether the information provided on the Personal Worksheet meets the stated criteria.

**Procedures for Applicants Providing Financial Information**

Upon receipt of the application, LTC New Business will review the financial information to determine whether the coverage is appropriate. If coverage is not appropriate, a Suitability Letter will be mailed to the applicant with a copy to the Agent. If the applicant still desires the coverage, then the applicant simply checks the "Yes" box on page 2 of the Suitability Letter, signs and returns the form to the Long-Term Care

division. Upon receipt of the applicant's request to continue the underwriting process, New Business will resume processing the application. If the signed form is not returned within 60 days of the date of the Suitability Letter, New Business will close the file and the policy will not be issued. A Suitability Decline Letter will be mailed to the applicant with a copy to the Agent.

**Procedures for Applicants Not Providing Financial Information**

If the Personal Worksheet is incomplete or suggests that the insurance is not suitable for the applicant, New Business processing will be suspended until additional information may be obtained from the Agent and/or applicant. To avoid unnecessary delays, Agents should make every effort to ensure that the Personal Worksheet enclosed with the application packet is completed and signed before submission to Long-Term Care. In cases where the submitted Personal Worksheet is incomplete, New Business will contact the Agent to request the missing information and allow seven days for that information to be submitted.

Some clients may not wish to disclose their financial information to New York Life. In these situations, please remind the client that they have the right to keep that information private. However, in order for Long-Term Care to complete the suitability verification process, they will receive a Suitability Letter. Clients may indicate their desire to purchase coverage regardless of suitability by completing Page 2 of the letter and returning it to Long-Term Care.

**2. Internal Replacements**

New York Life Agents have an obligation to ensure that applicants reach appropriate decisions concerning their planned LTCi purchase. When the applicant's decision concerns replacing an existing New York Life LTCi policy with the Company's current LTCi policy, the decision must take into account the values, benefits and costs of the applicant's existing insurance as compared to the values, benefits, and costs of the recommended replacement.

Agents must take into account the Company's suitability standards for the internal replacement of existing New York Life LTCi when developing marketing plans to present the Company's current LTCi product to their existing LTC insureds, as well as when making individual presentations to their existing LTC insureds. Agents should not market a replacement to an existing LTC insured unless the Agent believes, based on the Company's standards detailed below, that the product is suitable for the client.

**Suitability Standards for Internal Replacements**

- All replacement sales must meet the same financial suitability guidelines as a new purchase. In addition, in the case of internal replacements, the sale must also meet the Company's replacement suitability guidelines.

- For the purposes of determining the suitability of an LTCi policy replacement, Agents should compare the cost of base policy benefits under the existing policy to the cost of those same benefits under the proposed new policy. Base policy benefits include: Nursing Home Maximum Daily Benefit, Home and Community Based Care Maximum Daily Benefit, Benefit Period, and Elimination/Waiting Period. The base premium increase percentage is – for comparison purposes – the percentage increase in premium that would result if the base benefits included in the current policy are replaced with the same base benefits in New York Life's LTC *Select* Premier policy.

- Clients should not replace an existing New York Life LTCi policy with a new LTC *Select* Premier policy unless they believe that the values and benefits of the new policy they intend to purchase

exceed the values and benefits of their existing insurance policy taking into account the cost of the new policy as compared to the cost of the existing insurance policy

A replacement LTCi policy may not be in the client's best interest if the client has not elected to purchase one or more of the new benefit riders available with the LTC *Select* Premier policy, even if the base premium increase is moderate. The new benefit riders include the CPI-U, CPI-U +1, CPI-U +2, Shared Care, Couples, and Return of Premium Upon Death

A replacement LTCi policy **is generally not** in the client's best interest if the base premium increase is significant. The value of benefits gained by the replacement policy must be weighed against the increase in premium the client may expect to pay. For purposes of these suitability standards, a base premium increase percentage of less than 25% is considered "moderate," while an increase of 25% or more is considered "significant" and is not a suitable replacement. Applications submitted for clients where the base premium increase percentage would be 25% or more will be declined immediately without further processing.

All replacements of one New York Life LTCi policy to another New York Life LTCi policy are considered internal replacements. Agents are reminded to follow all replacement procedures for these replacements. Applications indicating that the applicant intends to replace coverage in force or coverage in force within the last 12 months with an LTCi policy are treated as a replacement. The applicant must receive a copy of a signed replacement notice and the other copy must be returned with the application

## Comparison Form
A "Comparison of Existing Coverage and Premium to Replacement Coverage and Premium Comparison" form must be completed when a replacement is involved.

The Comparison Form features the following sections:

- a side-by-side comparison of base benefits (as defined above) between the existing coverage and the replacement coverage requested;

- space for the addition of optional benefits available with the LTC *Select* Premier policy, a comparison of those benefits with the optional benefits available on the current coverage, and cost comparisons; and

- a replacement policy worksheet for the calculation of the new total modal premium, including any applicable premium discounts

If the application and Comparison form are not correct or the correct forms were not submitted with the application, the application and required forms are forwarded to the Agent for completion

## Replacement Letters
Upon receipt of the Comparison form and the complete application, from the Agent, New Business will begin processing the application. The following chart illustrates the actions taken with respect to suitability of the internal replacement.

| Base to Base Premium Change | Rider(s) | Financially Suitable | Action |
|---|---|---|---|
| Premium Change < 25% | No | Yes | Send Replacement Suitability Letter |

| Premium Change > 25% | Yes or No | No | Close File |
| Premium Change < 25% | Yes | Normal suitability processing | NA |
| Premium Change < 25% | No | No | Send Combined Replacement Suitability Letter |

Applicants that receive either a Replacement Suitability Letter or a Combined Replacement Suitability letter have 30 days from the date of the letter to respond to the letter. The following chart illustrates the action taken by New Business on the letters.

| Applicant Response | Action |
| --- | --- |
| No response. | Close file and automatically reinstate existing policy. |
| I wish to purchase the replacement coverage. | Continue processing application. |
| I do not want to replace my existing coverage | Close file and automatically reinstate existing policy. |

### 3. External Replacements

Replacement questions in the application must be appropriately answered. Applications indicating that the applicant intends to replace coverage in force or coverage in force within the last 12 months with another insurer with a NYL LTCi policy are treated as an external replacement. The applicant must receive a copy of the signed replacement notice and the other copy must be returned with the application. Upon receipt of the application, New Business will send a letter to the existing insurer notifying the insurer of the proposed replacement. Notice of replacement from another insurer received by New Business are forwarded to the Agent of record.

### N. Employer-Owned Insurance Policies

The Federal Pension Protection Act of 2006, which became effective on August 17, 2006, has a provision that affects the taxation of employer-owned life insurance. While this provision was aimed at the COLI/BOLI industry, the Act was written broadly enough to include all employer- owned insurance, including small business owned insurance.

According to the new law, an employer can be taxed on death benefits it receives under a life insurance policy on the life of an employee, unless the employee provides his or her consent and receives notice of certain information about the policy, prior to the issuance of the life insurance contract.

Accordingly, all employer-owned insurance policies must be accompanied by a "Consent to Insurance" form (#22714), signed by the covered employee. The form is available in the Forms Library on Agency Portal, and must be submitted with the application.

For more details on the rules on employer-owned life insurance policies, please refer to the Advanced Market Update newsletter that is available on Agency Portal at: Resources > Advanced Markets > Advanced Planning Library > Notice & Consent - Pension Protection Act of 2006

## O. COMPANY AND REGULATORY STANDARDS FOR SWITCHING AND REPLACEMENTS

In order to determine that a product switch or replacement is appropriate for the customer, the Company considers the following:

- Amount of surrender charges incurred
- New surrender period established
- Tax ramifications
- Loss of benefits
- Reduction of benefits
- Holding period of existing product
- New sales charges/acquisition costs
- Overall benefit to customer
- Any other relevant factor (e.g., limited features or poor performance of surrendered/redeemed product)

The Company will monitor Agent sales practices to identify inappropriate activity

## P. AGENCY STANDARDS FOR SWITCHING AND REPLACEMENTS

The Agent is required to consider all of the above factors to ensure the product switch or replacement is appropriate for the customer. Benefit to the Agent is irrelevant to the determination of the suitability of a transaction

The Company will monitor the sales practices of its Agents, and where appropriate, take action against any Agent who has breached the standards set by the Company. Disciplinary action could include a reprimand, fine, suspension, or termination

The Company limits, and reserves the right to limit in the future, the amount of any and all compensation derived from inappropriate product switching/replacement business and to make the final determination of an Agent's right to receive compensation from any product switching/replacement business

In any case in which the Company rescinds, cancels, or reforms the new product because, in the Company's opinion, the product switch/replacement was not appropriate, the Agent may be required to repay the Company and/or forfeit the amount of compensation received from the sale of the new product

## Q. RULES REGARDING INSURANCE SALES

Agents have a responsibility to abide by the following guidelines with respect to both traditional and registered insurance sales:

### Rebates
Rebates are prohibited. Accordingly, no Agent is authorized or permitted to pay, allow or give, or offer or agree to pay, at any time, either directly or indirectly, any rebate, special favor, advantage, or other valuable consideration or inducement whatsoever on any policy, either to the applicant for that policy or any other person. The laws of many jurisdictions make such acts a criminal or civil offense

### Applications
Agents must carefully observe the following rules with respect to applications for any insurance issued by the Company. No policy rider, change or reinstatement can go into force unless and until these rules have been

complied with:

## 1. Forms

Agents are required to use the proper form of application for the policy desired. General information with respect to application forms, and the manner in which they should be filled out and completed, may be found in the Company's application instructions applicable to the kind of insurance involved (including any amendments and supplements thereto). Under no circumstances is an Agent permitted to accept a blank or undated form that has been signed by a customer, or to encourage or permit a customer to sign a blank or incomplete form.

## 2. Conditions

The Agent, while in the presence of both the applicant and any other parties to the application, must fully and accurately complete the policy application together with any special forms required with it, and all applicable conditions set forth in the agreement contained in the application must have been complied with. The applicant (not the Agent) must initial any change to, or alteration of, an answer on an application. Instructions contained in all such documents must be fully complied with before such forms or documents may be submitted to the Agent's GO or the Company. This section does not apply to paramedical or medical Part II applications. If unique circumstances dictate that an application be solicited by mail, special rules apply and the GO should be consulted.

## 3. Cash (i.e. U.S. Currency) Submitted Immediately

Any cash received by an Agent, which is intended as the initial premium for a traditional (non-securities) insurance product, within the authority granted to the Agent in connection with an application for insurance or otherwise, must be turned in to the Company immediately. An Agent must not commingle such cash with any other funds and may not accept cash as payment for a variable insurance product, variable annuity product or other securities product.

## 4. Receipt and Conditional Temporary Coverage Agreement

A full, clear statement of the only conditions upon which an Agent is authorized to receive cash with an application for an individual policy for temporary coverage is contained on the application form. The Agent must strictly comply with these conditions. The receipt attached to an application is the only form of receipt authorized by the Company for use in receiving cash with an application. Where cash is received, the Agent shall fill out the receipt attached to the application for the sum paid, sign it, and deliver it to the applicant. Where applicable, the Agent should indicate separately the amount paid for life insurance, the amount paid for an annuity, and the amount paid for a rider. No Agent is authorized to issue a cash receipt in exchange for anything but cash and then only at the time that cash is received. Any check written in connection with the payment shall be drawn to the order of the Company, not the Agent. Cash may be accepted only as initial premiums for traditional (non-securities) insurance products and must not be accepted for a variable insurance product, variable annuity product or other securities product.

## 5. Applications Submitted Immediately

An application Part I or a Non-Medical Part II, including all insurance enrollment forms, received by an Agent must be turned in to the Company immediately. All other papers received by an Agent relating to insurance, including among others, amendments, questionnaires, and change of beneficiary and ownership forms, also must be submitted immediately to the Company.

## 6. Witness to Signature

An Agent generally must witness the signature of an applicant or other party to an application for individual

life and annuity personally. Where required, the Agent must witness signatures on other insurance documents. Sometimes there are unusual situations where an Agent solicits an application, or causes an insurance document to be submitted to the Company, on which the Agent, for a valid reason, cannot witness an applicant's or other party's signature. In these situations, some disinterested person, unrelated by blood or marriage to any of the proposed insured, owner, applicant, beneficiary or premium payor, may witness the signature, and the designation of the Agent must be crossed out or otherwise deleted. In this circumstance the Agent must sign the application in the appropriate space to receive credit and must furnish a written statement with the application or insurance documents, explaining why he or she was unable to witness the signature.

## 7. Execution of Documents
Dates and locations placed upon applications and related documents relating to Company products shall be the dates on which, and locations where, the transactions actually took place.

### Medical, Paramedical, and Non-Medical Programs
Agents must be familiar with Company rules regarding medical examiners, medical examinations, and the paramedical program applicable to the various kinds of insurance offered by the Company. These rules appear in the Company's rate books, software, booklets, manuals, and announcements, including new applications, changes, and supplements to in-force policies. The rules are on file at every GO.

Agents must submit applications on a non-medical basis unless a paramedical or medical examination is required under the Company's rules. On applications submitted on a non-medical basis, the Agent must see the proposed insured and other persons proposed for coverage, if required, at the time the application is obtained and be satisfied that such persons appear to be normal, healthy, and satisfactory risks for insurance. If there is any question by the Agent on the information reported by the persons proposed for coverage (e.g., an understatement of the proposed insured's weight), such questionable items must be noted in the Agent's Statement for the application.

Cases that do not qualify for a non-medical program must be submitted under the paramedical program where such facilities are available unless a medical examination is required under the Company's rules. When a paramedical examination is necessary, the paramedical application Part II must be completed by a paramedical facility approved by the Company. The Company reserves the right, however, under both the non-medical and paramedical programs, to call for a medical examination whenever it deems necessary.

When a medical examination is necessary, it must be conducted by a medical examiner approved by, or acceptable to, the Company. The Company will not accept an examination made by an examiner who is related by blood or marriage to the policy owner, applicant, proposed insured, beneficiary, premium payor, or Agent. The Company fixes a medical or paramedical examiner's compensation, usually a fee for each examination made for the Company. Agents have no authority in these matters.

Agents are not authorized to, and must not, examine, review, modify, change, retain, or copy any information received by or set forth by a medical examiner, paramedical examiner, or attending physician, whether such information is set forth in the medical application Part II, the paramedical application Part II, the attending physician's statement or otherwise.

In addition, the Company reserves the right to suspend, revoke or terminate an Agent's authority to solicit applications on a non-medical basis, effective as of the date specified in any written notice of the exercise of such right.