# Exhibit - A

PART 2 of 4

**Delivering Contracts**

Agents must promptly deliver all insurance contracts to the purchaser. A delivery receipt must be signed by the policyowner and promptly forwarded by the Agent to the appropriate business area. If the receipt is not returned and recorded within 45 days from the paid date, the commissions are reversed.

Agents must be sure that all signatures on the applications they witness are authentic and that all applications are completed by the applicant. If a contract cannot be promptly delivered, it must be returned to the Administrative Manager for proper handling.

**Policy Delivery**

Agents are authorized and required to deliver each policy promptly to the custody of the applicant, as soon as the following conditions are met:

1. the applicant has signed and delivered all necessary papers and performed every act required of the applicant by the Company in connection with the issuance of the policy;

2. the Agent, or the Company, has received all of the premiums due the Company as of the delivery date;

3. the delivery of the policy is not prohibited by the terms and conditions of this Handbook or otherwise; and

4. the policy is delivered in accordance with all additional Company rules for delivery of policies applicable to the policy involved, including the completion and signing of the appropriate policy delivery receipt or other policy delivery document, depending on the type of policy and the jurisdiction.

Agents must be familiar with all of the Company's delivery rules and the appropriate forms that apply to such rules, and with any additions, supplements, or amendments to such rules or forms.

The Company reserves the right to call for any additional requirements considered necessary in connection with the delivery of a policy. In complying with these rules, it is the responsibility of the Agent to see that all premiums due as of the delivery date of the policy are paid concurrently with delivery. Any policy that cannot be delivered as authorized must be returned to the Company promptly.

**Policy Review on Delivery**

A policy may be left with the policyowner for review only in the following circumstances:

**1. Inspection**

An individual life insurance policy on which no first premium has been paid, or if a first premium has been paid, the policy is not issued as applied for and no amendment is signed, may be left for inspection for a maximum of ten days, only if the Agent has first obtained from the applicant a receipt on the appropriate Company form. The Agent must promptly send this receipt to the GO.

**2. Examination (Cash Paid - Free Look)**

Under the Company's Free Look policy examination program, an owner may request cancellation of an individual policy, in writing, within the Free Look period specified, for a refund of the full premium paid or account value, whichever is applicable. At the time of delivery, the Agent should direct the policy owner's

attention to this provision, stated on the face of the policy or by form attached to the front cover if a replacement. If, at the time the policy is delivered and accepted by the signing of a policy delivery receipt, the owner does not wish to accept it, the Agent should obtain a written request for free look and a refund of the premium paid. The original policy, the signed policy delivery receipt and the owner's request to exercise the free look provision must be promptly returned to the GO. (Some jurisdictions require a free look period in excess of ten days. The Agent must be familiar with and comply with the requirement that applies upon delivery of the policy.)

### Rules for Delivery of Illustrations
#### 1. Policy
Agents may use only those policy illustrations that have been approved by the Company. Consistent with the NAIC Life Illustration Model Regulation (the "Regulation"), the Company requires that the Agent and policyholder sign an illustration in all jurisdictions for all covered products. The Company requires an illustration for all New York Life life insurance products, including variable life insurance products.

#### 2. Signature Requirements
The Regulation requires that an illustration matching the policy be presented to the applicant/policyowner. Both the Agent and the applicant/policyowner must sign the illustration. A complete signed copy of the illustration must be left with the applicant/policyowner, and a copy of the signed illustration must be submitted to the Company. The Agent should also retain a copy for his or her files.

#### 3. Requirements at Application
Either an illustration signed by both the applicant and the Agent and matching the policy applied for must be submitted with the application, or the "Illustration" section of the application must be completed. If neither is done, the application will not be processed.

The "Illustration" section of the application should be completed in the following instances:

- An illustration was not used in the sale;

- An illustration was used, but it did not match the policy applied for; or

- An illustration was shown to the customer on a computer screen but not printed out.

The following entries must be identical on both the illustration and the application:

- Premium

- Mode

- Face amount

- Riders

- Age

- Underwriting class

#### 4. Requirements at Policy Delivery
Illustration requirements at policy delivery depend upon how illustrations were handled at the time of application:

- **A signed illustration was submitted at time of application and this illustration matches the policy issued**

There are no additional illustration requirements. A policy delivery receipt is required

- **The "Illustration" section of the application was completed instead of providing a signed illustration at the time of application**

  Both a "Revised/Delivery" illustration, signed by the Agent and the policyholder, and a policy delivery receipt signed by the client must be obtained. These requirements must be submitted to the General Office. To produce a "Revised/Delivery" illustration, Agents should choose "Rev/Del Plcy" on the FTIS Base Policy Screen

- **A signed illustration was submitted at the time of application, but it does not match the policy issued**

  Whenever a change is made to a policy before delivery that would affect the illustration (such as mode change, change of insurance age or a face amount change), a "Revised/Delivery" illustration matching the policy issued must be furnished to the policyholder and signed by both the Agent and the policyholder. To produce a "Revised/Delivery" illustration, Agents should choose "Rev/Del Plcy" on the FTIS Base Policy Screen. A copy of the entire "Revised/Delivery" illustration, signed by both the Agent and the policyholder, must be submitted to the General Office. A signed policy delivery receipt is also required.

It is important that all Life clients receive a Buyer's Guide and that all state-specific requirements pertaining to the Buyer's Guide be carefully followed. Agents must check with their Administrative Manager for the requirements in states in which they do business

## R. COMPENSATION

Agents will be entitled to receive commissions only on premiums for policies resulting from applications the Agent has obtained in jurisdictions in which the Agent is properly licensed, and only in accordance with the Company's rules including, but not limited to, the following:

**1. General Requirements Concerning Compensation:**
**These are the general requirements. In the event of a conflict between anything contained in this document and the Agent's Contract or Registered Representative's Agreement ("RR Agreement"), the terms of the Agent Contract and RR Agreement will govern.**

   a   The Agent must have fully complied with and performed, in accordance with the Agent's authority, each and every condition and act required of the Agent by the terms and conditions of the Agent's contract (including this Handbook and any amendments and supplements thereto), in order to entitle the Agent to compensation on a policy;

   b   If there is any question or controversy between Agents as to who is entitled to compensation for a particular policy, the Company's decision shall be final;

c.    If, for any reason, the Company rescinds, reforms, modifies, or cancels a policy, the amount of any compensation received by the Agent as a result of the policy will become due from the Agent to the Company and the Agent shall repay the Company the amount of any compensation he or she received;

d.    If, for any reason, a policy terminates or is reformed and compensation has been advanced to the Agent for premiums that have not been paid to the Company, the amount of any unearned compensation received by the Agent will become due from the Agent to the Company, and the Agent upon demand therefore shall repay the Company the amount of any unearned compensation he or she received; and

e.    If, for any reason, the Company deems it necessary to do so, a policy may be issued subject to an adjustment being made in the Agent's compensation; or, if compensation has been allowed, the Company may require that the compensation be refunded in whole or in part

**2.  Certain exceptions exist with regard to the payment of compensation, including but not limited to the following:**

a.    No compensation will be payable if the Company cannot lawfully pay it, or if the Agent cannot lawfully receive it;

b.    No commission will be payable on temporary medical extra premiums, nor on any extra premiums for occupation, avocation, aviation hazard, or motor vehicle risk;

c.    No commission will be payable before the premium upon which it is based becomes due under the terms of the policy, and is paid to and received by the Company, except in the case where a Check-O-Matic, Nyl-A-Plan or Government Allotment mode of premium payment is in effect  If a traditional product premium is paid within 23 days before its due date, the Company, at its discretion and for its own convenience, may then pay the commission before the premium due date (although it will be under no obligation to do so)  No such payment shall be deemed a waiver of the Company's right in other similar instances to defer payment until premium due date;

d.    No commission will be payable on the Whole Life premiums received under a Term Life policy if the agency contract of the Agent who procured the application for the policy is terminated prior to the end of the term period;

e.    No first-year commission on an annualized basis will be payable on a policy placed under Check-O-Matic premium mode until 14 days after the first Check-O-Matic has been deposited, with the exception of (1) variable products and (2) if a policy is placed on an existing Check-O-Matic arrangement  This rule will apply to the balance of first-year commissions on any in-force policy that is changed to Check-O-Matic  The full year's renewal commission, if any, will be paid on policies under the plan in the second and later policy years, when the first Check-O-Matic check is drawn by the Company in the renewal year, except in the case of all Universal Life policies, including Variable Universal Life, where renewal commissions are paid only as earned;

f.    No commission will be payable on a life insurance policy issued on the regular monthly premium basis (excluding Nyl-A-Plan, Check-O-Matic and Government Allotment) until the third monthly premium is paid, or until total premiums of $300 or more have been received on the policy,

whichever occurs first If only one or two premiums are paid before termination of the policy, no commission will be payable unless premiums totaling $300 or more have been received by the Company, except in the event of termination of the policy by the death of the insured For this purpose, premium means the amount of premium paid exclusive of any temporary premiums or flat extra premiums for occupation, avocation, motor vehicle risk, or civilian or military aviation; and

g   No commission will be payable after the termination of the Agent, unless such post termination commissions are specifically provided by the terms of the products and the specific contract form

**3.  With respect to a change in plan, change in benefits or conversion of an in-force policy, the following rules are applicable:**

a   If a Term life policy is exchanged for a permanent life policy before the end of the Term period, commissions will be payable to the Agent who effected the change;

b   If Term life or other Term insurance is converted or if a Term life policy is converted to a permanent life policy before the end of the term period, commissions will be payable to the Agent who effected the conversion, provided the conversion does not constitute a replacement;

c   An Agent will be deemed to have brought about such a change or conversion only if the Agent has procured all requirements necessary to effect the change or conversion, including the collection in cash for the Company of the sum required therefore, and if, in the case of conversion of term insurance, the insured is not, at the time written request for said conversion is made, disabled under any disability provisions contained in a Term policy or a policy to which a Term rider is attached; and

d   An Agent's right to commissions on premiums received after a change or conversion of individual or group life insurance has taken effect, and the amount thereof will be determined in accordance with the Company's applicable commission rules in effect at the time of such change or conversion regardless of when such rules became effective, and regardless of whether such rules, or any of them, have or have not been stated in the Handbook (including any amendments or supplement)

**4.  State Requirements**

Agents conducting business with residents from Arkansas, Connecticut and Rhode Island will be required to disclose at the time of sale that they will be paid a commission by the Company and may receive other performance-based compensation  The Company has modified its illustrations to include the necessary disclosure  Agents are required to deliver the disclosure both orally and in writing  When meeting a client or a prospective client, Agents must explain their compensation arrangement with the Company  The disclosure language has been incorporated in NYL's traditional and variable life illustrations, fixed annuity illustrations and variable annuity prospectuses to provide Agents with a written record that the required disclosures were delivered to the consumer  Signed illustrations are now required for all sales, including traditional life, variable life and fixed annuities  For LTC sales, Agents must remind the client that they will be paid a commission by New York Life Insurance Company and may receive other performance-based compensation  Applicants must acknowledge the disclosure in the LTC application

**S. COMPANY FEES**

An Agent shall be liable to pay and shall pay the Company the following fees:

1. A medical or paramedical fee is payable in any of the following circumstances, in an amount determined in accordance with the Company's rules in effect on the application date:

   a. If a medical or paramedical examination is made, but the application Part I is never received;

   b. If an unauthorized medical examination is submitted when it is not required (e.g., when the case should have been submitted under the Company's mandatory non-medical or paramedical program);

   c. If an unauthorized paramedical examination is submitted when it is not required (e.g., when the case should have been submitted under the Company's mandatory non-medical program);

   d. If a medical examination is not acceptable to the Company because:

      (i) it was incomplete; or

      (ii) it was made by a physician who was not affiliated with approved paramedical companies and it was made contrary to the Company's rules relating to examinations by physicians not affiliated with such approved paramedical companies; or

      (iii) it was made by a medical examiner related to the owner, applicant, proposed insured, beneficiary, premium payor or Agent;

   e. If a paramedical examination was made by a paramedical facility not approved by the Company;

   f. If the proposed insured is over the age at which the Company will issue a policy or is not eligible for insurance in accordance with the Company's published rules;

   g. If the charge for the medical examination exceeds the Company's fee; or

   h. If a medical examination on a group insurance application is secured by an Agent without prior Company approval

2. A policy cancellation fee is payable in an amount determined in accordance with the Company rules in effect on the date of cancellation if a policy has been issued as applied for, and has been cancelled under circumstances other than the free look examination program. Such fees will be applicable to cases submitted on a medically examined basis, paramedically examined basis, or non-medical basis

3. An inspection fee is payable, in an amount determined in accordance with the Company's rules in effect on the applicable date, if an inspection report has been made and the requirement for an application is not submitted or is submitted in an incomplete manner

## T. COMMISSION ADJUSTMENT PROGRAM (CAP)

Agents will receive a reduced commission for any life policy being internally replaced. When the new

replacement sale has a larger face amount than the old policy, a full first-year commission will be paid on any increase in face amount. New York Life will monitor all replacement activity for individual patterns of abuse. Below are the specifics of the commission adjustment program:

1   The system will identify a new sale with a corresponding replaced policy on the same insured or owner, within the 13 months before or after the new sale;

2   The system will calculate the face amount ratio of the replaced policy to the new policy to determine the appropriate commission adjustment;

3   Agents will be paid a reduced first-year commission of 30% of the total first-year commission attributable to the replaced face amount;

4   Agents will be paid a full first-year commission on any increase face amount, if applicable;

5   The system will calculate any excess replaced policy face amount that is not totally replaced with the new sale and carry forward any face amount debit balance, as a potential adjustment for any future replacement sale within the monitoring time frame, on the same insured or owner; and

6   The Company reserves the right to withhold commissions for Agents with significantly above average replacement rates.

Please refer to your Managing Partner for more information.

## U. UNDERWRITING LIMITATIONS AND RULES

An Agent must carefully observe the Company's underwriting limitations and rules with respect to amount of insurance, premium, age, and other matters. These limitations and rules, which are subject to change without notice, are published in various documents (and any amendments and supplements thereto) by the Company, and they are furnished to the Agent, as are, from time to time, other announcements of underwriting rules.

## V. CUSTOMER PRIVACY

### 1.  General
Agents gather a significant amount of personal information from our customers in order to understand and meet their needs with the appropriate insurance and financial products and services. In accordance with federal regulations and New York Life's Privacy Policy, Agents are obligated to comply with the following guidelines regarding gathering and maintaining customer information, and maintaining the confidentiality and security of that information.

Under New York Life's Privacy Policy, Agents must:

a   Collect only the necessary customer information needed to deliver the appropriate insurance and financial product and/or services;

b   Protect against access to this information by unauthorized persons or sources;

c   Refuse to disclose any medical or health information to third parties for marketing purposes;

   d  Maintain control over the confidentiality of the customer's personal information and provide the customer with the choice of having their financial information shared for marketing purposes with the New York Life family of companies and with certain non-affiliated companies with which we have joint agreements;

   e  Provide a copy of the appropriate Privacy Notice to all new applicants when completing an application for new business, regardless of product;

   f  Provide a copy of the appropriate "Notice of Information Practices" or "Information Practices Relating to Underwriting Your Application" notice to all applicants when completing an application for life insurance or long-term care insurance;

   g  Comply with all federal and state privacy regulations, including using any state-specific Privacy Notice or Information Practices notice based on customers' states of residence;

   h  Inform the GO if any customer asks to "opt out" under the privacy laws;

   i  State on each application that our Privacy Notice has been delivered; and

   j  Not use client information learned in the course of business activities for any private purpose.

## California's Privacy Requirements

In addition to the state-specific privacy notices and rules for Minnesota, Montana, New Mexico, North Dakota and Vermont, California enacted a privacy law that imposes greater restrictions on the sharing of customer nonpublic personal financial information. California requires that Agents allow customers to:

- "Opt-in" before their financial information is shared with nonaffiliated companies for marketing purposes;

- "Opt-out" before their financial information is shared with nonaffiliated financial institutions with which the Company has a joint marketing agreement; and

- "Opt-out" before their financial information is shared with affiliates for marketing purposes

The California law also sets forth requirements for a privacy notice that differs from the notice required by the federal privacy rules and the other state-specific rules. In order to comply with the California requirement, Agents must provide two privacy notices when writing new business for residents of California:

- The first notice, "Important Privacy Choices for Consumers" (Form 22574PCA); and

- The second notice, the California-specific variation of the Company's "national" privacy notice (Form 22316CA)

A return envelope (envelope E-676) must also be presented to the applicant with these two notices. All Agents writing new business for residents of California must provide the new Privacy Notices when completing applications

Agents should be prepared to answer customer questions regarding the Company's Privacy Policy. If Agents

are not sure how to address the customer's questions, they can direct the customer to the Privacy Notice, or Agents may ask their Sales Development Manager for assistance.

Failure to comply with the regulatory or Company privacy requirements can result in disciplinary action by New York Life, up to and including termination.

## 2. HIPAA Privacy Requirements

The *Standards for Privacy of Individually Identifiable Health Information Regulation of the Health Insurance Portability and Accountability Act* ("HIPAA") restricts New York Life's and its Agents' use and disclosure of Protected Health Information.

Protected Health Information is information about an individual (either living or deceased) that relates to:

- The past, present or future physical or mental health or condition of an individual;
- The provision of health care to an individual; or
- The past, present, or future payment for providing health care to an individual.

Protected Health Information also either identifies the individual or there is a reasonable basis to believe the information can be used to identify the individual.

Although HIPAA applies specifically to Protected Health Information obtained in connection with New York Life's "health-related products" (Long-Term Care and Asset Preserver), Protected Health Information obtained in connection with the offer of any product is subject to the Company's procedural safeguards to protect against unauthorized access to our customers' information.

New York Life's Agents must comply with the following guidelines applicable to products for which Agents have access to an individual's Protected Health Information:

- Agents may obtain, use and disclose Protected Health Information as necessary to carry out proper business purposes, such as completing the Application Part I and Nonmedical;

- Agents are responsible for ensuring that all members of their support staff are in compliance with the Company's physical, electronic and procedural safeguards, and that they abide by the same restrictions and conditions that apply to Agents with respect to Protected Health Information;

- If an Agent becomes aware of any impermissible use or disclosure of Protected Health Information, the Agent must promptly report such use or disclosure to the Administrative Manager at their GO;

- If an Agent receives a request from a customer for access, inspection, copies, amendment or an accounting of the customer's Protected Health Information, the Agent must promptly forward the request to the Administrative Manager at their GO;

- Agents must promptly forward any Protected Health Information they receive concerning a customer in connection with an application, claim, etc. to their GO and/or to such other office as the Company designates. Agents must not retain copies of Protected Health Information in their client files other than information that is contained in the Application Part I or

Nonmedical (e.g., do not retain copies of Paramedical, Attending Physician Statement and any other medical record information);

- Agents are expected to maintain the privacy and confidentiality of not just Protected Health Information but also all customer information; and

- Agents are expected to provide the appropriate HIPAA Privacy Notice to all new applicants when completing an application for long-term care insurance or Asset Preserver life insurance

Failure to comply with HIPAA's privacy requirements can result in significant criminal penalties and fines. In addition, failure to comply with the regulatory or Company privacy requirements can result in disciplinary action by New York Life, up to and including termination.

### 3. Protecting Non-Public Information
To help Agents protect their private customer data, New York Life has acquired a disk encryption software program called SecureDoc. This software will be made available to all Agents. The software must be installed on any PC that contains customer non-public information within 30 days of receiving the software. Agents who acquire a new PC in the future, must install SecureDoc within 30 days of that purchase. Agent's staff who have access to non-public information must sign a Confidentiality and Information Security Notice.

### 4. Reporting Customer Security Breaches
All information created or maintained by Agents about New York Life's customers belongs to New York Life and must be safeguarded. This includes computer data generated by New York Life Agents and covers everything from work-generated, to Internet usage, to e-mail messages. The potential impact of security violations is far-reaching, and adversely affects the Company's data and system integrity. In the event a security breach takes place, the Corporate Information Department ("CID") has procedures in place to address the situation. A breach of security includes:

- Stolen or lost laptop computer;
- Stolen or lost PDA (e.g. Palm, Pocket PC or Blackberry);
- Accidental disclosure by mailing, emailing or faxing personal data (in particular to the wrong individual);
- Stolen or lost paper files (applications, etc.);
- Inappropriate disposal of paper records (paper not shredded);
- Stolen or lost storage media (back-up tapes, floppy disks, zip drives, USB drives, etc.);
- Inappropriate disposal of old computers (hard drives not wiped clean);
- Unsupervised access to computers by non-New York Life technical support personnel; or
- Inappropriate use or configuration of information sharing technology. This includes wired or wireless LANs, cable modems, and remote access tools (PCAnywhere, Carbon Copy, Go-To-MyPC). Each of these can expose customer information if computers are not sufficiently protected.

### 5. Protecting the Privacy of Client Data
To avoid the likelihood of a security breach, some good-sense processes to follow:

- Password-protect your devices and applications; make passwords hard to guess and easy to remember, and do not share passwords with others;

- Secure all remote devices when not in your physical possession;

- When connected to "always on" Internet connections (cable modem, DSL, phone line), use personal firewall software and consider using a router, which will hide the real Internet address of your PC;

- Remember to turn off file sharing if you are on a LAN with other people outside of your own office staff;

- Keep all client files locked in a secure place; and

- Shred all paper files that are to be destroyed

Agents must notify New York Life immediately if the security of client information has been compromised (i.e. an unauthorized individual may have had access to an Agent's client information). This would include any client information maintained on the Agent's systems including a personal or laptop computer, a PDA (such as a Palm Pilot or Blackberry), or any storage medium such as a CD or floppy disk or paper. In the event of a loss, Agents must first determine the nature and extent of the breach then contact the Tech Support Unit at 888-5NYLIFE (888-569-5433) to formally log the event. The Tech Unit will interview the Agent in order to complete a **Security Breach Questionnaire** over the phone, which will then be e-mailed to all parties at NYL who require notification. A copy of the Security Breach Questionnaire is also available in the NYL forms library on Agency Portal (Form #22656 dated 12/05/05).

New York Life will evaluate the situation and, if appropriate, arrange to notify any affected customers so that they can take any necessary steps to ensure the privacy of their personal information. Many state regulations now mandate prompt customer notifications in writing for actual or suspected security breaches. Agents will be notified of plans to send any communication to their clients and receive a copy of the letter.

## W. BUSINESS CONTINUITY AND RECOVERY

### Company Business Continuity and Recovery Plan

New York Life and its subsidiaries, including NYLIFE Securities (collectively, "the Company"), have taken many steps to ensure that they can continue business operations should a significant disruption occur in one of the business locations. The Company has developed a comprehensive approach to planning for possible disruptions. The business continuity and recovery plans address the full range of possible scenarios, from firm-only business disruptions and disruptions at a single building, to a disruption to a business district, a city, or a region such as during a major blackout. The Company will conduct an annual review of the business continuity plans for each of the affected business units to ensure that at a minimum, they address certain key elements identified by NASD.

### Client Disclosure Mailing

As required by NASD rules, the Company will provide to all customers who purchase a new registered product (e.g., variable annuity, variable life, mutual fund, AdviserOne) a copy of the new business continuity customer disclosure pamphlet. This pamphlet will be automatically distributed within the Books and Records 30-day confirmation letter. Existing customers can access the disclosure document through the following Company Web sites:

- New York Life's corporate site (www.newyorklife.com)
- The Virtual Service Center (www.newyorklife.com/vsc)
- NYLIFE Securities Brokerage Services (www.nylifesecurities.com)

## X. CUSTOMER COMPLAINTS

A customer complaint is a written communication (including e-mail) by a customer or any person acting on behalf of a customer alleging a grievance involving the activities of an Agent in connection with the solicitation, sale, or execution of any transaction or the disposition of securities, insurance, or funds of that customer.

A customer making an oral complaint should be encouraged to submit it in writing. Should the customer refuse to do so, these matters should be immediately referred to the Managing Partner, who in turn should notify the Corporate Compliance Department.

Customer complaints received by Agents and any correspondence received from the SEC, NASD, state insurance or securities departments or other regulatory agency, must be immediately delivered to the Managing Partner for forwarding to the Corporate Compliance Department. Copies of all complaints and related information must be kept in the customer's file, and recorded on the GO's Complaint Log. Detached Agents must record such correspondence on the Correspondence Received Log. Requests from the Corporate Compliance Department for a written statement from an Agent concerning a customer complaint or regulatory inquiry must be provided within the requested time frame. Failure to comply with the requirements of this section may result in the resolution of the complaint based solely upon the customer's allegations and supporting evidence, and may subject the Agent to internal sanctions up to and including termination.

If you are a Registered Representative, or have filed a Form U4 with the NASD for the purpose of becoming a Registered Representative, you have a continuing obligation to report certain customer complaints by means of an amendment to your Form U4. Forward all customer complaints immediately to the Complaint Review Unit of the Corporate Compliance Department. The Corporate Compliance Department will review the matter to determine whether or not a Form U4 disclosure is required. If it is, a draft Form U4 with the applicable information completed will be sent to you via e-mail for review and signature. You are required to sign and return the Form U4 amendment within the requested time frame. If a complaint is reportable to NASD, and you do not bring it to the attention of the Corporate Compliance Department within 10 business days of your receipt or you fail to sign and return the Form U4 within the requested time frame, you will be subject to a Company imposed fine of $100. Additionally, you will be subject to any NASD imposed Late Disclosure Fees. The total maximum fine including NASD Late Fees will be $300 per Form U4 filing and you will also be subject to disciplinary action.

## Y. OUTSIDE BUSINESS ACTIVITIES (OBA)

Agents have a duty to exercise their authority and responsibility for the benefit of the Company and may not have conflicting outside interests. They must avoid circumstances that might adversely affect or appear to affect their duty of loyalty to the Company in the discharge of their responsibilities, or that might adversely affect the reputation of the Company.

NASD Rule 3030 requires all Agents to provide written notice to their broker dealer of any Outside Business Activity in which they engage or propose to engage. The Company requires all Agents to obtain written approval to engage in any Outside Business Activities prior to engaging in those activities. All Outside Business Activity ("OBA") submissions should list one OBA per submission, and must be accompanied by a proposed amended U4, Section 13. Agents conducting an Outside Business Activity using a DBA name must also amend Section 12 of the Form U4. Any submission received without the U4 amendment (Sections 12 and 13, if applicable) will be immediately returned to the Agent's GO of record.

The Corporate Compliance Department will review and approve (or deny) the OBA request, log it onto the ECPS system and will forward the Form U4 to IPS CLRU as necessary. IPS CLRU will amend the Agent's Form U4 filing on the Central Registration Depository ("CRD")

## Potential Agents Requesting OBA Approval as Part of Contracting Process

Agents must send the completed contracting package including the Form U4 and OBA (if applicable) to IPS CLRU. IPS will coordinate the approval of OBAs with the Corporate Compliance Department. Agents no longer need to send duplicate forms. The Corporate Compliance Department will notify IPS CLRU of the OBA approval in order to expedite the processing of pending contracts.

Agents must:

- Submit any disclosures identified through the Supervisory Interview/Inspection. Any changes will be subject to approval or rejection in accordance with OBA procedures outlined above;

- Notify the Corporate Compliance Department promptly, in writing, of any Outside Business Activities in which they plan to engage by completing the Outside Business Activity Disclosure/Request Form, (refer to Agency Portal>Forms>Forms Library>GO Forms). Any documentation from the Agent that would allow the Managing Partner and the Home Office to understand the details of the OBA should be included with the Disclosure/Request Form. Once a completed and signed OBA Disclosure/Request Form is received, the Corporate Compliance Department will, if appropriate, issue an approval notice via e-mail addressed to the Managing Partner/Agency Standards Consultant; and

- Obtain prior approval from the Corporate Compliance Department before they obtain any financial interest or accept any position in any company, corporation, or business entity with which they deal as part of their assigned duties with NYLIFE.

## Agents Operating Under TAS Agreements:

Certain types of OBAs are acceptable for Agents operating under TAS agreements with prior approval from the Managing Partner and the Corporate Compliance Department. Such activities might include coaching, refereeing sporting events, participating in not-for-profit musical activities, or other community-oriented activities and must be limited in time and earnings.

TAS Agents are prohibited from participating in the following OBAs:

- TAS Agents may not engage in any OBA that involves active participation in a commercial enterprise, any other sales activities or any activity that, in the judgment of the Company, would violate the full-time nature of the TAS Agent's employment; and
- Brokering traditional life products, except through a Company Sponsored Marketing Agreement (SMA) operating under a DBA

## 1. Guidelines for Agents and Family Members

Agents and their immediate family members (husband or wife and children) generally may not do the following, without the prior written approval of the Corporate Compliance Department:

a   Acquire or maintain a financial interest, other than a nominal financial interest (e.g., ownership of not more than 1% of any publicly held class of equity security) in any other business entity, other

than New York Life or its affiliates, that is engaged in any securities, financial, or similar business;

b   Acquire or maintain a financial interest, other than a nominal one (as defined above), in any company whose principal business is the issue and/or sale of securities, life insurance, annuities or health insurance contracts; or

c   Acquire or maintain any financial interest, other than a nominal one (as defined above) in any mortgage loan correspondent of New York Life or its affiliates or other mortgage banking concern

## 2. Guidelines for Agents

Agents may not do the following without the prior written approval of the Corporate Compliance Department:

a   Act as a director, officer, partner, consultant, Agent or employee of a broker-dealer other than NYLIFE;

b   Sponsor or participate in an association formed to invest in securities (e g , an investment club); or

c   Hold any public office with or without compensation  Written permission must be obtained prior to running for, or accepting, any public or political position  This includes city councils, zoning boards, and school boards  The following items are required and/or will be considered:

    i     The position must be part time;

    ii    Compensation cannot exceed average earnings of the Agent for the prior three years;

    iii   There can be no sales by the Agent to any party related to this activity including government employees, the government itself or a provider of services to the government;

    iv    The position does not involve providing investment advice of any kind; and

    v     The Company cannot currently be doing business with the public institution with which the Agent seeks to hold office

### PTAS and Market Expansion Exception

PTAS and Agents under the Market Expansion Program do not operate as full-time New York Life Agents  For this reason, different rules apply  First, a PTAS Agent may engage in activities that are not permissible under the TAS Contract, but must first obtain approval prior to engaging in these activities  Prior to a PTAS Agent entering into a full-time TAS Contract, he or she must terminate all commercial outside business activity

Agents affiliated with the Market Expansion Program may participate in the related business for which they are in the market expansion program  Permissible activities under the market expansion program are limited to the following: Practicing Attorney, CPA, Banking, and Real Estate Brokering

## Z. CONFLICTS OF INTEREST

Agents are required to disclose all actual and potential conflicts of interest to their Managing Partner or other supervisor, and to update such disclosures promptly as changes warrant

Agents must be aware and report any potential conflicts that may exist between the Agent and a relative that may be an employee. Relatives are defined as persons who are related by blood, marriage, or law, as well as cohabitants. These include, but are not limited to, spouse, child, stepchild, parent, stepparent, foster parent, guardian, grandparent, grandchild, sister, brother, niece, nephew, aunt, uncle, cousin, in-law and anyone with whom the employee resides. Employees must avoid potential conflicts of interest. Examples of conflicts of interest would include:

- Supervising, reviewing, or having any influence on the evaluation, pay, or benefits of any close relative or significant other; and

- Solicitation of business by or on behalf of a relative who is an Agent of the Company, from any employee whom the employee directly or indirectly supervises.

Accordingly, an Agent of the Company may not solicit business from an employee who is directly or indirectly supervised by a relative of that Agent. Similarly, an employee who is a relative of an Agent may not solicit business on behalf of that Agent from an employee whom he or she directly or indirectly supervises.

Questions concerning outside activities and conflicts of interest have been incorporated into the Supervisory Interview/Inspection Form that is required to be completed as part of the annual unannounced inspection of Agents. The Outside Business Activities section of the form must also be completed.

## AA. INVESTMENT ADVISORY ACTIVITIES

An investment adviser is an entity, corporation, or individual who, for compensation (fees or commissions), advises others as to the value of securities or the advisability of investing in or selling securities. An Agent whose engagement in such activities is solely incidental to the business of selling securities through NYLIFE, and who receives no additional compensation for providing investment advice, would generally not be considered to be an investment adviser, provided that he/she does not hold himself/herself out as an investment adviser.

Agents who wish to provide fee-based financial planning and other investment advisory services for their customers must be registered as investment adviser representatives or affiliated with a registered investment adviser. Such Agents may apply for affiliation with Eagle Strategies Corp. ("Eagle") as an Investment Advisory Representative ("IAR"). Eagle is a registered investment adviser ("RIA") and an indirect, wholly-owned subsidiary of New York Life. Eagle provides professional oversight of financial planning and IAR practices for select NYLIFE Agents who choose to pursue affiliation with, and are designated as, Eagle Financial Advisers.

Agents **may not** become affiliated with any Registered Investment Advisor other than Eagle Strategies unless they maintained such affiliation on or before May 3, 1999, and unless that affiliation has been expressly approved in writing by NYLIFE. Exceptions will rarely be granted. Any Agent who is approved to be affiliated with a Registered Investment Advisor other than Eagle is subject to a regular audit to be conducted by National Regulatory Services, with any expenses borne by the IAR.

## BB. AGENTS SHARING SPACE

Agents of NYLIFE may not share office space with a representative of another broker-dealer. An Agent housed in the same location as an Agent of another broker-dealer must have a distinctly separate entrance;

signage identifying New York Life; a distinctly identifiable clerical area not shared with an employee of the other broker-dealer; and no shared telephone numbers with any representative of another broker-dealer

A similar policy applies to detached Agents housed with businesses unrelated to their activities as an Agent Any signage must be displayed in a way that clearly indicates the separate nature of any businesses sharing the space A clear physical separation must also exist that leaves no question in the mind of the public as to the separate nature of the businesses Any such arrangement must meet all customer privacy standards and other pertinent policies set by the Company

## CC. ANTITRUST COMPLIANCE

Antitrust laws are designed to encourage free, fair, and open business competition New York Life is committed to the letter and spirit of these laws and requires that all Agents abide by all federal and state antitrust laws

The most important antitrust law prohibits competitors from taking joint action that restrains competition Other antitrust laws make it illegal to eliminate or restrain trade through monopoly, to engage in certain forms of unfair or deceptive commercial acts, or to engage in certain types of unethical business conduct Violations of the antitrust laws can subject both the Company and the Agent to civil and criminal penalties, including fines and imprisonment In addition, Agents that violate the antitrust laws are subject to disciplinary action, including termination of their relationship with New York Life

The antitrust law that is most likely to have an effect on New York Life activities prohibits competing Agents from entering into an agreement, express or implied, to restrain competition Importantly, such agreements raise antitrust risk if they have adverse impacts in the markets in which the Agents compete with one another or in the markets in which New York Life competes with other insurers Examples of the types of Agent agreements that can give rise to antitrust risk include (1)an agreement not to compete for business with an Agent representing another insurer; (2) an agreement on the premiums to be charged for the policies each Agent sells; and (3) an agreement not to deal with any specific applicant or group of applicants or third parties

While not all interactions with competing Agents are unlawful, the starting point for an unlawful agreement to restrain competition is typically a direct interaction with a competitor In assessing the degree of antitrust risk created by an interaction with a competing Agent, much depends upon the type of information exchanged, the reason for the communication, and how the information is used by the competing Agent and the insurer he or she represents For New York Life Agents, the most serious concerns arise when information concerning New York Life rates or New York Life's future business plans are exchanged directly with the Agents of competing insurers, because exchanging such information can most easily appear to have been done to facilitate an agreement among the Agents or insurers to restrain trade – whether or not this was, in fact, the purpose for the exchange

Because the antitrust laws attach such significance to direct competitor exchanges of information, and because Agent participation in trade and professional associations (such as MDRT, NAIFA, GAMA, etc ) offer numerous opportunities for competing Agents to interact with one another, in both formal and informal contexts, additional guidance regarding trade and professional association activity is warranted

Normal association activity includes the compilation and analysis of industry statistics, discussions of legislative and regulatory developments of interest to the industry and/or the association's members (and the formulation of joint responses to such developments), the creation of voluntary industry standards and

codes, and discussions about technological developments. These activities are usually beneficial and lawful. However, because, by definition, an association is a group of competitors working together on issues of common interest and concern, association activity can also present an opportunity to create significant antitrust risk. Importantly, in addition to the risk of actual conduct that violates the antitrust laws, the nature of association activity, by virtue of its very structure, can at times cause legal conduct to appear to be suspect under the antitrust laws.

Accordingly, to protect against the risk that your conduct may be perceived to be either an invitation to agree with a competitor to restrain trade or a response to such a solicitation, whether at a trade association event or elsewhere, you should avoid all discussions with competitors regarding the following subjects: (1) current or future rates, terms or conditions of New York Life's products; (2) New York Life's underwriting and actuarial criteria; (3) New York Life's costs or expenses associated with its products; and (4) New York Life's future product or marketing plans (for example, Company plans to withdraw from a state or a line of business due to proposed or existing state laws or regulations).

In addition, if an Agent is in a situation at a trade or professional association meeting in which Agents representing other insurers begin discussing any of the impermissible matters set forth above, there are several steps that must be taken to protect yourself and the Company from antitrust risk: (1) clearly object to the discussions in a way that is likely to be remembered by those in attendance (and request that your objection be noted in the meeting minutes if the discussions occur during an association meeting); (2) excuse yourself from such discussions, and make clear why you are doing so; and (3) report the incident immediately to the Managing Partner and the Corporate Compliance Department so that follow-up steps can be taken to reflect your refusal to participate in any such discussions.

Finally, it is important to note that informal interactions at trade association events (at lunches, dinners and/or golf outings, for example) and any other interactions with competing Agents, whether formal or informal, must also conform in all respects to the guidelines set forth above with respect to formal association meetings. In fact, strict compliance with these guidelines is even more important in informal settings, because no written agenda for such discussions exists and no association minutes will be prepared to memorialize and confirm the propriety of your conduct during the interaction – as they would in a formal association meeting. For this reason, you should be even more vigilant during an informal interaction with a competitor to ensure that nothing said or done could possibly be construed, or misconstrued, to be an invitation between competitors to restrain trade.

## SECTION II
## THE LICENSING AND REGISTRATION PROCESS

### A. CONTRACTS, LICENSES, REGISTRATION

Before an individual can solicit, offer, sell, or negotiate traditional (non-securities) insurance products, he/she must be properly licensed by the respective state, appointed by New York Life, NYLIAC, NYLAZ or other issuers and have signed an Agent's Contract

Before an individual can solicit, offer, sell, or negotiate a security, he/she must be "qualified" under NASD and applicable state rules and regulations and must have signed a Registered Representative Agreement that has been accepted by NYLIFE. NYLIFE interprets the words "offer," "sell," "solicit," or "negotiate" to include advertising or promoting variable contracts, Section 529 plans, mutual funds, or other securities in any manner, or any action whereby an individual discusses or attempts to communicate with a customer or prospective customer regarding variable contracts, Section 529 plans, mutual funds, or other securities, even without the specific intention of soliciting a present or future purchase

**Individuals are prohibited from engaging, or attempting to engage in the offer, sale, or solicitation of securities or insurance until all contracting, licensing, appointment, and qualification requirements are fulfilled.**

### B. LICENSING/REGISTRATION QUALIFICATIONS

The following types of qualifications are necessary to offer or sell:

### 1. Traditional (Non-Securities) Insurance Products

    a  Insurance License with various lines of authority prescribed by the applicable state's insurance regulations;

    b  Appointment with Company (NYLIC, NYLIAC and/or NYLAZ); and

    c  Valid Agent's Contract

Florida insurance law now requires that each insurance agency selling insurance in Florida be licensed or registered with the Florida Department of Financial Services (DFS) and name an Agent in Charge (AIC) of the office  The agency registration/licensing requirement applies to attached and detached NYL career Agents  If you have any questions, please contact your office's Agency Standards Consultant or Jerry McCabe at 914 846 3610  For additional information, please see Field News dated September 04, 2006, titled: New Florida Agency Licensing/Registration Requirement

### 2. Securities Products

The term "securities" includes not only stocks, bonds, and options, but also variable life contracts, variable annuities, mutual fund shares, Section 529 Plans, unit investment trusts, and interests in direct-participation programs (e g , limited partnerships), among other things  Any questions as to whether an investment product is a security should be brought to the attention of the Securities Compliance Division of the Corporate Compliance Department

Individuals are prohibited from offering, selling, or soliciting securities until they have fulfilled the following requirements:

a   Obtained NASD Registration (Series 6 or 7);

b   Obtained all necessary state securities licensing (Series 63, if required, with appropriate state approval);

c   Obtained all necessary state variable insurance licenses (e.g. in certain states, the sale of variable insurance products, such as variable life contracts and variable annuities, requires a variable insurance license);

d   Received notification of approval to engage in securities solicitation or sales from the Contracting, Licensing and Registration Unit ("CLRU") of Individual Policy Services ("IPS") **The solicitation of transactions in stocks, bonds, or options is prohibited under all circumstances**; and

e   Valid Agent's Contract and NYLIFE Registered Representative's Agreement

For additional information, please refer to the New York Life Intranet: Agency Portal>Standards and Compliance>Licensing/Registration

## C. INSURANCE LICENSING AND APPOINTMENT

In order to solicit, offer, sell, or negotiate insurance, an individual must be properly insurance-licensed and appointed in his/her resident state, as well as in any other state in which the individual solicits insurance business  A license and appointment are required whether the solicitation is being done in person, by U.S. mail, or by telephone (these are the only means of solicitation that the Company permits)  In addition, certain states require a license when the annuitant or insured resides in the state, regardless of where the solicitation of the policy occurs, signatures are obtained, the policy is delivered, and first premium payment took place

All Agents are required to complete regular Continuing Education ("CE") requirements to maintain their insurance licenses; these requirements vary from state to state and also apply to the sale of Long Term Care Insurance  Agents are responsible for:

- Knowing and complying with state renewal and continuing education requirements in states in which they are licensed (for both the Agent's resident and non resident license);
- Submitting the requirements in a timely manner so that the state has time to process any renewal prior to the license's expiration date; and
- Providing the GO with the documentation needed to update Company records

Agents must notify the applicable department of insurance of any name/address change, including their relocation to another state within state specific guidelines (refer to state-specific DOI website) of such changes  It is the Agent's responsibility to ensure that all state requirements have been met to properly renew their license  Failure to renew a state license or to comply with these rules and state regulations to keep continuing education requirements up-to-date, may result in a state fine, the suspension, or revocation of an Agent's license or the termination of an appointment  Agents who are not currently licensed and appointed are prohibited from soliciting applications, receiving commissions and servicing clients  Failure to renew a resident state license and appointment may result in the termination of the Agent's contract

For more information regarding CE requirements for a particular state insurance license, go to Agency Portal/Training/NYLIC University/Courses/State CE Course Selection and Study

For more information regarding Long-Term Care Insurance CE and special licensing requirements for a particular state, go to Agency Portal/Long-Term Care/Licensing and Education

**NOTE: GO staff cannot update an Agent's license information within Company records until they receive a copy of the Agent's renewed license or documentation confirming that his/her CE requirements have been satisfied.**

## D. NASD REGISTRATION

All individuals accepted for an Agent's Contract and thereby appointed by NYLIC are strongly encouraged, but not required, to take the securities exams (Series 6 or 7 and 63). All Agents will be given one year to complete a securities exam and are required to submit a Form U4 and fingerprint card at the time of signing an Agent's Contract with the Company. All Agents may now elect to file Form U4 - Uniform Application for Securities Industry Registration or Transfer ("Form U4") when their contract is approved, or within 6 months after approval. All requests to file a Form U4 that have an Agent's signature dated greater than 30 days old will require the signing of the Form U4 Ratification form which must be submitted to the Registration Unit of IPS/CERU prior to the submission of the Form U4 to the NASD's Central Registration Depository ("CRD")

The Managing Partner must send notification to the Zone along with an assessment of whether the Agent is a candidate for taking a securities examination in circumstances where an Agent has not taken and/or passed a securities exam within the first contract year. The Managing Partner will then either:

- Request a six-month extension of time for the Agent to take the exam, or
- Inform the Zone Senior Vice President that the Agent is not likely to take or pass the exam and that the Agent will not sell securities

When a Uniform Termination Notice for Securities Industry Registration ("Form U5") is filed with CRD under the above circumstances, the Agent will be subject to a one-year "waiting period" before being eligible to submit another Form U4. Any outstanding disclosure issues with NASD must be resolved before submitting Form U5. The Agent is responsible for paying the associated registration fees after the initial filing, which is paid by the Company

NYLIFE may only sponsor for NASD Registration those Agents who meet both NYLIFE and NASD standards. Persons not previously registered with NASD must first apply for registration through NYLIFE and must then qualify by successfully completing the appropriate NASD examination(s)

Persons previously registered with NASD through another broker-dealer within the prior two years must apply to transfer their registration to NYLIFE

Forms required to initiate registration are as follows:

- Uniform Application for Securities Industry Registration or Transfer ("Form U4")

- Form U4 Addendum

- Fingerprint Cards (two NASD specific bar coded cards are required)

- Form U4 Disclosure Document

- Candidate Recommendation Form signed by the Managing Partner and prospective Agent

In addition, a person who is transferring his or her registration from another broker-dealer may not be contracted or registered until such time as his or her termination from the prior firm is effective. While the Contracting, Licensing & Registration Unit of the Individual Policy Services Department does not require a copy of the Form U5 Termination Notice Form submitted by the prior firm (to the extent that the Company has access to this information from NASD's CRD), the Managing Partner is expected to obtain a copy from the candidate for purposes of evaluating the candidate's qualifications. A registration will not be processed until the prior broker-dealer has filed a Form U5. If the Form U5 discloses adverse information, such as a history of customer complaints or a disciplinary history, the candidate may be ineligible for registration through NYLIFE, and his/her New York Life contract could be terminated. Such determinations are strictly in the discretion of the Company.

Agents who maintain an Agent's Contract with New York Life, but are not registered with NYLIFE, are prohibited from becoming affiliated with another broker-dealer. Violation of this rule will result in the termination of the Agent's Contract.

## E. FULL DISCLOSURE ON FORM U4

Agents who are Registered Representatives or have filed a Form U4 to become registered are under a continuing obligation to timely and accurately disclose, amend and update all information required by Form U4 as changes occur. This obligation requires disclosure of certain personal and professional background information, including, but not limited to employment history, business and residential address changes, name changes, and outside business activities. It is especially critical to timely and completely report disclosure events that require "Yes" answers to the questions in Section 14 of the Form U4 that relate to Criminal Actions, Regulatory Disciplinary Actions, Civil Judicial Actions, Customer Complaints, Arbitrations, Civil litigations, Terminations, and Financial Disclosures (currently Questions 14A-M). Agents are required to keep their Form U4 current at all times and to provide complete and accurate information on Form U4. NYLIFE is responsible for filing the necessary forms and documentation with NASD on the Agents behalf. NYLIFE generally has 30 days from the time an Agent becomes aware of a reportable event to file an amended Form U4. NASD charges late disclosure fees of $10 per day up to a maximum of $300.00 for each day that a filing is late. To ensure that all matters are complete and accurate and timely filed on your behalf, the Company requires Agents to report the event or a change in the status of a previously disclosed event to the Corporate Compliance Department and to his or her Managing Partner immediately if possible, but no later than 10 business days from when you first become aware of the event.

The Company may find out about a reportable event before the Agent is aware of it (such as when a customer complaint is sent directly to the Home Office). In these instances, the Corporate Compliance Department reviews the matter to determine whether or not a Form U4 amendment or update is required. If it is, a draft Form U4 with the applicable information completed will be sent via e-mail to the Agent and his or her Managing Partner for review and signature. Agents are required to sign and return these Form U4 amendments within the time frame specified in the e-mail from Corporate Compliance.

As an additional mechanism to help ensure compliance with regulatory obligations, if an Agent is the subject of an event that is reportable on Form U4, and fails to notify NYLIFE of required information regarding the event in a timely manner, or fails to return the signed Form U4 within the required time frame or fails to cooperate in ensuring a timely filing of his or her Form U4, the Agent may be subject to a fine of $100 and to any NASD imposed late disclosure fees. The total maximum fine including NASD late fees will be $300 per Form U4 filing. Additionally, the Agent may be subject to disciplinary action, up to and including termination.

Agents must also cooperate promptly with Home Office personnel (either the Registration Unit of IPS/CLRU or the Suitability and Regulatory Review Unit of the Corporate Compliance Department) in preparing, signing, and filing any Form U4 amendments or updates.

All documents pertaining to such matters and their resolution must accompany the Form U4. Failure to disclose information required on the Form U4, or to provide relevant documents, can result in disciplinary action by NASD or other regulatory body, and by NYLIFE, up to and including termination of all Company contracts. NASD disciplinary action may include a fine, censure, suspension, and/or permanent bar from working in the securities industry.

When processing Form U4 and fingerprint cards, NASD has access to information from various sources, including the SEC, Federal Bureau of Investigation ("FBI"), and state and local governments. In cases where a criminal history record is identified and brought to the Managing Partner's attention through the normal registration process, resolution within 30 days is required. Resolution will probably require some or all of the following: (a) a written explanation from the prospective Agent; (b) copies of relevant court documents or other official information; and (c) "Yes" responses to the applicable Form U4 disclosure question(s) and completion of a Form U4 Criminal Disclosure Reporting Page ("DRP"). Failure to provide the required information within 30 days may necessitate termination of the Agent's contract. For those situations where it becomes clear that the required documents will not be available within 30 days but the GO is confident that the documents will be received and satisfactorily resolve the issue(s) raised, the Managing Partner may appeal to the Zone Chief Operating Officer, who has the discretion to extend the deadline by 30 days.

## F. UPDATING FORM U4 APPLICATIONS

As referenced in the section above (Full Disclosure on Form U4) the information provided to CRD by the applicant on Form U4 must be current and complete at the time of application and updated upon the occurrence of certain events. It is the responsibility of the Agent to update his or her Form U4 whenever disclosed events occur or when there is a change in the status of a previously disclosed event. The Suitability and Regulatory Review Unit ("SRU") of the Corporate Compliance Department will handle all Form U4 amendments and updates to events involving any Section 14 Disclosure (currently Questions 14A-M) including Financial Disclosures (Bankruptcies, Judgments and Liens), Criminal Charges, Regulatory Disciplinary Actions, Customer Complaints, Arbitrations, Civil Litigations, Terminations and Civil Judicial Actions. Agents who become aware of matters that require an update to Questions 14A-M may fax the required forms including any applicable documents to SRU at (646) 348-7422, Attn: Form U4, unless otherwise directed. Questions regarding this process should be directed to Thony Pierre at (212) 576-6386 or Cassandra Keeser at (212) 576-5970.

Failure to disclose information timely, or at all, as required on the Form U4, or failing to provide relevant documents, may result in disciplinary action by NASD or other regulatory bodies, and by NYLIFE, up to and including termination of all Company contracts.

**Examples of Events that Must Be Timely Reported and Updated on Form U4.**
The following is a listing of events that may require a Form U4 amendment. This list is not all inclusive. Please review Form U4 including the questions in Section 14 to see the complete list of events you must disclose. You must amend your Form U4 if any of the following events occur and again when the event is resolved or the status changes:

## 1. Financial Matters (Questions 14K, L, and M)

Bankruptcy: Within the past 10 years or currently, you file for personal or business bankruptcy protection (e.g., Chapter 7, 11 or 13);

Unpaid Judgments or Liens: Any outstanding money judgment entered against you in court regardless of the amount; A lien is filed against you or your property (such as an IRS or state tax lien, delinquent student loans and child support orders for back payments or arrears.)

## 2. Criminal Actions: (Questions 14A and B)

Felonies: All felony criminal charges, convictions, guilty pleas, or pleas of "no contest" (*nolo contendere*) are reportable regardless of the circumstances, outcome and no matter how long ago they occurred.

Misdemeanors: All misdemeanor\* criminal charges, convictions, guilty pleas, or pleas of "no contest" (*nolo contendere*) specified below are reportable regardless of the outcome and no matter how long ago they occurred. (\*Specified misdemeanors include, but are not limited to the following: Events involving investments or an investment-related business including the purchase or sale of a security or insurance product; any fraud; false statements or omissions; the taking of a false oath; making a false report; bribery; perjury; forgery; counterfeiting; extortion; wrongful taking of property; burglary; robbery; fraudulent concealment; embezzlement; fraudulent conversion or misappropriation of funds; or a conspiracy to commit any of the offenses listed above; or a substantially equivalent activity in a domestic, military or foreign court.

An Agent must report the matter if it otherwise meets the reporting criteria even if the matter occurred 10, 20, or 30 years ago or more. There is <u>no time limit</u> on the duty to report criminal charges/convictions. Agents must disclose charges and/or dispositions regardless of whether the charges were dismissed or expunged, the Agent was found not guilty, or received a conditional dismissal or a pardon, if the criminal proceedings taken against the Agent were otherwise reportable.

If an Agent is arrested, charged with, indicted for, convicted of or pleads guilty or no contest to any felony or reportable misdemeanor criminal charge, the Agent must notify the Managing Partner and the Corporate Compliance Department **immediately.** The Corporate Compliance Department will prepare a draft of any necessary Form U4 amendment for the Agent's review and signature. Agents may also be required to promptly provide copies of documents regarding the charges and outcome including a warrant, summons, citation, criminal information, or other document that specifies the charge(s) alleged and the ultimate disposition. If the charge(s) is deemed reportable, original, court certified copies of these documents must be filed with the NASD. The Corporate Compliance Department is available if you have any questions about whether a criminal matter is reportable.

## 3. Regulatory Disciplinary Actions (Questions 14C, D, E, F and G)

An Agent who learns that he/she is the subject of an investigation or disciplinary action by NASD, the SEC, a state insurance department, a state securities division or other regulatory agency, must notify the Managing Partner and the Corporate Compliance Department **immediately.**
Agents may have to amend their Form U4 if they are the subjects of any of the following actions taken by a federal, state or self-regulatory agency:

- You are notified in writing that you are the subject of any regulatory investigation, complaint or proceeding;

- Any finding that an Agent made a false statement or omission, or has been dishonest, unfair or unethical;

- Any finding that an Agent was involved in a violation of insurance, banking, real estate, securities or other investment-related regulations or statutes;

- Orders: Any written order entered against an Agent by the regulator; or

- Disciplinary Actions: Any denial, suspension or revocation of an Agent's license to sell insurance or securities; or a bar or suspension from acting in the insurance, banking, real estate or securities industry

## 4. Customer Complaints, Lawsuits, or Arbitrations (Question 14I)

If an Agent receives a written customer complaint or is named as a defendant or respondent in an insurance or securities-related lawsuit or arbitration, the Agent must forward copies of relevant documents **immediately** to their Managing Partner, who will forward the matter to the Corporate Compliance Department or the Office of General Counsel. The Corporate Compliance Department will prepare an amendment to the Agent's Form U4, if required, and send it to the Agent and Managing Partner for review and signature.

Complaints from customers of prior insurance carriers or broker-dealers with which Agents were associated must also be forwarded to their Managing Partner, even if the complaint does not concern a New York Life product or customer.

## 5. Change of Address

Agents must amend their Form U4 and Form BR, if applicable if they change their home address, or become associated with a different GO, SO or detached location.

## 6. DBAs and Name Changes

If an Agent has been properly approved by the Company to do business under a name other than their own name (a "DBA"), the Agent must include this information on their Form U4 and update their Form BR if applicable. If doing business using a nickname, or using only a first initial, etc., an Agent must list these different names. If an Agent's surname is changed due to marriage, divorce or for any other reason, that must also be reported to on his or her Form U4.

## 7. Outside Business Activities

If an Agent has received approval from the Company to conduct any Outside Business Activity ("OBA"), the Agent must disclose details about this other activity on Form U4 if they have been so directed as part of the approval process and Form BR if applicable. All OBA's, which are subject to the review and approval of the Corporate Compliance Department (all OBAs, except the brokering of traditional insurance products which are subject to Managing Partner approval, with a copy to the Corporate Compliance Department), must be accompanied by a copy of the amended U4, Section 13, which the Agent filed with the Registration Department of IPS. Any submission received without a copy of the Form U4 amendment (Section 13) will be immediately returned to the Agent's GO of record.

Finally, when an Agent changes an existing or adds a new Outside Business Activity, he/she must promptly amend their Form U4 to reflect the change or addition once approved

## Rule 3070(a): Events that Must Be Reported to the Company within Five Business Days From When the Agent Becomes Aware of the Event.

Under NASD Rule 3070(a), the Company must report certain events to NASD within 10 business days Agents must therefore notify their Managing Partner and the Corporate Compliance Department immediately, but no later than five business days from when the Agent becomes aware of the following events:

1    has been found to have violated any provision of any securities law or regulation, any rule or standards of conduct of any governmental agency, self-regulatory organization, or financial business or professional organization, or engaged in conduct which is inconsistent with just and equitable principles of trade; and the member knows or should have known that any of the aforementioned events have occurred;

2    is the subject of any written customer complaint involving allegations of theft or misappropriation of funds or securities or of forgery;

3    is named as a defendant or respondent in any proceeding brought by a regulatory or self-regulatory body alleging the violation of any provision of the Act, or of any other federal or state securities, insurance, or commodities statute, or of any rule or regulation thereunder, or of any provision of the By-laws, rules or similar governing instruments of any securities, insurance or commodities regulatory or self-regulatory organization;

4    is denied registration or is expelled, enjoined, directed to cease and desist, suspended or otherwise disciplined by any securities, insurance or commodities industry regulatory or self-regulatory organization or is denied membership or continued membership in any such self-regulatory organization; or is barred from becoming associated with any member of any such self-regulatory organization

5    is indicted, or convicted of, or pleads guilty to, or pleads no contest to, any felony; or any misdemeanor that involves the purchase or sale of any security, the taking of a false oath, the making of a false report, bribery, perjury, burglary, larceny, theft, robbery, extortion, forgery, counterfeiting, fraudulent concealment, embezzlement, fraudulent conversion, or misappropriation of funds, or securities, or a conspiracy to commit any of these offenses, or substantially equivalent activity in a domestic, military or foreign court;

6    is a director, controlling stockholder, partner, officer or sole proprietor of, or an associated person with, a broker, dealer, investment company, investment advisor, underwriter or insurance company which was suspended, expelled or had its registration denied or revoked by any agency, jurisdiction or organization or is associated in such a capacity with a bank, trust company or other financial institution which was convicted of or pleaded no contest to, any felony or misdemeanor;

7    is a defendant or respondent in any securities or commodities-related civil litigation or arbitration which has been disposed of by judgment, award or settlement for an amount exceeding $15,000 However, when the member is the defendant or respondent, then the reporting to the Association shall be required only when such judgment, award, or settlement is of an amount exceeding $25,000;

8   is the subject of any claim for damages by a customer, broker, or dealer which is settled for an amount exceeding $15,000. However, when the claim for damages is against a member, then the reporting to the Association shall be required only when such claim is settled for an amount exceeding $25,000;

9   is associated in any business or financial activity with any person who is subject to a "statutory disqualification" as that term is defined in the Act, and the member knows or should have known of the association. The report shall include the name of the person subject to the statutory disqualification and details concerning the disqualification;

10  is the subject of any disciplinary action taken by the member against any person associated with the member involving suspension, termination, the withholding of commissions or imposition of fines in excess of $2,500, or otherwise disciplined in any manner which would have significant limitation on the individual's activities on a temporary or permanent basis.

Agents should contact the Contracting, Licensing, & Registration Unit of the Individual Policy Services Department or the Regulatory Analysis Unit of the Corporate Compliance Department immediately with any questions concerning 3070(a) disclosure, Form U4 amendments or other disclosures to CRD.

**\*Agents must notify the Corporate Compliance Department of any updates to the status of any previously disclosed events.**

## G. TYPES OF NASD REGISTRATION AND EXAMINATIONS

**Note: No offers, sales, or solicitations of securities transactions may take place until such time as the Agent receives notification from the GO that his or her registration has been approved by NASD and that applicable states securities licenses are effective.**

NASD registrations that apply to the securities products offered by NYLIFE include:

1.  NASD Code "IR" - Investment Company/Variable Contracts Products Representative (Series 6)
    After successful completion of NASD Series 6 examination and obtaining state registration, Agents are considered qualified to offer variable annuities, variable life insurance, mutual funds, Section 529 plans and unit investment trusts sold by NYLIFE.

2.  NASD Code "GS" - General Securities/Full Registration Representative (Series 7)
    After successful completion of NASD Series 7 examination and obtaining state registration, Agents are considered qualified to offer any securities product offered by NYLIFE. NYLIFE Agents possessing a Series 7 registration are not permitted to solicit purchases or sales, or make recommendations concerning stocks, bonds, or options; however, they are eligible for commissions on unsolicited transactions effected on the NYLIFE brokerage platform.

3.  NASD Code "AG" - State Securities License (Series 63)
    Many states require the successful completion of the Uniform Securities Agent State Law Examination (Series 63), administered by NASD. No solicitations to offer or sell securities may take place in those states until such time as the Agent receives notification from the GO that his or her registration has been approved by NASD and that applicable states securities licenses are effective.

4  NASD Uniform Investment Advisor Law Exam (Series 65)
Agents of NYLIFE who are approved to become affiliated with Eagle Strategies Corp are eligible to act as IARs after the successful completion of the Series 65 Exam and execution of a Financial Adviser's Agreement with Eagle  Investment advisory activities are restricted to providing seminars and having access to Eagle's approved wrap fee advisory programs and separately managed account programs. Access to fee-based financial planning is limited to IARs with certain professional designations or who enter an approved mentoring relationship  Depending upon state registration guidelines, certain professional designations may exempt an Agent from Series 65 registration requirements

Agents may not become affiliated with any Registered Investment Advisor other than Eagle Strategies unless they maintained such affiliation on or before May 3, 1999, and that affiliation has been expressly approved by NYLIFE and that approval has not been withdrawn

5  NASD Uniform Combined State Law Exam (Series 66)
Same guidelines as Series 65  However, only Agents with active Series 7 registration are eligible to take the Series 66

When a person becomes NASD-registered and if required, state securities-registered, a NYLIFE Registered Representative Agreement must be signed, in addition to the Agent's contract already in force  This agreement defines the relationship between the Agent and NYLIFE  It also outlines certain terms and conditions of the relationship, as well as the obligations of the parties

## H. NASD EXAMINATION REQUESTS

NYLIFE currently pays the initial NASD registration fee for Agent candidates and the initial fees for Series 6 or Series 7, and Series 63 examinations  Agent candidates are personally responsible for subsequent fees associated with retaking a failed exam or failing to sit for an exam within the allotted enrollment period as described below  These fees include NASD purge fees, no-show/late cancel fees, etc

### NASD Enrollment Period and Fee Schedule (Fees subject to change by NASD)
The numbers of days indicated below represent NASD-established enrollment period (i.e., "window") in which an exam must be taken once applied for:

Series 6 - 120 days
Series 7 - 120 days
Series 63 - 120 days

NASD assesses a purge fee of $85 on the 180th day after the beginning of an enrollment period, when the enrollment period lapses without the Agent's re-enrollment for the initial exam

NASD assesses a no-show/late cancel fee when an individual either does not attend a scheduled exam appointment or fails to cancel the appointment within the time allowed by NASD

NASD requires that individuals who fail an examination wait 30 days before taking the exam again  Three consecutive failures within a 24-month period require a 180-day waiting period

### NASD Registration Purges

NASD purges an individual's registration status when one of the following deficiencies exist:

- Fingerprint card was not received within 90 days;
- Continuing Education ("CE") Inactive Status over 180 days;
- Exam Deficiency over 180 days and no open exam window; or
- Individual has not qualified for Registration prerequisite and does not have an open exam window for the prerequisite

When an individual has a registration request with one of the above deficiencies indicated, and the deficient registration request expires, the individual's registration status will change from "Deficient" to "Purged."

A registration request resulting in an exam deficiency will purge 180 days from the filing date of the initial Form U4. A registration request resulting in a CE Inactive deficiency will purge 180 days from the filing date of the initial Form U4 for those individuals who transfer their registration to NYLIFE with a CE Inactive status.

**Reactivating a Purged Registration Status**
Once an individual's registration has purged, NYLIFE will have 120 days to file a Form U4 amendment to request registration for the same individual. NYLIFE will be charged an additional fee to request this registration. This fee will be passed on to the Agent.

## I. STATE LICENSES

Before offering or selling securities, which include variable contracts, an Agent must fulfill all applicable state securities licensing requirements in addition to becoming registered with NASD. An Agent must be licensed:

1. in the state(s) where he/she conducts business;

2. in the state in which he/she resides;

3. in the state(s) in which his/her customers reside;

4. in the state in which his/her GO is located; and

5. in the state where the sale is conducted (if different from the GO)

State Variable Contract Licenses - In addition to having all proper NASD securities registrations and state securities licenses, an Agent offering variable contracts may be required to obtain a separate variable product insurance license or licenses from certain states. The state insurance departments issue these licenses, and requirements vary from state to state. Agents should consult with GO management for proper licensing information.

Most states grant licenses only after a candidate's successful completion of the Series 63 exam.

When Agents wish to obtain a resident or non-resident state securities license subsequent to their initial NASD registration with NYLIFE, they must complete and submit Section 5 of the Form U4 to the IPS/CI RU Registration Division, setting forth the states in which they seek to be licensed.

The fees for state securities licenses vary by state. Each non-resident state securities license request indicated

within Section 5 of the Form U4 must be accompanied by a 6301 Receipt for the applicable license fee. (See Agency Portal>Standards & Compliance for a list of state fees) If the Series 63 Exam is required for a particular state, it is the responsibility of the Agent to pass this exam before applying for a securities license in that state. The fees associated with state securities licenses are non-refundable and non-transferable.

NYLIFE will pay the fee associated with the Agent's resident state securities license, even if the resident state is different from the state where an Agent's GO is located. Agents are responsible for paying fees associated with any additional non-resident state securities licenses.

For additional information, please refer to the New York Life Intranet: Agency Portal>Standards and Compliance>Licensing/Registration.

## J. DUAL NASD REGISTRATION

Agents may not become registered or otherwise affiliated with another broker-dealer at the same time they maintain NASD registration through New York Life. The sole exception is for those Agents who obtained approval to maintain such affiliations prior to September 16, 1996. Such "dual registration" is prohibited in many states. Any Agent who is found to be dually registered with another broker-dealer without having obtained prior approval is subject to immediate termination.

## K. SELLING INSURANCE/SECURITIES WITHOUT PROPER OR EFFECTIVE REGISTRATION

Agents who offer or sell a life insurance or a securities product without the proper contracting, registration, licensing, or appointments, or prior to NASD or state approval, may be subject to disciplinary action by the Company up to and including termination. Such Agents may also be subject to disciplinary action by NASD, SEC, state insurance or securities departments or other regulatory authorities that could include a fine, censure, suspension, permanent bar, or a combination thereof.

## L. CONTRACT MAINTENANCE/BENEFIT AND COMPENSATION PRODUCTION STANDARDS

There are minimum production standards that each Agent must meet in order to either maintain an Agent's Contract with the Company, or qualify for compensation and benefit programs. Both of these standards are applied uniformly in each GO.

1. Contract Maintenance Production Standard - reflects the amount required for an Agent to maintain his or her Agent's Contract.

2. Compensation and Benefit Production Standard - reflects the amount required for an Agent to qualify for compensation and benefit programs such as expense allowance or group insurance.

From time to time, the Company will modify existing production standards, or establish new production standards for the purpose of maintaining an Agent's Contract, as well as determining benefit compensation programs. These standards are in addition to the standards outlined in the Agent's Contract or other applicable agreement.

## M. TERMINATION

An Agent (except for Agents who have obtained written approval from the Company or are otherwise required to resign their registration with NYLIFE under Company rules) may not resign his/her registration with NYLIFE and still maintain an Agent's Contract. If an Agent resigns such registration, except as authorized above, his/her Agent's Contract and Registered Representative Agreement will be terminated. In addition, no Agent under contract with the Company, whether or not registered with NYLIFE, may become affiliated with any other broker-dealer (except Agents who obtained approval to maintain such affiliation prior to September 16, 1996). Any Agent who becomes affiliated with another broker-dealer, except as authorized above, is subject to immediate termination of his/her Agent's Contract and Registered Representative Agreement.

When an Agent's Contract of a Registered Representative is terminated, NYLIFE will file a Form U5 with CRD. A copy of the Form U5 will also be sent to the individual. Termination forms are also filed with appropriate state departments of insurance.

In addition, pursuant to NASD By-Laws, NYLIFE is required to amend the Agent's Form U5 upon discovery of reportable events. A copy of the amended Form U5 will be provided to the individual.

## N. PROFESSIONAL LIABILITY PLAN & ERRORS AND OMISSIONS (E&O) LIABILITY INSURANCE

All Registered Representatives must have professional liability coverage. In addition, all other Agents who are not Registered Representatives must have such coverage, except new TAS Agents contracted during the current policy year and Agents operating under a 1SN or 2SN contract. Corporate Sub-Agents (both soliciting and non-soliciting) and Business Agents (both soliciting and non-soliciting) are also required to have coverage. Agents who fail to obtain coverage will face termination of their Agents contracts. Agents should contact their Managing Partner regarding any questions they may have on E&O requirements.

Agents must obtain coverage within the following timeframes:

- PFA, TEA, Corporate Sub-Agents and Business Agents must have coverage immediately upon entering into an Agent's contract with NYL or another NYL subsidiary;

- Registered Representatives must have coverage immediately upon entering into a registered representative agreement with NYLIFE Securities (All grandfathered NYL Agents who have registered representative agreements with a broker dealer other than NYLIFE Securities must also have coverage);

- TAS Agents contracted in 2006 may choose to wait to obtain coverage until September 1, 2007 or when they enter into a registered representative agreement with NYLIFE Securities, whichever occurs first. Please refer to the *Field News* entitled, "Professional Liability Coverage- Change in Requirements", dated 6/20/2005, regarding recently announced changes to the requirements for new non-registered TAS Agents; and

- PTAS Agents and College Interns who are Registered Representatives must have coverage.

The following is a listing of items that are not covered under the PLP:

- Services that do not constitute the sale and servicing of covered insurance products, mutual funds and securities;

- The sale of promissory notes, viaticals, viatical settlements, viaticated insurance benefits or any security backed by viaticals and certain other activities;

- All registered insurance products, mutual funds and securities, as defined by the SEC, that are not sold by a NYLIFE Securities registered representative through NYLIFE Securities, unless an exception approved by Zurich applies;

- A grandfathered NYL Agent who is associated with a broker dealer other than NYLIFE Securities, unless all of the following conditions are met: He or she

  i       Is currently enrolled in the PLP;
  ii      Renews coverage under the PLP;
  iii     Has permission from NYLIFE to associate with an outside broker
          dealer that is registered with the NASD;
  iv      Has a registered representative agreement with that broker dealer; and
  v       Sells securities through that broker dealer
                  *NYL will provide a list of these Agents to Zurich*

- A Corporate Agent, Corporate Sub Agent or Business Agent is required to have separate Errors and Omissions coverage for activities that do not constitute covered services

E&O coverage obtained outside the PLP must provide a minimum of $1 million per occurrence/$3 million in the aggregate per year and must meet the following additional requirements:

  i       Coverage must be provided for "Professional Services" as defined by
          Section II (E) of the Plan Highlights;
  ii      Coverage is not limited to New York life products; and
  iii     Coverage is underwritten by an insurance carrier rated "A" or higher
          by AM Best

In addition, Agents who are a financial adviser registered with Eagle Strategies Corp , must have coverage that also encompass the investment advisory services provided through Eagle Strategies Corp Agents who have chosen outside coverage, must complete a Waiver of Coverage form and furnish a copy of their professional liability policy to Aon  Aon will review the coverage and determine if it meets Company requirements  Waiver of Coverage forms are available at www.nylife.agents-co.com.

Aon should be notified in writing at the address below as soon as practicable after an Agent becomes aware of any claims made against them, which includes any written or oral demand for monetary damages  Agents may also report any circumstances they become aware of which might give rise to a claim  Aon will report the claim or notice of circumstances to Zurich promptly

If you have questions regarding eligibility or ledger deductions, please contact your Managing Partner or the New York Life InfoLine at 1-888-513-INFO (4636), and select the option for the Professional Liability Plan

Any questions regarding enrollment, Plan coverage, issuance of certificates, or claims should be referred to:

          Aon Affinity Insurance Services
          159 East County Line Road
          Hatboro, PA 19040
          1-800-509-6126

FAX: (877) 443-9183
E-mail: info@agents-co.com
Website: www.nylife.agents-co.com
Fax (877) 443-9183

For all registered representatives and those Agents required to have Errors and Omissions coverage, failure to have coverage under the PLP or a comparable policy that has been approved by your Managing Partner is grounds for termination

## SECTION III
## COMMUNICATIONS WITH THE PUBLIC

### A. ADVERTISING, SALES LITERATURE, CORRESPONDENCE

Advertising, sales literature, correspondence, seminars, sales talks and telemarketing are useful tools in the sale of securities and insurance products. However, federal, state and NASD rules and regulations, as well as New York Life/NYLIFE policies, govern the proper use of advertising and sales literature (as defined below). All advertising, sales literature and correspondence that relate in any way to the offer or sale of a security and/or long-term care products, and/or services and Asset Preserver, either by specific reference or implication, must be submitted to and approved by the Sales Material Review Unit ("SMRU") of the Corporate Compliance Department before use. Correspondence related to servicing of a security product must be submitted to SMRU on a "post review" basis. Correspondence related to the sale of traditional (non-securities) insurance products must be provided to the Managing Partner on a post-use basis. Agents should utilize Company-provided sales materials. (Note: Training Allowance Subsidy Plan Agreement Agents ("TAS Agents") are prohibited from creating their own material unless no similar material exists. If it is necessary to create material, TAS Agents must have their Sales Development Manager/Supervisor sign the submission form attesting that there is no similar material available.)

SMRU has established a reference guide for advertising, sales literature, correspondence, seminars, sales talks and telemarketing. The "Agent & RR's Guide to Advertising, Sales Literature & Communications" can be found on the Agency Portal under Standards & Compliance>Advertising/Sales Material.

Agents should submit material to SMRU based on their Zone location and should use the following guide:

| Zone | E-mail | Fax | Contacts | Telephone |
|---|---|---|---|---|
| Northeastern | SMRU.NortheasternZone@newyorklife.com | (800) 322-6316 | Teresa Lagattuta | (914) 846-3933 |
| South Central | SMRU.SouthCentralZone@newyorklife.com | (800) 314-8564 | Teresa Lagattuta | (914) 846-3933 |
| West Central | SMRU.WestCentralZone@newyorklife.com | (800) 826-0487 | Dorothy Howe | (914) 846-3884 |
| Pacific | SMRU.PacificZone@newyorklife.com | (800) 310-7268 | Dorothy Howe | (914) 846-3884 |

SMRU Hotline:                                                                                   (800) 846-5021

### 1. Advertising
#### All advertising requires the prior approval of SMRU.
Advertising is any material that is published or used with members of the general public (no audience control). For example:

- A newspaper, magazine, or other periodical;

- Radio, television or other broadcast media;

- Telephone or tape-recorded announcements;

- Videotape display or cassette tapes;

- Signs, billboards, or posters;

- Motion pictures;

- Telephone directory listings, including Yellow Pages, White Pages, or any other public medium;

- Electronic communications such as e-mail, web sites, or electronic message boards;

- Recruiting Materials; or

- Any other public media

All advertising materials used by Agents that refer to securities (i) must indicate that the person sponsoring the advertisement is a Registered Representative of NYLIFE, (ii) must contain the address and telephone number of the applicable branch office, if other than the G.O.

Agents are prohibited from advertising or publicizing the Company's name, logo, or products or services by using them in any advertising or public medium, including newspapers, magazines, television or radio broadcasts, telephone, the Internet or other means, unless the content of such advertising or public medium has first been submitted to, approved and authorized by the Company and SMRU in writing.

## 2. Sales Literature
### All sales literature requires the prior approval of SMRU.
Sales literature is any written communication made available to customers or the general public, other than material defined as "advertising," as described above. Sales literature may include, but is not limited to the following types of written and/or electronic communications:

- Seminar texts;

- Telemarketing scripts;

- Marketing (sales) form letters;

- Form letters;

- Performance reports or summaries;

- Circulars;

- Research reports;

- Worksheets;

- Reprints of or excerpts from any advertisement, sales literature, or published articles;

- Letterhead and Business Cards;

- Newsletters;

- Opinions, recommendations or comments on any registered product;

- Business reply materials;

- Brochures;

- Mass E-Mail; and

- Computerized sales presentations

If an Agent has a question as to whether a particular communication constitutes sales literature under the state rules, the NASD and/or the SEC, please contact the SMRU Department for clarification

All sales literature used for either registered securities products or traditional (non-securities) insurance products, including long-term care insurance, and Asset Preserver must be approved by SMRU prior to use Sales literature for securities products must be printed on NYLIFE approved stationery, which includes compliance-approved DBA stationery that clearly/prominently displays the complete NYLIFE Broker-Dealer disclosure phrase and membership in NASD/SIPC. (See Section E, below, for rules regarding business cards and stationery)

### 3. Pre-Approved Template Materials
Agent personalized copies of pre-approved template material may be submitted to the SMRU on a post-review basis If a template piece is used **as is** without any changes to content, Agents will be permitted to personalize the piece and send a copy to the SMRU for *"post-use review"* at the time of mailing

Please note that all material must be used **as is** and may not be changed in any way All footnotes and/or disclaimers, sources, statistics, etc that are part of the template *must* be included in the Agent's final personalized copy

Please remember that specific guidelines set forth below must be followed in the personalization of advertisements and/or sales literature

### Approved Personalization Templates
The following are specific guidelines that you must adhere to in personalizing advertising or sales materials:

*1) Advertisements and/or Sales Literature for New York Life Agents:*
Name:
Agent
New York Life Insurance Company
Address (can be detached or GO):
Phone (can be detached or GO):

*2) Advertisements and/or Sales Material for New York Life Agents who have an approved DBA:*
Name:
Insurance Professional/Other Approved Title
DBA Name:
Address (can be detached or GO):
Phone (can be detached or GO):

*3a) Sales Material for Registered Representatives of NYLIFE Securities and New York Life Agents:*
Name:
Financial Services Professional
New York Life Insurance Company Agent
Detached Address (if applicable):
Phone Number
Name, Registered Representative offering securities through NYLIFE Securities (member NASD/SIPC)

*3b) Advertisements for Registered Representatives of NYLIFE Securities and New York Life Agents:*
Same

*4a) Sales Material for Registered Representatives of NYLIFE Securities with a DBA:*
Name:
Financial Services Professional, Investment Professional/Other Approved Title
DBA Name:
Detached Address (if applicable):
Phone Number
Name, Registered Representative offering securities through NYLIFE Securities (member NASD/SIPC),

DBA name is not owned or operated by NYLIFE Securities or its affiliates

*4b) Advertisement for Registered Representatives of NYLIFE Securities with a DBA:*
Same

*5a) Sales Material for Individuals affiliated with Eagle Strategies Corp.:*
Name:
Financial Adviser
Eagle Strategies Corp , A Registered Investment Adviser
Detached Address (if applicable):
Phone Number
Name, Registered Representative offering securities through NYLIFE Securities (member NASD/SIPC):

*5b) Advertisement for Individuals affiliated with Eagle Strategies Corp.:*
Same

*6a) Sales Material for individuals affiliated with Eagle Strategies Corp who also have an approved DBA:*
Name:
Financial Adviser*
DBA Name:
Detached Address (if applicable):
Detached Phone Number:
Name, Registered Representative offering securities through NYLIFE Securities (member NASD/SIPC)
  * Financial adviser offering investment advisory services through Eagle Strategies Corp , A Registered
    Investment Adviser
DBA name is not owned or operated by Eagle Strategies Corp or its affiliates

*6b) Advertisement for individuals affiliated with Eagle Strategies Corp who also have an approved DBA:*
Same

If the piece is on general generic concepts, retirement planning, estate planning, etc , these may be
personalized by using either NYLIFE Securities or New York Life Insurance templates

## 4. Sales Correspondence – SMRU Pre-Review Program
**All long-term care insurance and securities-related sales, as well as Eagle Strategies services
correspondence, require prior approval from SMRU.**

Sales Correspondence is any written or electronic communication sent to a current or prospective customer

All correspondence sent by Agents that refers to a security must appear on approved stationery that identifies the sender as a Registered Representative of NYLIFE. SMRU must approve the text of the correspondence for registered products ("registered correspondence") before it is sent if it concerns the solicitation or execution of a securities transaction. Registered correspondence is divided into two types: solicitation-related correspondence and service-related correspondence. Each type of correspondence is subject to different standards of approval.

Agents may consider as approved, so long as no changes have been made, all direct mail (sales literature) boilerplate material that has been pre-approved by SMRU. All expiration dates must be observed. Agents should not use material that has an approval date of greater than two years without obtaining prior approval from SMRU. Material supplied by an outside vendor for products offered by New York Life and NYLIFE must be approved by the SMRU before use. Please note that there is no approval of material from third party vendors with which New York Life or its subsidiaries do not have a current relationship.

### a. Procedures for Solicitation-Related Correspondence
All long-term care insurance, Asset Preserver and securities-related sales, as well as Eagle Strategies services correspondence require prior approval from SMRU.

### b. Procedures for Institutional Correspondence
Servicing and prospecting correspondence to a government entity and an employer plan sponsor on registered products must be reviewed and approved by SMRU prior to use.

Securities solicitation-related letters, which are letters intended to create an interest in learning about or purchasing a securities product, or increasing the premium for an existing variable insurance product, must be submitted to SMRU for approval prior to use.

SMRU will review the correspondence and send the Managing Partner and Agent a written determination. The determination can be either an "approved as is", "not approved, revisions needed", ("NARN"), or "not approved."

Securities correspondence for which the determination is "approved as is" can be used immediately and must be retained in the Agent's compliance file. Traditional (non-securities) insurance correspondence should be filed with the Managing Partner.

Correspondence for which the determination is "not approved, revisions needed", ("NARN") must be resubmitted to SMRU for further review and approval after the indicated changes have been made in order for the correspondence to be eligible for use. Such materials may not be used until SMRU approves them for use.

Any material for which the determination is "not approved" may not be used under any circumstances.

**Note: If a particular piece of correspondence starts out as a service communications but talks about a new investment option or provides a new investment strategy, this communication is also considered a "solicitation" and is subject to pre-approval by SMRU.**

### c. Procedures for Service-Related or Routine Correspondence – Post Review
All service-related or routine registered product correspondence must be submitted to SMRU post-use. All service-related or routine correspondence involving traditional (non-securities) insurance products must be forwarded to the Managing Partner.