```
THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. Russell Stedman (SBN 117130)
Jennifer N. Lee (SBN 230727)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, CA 94108
Tel.: (415) 434-2800
Fax.: (415) 434-2533
Email: rstedman@barwol.com
       jlee@barwol.com

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYLE HUGHES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, NEW YORK LIFE<br>INSURANCE COMPANY, THE<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 20 inclusive,<br><br>　　　　Defendants | Case No.:　C07-4088 PJH<br><br>**DECLARATION OF JOHN C. FERRY,<br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Scheduled Date: January 10, 2008<br><br>Proposed Date:　February 14, 2008 |

Defendants Unum Group (formerly known as UnumProvident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation), New York Life Insurance Company and Plaintiff Lyle Hughes (collectively, the "Parties") stipulate as follows:

**DECLARATION OF JOHN C. FERRY**

I, JOHN C. FERRY, declare as follows:

1.  I am an attorney at law, over the age of 21 years, and am Of Counsel to Kelly, Herlihy & Klein, counsel for defendants Unum Group (formerly known as Unumprovident Corporation) and First Unum Life Insurance Company (erroneously sued as Unum Corporation), and co-counsel for defendant New York Life Insurance Company. I am licensed to practice in all courts in the State of California and have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief.

2.  I submit this declaration in support of the stipulation of all parties to continue the initial case management conference in this matter currently set for January 10, 2008 at 2:30 p.m.

3.  There have been two prior continuances in this case. Plaintiff filed a motion to remand this matter back to state court and Defendants moved this Court to continue the hearing and briefing schedule on the remand motion, which was granted. Subsequently, the parties stipulated to continue the initial case management conference until after the hearing on the remand motion and the Court set the current date for the conference.

4.  However, at the hearing on the remand motion, the Court requested further briefing, with plaintiff's final brief due January 3, 2008. Thus, the initial case management conference is now set to be held prior to the Court's ruling on the motion to remand. The Parties

agree that it would conserve judicial resources to continue the case management conference until after the Court's ruling on Plaintiff's motion to remand, which was the original intent for the first continuance.

5. I am informed and believe that it would be most efficient to continue the initial case management conference for at least thirty days. I have met and conferred with counsel on this matter. The first appropriate date convenient to the Court and all counsel is February 14, 2008.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 2nd day of January, 2008, at San Francisco, California.

/s/ JOHN C. FERRY
_____
John C. Ferry

**STIPULATION**

The Parties hereto stipulate that the case management conference presently scheduled for January 10, 2008, be continued to February 14, 2008.

KELLY, HERLIHY & KLEIN LLP

Dated: January 2, 2008        By_____
John C. Ferry
Attorneys for Defendants
UNUM GROUP (Formerly known as UNUMPROVIDENT CORPORATION) and FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

-2-

BARGER & WOLEN LLP

Dated: January 3, 2008        By   /s/ JENNIFER N. LEE
                                    Jennifer N. Lee
                                    Attorneys for Defendant
                                    NEW YORK LIFE INSURANCE COMPANY


BOURHIS & MANN

Dated: January 3, 2008        By _____
                                    Lawrence Mann
                                    Attorneys for Plaintiff


### ORDER

For good cause shown, and PURSUANT TO STIPULATION, IT IS SO ORDERED:

The case management conference scheduled for January 10, 2008, is hereby continued to February 14, 2008, at 2:30 p.m.   The parties shall file their joint initial case management conference statement on or before February 7, 2008.

Dated: January 7, 2008        _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

E:\27132\P12.doc

-3-