# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:  February 14, 2008**                          **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-4088  PJH**

**Case Name: Lyle Hughes v. Unumprovident Corporation, et al.**

**Attorney(s) for Plaintiff:**          **Lawrence Mann**
**Attorney(s) for Defendant:**       **Jennifer Lee (NY Life); Thomas M. Herlihy**

**Deputy Clerk**: Nichole Heuerman                     **Court Reporter**: Not Reported

## PROCEEDINGS

Initial Case Management Conference-Held.  The court sets the following briefing schedules and deadlines:

Defendants' and possibly Plaintiff shall file motion re: ERISA plan by 7/16/08 and shall set the motion on a 35 day briefing schedule.

Discovery will go forward on Non-ERISA claims only.  The deadline for discovery re: Non-ERISA claims is 11/12/08.  The deadline for filing of dispositive motions is 1/7/09 and shall be set on a 35 day briefing schedule.

The court hands the parties copies of the courts pretrial instructions.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** chambers file