1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808
5  Email: herlihy@kelher.com
          jferry@kelher.com
6
7  Attorneys for Defendants
   UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
8  FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM
   CORPORATION) and NEW YORK LIFE INSURANCE COMPANY
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | Case No.: C07-4088 PJH |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 20 inclusive, | |
| Defendants | |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Unum Group (formerly known as UnumProvident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation), and New York Life Insurance Company hereby substitutes counsel as follows:

1. Former legal representative:

   Kelly, Herlihy & Klein, LLP

2. **New legal representative**:

   Thomas M. Herlihy, Esq. (SBN 83615)
   John C. Ferry, Esq. (SBN 104411)
   Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. The party making this substitution are defendants, Unum Group (formerly known as UnumProvident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation), and New York Life Insurance Company.

4. I consent to this substitution.

Dated: ~~March~~ April __, 2008     Michelle LaFond     /s/
                                    (Print Name)         (Signature of party)

-1-

SUBSTITUTION OF ATTORNEY

CASE NO. C07-4088 PJH

5. I consent to this substitution.

Dated: ~~March~~ April 3, 2008        Thomas M. Herlihy                    /s/ T.M. Herlihy
                                      (Print Name)                          (Signature of former attorney)

6. I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 3, 2008        Thomas M. Herlihy                    /s/ T.M. Herlihy
                                      (Print Name)                          (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

E:\27132\P14.doc

-2-

SUBSTITUTION OF ATTORNEY

CASE NO. C07-4088 PJH