THOMAS M. HERLIHY  (SBN 83615)
LAWRENCE J. ROSE  (SBN 129511)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. Russell Stedman  (SBN 117130)
Jennifer N. Lee  (SBN 230727)
BARGER & WOLLEN LLP
650 California Street, 9th Floor
San Francisco, CA  94108
Telephone:    (415) 434-2800
Facsimile:    (415) 434-2533

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>            Plaintiff,<br><br>        v.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No.:    CV07-04088 PJH<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52**<br><br>Date        :    August 27, 2008<br>Time        :    9:00 a.m.<br>Courtroom    :    3<br>Floor        :    17<br>Before        :    Hon. Phyllis J. Hamilton |

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52**
USDC NDCA Case #CV07-044088 PJH
363383.1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT ON** August 27, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Phyllis J. Hamilton, the Defendants Unum Group (formerly known as Unumprovident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation) and (along with Barger & Wolen LLP) New York Life Insurance Company (hereinafter "Defendants") will and hereby does move the Court for partial summary judgment on the Plaintiff's claims for disability insurance benefits under his Group Long Term Disability plan. As grounds therefor, Defendants state that the only evidence that may be reviewed by the Court in this ERISA action is the administrative record of Plaintiff's claim, that the administrative record demonstrates that the rejection of Plaintiff's claim was not arbitrary or capricious, and that therefore, as a matter of law, Defendants are not liable for any claims alleged to arise from Plaintiff's ERISA plan.

As a procedural alternative, if the Court finds that the matter is not ripe for partial summary judgment, Defendants will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 52, for its judgment that Defendants are not liable for any claims alleged to arise from Plaintiff's ERISA plan.

Dated: July 16, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:_____/s/ Thomas M. Herlihy_____
        THOMAS M. HERLIHY
        LAWRENCE J. ROSE
        Attorneys for Defendants
        UNUM GROUP (formerly known as UNUMPROVIDENT
        CORPORATION), FIRST UNUM LIFE INSURANCE
        COMPANY (erroneously sued as UNUM CORPORATION)
        and NEW YORK LIFE INSURANCE COMPANY

---

1

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52**

USDC NCDA Case #CV07-044088 PJH
363383.1