THOMAS M. HERLIHY (SBN 83615)
LAWRENCE J. ROSE (SBN 129511)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. Russell Stedman (SBN 117130)
Jennifer N. Lee (SBN 230727)
BARGER & WOLLEN LLP
650 California Street, 9th Floor
San Francisco, CA 94108
Telephone:    (415) 434-2800
Facsimile:    (415) 434-2533

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | Case No.: CV07-04088 PJH |
| Plaintiff, | **DECLARATION OF WILLIAM T. BRADLEY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT UNDER RULE 52** |
| v. | |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, et al., | |
| Defendants. | Date : August 27, 2008<br>Time : 9:00 a.m.<br>Courtroom : 3<br>Floor : 17<br>Before : Hon. Phyllis J. Hamilton |

I, WILLIAM T. BRADLEY, II DECLARE:

1. My title is Senior Consultant at Unum Group ("Unum") formerly known as UnumProvident Corporation. I have been employed by Unum or its predecessors for approximately 21 years. I make this Declaration in support of the defendant's motion for partial summary judgment, or in the alternative, motion for judgment under Rule 52. I either have personal knowledge of the matters set forth below, or after inquiry within Unum, have sufficient information and belief such that I could testify competently hereto.

2. As part of my responsibilities for Unum, I am familiar with its procedures for processing and administering claims under policies such as Policy 573600 issued by First Unum Life Insurance Company to New York Life Insurance Company providing long term disability benefits to the employees of New York Life as part of its employee welfare benefit plan (the "Plan") and for the maintenance of claim files in connection with such claims.

3. A true and correct copy of the claim file assembled and considered by First Unum in the administration of Lyle Hughes' claim for benefits under the Plan has been labeled as Bates Nos. UACL00206 through UACL00747. These documents have been provided to Unum's counsel; I am informed and understand that these documents will be lodged with the court at the time this Declaration is filed.

4. The pages labeled UACL00206 through UACL00747 are documents and records prepared and/or maintained by First Unum in the regular course of business and contain documents received from plaintiff and third-parties as well as documents generated by First Unum. As to documents generated or prepared by First Unum, entries reflected by such documents were recorded at or near the time of the occurrence of events by the individual having knowledge of the occurrence of such events.

---

1
DECLARATION OF WILLIAM T. BRADLEY, II IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52
USDC NDCA Case #CV07-044088 PJH
363416.2

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 15th day of July, 2008, at Portland, Maine.

_____
William T. Bradley, II

2
**DECLARATION OF WILLIAM T. BRADLEY, II IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52**

USDC NDCA Case #CV07-044088 PJH
363416.2