1  THOMAS M. HERLIHY  (SBN 83615)
   LAWRENCE J. ROSE  (SBN 129511)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
   FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
7  UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY
8  J. Russell Stedman  (SBN 117130)
   Jennifer N. Lee  (SBN 230727)
9  BARGER & WOLLEN LLP
   650 California Street, 9th Floor
10 San Francisco, CA  94108
   Telephone:    (415) 434-2800
11 Facsimile:    (415) 434-2533
12 Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only
13
14            UNITED STATES DISTRICT COURT
15           NORTHERN DISTRICT OF CALIFORNIA
16
17 LYLE HUGHES,                    )  Case No.:    CV07-04088 PJH
                                   )
18         Plaintiff,              )  **REQUEST FOR JUDICIAL NOTICE IN**
                                   )  **SUPPORT OF DEFENDANTS' MOTION**
19     v.                          )  **FOR PARTIAL SUMMARY JUDGMENT,**
                                   )  **OR IN THE ALTERNATIVE MOTION**
20 UNUMPROVIDENT CORPORATION; UNUM )  **FOR JUDGMENT UNDER RULE 52**
   CORPORATION, NEW YORK LIFE      )
21 INSURANCE COMPANY, et al.,      )
                                   )  Date      :    August 27, 2008
22         Defendants.             )  Time      :    9:00 a.m.
                                   )  Courtroom :    3
23                                 )  Floor     :    17
                                   )  Before    :    Hon. Phyllis J. Hamilton
24                                 )
                                   )
25 _____)
26
27
   ────────────────────────────────────────────
   REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
28 SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52
   USDC NDCA Case #CV07-044088 PJH
   363916.1

1    Pursuant to Federal Rule of Evidence 201, the Defendants, Unum Group (formerly known

2  as Unumprovident Corporation), First Unum Life Insurance Company (erroneously sued as Unum

3  Corporation) and New York Life Insurance Company, hereby request that the Court take judicial

4  notice of the following documents, which are already in the Court's file in the matter, and which

5  were already before the Court prior to its Order Granting Remand in Part and Denying Remand in

6  Part, filed February 6, 2008:

7    1.    Declaration of Sophia Rodriguez in Support of Defendants' Opposition to Motion to

8  Remand, Document No. 26 in the Court's file, filed November 7, 2007;

9    2.    Exhibit "B" to that Declaration of Sophia Rodriguez, Document No. 27 in the

10  Court's file; and

11    3.    Exhibits "C" and "D" to that Declaration of Sophia Rodriguez, contained in

12  Document No. 28 in the Court's file.

13    This request is made in support of Defendants' Motion for Partial Summary Judgment, or in

14  the Alternative, Motion for Judgment Under Rule 52.

15  Dated: July 16, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

16

17                  By:_____/s/ Thomas M. Herlihy_____
                        THOMAS M. HERLIHY
18                      LAWRENCE J. ROSE
                        Attorneys for Defendants
19                      UNUM GROUP (formerly known as UNUMPROVIDENT
                        CORPORATION), FIRST UNUM LIFE INSURANCE
20                      COMPANY (erroneously sued as UNUM CORPORATION)
                        and NEW YORK LIFE INSURANCE COMPANY
21

22

23

24

25

26

27

28

---

1

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT UNDER RULE 52**
USDC NDCA Case #CV07-044088 PJH
363916.1

J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY only

Thomas M. Herlihy (83615), herlihy@kelher.com
John C. Ferry (104411), jferry@kelher.com
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California  94104-4798
Telephone:  (415) 951-0535
Facsimile:  (415) 391-7808

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY
(erroneously sued as UNUM CORPORATION) and
NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | CASE NO.: C07-4088 PJH |
| Plaintiff, | **DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |
| vs. | |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW YORK LIFE INSURANCE COMPANY; THE COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1 through 20 inclusive, | Date:  November 28, 2007 Time:  9:00 a.m. |
| | Complaint Filed: June 28, 2007 |
| Defendants. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.: C07-4088 PJH

1    I, Sophia Rodriguez, declare as follows:

2    1.    I am a Benefits Delivery Lead in the Human Resources Department at New York

3    Life Insurance Company ("New York Life"). During my employment with New York Life for the

4    past 19 years, I have held a variety of positions in the Human Resources and Agency Departments

5    involving agent benefits. I am generally familiar with agent benefits, including long term disability

6    benefits offered under the Agents Group Plan sponsored by New York Life ("Agents Group Plan")

7    and am routinely called upon to support the plan administrator in administering the plan.

8    2.    I submit this declaration in support of New York Life's opposition to Plaintiff's

9    motion for remand. I have personal knowledge of the matters set forth below, or have sufficient

10   information and belief based upon my general knowledge of the Agents Group Plan and inquiry,

11   and, if called as a witness, could and would testify competently thereto. I have also personally

12   reviewed the New York Life's files pertaining to Mr. Hughes' participation in Agents Group Plan

13   and am familiar with Mr. Hughes' claims after my review of these files and having made

14   appropriate inquiries within New York Life and its administrative services providers.

15   3.    New York Life, as plan sponsor, established a comprehensive employee welfare

16   benefit plan pursuant to an Employee Retirement Income Security Act ("ERISA") to provide,

17   among other benefits, long term disability ("LTD") benefits to certain insurance agents ("Agents

18   Group Plan" or "Plan"). Under the Plan, the Plan administrator has the overall fiduciary

19   responsibility for the Plan; fiduciary responsibility for handling claims and appeals for benefits has

20   been delegated to First Unum Life Insurance Company ("First Unum") as the claims administrator.

21   The Plan annually files a Form 5500 Annual Report, as required by ERISA for employee welfare

22   benefit plans, with respect to the Plan. Attached as Exhibit A is a true and correct copy of Form

23   5500 for the plan year 2004. Form 5500, Item 8.b. includes the code 4H, indicating an LTD feature

24   is part of the Plan. Also, the Form 5500 includes a description of the ERISA benefits provided

25   under the Agents Group Plan in the attached notes to the financial statements for the Plan, that

26   refers to LTD benefits insured by First Unum, see Exhibit A, Notes to Financial Statements, page 5,

27   Note 1.A & B Commencing January 1, 2003, First Unum issued the group long term disability

28

-2-

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.: C07-4088 PJH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  policy no. 573600 insuring the LTD benefits under the Agents Group Plan.  Attached hereto as

2  Exhibit B is a true and correct copy of the Group LTD Policy issued by First Unum to New York

3  Life.  Summaries of Material Modifications notified agents of First Unum's role as insurer and

4  claims administrator for LTD benefits under the Agents Group Plan.  Attached as Exhibit C is a true

5  and correct copy of the 2003 Summary of Material Modifications to Group Plan for New York Life

6  Agents.  Attached as Exhibit D is a true and correct copy of the 2004 Summary of Material

7  Modifications to Group Plan for New York Life Agents.

8          4.      Plaintiff has been an agent of New York Life since 1984, and was eligible to enroll

9  in the Agents Group Plan for calendar year 2004.  Attached as Exhibit E is a true and correct copy

10  of the New York Life's Agents Group Plan – 2004 Enrollment Booklet.  Plaintiff enrolled in the

11  Agents Group Plan for plan year 2004 and elected to receive coverage for LTD benefits insured by

12  First Unum under the Agents Group Plan.

13          5.      As stated in the 2004 enrollment booklet, agents who contracted "as full-time agent

14  with the Company during calendar year immediately prior to the Current Class Agent" are

15  considered a "First Year Prior Class Agent" and are eligible for LTD benefits.  *See* Exhibit E p. 4.

16  According to this definition for plan year 2004, a Current Class Agent is one who contracted in the

17  year 2004 or 2003 and a First Prior Agent is one who contracted with the Company in the year prior

18  to the Current Class Agent, i.e., sometime in 2002.  For plan year 2004, all of the First Prior Agents

19  having contracted in 2002 would have less than three years of service and were eligible to elect

20  LTD benefits coverage.  *See* Exhibit E, pp. 4 and 29.

21          6.      Certain agents requiring training were considered employees of New York Life for

22  the duration of the training period and signed a "Training Allowance Subsidy Plan Agreement"

23  ("TAS Agreement") to this effect.  New York Life generally refers to these agents as "TAS Agents"

24  during the initial training period, which can last up to three years.  During these three years, TAS

25  Agents are employees of the Company as expressly stated in their TAS Contracts.  In plan year

26  2004, there were 191 TAS Agents who qualified as First Prior Agents enrolled in the Agents Group

27  Plan and who elected LTD coverage.  Similarly, in all plan years thereafter, TAS Agents have

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.:  C07-4088 PJH

1  qualified for and elected LTD benefits under the Agents Group Plan.  For example, in plan year

2  2005, there were 170 TAS Agents who qualified for and elected LTD coverage under the Agents

3  Group Plan.

4      7.    First Unum administered claims and made recommendations to New York Life on

5  the handling of the claims made by Plaintiff regarding his LTD benefits under the Agents Group

6  Plan and his physical incapacity benefit under the Nylic Contract pursuant to separate

7  administrative services agreements (e.g., agreement no. 573602) between New York Life and First

8  Unum with respect to each type of benefit.

9

10     I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.  Executed this 7th day of November 2007 in New York, New York.

12

13                                          _____

14                                          Sophia Rodriguez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SOPHIA RODRIGUEZ IN SUPPORT OF UNUM AND NEW YORK LIFE'S
OPPOSITION TO MOTION TO REMAND
CASE NO.:  C07-4088 PJH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

1   J. Russell Stedman (117130), rstedman@barwol.com
    Jennifer N. Lee (230727), jlee@barwol.com
2   BARGER & WOLEN LLP
    650 California Street, 9th Floor
3   San Francisco, California 94108-2713
    Telephone: (415) 434-2800
4   Facsimile: (415) 434-2533

5   Attorneys for Defendant
    NEW YORK LIFE INSURANCE COMPANY only
6
    Thomas M. Herlihy (83615), herlihy@kelher.com
7   John C. Ferry (104411), jferry@kelher.com
    KELLY, HERLIHY & KLEIN LLP
8   44 Montgomery Street, Suite 2500
    San Francisco, California 94104-4798
9   Telephone: (415) 951-0535
    Facsimile: (415) 391-7808
10
    Attorneys for Defendants
11  UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
    FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION)
12  and NEW YORK LIFE INSURANCE COMPANY

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17  LYLE HUGHES,                          )   CASE NO.: C07-4088 PJH
                                          )
18             Plaintiff,                 )   EXHIBIT "B"
                                          )   OF DECLARATION OF SOPHIA
19       vs.                              )   RODRIGUEZ IN SUPPORT OF
                                          )   DEFENDANTS' OPPOSITION TO
20  UNUMPROVIDENT CORPORATION;            )   MOTION TO REMAND
    UNUM CORPORATION; NEW YORK LIFE       )
21  INSURANCE COMPANY; THE                )   Date: November 28, 2007
    COMMISSIONER OF THE CALIFORNIA        )   Time: 9:00 a.m.
22  DEPARTMENT OF INSURANCE; and          )
    DOES 1 through 20 inclusive,          )   Complaint Filed: June 28, 2007
23                                        )
               Defendants.               )
24  _____       )

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

EXHIBIT "B" OF DECLARATION OF SOPHIA RODRIGUEZ
CASE NO.: C07-4088 PJH

# EXHIBIT - B



GROUP INSURANCE POLICY
NON-PARTICIPATING

**POLICYHOLDER:**   New York Life Insurance Company

**POLICY NUMBER:**   573600 001

**POLICY EFFECTIVE DATE:**   January 1, 2003

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:**   New York

First Unum Life Insurance Company (referred to as Unum) will provide benefits under this policy.  Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions.  This policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- employees' signed applications; and
- the certificate of coverage.

This policy may be changed in whole or in part.  Only an officer or a registrar of Unum can approve a change.  The approval must be in writing and endorsed on or attached to this policy.  No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at New York, New York on the Policy Effective Date.

President                                Secretary

First Unum Life Insurance Company
99 Park Avenue
6th Floor
New York, New York 10016

Copyright 1993, First Unum Life Insurance Company

# TABLE OF CONTENTS

BENEFITS AT A GLANCE.................................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN ...................................................................B@G-LTD-1

CLAIM INFORMATION...................................................................................LTD-CLM-1

LONG TERM DISABILITY ..............................................................................LTD-CLM-1

POLICYHOLDER PROVISIONS ...................................................................EMPLOYER-1

CERTIFICATE SECTION ...................................................................................CC.FP-1

GENERAL PROVISIONS .............................................................................EMPLOYEE-1

LONG TERM DISABILITY ...............................................................................LTD-BEN-1

BENEFIT INFORMATION...............................................................................LTD-BEN-1

OTHER BENEFIT FEATURES .........................................................................LTD-OTR-1

OTHER SERVICES.........................................................................................SERVICES-1

ERISA ...............................................................................................................ERISA-1

GLOSSARY ..................................................................................................GLOSSARY-1

# BENEFITS AT A GLANCE

## SYNOPSIS

The insurance evidenced by this certificate provides disability income insurance only. It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.

## EXCLUSIONS

What disabilities are not covered under your plan:
See page LTD-BEN-8

## LIMITATIONS

What disabilities have a limited pay period under your plan:
See page LTD-BEN-8

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began and the monthly benefit option that you chose. In some cases, you can receive disability payments even if you work while you are disabled. This long term disability plan is a component program and part of the Group Plan for New York Life Employees but is not in itself a separate plan as defined in ERISA.

**EMPLOYER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**     January 1, 2003

**PLAN YEAR:**

January 1, 2003 to January 1, 2004 and each following January 1 to January 1

**POLICY NUMBER:**     573600  001

**ELIGIBLE GROUP(S):**

Group 1
All agents under contract as a full-time agent with the Policyholder for 24 or more contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 31 of the prior calendar year.

Group 2
All agents under contract as a full-time agent with the Policyholder for less than 24 contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 31 of the prior calendar year.

**WAITING PERIOD:**

For employees in an eligible group on or before January 1, 2003:  None

For employees entering an eligible group after January 1, 2003:  None

**WHO PAYS FOR THE COVERAGE:**

You and your Employer share the cost of your coverage.

ELIMINATION PERIOD:

> 6 months

Benefits begin the day after the elimination period is completed.

MONTHLY BENEFIT:

> *Option A*
>
> No Coverage
>
> *Option B*
>
> 36% of the first $5,833 of monthly earnings plus 18% of the next $5,000 of monthly earnings to a maximum benefit of $3,000 per month.
>
> Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.
>
> *Option C*
>
> 60% of the first $5,833 of monthly earnings plus 30% of the next $8,333 of monthly earnings to a maximum benefit of $6,000 per month.
>
> Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.

MAXIMUM PERIOD OF PAYMENT:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 through 64 | 5 years |
| Age 65 through 69 | To age 70, but not less than 1 year |
| Age 70 and over | 1 year |

No premium payments are required for your coverage while you are receiving payments under this plan.

OTHER FEATURES:

> Continuity of Coverage
>
> Conversion
>
> Pre-Existing: 6/12
>
> Survivor Benefit

The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.

# CLAIM INFORMATION

## LONG TERM DISABILITY

### WHEN DO YOU OR YOUR AUTHORIZED REPRESENTATIVE NOTIFY UNUM OF A CLAIM?

We encourage you or your authorized representative to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Unum written proof of your claim no later than 90 days after your elimination period. If it is not possible to give proof within 90 days, it must be given as soon as is reasonably possible.

The claim form is available from your Employer, or you or your authorized representative can request a claim form from us. If you or your authorized representative do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You or your authorized representative and your Employer must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician**;
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your or your authorized representative's expense, must be received within 45 days of a request by us.

In some cases, you or your authorized representative will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

*TO WHOM WILL UNUM MAKE PAYMENTS?*

Unum will make payments to you.

*WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?*

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full. We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

# POLICYHOLDER PROVISIONS

*WHAT IS THE COST OF THIS INSURANCE?*

## LONG TERM DISABILITY

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

*WAIVER OF PREMIUM*

Unum does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

*INITIAL RATE GUARANTEE*

Refer to the Rate Information Amendment(s).

*WHEN IS PREMIUM DUE FOR THIS POLICY?*

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The **Policyholder** must send all premiums to Unum on or before their respective due date.  The premium must be paid in United States dollars.

*WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?*

Premium increases or decreases, for other than salary changes, which take effect during a month in a plan year are adjusted and due on the next premium due date following the change.  Changes will not be pro-rated daily.

Premium increases or decreases due to salary changes should be adjusted on the first day of the next plan year.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

Unum will only adjust premium for the current plan year and the prior plan year.  In the case of fraud, premium adjustments will be made for all plan years.

*WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?*

The Policyholder must provide Unum with the following on a regular basis:

- information about employees:
  - who are eligible to become insured;
  - whose amounts of coverage change; and/or
  - whose coverage ends;
- occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

EMPLOYER-1   (1/1/2003)

Policyholder records that, in Unum's opinion, have a bearing on this policy will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum will not:

- prevent an employee from receiving coverage;
- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

## WHO CAN CANCEL THIS POLICY OR A PLAN UNDER THIS POLICY?

This policy or a plan under this policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or offer to modify this policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 25 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 31 day **grace period**.

If Unum cancels this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 31 days prior to the cancellation date.

Unum also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim**.

*WHAT HAPPENS TO AN EMPLOYEE'S COVERAGE UNDER THIS POLICY WHILE
HE OR SHE IS ON A FAMILY AND MEDICAL LEAVE OF ABSENCE?*

We will continue the employee's coverage in accordance with the policyholder's
Human Resource policy on family and medical leaves of absence if premium
payments continue and the policyholder approved the employee's leave in writing.

Coverage will be continued until the end of the later of:

1. the leave period required by the federal Family and Medical Leave Act of 1993
   and any amendments; or
2. the leave period required by applicable state law.

If the policyholder's Human Resource policy doesn't provide for continuation of an
employee's coverage during a family and medical leave of absence, the employee's
coverage will be reinstated when he or she returns to active employment.

We will not:

- apply a new waiting period;
- apply a new pre-existing conditions exclusion; or
- require evidence of insurability.

*DIVISIONS, SUBSIDIARIES OR AFFILIATED COMPANIES INCLUDE:*

NAME/LOCATION (CITY AND STATE)

None

Case 3:07-cv-04088-PJH     Document 27     Filed 11/07/2007     Page 12 of 40

## CERTIFICATE SECTION

First Unum Life Insurance Company (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured.  You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English.  However, a few terms and provisions are written as required by insurance law.  If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern.  Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

First Unum Life Insurance Company
99 Park Avenue
6th Floor
New York, New York 10016

# GENERAL PROVISIONS

### WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments.  It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your waiting period.

### WHEN DOES YOUR COVERAGE BEGIN?

This plan provides different benefit options.  When you first become eligible for coverage, you may apply for any option, however, you cannot be covered under more than one option at a time.

### WHEN CAN YOU CHANGE YOUR COVERAGE BY CHOOSING ANOTHER OPTION?

If you end employment and are rehired within the same plan year, you may be insured on your eligibility date for the coverage that you had under the plan when you ended employment.  You cannot change your coverage until the next annual enrollment period.

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness or temporary leave of absence, your coverage will begin on the date you return to active employment.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

All agents under contract as a full-time agent with the Policyholder for 24 or more contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 1 of the prior calendar year.
If you are on a leave of absence, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your leave of absence begins.

All agents under contract as a full-time agent with the Policyholder for less than 24 contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 1 of the prior calendar year.

If you are on a leave of absence, and if premium is paid, you will be covered for up to 26 weeks following the date your leave of absence begins.

### WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage due to a change in your monthly earnings or due to a plan change requested by your Employer will take effect immediately if you are in active employment or if you are on a covered leave of absence.  If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately, but will not affect a **payable claim** that occurs prior to the decrease.

### WHEN DOES YOUR COVERAGE END?

Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions;
- the last day you are in active employment except as provided under the covered leave of absence provision; or
- the date as of which your election of the No Coverage option becomes effective.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

### WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

### HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

Unum considers any statements you or your Employer make in a signed application for coverage a representation and not a warranty.  If any of the statements you or your Employer make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

We will use only statements made in a signed application as a basis for doing this.

If the Employer gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

### HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

### DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

### DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, your Employer acts on its own behalf or as your agent. Under no circumstances will your Employer be deemed the agent of Unum.

## LONG TERM DISABILITY

## BENEFIT INFORMATION

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness or injury**; and
- you have a **20%** or more loss in your **indexed monthly earnings** due to the same sickness or injury; and
- during the elimination period, you are unable to perform any of the material and substantial duties of your regular occupation.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

### HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 6 months.

### WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment monthly for any period for which Unum is liable.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

*OPTION A*

No Coverage

*OPTION B*

1. Multiply the first $5,833 of your monthly earnings by 36%.
2. Multiply the next $5,000 of your monthly earnings by 18%.
3. Add the answers from Item 1 and Item 2 together.
4. The maximum **monthly benefit** is $3,000.
5. Compare the answer from Item 3 with the maximum monthly benefit. The lesser amount is your **gross disability payment.**
6. Subtract from your gross disability payment any **deductible sources of income.**

The amount figured in Item 6 is your **monthly payment**.

*OPTION C*

1. Multiply the first $5,833 of your monthly earnings by 60%.
2. Multiply the next $8,333 of your monthly earnings by 30%.
3. Add the answers from Item 1 and Item 2 together.
4. The maximum **monthly benefit** is $6,000.
5. Compare the answer from Item 3 with the maximum monthly benefit. The lesser amount is your **gross disability payment**.
6. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 6 is your **monthly payment**.

### WHAT ARE YOUR MONTHLY EARNINGS?

"Monthly earnings" means your average monthly First Year Commissions earned in the prior calendar year as defined by New York Life Insurance Company

### WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LEAVE OF ABSENCE?

If you become disabled while you are on a covered leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING OR DISABLED AND EARNING FIRST YEAR COMMISSIONS?

We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

We will subtract 50% of your disability earnings from your monthly payment.

If your monthly earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly. We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

LTD-BEN-2   (1/1/2003)

*HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?*

If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

*WHAT ARE DEDUCTIBLE SOURCES OF INCOME?*

Unum will subtract from your gross disability payment the following deductible sources of income:

**All agents under contract as a full-time agent with the Policyholder for 24 or more contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 1 of the prior calendar year.**

1.  The amount that you, your spouse and your children receive as disability payments because of your disability under:

    - the United States Social Security Act.
    - the Canada Pension **Plan**.
    - the Quebec Pension Plan.
    - any similar plan or act.

2.  The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

    - the United States Social Security Act.
    - the Canada Pension Plan.
    - the Quebec Pension Plan.
    - any similar plan or act.

3.  The amount that you receive under the mandatory portion of any "no fault" motor vehicle **plan**.

4.  The amount that you receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.

With the exception of retirement payments, Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

All agents under contract as a full-time agent with the Policyholder for less than 24 contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 1 of the prior calendar year.

1.  The amount that you receive under:

    - a workers' compensation law.
    - an occupational disease law.
    - any other act or law with similar intent.

2.  The amount that you receive as disability income payments under any:

    - state compulsory benefit act or law.
    - other group insurance plan.
    - governmental retirement system as a result of your job with your Employer.

3.  The amount that you, your spouse and your children receive as disability payments because of your disability under:

    - the United States Social Security Act.
    - the Canada Pension **Plan**.
    - the Quebec Pension Plan.
    - any similar plan or act.

4.  The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

    - the United States Social Security Act.
    - the Canada Pension Plan.
    - the Quebec Pension Plan.
    - any similar plan or act.

5.  The amount that you:

    - receive as disability payments under your Employer's **retirement plan**.
    - voluntarily elect to receive as retirement payments under your Employer's retirement plan.
    - receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

    Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

    Retirement payments will be those benefits which are based on the provisions of the New York Life Insurance Company Pension Plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

    Regardless of how the retirement funds from the retirement plan are distributed, Unum will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

LTD-BEN-4   (1/1/2003)

Amounts received do not include amounts rolled over or transferred to any
eligible retirement plan.  Unum will use the definition of eligible retirement plan as
defined in Section 402 of the Internal Revenue Code including any future
amendments which affect the definition.

6.   The amount that you receive under Title 46, United States Code Section 688
     (The Jones Act).

With the exception of retirement payments, Unum will only subtract deductible
sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your
disability begins after age 65 and you were already receiving Social Security
retirement payments.

## WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

**All agents under contract as a full-time agent with the Policyholder for 24 or
more contract months, who are in active service and earning the minimum
required amount of First Year Commissions as of December 1 of the prior
calendar year.**
Unum will not subtract from your gross disability payment income you receive from,
but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans
- salary continuation or accumulated sick leave plans

**All agents under contract as a full-time agent with the Policyholder for less
than 24 contract months, who are in active service and earning the minimum
required amount of First Year Commissions as of December 1 of the prior
calendar year.**
Unum will not subtract from your gross disability payment income you receive from,
but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans

- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- no fault motor vehicle plans
- **salary continuation** or accumulated sick leave plans

*WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?*

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

*WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?*

**All agents under contract as a full-time agent with the Policyholder for 24 or more contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 1 of the prior calendar year.**
When we determine that you may qualify for benefits under Item(s) 1 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

**All agents under contract as a full-time agent with the Policyholder for less than 24 contract months, who are in active service and earning the minimum required amount of First Year Commissions as of December 1 of the prior calendar year.**

LTD-BEN-6   (1/1/2003)

When we determine that you may qualify for benefits under Item(s) 1, 2 and 3 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1, 2 and 3 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

## *HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?*

Unum will send you a payment each month up to the **maximum period of payment**. Your maximum period of payment is based on your age at disability as follows:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than 60 | To age 65, but not less than 5 years |
| Age 60 through 64 | 5 years |
| Age 65 through 69 | To age 70, but not less than 1 year |
| Age 70 and over | 1 year |

## *WHEN WILL PAYMENTS STOP?*

We will stop sending you payments and your claim will end on the earliest of the following:

- when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- if you are working and your monthly disability earnings exceed 80% of your indexed monthly earnings, the date your earnings exceed 80%;
- the end of the maximum period of payment;
- the date you fail to cooperate or participate in Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to submit proof of continuing disability;
- the date you die.

## WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

Disabilities due to **mental illness**, alcoholism or drug abuse have a limited pay period up to 24 months.

Unum will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, Unum will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

## WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- participation in a felony.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

### WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition when you apply for coverage when you first become eligible if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 6 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

In addition, this plan will not cover an increase in your coverage made at an annual enrollment period if you have a pre-existing condition. You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 6 months just prior to the date your coverage increased; and
- the disability begins in the first 12 months after your coverage increased.

### WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions then in effect.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

# LONG TERM DISABILITY

## OTHER BENEFIT FEATURES

### WHAT BENEFITS WILL BE PROVIDED TO YOUR FAMILY IF YOU DIE? (Survivor Benefit)

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

### WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active employment because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier. Unum will reduce your payment by any amount for which your prior carrier is liable. When you return to active service you will be subject to the terms of the Unum policy.

### WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION AFTER YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM OR YOU CHANGE EMPLOYERS AND BECOME INSURED UNDER THE UNUM PLAN? (Continuity of Coverage)

Unum may send a payment if your disability results from a pre-existing condition if you were in active employment and insured under the Unum plan on the date your disability began.

In order to receive a benefit you must satisfy the pre-existing condition provision under:

1. the Unum plan, using the following rule:

   Rule: When determining if you have a pre-existing condition under the Unum plan we will credit the time you were previously covered under a group disability insurance plan or policy or employer-provided disability benefit arrangement if (a) your coverage was continuous to a date within 60 days prior to the effective date

of your coverage under this plan; and (b) the prior coverage was substantially similar to this plan; or

2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2, Unum will not make any payments.

If you satisfy Item 1, we will determine your benefits according to the Unum plan provisions.

If you satisfy Item 2, we will administer your claim according to the Unum plan provisions. However, your benefit will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained in force; or
b. the monthly benefit under the Unum plan.

If you only satisfy Item 2 above, your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

### WHAT INSURANCE IS AVAILABLE IF YOU END EMPLOYMENT? (Conversion)

If you end employment with your Employer, your coverage under the plan will end. You may be eligible to purchase insurance under Unum's group conversion policy. To be eligible, you must have been insured under your Employer's group plan for at least 12 consecutive months. We will consider the amount of time you were insured under the Unum plan and the plan it replaced, if any.

You must apply for insurance under the conversion policy and pay the first quarterly premium within 31 days after the date your employment ends.

Unum will determine the coverage you will have under the conversion policy. The conversion policy may not be the same coverage we offered you under your Employer's group plan.

You are not eligible to apply for coverage under Unum's group conversion policy if:

- you are or become insured under another group long term disability plan within 31 days after your employment ends;
- you are disabled under the terms of the plan;
- you recover from a disability and do not return to work for your Employer;
- you are on a leave of absence; or
- your coverage under the plan ends for any of the following reasons:
  • the plan is cancelled;
  • the plan is changed to exclude the group of employees to which you belong;
  • you are no longer in an eligible group;
  • you end your working career or retire and receive payment from any Employer's retirement plan; or
  • you fail to pay the required premium under this plan.

# OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

### HOW CAN UNUM'S REHABILITATION SERVICE HELP YOU RETURN TO WORK?

Unum has a vocational rehabilitation program available to assist you to return to work. This program is offered as a service, and is voluntary on your part and on Unum's part.

In addition to referrals made to the rehabilitation program by our claims paying personnel, you may request to have your claim file reviewed by one of Unum's rehabilitation professionals. As your file is reviewed, medical and vocational information will be analyzed to determine if rehabilitation services might help you return to gainful employment.

Once the initial review is completed, Unum may elect to offer you a return-to-work program. The return-to-work program may include, but is not limited to, the following services:

- coordination with your Employer to assist you to return to work;
- evaluation of adaptive equipment to allow you to return to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- retraining for a new occupation.

### HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

# ERISA

## Additional Summary Plan Description Information

**Name of Plan:**
Group Plan for New York Life Agents

**Name and Address of Employer:**
New York Life Insurance Company
51 Madison Ave
New York, New York
10010

**Plan Identification Number:**
a. Employer IRS Identification #: 13-5582869
b. Plan #: 503

**Type of Welfare Plan:**
This long term disability plan is a component program and part of the Group Plan for New York Life Employees but is not in itself a separate plan as defined in ERISA.

**Type of Administration:**
The Plan is administered by the Plan Administrator. Benefits are administered by the insurer and provided in accordance with the insurance policy issued to the Plan.

**ERISA Plan Year Ends:**
December 31

**Plan Administrator, Name,
Address, and Telephone Number:**
Maria Mauceri, VP and Actuary, or her successor
New York Life Insurance Company
51 Madison Ave
New York, New York
10010
(212) 576-7195

The Plan Administrator is the named fiduciary of the Plan with authority to delegate its duties.

**Agent for Service of
Legal Process on the Plan:**
Maria Mauceri, VP and Actuary, or her successor
New York Life Insurance Company
51 Madison Ave
New York, New York
10010

Service of legal process may also be made upon the Plan Administrator.

ERISA-1   (1/1/2003)

**Funding and Contributions:**

The Plan is funded as an insured plan under policy number 573600 001, issued by First Unum Life Insurance Company, 99 Park Avenue, 6th Floor, New York, New York 10016. Contributions to the Plan are made as stated under "WHO PAYS FOR THE COVERAGE" in the Certificate of Coverage.

## EMPLOYER'S RIGHT TO AMEND THE PLAN

The Employer reserves the right, in its sole and absolute discretion, to amend, suspend, change, eliminate, modify, or terminate, in whole or in part, any or all of the provisions of this Plan (including any related documents and underlying policies), at any time and for any reason or no reason. Any amendment, modification, or termination must be in writing and endorsed on or attached to the Plan.

## EMPLOYER'S RIGHT TO REQUEST POLICY CHANGE

The Employer can request a policy change. Only an officer or registrar of Unum can approve a change. The change must be in writing and endorsed on or attached to the policy.

## CANCELLING THE POLICY OR A PLAN UNDER THE POLICY

The policy or a plan under the policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or offer to modify the policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to the policy;
- fewer than 25 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 31 day grace period.

If Unum cancels the policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 31 days prior to the cancellation date.

Unum also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel the policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and

Unum agree, the policy or a plan can be cancelled on an earlier date.  If Unum or the Policyholder cancels the policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If the policy or a plan is cancelled, the cancellation will not affect a payable claim.

## HOW TO FILE A CLAIM

If you wish to file a claim for benefits, you or your authorized representative should follow the claim procedures described in your group insurance certificate.  Unum must receive a completed claim form.  The form must be completed by you, your authorized representative, your attending physician and your Employer.  If you or your authorized representative has any questions about what to do, you or your authorized representative should contact Unum directly.

## CLAIMS PROCEDURES

Unum will give you notice of the decision no later than 45 days after the claim is filed.  This time period may be extended twice by 30 days if Unum both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies you of the circumstances requiring the extension of time and the date by which Unum expects to render a decision.  If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days within which to provide the specified information.  If you deliver the requested information within the time specified, any 30 day extension period will begin after you have provided that information.  If you fail to deliver the requested information within the time specified, Unum may decide your claim without that information.

If your claim for benefits is wholly or partially denied, the notice of adverse benefit determination under the Plan will:

- state the specific reason(s) for the determination;

- reference specific Plan provision(s) on which the determination is based;

- describe additional material or information necessary to complete the claim and why such information is necessary;

- describe Plan procedures and time limits for appealing the determination, and your right to obtain information about those procedures and the right to sue in federal court; and

- disclose any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or state that such information will be provided free of charge upon request).

Notice of the determination may be provided in written or electronic form.  Electronic notices will be provided in a form that complies with any applicable legal requirements.

## APPEAL PROCEDURES

You have 180 days from the receipt of notice of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the claim denial. A decision on review will be made not later than 45 days following receipt of the written request for review. If Unum determines that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total). Unum will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days to provide the specified information. If you deliver the requested information within the time specified, the 45 day extension of the appeal period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, Unum will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, Unum will provide you with the names of each such expert, regardless of whether the advice was relied upon.

A notice that your request on appeal is denied will contain the following information:

- the specific reason(s) for the determination;

- a reference to the specific Plan provision(s) on which the determination is based;

- a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);

- a statement describing your right to bring a civil suit under federal law;

- the statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and

- the statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available

is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency".

Notice of the determination may be provided in written or electronic form.  Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

## YOUR RIGHTS UNDER ERISA

As a participant in this Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all Plan participants shall be entitled to:

Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.  No one, including your Employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

Enforce Your Rights

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials

and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, if, for example, it finds your claim is frivolous.

<u>Assistance with Your Questions</u>

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## DISCRETIONARY ACTS

In exercising its discretionary powers under the Plan, the Plan Administrator, with regard to eligibility to participate in the plan, and any designee (which shall include Unum as a claims fiduciary) will have the broadest discretion permissible under ERISA and any other applicable laws, and its decisions will constitute final review of your claim by the Plan. Benefits under this Plan will be paid only if Unum, as claims fiduciary, decides in its discretion that the applicant is entitled to them.

ERISA-6   (1/1/2003)

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.
Temporary and seasonal workers are excluded from coverage.

**ANNUAL ENROLLMENT PERIOD** means a period of time before the beginning of each plan year during which agents eligible to participate in the plan may elect disability benefits.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive while you are disabled. This income will be subtracted from your gross disability payment.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your **maximum capacity**.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EMPLOYEE** means a citizen or permanent resident of the United States or Canada who is in active employment in the United States with the Employer unless an exception is applied for and approved in writing by Unum.

**EMPLOYER** means the Policyholder, and includes any division, subsidiary or affiliated company named in the policy.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. Unum reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MENTAL ILLNESS** means a psychiatric or psychological condition regardless of cause such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

**MONTHLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly income from your Employer as defined in the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

PHYSICIAN means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

PLAN means a line of coverage under the policy.

POLICYHOLDER means the Employer to whom the policy is issued.

PRE-EXISTING CONDITION means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

RECURRENT DISABILITY means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

REGULAR CARE means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

REGULAR OCCUPATION means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

RETIREMENT PLAN means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. Retirement Plan includes but is not limited to any plan which is part of any federal, state, county, municipal or association retirement system.

SALARY CONTINUATION OR ACCUMULATED SICK LEAVE means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy. This continued payment must be part of an established plan maintained by your Employer for the benefit of all employees covered under the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your

disability begins.  Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

SICKNESS means an illness or disease.  Disability must begin while you are covered under the plan.

SURVIVOR, ELIGIBLE means your spouse, if living; otherwise your children under age 25 equally.

WAITING PERIOD means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

WE, US and OUR means First Unum Life Insurance Company.

YOU means an employee who is eligible for Unum coverage.

## UnumProvident's Commitment to Privacy

UnumProvident understands your privacy is important. We value our relationship with you and are committed to protecting the confidentiality of nonpublic personal information (NPI). This notice explains why we collect NPI, what we do with NPI and how we protect your privacy.

### Collecting Information

We collect NPI about our customers to provide them with insurance products and services. This may include telephone number, address, date of birth, occupation, income and health history. We may receive NPI from your applications and forms, medical providers, other insurers, employers, insurance support organizations, and service providers.

### Sharing Information

We share the types of NPI described above primarily with people who perform insurance, business, and professional services for us, such as helping us pay claims and detect fraud. We may share NPI with medical providers for insurance and treatment purposes. We may share NPI with an insurance support organization. The organization may retain the NPI and disclose it to others for whom it performs services. In certain cases, we may share NPI with group policyholders for reporting and auditing purposes. We may share NPI with parties to a proposed or final sale of insurance business or for study purposes. We may also share NPI when otherwise required or permitted by law, such as sharing with governmental or other legal authorities. *When legally necessary, we ask your permission before sharing NPI about you.* Our practices apply to our former, current and future customers.

*Please be assured we do not share your health NPI to market any product or service.* We also do not share any NPI to market non-financial products and services. For example, we do not sell your name to catalog companies.

The law allows us to share NPI as described above (except health information) with affiliates to market financial products and services. The law does not allow you to restrict these disclosures. We may also share with companies that help us market our insurance products and services, such as vendors that provide mailing services to us. We may share with other financial institutions to jointly market financial products and services. *When required by law, we ask your permission before we share NPI for marketing purposes.*

When other companies help us conduct business, we expect them to follow applicable privacy laws. We do not authorize them to use or share NPI except when necessary to conduct the work they are performing for us or to meet regulatory or other governmental requirements.

UnumProvident companies, including insurers and insurance service providers, may share NPI about you with each other. The NPI might not be directly related to our transaction or experience with you. It may include financial or other personal information such as employment history. Consistent with the Fair Credit Reporting Act, we ask your permission before sharing NPI that is not directly related to our transaction or experience with you.

## Safeguarding Information

We have physical, electronic and procedural safeguards that protect the confidentiality and security of NPI. We give access only to employees who need to know the NPI to provide insurance products or services to you.

## Access to Information

You may request access to certain NPI we collect to provide you with insurance products and services. You must make your request in writing and send it to the address below. The letter should include your full name, address, telephone number and policy number if we have issued a policy. If you request, we will send copies of the NPI to you. If the NPI includes health information, we may provide the health information to you through a health care provider you designate. We will also send you information related to disclosures. We may charge a reasonable fee to cover our copying costs.

This section applies to NPI we collect to provide you with coverage. It does not apply to NPI we collect in anticipation of a claim or civil or criminal proceeding.

## Correction of Information

If you believe NPI we have about you is incorrect, please write to us. Your letter should include your full name, address, telephone number and policy number if we have issued a policy. Your letter should also explain why you believe the NPI is inaccurate. If we agree with you, we will correct the NPI and notify you of the correction. We will also notify any person who may have received the incorrect NPI from us in the past two years if you ask us to contact that person.

If we disagree with you, we will tell you we are not going to make the correction. We will give you the reason(s) for our refusal. We will also tell you that you may submit a statement to us. Your statement should include the NPI you believe is correct. It should also include the reason(s) why you disagree with our decision not to correct the NPI in our files. We will file your statement with the disputed NPI. We will include your statement any time we disclose the disputed NPI. We will also give the statement to any person designated by you if we may have disclosed the disputed NPI to that person in the past two years.

## Coverage Decisions

If we decide not to issue coverage to you, we will provide you with the specific reason(s) for our decision. We will also tell you how to access and correct certain NPI.

## Contacting Us

For additional information about UnumProvident's commitment to privacy, please visit www.unumprovident.com/privacy or www.coloniallife.com or write to: Privacy Officer, UnumProvident Corporation, 2211 Congress Street, M347, Portland, Maine 04122. We reserve the right to modify this notice. We will provide you with a new notice if we make material changes to our privacy practices.

*UnumProvident Corporation is providing this notice to you on behalf of the following insuring companies: Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, Colonial Life & Accident*

*Insurance Company, The Paul Revere Life Insurance Company and The Paul Revere Variable Annuity Insurance Company.*

UnumProvident is the marketing brand of, and refers specifically to, UnumProvident Corporation's insuring subsidiaries. © 2003 UnumProvident Corporation.  The name and logo combination is a service mark of UnumProvident Corporation. All rights reserved.

1 | J. Russell Stedman (117130), rstedman@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
2 | BARGER & WOLEN LLP
650 California Street, 9th Floor
3 | San Francisco, California  94108-2713
Telephone:   (415) 434-2800
4 | Facsimile:   (415) 434-2533

5 | Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY only
6 |
Thomas M. Herlihy (83615), herlihy@kelher.com
7 | John C. Ferry (104411), jferry@kelher.com
KELLY, HERLIHY & KLEIN LLP
8 | 44 Montgomery Street, Suite 2500
San Francisco, California  94104-4798
9 | Telephone:   (415) 951-0535
Facsimile:   (415) 391-7808
10 |
Attorneys for Defendants
11 | UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION)
12 | and NEW YORK LIFE INSURANCE COMPANY

13 |

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 |

17 | LYLE HUGHES,                                    )    CASE NO.:  C07-4088 PJH
                                                    )
18 |           Plaintiff,                           )    **EXHIBIT "C" THROUG "E"**
                                                    )    **OF DECLARATION OF SOPHIA**
19 |    vs.                                         )    **RODRIGUEZ IN SUPPORT OF**
                                                    )    **DEFENDANTS' OPPOSITION TO**
20 | UNUMPROVIDENT CORPORATION;                     )    **MOTION TO REMAND**
     UNUM CORPORATION; NEW YORK LIFE               )
21 | INSURANCE COMPANY; THE                         )    Date: November 28, 2007
     COMMISSIONER OF THE CALIFORNIA               )    Time: 9:00 a.m.
22 | DEPARTMENT OF INSURANCE; and                   )
     DOES 1 through 20 inclusive,                  )    Complaint Filed: June 28, 2007
23 |                                                )
              Defendants.                          )
24 | _____ )

25 |

26 |

27 |

28 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

EXHIBIT "C" THROUGH "E"  OF DECLARATION OF SOPHIA RODRIGUEZ
CASE NO.:  C07-4088 PJH

# EXHIBIT - C

Field News                                                                    Page 1 of 1

                                                     print    ☒ close

## Summary of Material Modifications to the Group Plan for New York Life Agents

To:         Agent

From:       Maria J. Mauceri, Vice President & Actuary

Week of Date: 08/09/2004

MDRT Code:   605.02

This Summary of Material Modifications (SMM) to the Group Plan for New York Life Agents ("Plan") Long-Term Disability coverage has been issued to inform you that effective January 1, 2003, (i) First Unum Life Insurance Company ("Unum") replaced CIGNA Life Insurance Company of New York, as the insurer for this coverage and as the designated Claims Administrator and Appeals Fiduciary, and (ii) the definition of "Disability" with respect to Long Term Disability coverage under the Plan is as follows:

A participant is disabled when Unum determines that:

- the participant is unable to perform the material and substantial duties of any gainful occupation for which the participant is reasonably fitted by education, training or experience, and

- the participant has a 20% or more loss in his or her indexed monthly earnings due to the same sickness or injury, and

- during the elimination period, the participant is unable to perform any of the material and substantial duties of any gainful occupation for which he or she is reasonably fitted by education, training or experience.

This provision supercedes the definition of "Disability" set forth in the "Long Term Disability Insurance" section of your Agents Group Insurance Summary Plan Description ("SPD"). This SMM also corrects the definition of "Disability" which appeared in the last sentence of the paragraph at the bottom of page 30 of the 2003 and 2004 Agents Group Plan Annual Enrollment Booklets ("Enrollment Booklets"). Please keep this SMM with your SPD and your Enrollment Booklets.

If you have any questions about your benefits, please call the Agents Benefits Service Line at 1-888-NYL-4944.

© 2003-2006, New York Life Insurance Company. All Rights Reserved.

# EXHIBIT - D



**FIELD**

**NEWS**

### REVIEW & RETAIN

..............................................................

TO:        All Agents Who Are Enrolled for Long-Term Disability Coverage Under the Group
           Plan for New York Life Agents

FROM:      Lynne M. Cohn, Vice President, Human Resources

DATE:      08/11/2003

SUBJECT:   Summary of Material Modifications to the Group Plan for New York Life Agents
           Regarding Long-Term Disability Coverage

MDRT I/R CODE:    605.02 (Agents/Benefits)

..............................................................

This Summary of Material Modifications (SMM) to the Group Plan for New York Life Agents ("Plan") describes the claims appeals process for Long-Term Disability coverage under the Plan. This SMM replaces the "Claims and Review Procedure" section of your Agents Group Insurance Summary Plan Description as it applies to Long-Term Disability claims, and any subsequent SMMs regarding Long-Term Disability claims procedures.

Denied Claims

If you submit a claim and it is denied in whole or in part, a notice will be sent within a reasonable time period, but not longer than 45 days from receipt of the claim. If First Unum Life Insurance Company ("First Unum") determines that an extension is necessary due to matters beyond control of the Plan, this time may be extended for two additional 30-day periods. You will receive notice prior to each extension that indicates the circumstances requiring the extension, the date by which the plan expects to render a determination, the standards on which entitlement to a benefit is based, and the unresolved issues that prevent a decision on the claim. If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information. First Unum will then make its determination within 30 days from the date the plan receives your information, or, if earlier, the deadline to submit your information.

If your claim is in part or wholly denied, you will receive notice of an adverse benefit determination that will:
- state the specific reason(s) for the adverse benefit determination,
- reference the specific plan provisions on which the determination is based,
- describe additional material or information, if any, needed to perfect the claim and the reasons such material or information is necessary,
- describe the plan's claims review procedures and the time limits applicable to such procedures, including a statement of your right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review,
- disclose any internal rule, guideline, or protocol relied on in making the adverse determination (or state that such information is available free of charge upon request), and
- if the denial is based on a medical necessity or experimental treatment or similar limit, explain the scientific or clinical judgment for the determination (or state that such information will be provided free of charge upon request).

Request For Review and Appeals

- You will have 180 days from the receipt of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the adverse benefit determination.
- You will have the opportunity to submit written comments, documents, or other information in support of your appeal, and you will have access to all documents that are relevant to your claim. Your appeal will be conducted by a person different from the person who made the initial decision. No deference will be afforded to the initial determination.
- If your claim involves a medical judgment question, First Unum will consult with an appropriately qualified health care practitioner with training and experience in the field of medicine involved. If a health care professional was consulted for the initial determination, a different health care professional will be consulted on appeal. Upon request, First Unum will provide you with the identification of any medical expert whose advice was obtained on behalf of the plan in connection with your appeal.
- You will be notified of First Unum's benefit determination on review within a reasonable time, but not later than 45 days from receipt of the request for review. If First Unum determines that an extension is necessary due to special circumstances, this time may be extended for an additional 45 days. You will receive notice prior to the extension that indicates the special circumstances requiring the extension and the date by which the plan expects to render a determination. If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information. First Unum will then make its determination within 45 days from the date the plan receives your information, or, if earlier, the deadline to submit your information.

If your claim is in part or wholly denied, you will receive notice of an adverse benefit determination that will:
- state specific reason(s) of the adverse determination;
- reference specific plan provision(s) on which the benefit determination is based;
- state that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits;
- describe any voluntary appeal procedures offered by the plan and your right to obtain information about such procedures;
- disclose any internal rule, guidelines, or protocol relied on in making the adverse determination (or state that such information will be provided free of charge upon request);
- if the denial is based on a medical necessity or experimental treatment or similar limit, explain the scientific or clinical judgment for the determination (or state that such information will be provided free of charge upon request); and
- include a statement regarding your right to bring an action under section 502(a) of ERISA.

You also will receive a notice if your claim on appeal is approved.

## Legal Actions

You may not bring a lawsuit to recover benefits under this plan until you have exhausted the administrative process described in this section. No action may be brought at all unless brought no later than 2 years following a final decision on your claim for benefits. The 2-year statute of limitations on suits for all benefits will apply in any forum where you may initiate such suit.

## Claims Administrator and ERISA Claims Appeal Fiduciary

The Claims Administrator and the ERISA Claims Appeal Fiduciary with respect to Long-Term Disability coverage under the Plan are:

| Claims Administrator | ERISA Claims Appeal Fiduciary |
|---|---|
| First Unum Life Insurance Company | First Unum Life Insurance Company |
| Group Medical Underwriting | 2211 Congress Street |
| 2211 Congress Street | Portland, ME 04122 |
| Portland, ME 04122 | Tel: 800-858-6843 |
| Tel: 800-858-6843 | |

First Unum has the exclusive and final discretionary authority to construe and interpret Plan provisions, to make any factual determinations to determine benefits, if any, to be paid.

This notice serves as a modification to your Summary Plan Description (SPD) booklet. Please keep this "Summary of Material Modifications" with your SPD.

If you have any questions about your benefits, please call the Agents Benefits Service Line at 1-888-NYL-4944.

*This communication is intended for internal use only.*

The Company You Keep®    FROM THE AGENCY COMMUNICATIONS DIVISION