1  THOMAS M. HERLIHY (SBN 83615)
   LAWRENCE J. ROSE (SBN 129511)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendants
6  UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
   FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
7  UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

8  J. Russell Stedman (SBN 117130)
   Jennifer N. Lee (SBN 230727)
9  BARGER & WOLLEN LLP
   650 California Street, 9th Floor
10 San Francisco, CA 94108
   Telephone:   (415) 434-2800
11 Facsimile:   (415) 434-2533

12 Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 LYLE HUGHES,                      ) Case No.:   CV07-04088 PJH
                                     )
18              Plaintiff,           ) **DEFENDANTS' SUMMARY OF**
                                     ) **ADMINISTRATIVE RECORD**
19      v.                           )
                                     )
20 UNUMPROVIDENT CORPORATION; UNUM   ) Date     :  August 27, 2008
   CORPORATION, NEW YORK LIFE        ) Time     :  9:00 a.m.
21 INSURANCE COMPANY, et al.,        ) Courtroom:  3
                                     ) Floor    :  17
22              Defendants.          ) Before   :  Hon. Phyllis J. Hamilton
                                     )
23                                   )
                                     )
24

25      **PURSUANT TO FEDERAL RULE OF EVIDENCE 1006,** defendants, Unum Group

26 (formerly known as Unumprovident Corporation), First Unum Life Insurance Company (erroneously

27 ──────────────────────────────────────────────

28              DEFENDANTS' SUMMARY OF ADMINISTRATIVE RECORD
   USDC NDCA Case #CV07-044088 PJH
   364215.1

sued as Unum Corporation) and New York Life Insurance Company, hereby submit this summary of the Administrative Record in this matter, consisting of true and accurate copies of the documents contained in that record to which reference in made in defendant's Motion For Partial Summary Judgment, or the Alternative, Motion For Judgment Under Rule 52. Plaintiff's personally-identifying information has been redacted from these documents.

    A complete copy of the Administrative Record, as authenticated by the Declaration of William T. Bradley, II, is lodged with the Court simultaneously. A copy of that complete document has also been provided to plaintiff.

Dated: July 16, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/ Thomas M. Herlihy_____
    THOMAS M. HERLIHY
    LAWRENCE J. ROSE
    Attorneys for Defendants
    UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION), FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY