UnumProvident Corporation


Claim Folder Contents


Claimant Name: Lyle H Hughes
Claim Number: 1527587


This document is the property of UnumProvident.
Unauthorized access is strictly prohibited.

PERSONAL & CONFIDENTIAL INFORMATION ENCLOSED


Print Date - 2/5/2007

UACL00206

```
                        Claim Profile - Plan Info
----------------------------------------------------------------------

Policy No.: 573600

Policy Name: NEW YORK LIFE INSURANCE COMPANY

Policy Eff Date: 01/01/2003 Policy Term Date:  Situs: New York

Product: Long Term Disability

Product Type: Flex

Contract Series: CXC SERIES

Funding: Fully Insured

Product Desc: FLEX LTD

Division: 0001

Division Name: NEW YORK LIFE INSURANCE COMPANY

Division Eff Date: 01/01/2003      Division Term Date:

Division Status: Active Claims Only

PEG: 001 PEG Desc: All agents under contract as a full-time agent with the
Policyholder for 24 or more contract months, who are in active service and
earning the minimum required amount of

Choice:

Accounting Type: Self Accounting

Contract Notes: Y

Sales Office: New York

Division Claim Office: Portland

Collections: New case (System generated on new policies/divisions)

---------- Plan Provisions ----------
    Provision: ACCUM EP      Value: 30 DAYS
    Provision: ALCO & DRUG LIM      Value: 24 MONTHS
    Provision: ANNUAL ENR PER      Value: ANY LEVEL SUBJECT TO PX
    Provision: APPLIC WAIT PER      Value: DAY AFTER
    Provision: APPROVED LV ABS      Value: END OF MO FOLLOW THE MO
    Provision: BOOKLET COVER      Value: CUSTOM
    Provision: CC NOT AT WORK      Value: YES
    Provision: CC PRE-EXISTING      Value: <PRIOR CAR BN/OUR BEN 60D
    Provision: CONVERSION      Value: GROUP TRUST COVERAGE
    Provision: COST CONTAINMT      Value: YES,CNTRCT CHGS IMPL 1/96
    Provision: COST LIVE FREE      Value: COST OF LIVING
    Provision: CPI TYPE      Value: CPI-W
    Provision: DEF ACT EMPLOY      Value: EXCLUDE TEMP AND/OR SEAS
    Provision: DEF ELIM PERIOD      Value: CONSECUTIVE DAYS
    Provision: DEF GAINFUL      Value: 80%
    Provision: DEF GRACE PER      Value: 31 DAYS
    Provision: DEF MX CAPACITY      Value: GREATEST EXTENT
    Provision: DEF REG OCC      Value: BASED ON NATIONAL ECONMY
    Provision: DEF REGLAR CARE      Value: APPROPRIATE CARE
```

UACL00210

```
Provision: DIS DEF MONTHLY        Value: LONG TERM OWN OCCUPATION
Provision: EARN AVG PER        Value: 3 MONTHS
Provision: EARN LEVEL TD        Value: LESS THAN 70%
Provision: EARNINGS        Value: ***TEXT***
Provision: EARNINGS OFFSET        Value: PROPORTIONATE LOSS
Provision: EE CONTRIB        Value: YES - A
Provision: EE MIN # HOURS        Value: 0 HOURS
Provision: EFFECT DATE        Value: ANNUALLY
Provision: ELIM PER MTHLY        Value: 6 MONTHS
Provision: ERISA        Value: YES
Provision: FELONY EXCL        Value: ATTEMPTING TO COMMIT
Provision: FMLY LV ABS        Value: HR POL,BNL F/S/EE RCHVR >
Provision: FRAUD STATEMENT        Value: UNUM WILL PROSECUTE
Provision: IPDE < CPI INC        Value: FULL
Provision: IPDE %        Value: 10%
Provision: IPDE # ADJ        Value: BENEFIT DURATION
Provision: IPDE WHEN ADJ        Value: BENEFIT ANNIVERSARY
Provision: LATE PROOF        Value: REASONABLY POSSIBLE
Provision: M&N LIMIT        Value: 24 MONTHS
Provision: MAX MO BEN PER        Value: ADEA II
Provision: MIN CNTRB PRTCP        Value: 75%
Provision: MIN HRS PERIOD        Value: WEEKLY
Provision: NEW EE WAIT        Value: 0 DAYS
Provision: NON CNTRB PRTCP        Value: 100%
Provision: NOTE RETIRE BEN        Value: YES
Provision: OIB NO-FAULT        Value: RECEIVED BASIS
Provision: OIB SOCIAL SEC        Value: PRIMARY & FAM
Provision: OIB SS DIS        Value: RECEIVED AND MAY BE EST
Provision: OIB SS RET        Value: RECEIVED BASIS
Provision: OIB 3RD PARTY        Value: RECEIVED BASIS
Provision: OPTION LABEL        Value: OPTION
Provision: OPTN START TYPE        Value: A
Provision: PREGNANCY        Value: FULL
Provision: PRESENT EE WAIT        Value: 0 MONTHS
Provision: PROOF OF CLAIM        Value: SUSPEND CLAIM PAYMENTS
Provision: PRX EXCL        Value: 12 MONTHS
Provision: PRX EXCL AE        Value: 12 MONTHS
Provision: PRX PREINS        Value: 6 MONTHS
Provision: PRX PREINS AE        Value: 6 MONTHS
Provision: RATE AMENDMENT        Value: INITIAL
Provision: RECUR DIS ER        Value: CONTINUOUSLY INSURED
Provision: RECURRENT DIS        Value: 6 MONTHS
Provision: REHIRE ENROLL        Value: SEE PLAN DOCUMENT
Provision: REQ MIN # EES        Value: 25 LIVES
Provision: RIOT EXCLUSION        Value: YES
Provision: SELF INJRY EXCL        Value: YES
Provision: SELFRPTD LIMIT        Value: UNLIMITED
Provision: SURV BEN GROSS        Value: 3 MONTHS
Provision: SURV BEN PAY TO        Value: PAYABLE TO ESTATE
Provision: SURV BN QUALPER        Value: 180 DAYS
Provision: TERM DIS BEN        Value: GREATER THAN 80%
Provision: TERM EE AGE        Value: LIFETIME
Provision: WAIVER OF PREM        Value: YES
Provision: WAR EXCLUSION        Value: YES
Provision: WHEN BEN PAID        Value: MONTHLY
Provision: WHEN EE TERM        Value: IMMEDIATELY
Provision: WORK RX        Value: BASE


---------- Applicable Provisions ----------
```

UACL00211

Claimant Name: Lyle H Hughes        Claim #: 1527587

Claim Profile - Common Coverages

---------------------------------------------------------------------

Legacy Claim Number:   Claim Owner:
Product:   Product Type:   System:

UACL00212

Action Plan - Synopsis
--------------------------------------------------------------------------------

Current Age: 45 Gender: Male Last Day Worked: 08/31/2004

Disability Date: 09/01/2004 Benefit Amount:

Primary Dx Desc: MYALGIA AND MYOSITIS, UNSPECIFIED

Expected Delivery Date:    Actual Delivery Date:

Surgery Date:

Occ Type:

Occ Title: Agent

Youngest Dependent Current Age: NA


Height:  Weight:  Surgery Desc:
--------------------------------------------------------------------------------
Claim Overview: Synopsis Summary:

The clmt is a 43yo male agent for NY Life Insurance oow since 9-1-04 due to
fibromyalgia, sleep apnea, and bipolar disorder.

Eligibility Review: NY Life - other, plan effective date: 1/1/03, All EEs, Min
hours 20, WP none, contrib, EP 6 months, 3 choices - 1: none, 2: All source
lesser of 50% or 60% less deductions to max of $5,000, 3: All source lesser of
60% or 66.6667 less deductions to max of $10,000, age 65, C of C, SIB
Pre-ex Review Status: 6/12


Customer Profile Checked (date/first initial and last): NAP 9-21-04

Agents DR, PIC, LTD and Life WOP:
Lucy Shpiller
Telephone: 212 576-7195
Fax: 212-576-6065.
 Lucy_M._Shpiller@newyorklife.com
--------------------------------------------------------------------------------
Created By: Petersen, Nathan  Created Date: 09/21/2004
Create Site: Portland

Updated By: Petersen, Nathan  Updated Date: 03/21/2005
Update Site: Portland

UACL00213

--------------------------------------------------------------------------------
Claimant Name: Lyle H Hughes    Claim #: 1527587

**AR SUM 0005**

Action Plan – Claim Management
---------------------------------------------------------------------------

ERD:  RTW Opportunities:

Change in Def Date:  SSDI Status:

Reservation of Rights:
    Start Date:  End Date:

Pre-Ex Investigation Required?
    Pre-Ex Start Date:  Pre-Ex End Date:

---------------------------------------------------------------------------

File Direction: File Direction: noncompensable. R&Ls of "avoid all stressful situations, no prolonged periods of sitting" are not supported by the provided medical data. The medical notes do not indicate EE meets the American College of Rheumatology's criteria for the dx of fibro. EE not referred to physical therapy. EE not treating for your reported cognitive deficits or treating with a rheum. The medical data does not support any functional limitation due to fibro. EEs bipolar disorder has been stable for over two years. EE doing well on medication and there have been no changes to medications. EE not treated with a mental health provider since 2002. EE has a long standing dx of sleep apnea and continued to work nonetheless until September of 2004. Medical data indicate that your sx of sleep apnea have improved when EE complied with CPAP tx. There has been no mslt to assess sleepiness or any testing of your cognitive functioning. With regard to daytime sleepiness it would be expected that EE, as the sole owner of business, would have the autonomy to set schedule to accommodate potential sx and permit work. Avoidance of prolonged sitting can be achieved by alternating sitting and standing as needed. It would be expected that EE would be able to accomplish this while performing occupation as an agent. The medical data do not support restrictions and limitations or inability to perform occupation as an insurance agent. Therefore, no benefits are payable at this time and claim has been closed.


Next/future Steps:


Requests outstanding:


Detailed call dates:


Medical Update:
Current R&L???s:


Vocational Description/Status:
RTW Plan:
RTW success Story


CID review status:
Current ERD rationale:


Insuring Entity
Status/ERISA ext/toll:
M&N Self-report limitation:

UACL00214

---------------------------------------------------------------------------
Claimant Name: Lyle H Hughes     Claim #: 1527587

**AR SUM 0006**

```
COLA:
Life Waiver:
Disability Plus:
Pension/Retirement:
-------------------------------------------------------------------------------

Created By: Petersen, Nathan  Created Date: 09/21/2004
Create Site: Portland

Updated By: Petersen, Nathan  Updated Date: 03/21/2005
Update Site: Portland
```

UACL00215

## STD/FMLA TELEPHONIC INTAKE

| | |
|---|---|
| Employer: **NY life - AGENT -ee stated for LTD** | |
| Name: **Lyle H. Hughes** | SSN: ▉▉▉▉ |
| Address: **3317 Orchestra Pl** | |
| City: **Modesto** | State: **CA** | Zip: **95355** |
| Home Phone: **209-551-8947** | Work Phone: **209-845-2124** | Cell: **209-402-2560** |
| FAX: | DOB ▉▉/1961 | Gender: m |
| Marital Status: M☐ S☐ D☒ W☐ | Job Title: **President /CEO-agency owner** |
| Supv. Name: **Mike Scovell/Susan Jackson - office mgr** | Phone: **209-955-2400** | |

## STD CLAIMS INFORMATION

| | |
|---|---|
| LDW: **8/31/04** | First day of work missed 9/1/04 |

| | |
|---|---|
| Condition/Diagnosis: **Fibromyalgia, Sleep apnea , bipolar disorder** |
| How occurred: |

| Event Type: | Sickness:☒ | Accident:☐ | MVA:☐ | Work Related:☐ | FMLA☐ : |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| ICD-9 Code: **729.1** | Secondary ICD-9 Code **780.57** | Date Physician first disabled from work: |
| First office visit date: **ongoing 6/95** | Last office visit: 9/1/04 | Next office visit date: **mos after taking new meds to be sched** |
| MVA Date: | Full Time RTW date: **unsure** | Part Time RTW Date: |

| | | | |
|---|---|---|---|
| Maternity Claim: Est. Del Date: | Act. Delivery Date: | Vag ☐ | C-Section ☐ |
| Complications: | | | |

| |
|---|
| Surgery: | Surgery Date: |
| In ☐ or Out ☐ Patient   Admission date | Gallbladder or appendectomy Open ☐ or Lap ☐ |
| Hysterectomy: indicate  Total ☐ or Partial | Vaginal ☐ or Abdominal ☐ |
| Procedures: |

| | |
|---|---|
| Primary Physician Name: **Dr John Duong** | Address: **1429 College Ave Ste H** |
| City: **Medosto** | State: **CA** | Zip: **95350** |
| Phone: **209-522-9021** | Fax: **209-522-1664** | E-mail: |
| Other Contact Name: | Relationship: |
| Address: | |
| City: | State: | Zip: |
| Phone: | Fax: | E-mail: |
| l | | |

| |
|---|
| Notes: **FT . EE is an agent, AU yes- will fax to UP ,** |
| AU: Dr has signed AU ☐   EE has AU-will give to AP by        EE doesn't have AU/what is plan for obtaining one?   We already have AU ☐ |

9/7/2004  6:54 PM

UACL00220

| Intake Specialist: **Catherine Merrow** |
|---|

## FMLA CLAIMS INFORMATION

| Leave Reason: | Leave Type: | | | |
|---|---|---|---|---|
| If Intermittent, Time Taken: Hrs: | Mins: | | | |
| If Reduced Schedule, Hours will work/week: | | | | |
| Medical Category: | | Request Date: | | |
| LDW: | Leave State Date: | Estimated RTW Date: | | |
| Regularly Scheduled Work Days: | Sun: ☐   Mon: ☐   Tues: ☐ | Wed: ☐  Thurs: ☐  Fri: ☐  Sat: ☐ | | |
| Avg # Days Worked/Week: | Avg # Hrs. Worked/Week: | Does work sch vary: | | |

Certification Date (calculate 15 days from request date):

The below statement must be read to the caller if FMLA claim:

"Within 2 business days, you will be mailed a packet of information containing notification of eligibility under the Family and Medical Leave Act, and if applicable, any State Leave Laws. If you are eligible for leave, you will receive information about the appropriate medical certification or documentation that will be required to certify your leave. Any documentation or certification required to support your leave request will be due on (CERTIFICATION DATE ABOVE).

The employee has been informed of the above Certification Date:

Intake Specialist Name: Catherine Merrow

Notes:

9/7/2004  6:54 PM

Claimant Name: Lyle H Hughes      Claim #: 1527587

UACL00221



September 20, 2004

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355

RE:    Hughes, Lyle H            DOB: ███████, 1961
       Claim Number:            1527587
       Policy Number:           573600
       First Unum Life Insurance Company

Dear Mr. Hughes:

We have received your Long Term Disability claim and have determined that we need additional information.

We tried to contact you by telephone on several occasions to discuss your claim, but have been unsuccessful. Please contact this office at your earliest convenience. If we do not hear from you by October 20, 2004, we will assume you do not wish to pursue this claim and will close your file.

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843
Fax 1-800-447-2498
www.unumprovident.com

1242-03

UACL00243

Claimant Name: Lyle H Hughes      Claim #: 1527587

AR SUM 0010

```
.                              Activity
-------------------------------------------------------------------------
Type: Personal       Name: General
Status: Completed
Notify Date: 09/20/2004
Owner: Petersen, Nathan
Mark As Priority: No
Subject: EE c/b for ICC, if not ltr.
Upon Completion Notify: Activity Creator

Request Fields
-------------------------------------------------------------------------
Request: EE c/b for ICC, if not send contact
ltr.


Created By: Petersen, Nathan
Created Date: 09/16/2004       Create Site: Portland

Response Fields
-------------------------------------------------------------------------
Response: Petersen, Nathan 09/20/2004: 9-20-04 0158p att call EE; left message
for c/b (3rd
attempt) Sent telephone contact letter.

EEs cell 209-402-2560 scheduled ICC for tomorrow


Completed By: Petersen, Nathan
Completed Date: 09/20/2004       Create Site: Portland
```

UACL00244

# LONG TERM DISABILITY PROGRAM
## Plan Highlights For New York Life
## Agents Plan #573600
### Effective 1/1/03

**UNUMPROVIDENT**

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

UA1 002386

| | |
|---|---|
| **Legal Name** | New York Life Insurance Company |
| **Divisions, Subsidiaries and Affiliated Companies (city & state)** | Subsidiaries are: ☒ Yes ☐ No<br>• New York Life Investment Management (NYLIM)<br>• New York Life International<br>• NYLINK (NYLEX Division)<br>• New York Life Trust Company<br>• New York Life Trust Company FSB |
| **Nature of Business/SIC code** | 6311/ Life Insurance |
| **Number of Eligible Agents** | 3,730 |
| **Policy Number** | 573600 |
| **Other Unum Provident Policy Numbers** | 573601 – Agent DR<br>573602 – Agent PIC<br>573603 – Employee LTD<br>573604 – Employee DR<br>573605 – Agent Life<br>573606 – Pre 1991 Agent Life<br>573607 – Employee Life<br>GSR14921 Employee Voluntary AD&D<br>GSR14920 Agent Voluntary AD&D<br>GSR14919 Agent Basic AD&D |
| **Situs State (Company location)** | NY |

Initial Grid Completed: 9/13/02
Initial Underwriter Approval: 9/20/02
Revised Grid: 12/05/02
Final Underwriter Approval:

DRAFT - WORKING DOCUMENT - subject to state requirements (template S/02)

-1-

Claimant Name: Lyle H Hughes    Claim #: 1527587



**UNUMPROVIDENT**

UACL012048?

# LONG TERM DISABILITY PROGRAM
## Plan Highlights For New York Life
### Agents Plan #573600
### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

| | | |
|---|---|---|
| **Effective Date** | 1/1/03 | |
| **Anniversary Date** | 1/1 | |
| **Eligibility** | Agents under full-time contract with New York Life Insurance Company are eligible for LTD on January 1 every year, provided they meet minimum First Year Commissions (FYC) requirements as of 12/31 of the prior year.<br><br>If an agent does not meet FYC requirements as of 12/31, he/she will not be eligible for coverage as of 1/1 of the following year. However, he/she may still become eligible during the year if he/she were to meet FYC requirements. Coverage would become effective on the first of the month following the month in which they meet FYC requirements. | FYC results for Agents are not known until February of each year for the preceding contract year. Therefore, an agent could elect coverage during the open enrollment period for a 1/1 effective date, be covered for the month of January and then learn in February that he did not meet FYC requirements. For the month of January, he is considered eligible for coverage and any claim incurred would be a valid claim.<br><br>Agents for the first 24 months are considered "statutory" employees of NYL and not agents. Some provisions that do not apply to regular agents do apply to TAS agents. |
| **Contributions** | Contributory – Company and Agent share the cost of coverage.<br>*New York Life pays 85% of the cost of Option 2 for each agent.* | |
| **Participation Requirement** | Contributory 75% participation required | |
| **Minimum Hours Requirement** | None. | 9/26 – there is no minimum hours requirement.<br>First year commissions drive eligibility. |
| **Waiting Period** | You are eligible to participate in the LTD program once you are required to meet a minimum First Year Commissions requirement unless otherwise stated in your contract with New York Life. | Agents hired 12/2002, would be eligible 1/2004 (13 months after hire). Agents hired 1/2003 would be eligible 1/2005 (24 months after hire). |

Initial Grid Completed: 9/13/02<br>
Initial Underwriter Approval: 9/20/02<br>
Revised Grid: 12/05/02<br>
Final Underwriter Approval:

**DRAFT - WORKING DOCUMENT- subject to state requirements (template 5/02)**

-2-

**AR SUM 0013**

Claimant Name: Lyle H Hughes    Claim #: 1527587



# LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

**Retiree Reinstatement Provision for Waiting Period**

A "Reinstated Agent" is an agent who voluntarily leaves the Company and returns as an agent by reinstating his or her former contract with the Company.

- An agent's contract may be reinstated.
- Reinstatement is immediate and prior service is counted.
- An Agent has 31 days from the contract reinstatement date to enroll for benefits.
- To continue to qualify for benefits in the subsequent plan year, the agent must earn a pro-rata FYC amount in the year in which they are reinstated.

The percentage of minimum required amount of First Year Commissions needed at year end to be eligible for group insurance will depend upon your reinstatement date as follows:

| Reinstatement Date | Percentage of Minimum Required Amount of First Year Commissions |
|---|---|
| January 1 | 100% |
| February 1 | 92% |
| March 1 | 83% |
| April 1 | 75% |
| May 1 | 67% |
| June 1 | 58% |
| July 1 | 50% |
| August 1 | 42% |
| September 1 | 33% |
| October 1-December 31 | No First Year Commissions requirement; you will be covered until December 31 of the following year, at which time you will need the minimum required amount of First Year Commissions to be eligible for group insurance in the next calendar year. |

DRAFT - WORKING DOCUMENT: subject to state requirements (template 502)

- 3 -

UA01200388

Claimant Name: Lyle H Hughes    Claim #: 1527587

# LONG TERM DISABILITY PROGRAM

Plan Highlights For New York Life

Agents Plan #573600

Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

**UNUMPROVIDENT**

| | | |
|---|---|---|
| Elimination Period | All other Summary of Benefits' provisions apply. | |
| | 6 months. | |
| Accumulation of Elimination Period | Benefits begin the day after the elimination period is completed.<br>You must be continuously disabled through your elimination period. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count towards your elimination period. | Standard contract language |
| Monthly Benefit Percentage | Option 1: No coverage<br>Option 2: 3% of up to $70,000 of your first year commissions earned in the last calendar year plus 1.5% of the next $60,000 of first year commissions.<br>Option 3: 5% of up to $70,000 of your first year commissions earned in the last calendar year plus 2.5% of the next $100,000 of first year commissions. | |
| Maximum Monthly Benefit | Option 1: No coverage<br>Option 2: Maximum benefit of $3,000<br>Option 3: Maximum benefit of $6,000 | |
| Maximum Period of Payment<br>(Benefit Duration) | **Age at Disability**  **Benefit Duration**<br>Less than 60          To age 65, but<br>                              not less than 5 years<br>60-64                    5 years<br>65-69                    To age 70, but<br>                              not less than 1 year<br>70 and over            1 year | |
| Social Security Offset/Integration | ☒ Primary & Family | |
| Annual Enrollment | When can you change your coverage by choosing another option?<br>You can change your coverage or enroll by applying for a | An agent enrolling during annual enrollment is subject to the Pre-Ex provision (p.10). |

DRAFT - WORKING DOCUMENT: subject to state requirements (template 502)

- 4 -

UA01700389

Claimant Name: Lyle H Hughes      Claim #: 1527587

UNM02090

LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

 UNUMPROVIDENT

Black = Existing/Confirmed, Blue = Changes, Red = Outstanding

| | |
|---|---|
| different option only during an annual enrollment period. You can increase your coverage by any level or decrease your coverage any number of levels. Unum and your Company determine when the annual enrollment period begins and ends. A change in coverage that is made during an annual enrollment period will begin at 12:01 a.m. on the first day of the next plan year. | 9/26 – changed "one Level" to "any level"; Added 'or enroll'. |
| ANNUAL ENROLLMENT PERIOD means a period of time before the beginning of each plan year. If you are on a leave of absence, and if premium is paid, you will be covered for 26 weeks. | 9/26 – this provision applies to agents that have 24 months or less of service (TAS agents). This is one of the provisions that are unique for TAS agents. |
| **Coverage During Approved Leave of Absence** | We will continue the Agent's coverage in accordance with the policyholder's Human Resource policy on family and medical leaves of absence if premium payment continue and the policyholder approved the Agent's leave in writing. Coverage will be continued until the end of the later of:<br>1. the leave period required by the federal Family and Medical Leave of Absence Act of 1993 and any amendments; or<br>2. the leave period required by applicable state law. | Unum Provident will follow your Human Resource policy. This is one of the provisions that are unique for TAS agents. |
| **Family Medical Leave of Absence (FMLA)**<br>Note: This wording only appears in the contract. | If the policyholder's Human Resource policy doesn't provide for continuation of an Agent's coverage during a family and medical leave of absence, the Agent's coverage will be reinstated when he or she returned to active employment. We will not:<br>• apply a new waiting period<br>• apply a new pre-existing conditions exclusion; or<br>• require evidence of insurability | Standard contract language |
| **Termination of Coverage** | Your coverage under the policy or a plan ends on the earliest of:<br>• the date the policy or a plan is cancelled; | Standard contract language |

DRAFT - WORKING DOCUMENT - subject to state requirements (template 5/03)

- 5 -

AR SUM 0016

UACL002691



UNUMPROVIDENT

# LONG TERM DISABILITY PROGRAM
## Plan Highlights For New York Life
### Agents Plan #573600
### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

| | | |
|---|---|---|
| | • the date you no longer are in an eligible group;<br>• the date your eligible group is no longer covered;<br>• the last day of the period for which you made any required contributions; or<br>• the last day you are an agent under contract except as provided under the leave of absence provision for TAS agents.<br><br>Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan. | 10/24 – changed "in active employment" to "an agent under contract".<br><br>Added "or for TAS agents". |
| **Definition of Disability** | You are considered disabled if, solely because of sickness or injury, you are either:<br>1. unable to perform all the material duties of any occupation for which you may reasonably become qualified based on education, training or experience; or<br>2. unable to earn 80% or more of you indexed covered earnings. | For Glossary – FYC definition:<br>The products that agents must sell to receive First Year Commissions (FYC) credit for benefits are:<br>Whole Life<br>Modified Premium Whole Life<br>Employee's Whole Life<br>Survivorship Whole Life<br>Single Premium Life<br>Variable Universal Life<br>Variable Universal Life 2000<br>Survivorship Variable |
| **Can You Satisfy your EP if you are working?** | Yes, if you are working while you are disabled, the days you are disabled will count toward your elimination period. | |
| **Definition of Monthly Earnings** | First Year Commissions earned in the prior calendar year. | |

DRAFT - WORKING DOCUMENT - subject to state requirements (template 502)

Claimant Name: Lyle H Hughes     Claim #: 152758?

AR SUM 0017

UACL000392

# LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

**UNUMPROVIDENT**

Universal Life
Survivorship Universal Life
Universal Life Protector
Universal Life Accumulator
NYLIAC Asset-Preserver
Single Premium Variable
Universal Life
Employee's Adjustable Life
Increasing Premium Term
5 Year Term/20 Year Term
Proprietary Mutual Funds
Long Term Care
Lifestages Fixed Period
Annuity
Lifestages Life Income
Annuity
Lifestages Flexible Premium
Variable Annuity
Lifestages Variable Annuity
Lifestages Single Premium
Fixed Annuity
Lifestages Flexible Premium
Fixed Annuity

Claimant Name: Lyle H Hughes     Claim #: 1527587

LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

UNUMPROVIDENT

| | | |
|---|---|---|
| **Earnings Offset** | ☑ 50% Offset<br>After 12 months of payments, while working, we will subtract 50% of your disability earnings from your monthly payment. | Lifestages Access Variable Annuity<br><br>Lifestages Premium Plus Variable Annuity<br><br>Lifestages Select Variable Annuity<br><br>Lifestages Essentials Variable Annuity<br><br>Lifestages Choice Fixed Annuity |
| **WIB (Work Incentive Benefit)** | Unum will not offset with return to work earnings for the first twelve months of an attempted return to work until the gross benefit combined with the claimant's return to work earnings exceeds 100% of their indexed pre-disability earnings. | |
| **Deductible Sources of Income** | TAS Agents:<br>Unum will subtract from your gross disability payment the following deductible sources of income:<br>1. The amount that you receive under:<br>  • a workers' compensation law<br>  • an occupational disease law<br>  • any other act or law with similar intent.<br>2. The amount that you receive as disability income payments under any: | This is one of the provisions that are unique for TAS agents.<br><br>UP - Need to set up classes within the contract.<br><br>10/8/02 – the phrase "or are entitled to receive" is not approved in NY. The language has been removed. |

UA01000259

Claimant Name: Lyle H Hughes    Claim #: 1527587



## LONG TERM DISABILITY PROGRAM
### Plan Highlights For New York Life
### Agents Plan #573600
### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

**UNUMPROVIDENT**

- state compulsory benefit act or law
- other group insurance plan
- governmental retirement system as a result of your job with your Employer.

3. The amount that you, your spouse and your children receive as disability payments because of your disability under:
   - the United States Social Security Act
   - the Canada Pension Plan
   - the Quebec Pension Plan
   - any similar plan or act.

4. The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:
   - the United States Social Security Act
   - the Canada Pension Plan
   - the Quebec Pension Plan
   - any similar plan or act.

5. The amount that you:
   - receive as disability payments under your Employer's retirement plan
   - voluntarily elect to receive as retirement payments under your Employer's retirement plan
   - receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the

DRAFT - WORKING DOCUMENT: subject to state requirements (template 5/02)

UVAC1001294

- 9 -

Claimant Name: Lyle H Hughes    Claim #: 1527587



**LONG TERM DISABILITY PROGRAM**
Plan Highlights For New York Life
Agena Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

retirement benefit which would have been paid if the disability had not occurred.

Retirement payments will be those benefits which are based on your Employer's contribution to the retirement plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

Regardless of how the retirement funds from the retirement plan are distributed, Unum will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

Amounts received do not include amounts rolled over or transferred to any eligible retirement plan.  Unum will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which affect the definition.

6.  The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

7.  The amount that you receive under the mandatory portion of any "no-fault" motor vehicle plan.

8.  The amount that you received under a salary continuation or accumulated sick leave plan.

9.  The amount that you receive from a third party (after subtracting attorney's fees) by judgement, settlement or otherwise.

With the exception of retirement payments, Unum will only

DRAFT - WORKING DOCUMENT- subject to state requirements (template 502)

- 10 -

UACL002960

AR SUM 0021

VAL00109290

# UNUMPROVIDENT

**LONG TERM DISABILITY PROGRAM**
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed, Blue = Changes, Red = Outstanding

| | | |
|---|---|---|
| | subtract deductible sources of income which are payable as a result of the same disability.<br><br>We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payment.<br><br>Non-TAS (regular) agents:<br>Full SS offsets only need to be inserted here. | |
| **What are Not Deductible Sources of Income?** | Unum will not subtract from your gross disability payment income you receive from but not limited to, the following:<br><br>• 401(k) plans<br>• profit sharing plans<br>• thrift plans<br>• tax sheltered annuities<br>• stock ownership plans<br>• non-qualified plans of deferred compensation<br>• pension plans for partners<br>• military pension and disability income plans<br>• credit disability insurance<br>• franchise disability income plans<br>• a retirement plan from another Company<br>• individual retirement accounts (IRA)<br>• individual disability income plans | 10/24 – applicable only to TAS agents. |
| **Benefit Limitation** | **Mental Illness:** Disabilities due to sickness or injury, which are primarily due to mental illness, alcohol or drug abuse have a limited pay period up to 24 months.<br><br>**Self Reported:** Disabilities due to a sickness or injury, which are primarily based on self-reported symptoms have a limited pay period of 24 months. | This is Unum's standard language<br><br>10/24 – Added the phrase "alcoholism or drug abuse" to the mental illness limitation to match intent of prior carrier contract language.<br>Approved by NYL to use this language. |

Claimant Name: Lyle H Hughes    Claim #: 1527587

LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

UNUMPROVIDENT

| | | |
|---|---|---|
| **Termination of Benefits** | **Any One w/ Residual** <br> We will stop sending you payments and your claim will end on the earliest of the following: <br> • When you are able to work in any gainful occupation on a part-time basis but you choose not to; or earn 80% of your pre-disability earnings. <br> • The end of the maximum period of payment <br> • The date you are no longer disabled under the terms of the plan, the date you fail to submit proof of continuing disability; <br> • The date you die. | |
| **Exclusions** <br> (What disabilities are not covered) | Your plan does not cover any disabilities caused by, contributed to by, or resulting from your: <br> • intentionally self-inflicted injuries <br> • active participation in a riot <br> • participation in a felony; <br> • pre-existing condition. <br> Your plan will not cover a disability due to war, declared or undeclared, or any act of war. | Loss of license exclusion not allowed in NY <br><br> Conviction exclusion not allowed in NY <br><br> Incarceration exclusion not allowed in NY |
| **Pre-existing Condition** | You have a pre-existing condition if: <br> • you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 6 months just prior to your effective date of coverage; and <br> • the disability begins in the first 12 month after your effective date of coverage. <br> We will credit the time you were covered under the Company's prior policy when determining if you have a pre-existing condition, providing: <br> • that the coverage was continuous and in effect at least 60 days prior to the effective date of this plan; and | 10/10 = NYL agrees that any agent who is moved from the old "basic plan" to the new $6,000 max plan should have a pre-ex for the increased benefit. |

AR SUM 0023

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACL002097

LFA/CL0029398

# LONG TERM DISABILITY PROGRAM
## Plan Highlights For New York Life
### Agent Plan #573600
### Effective 1/1/03

UNUMPROVIDENT

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

| | |
|---|---|
| **Recurrent Disability** | • the prior policy provided coverage substantially similar to this plan. |
| **CXC Definitions:** means a disability which is: | If you have a recurrent disability, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if: |
| • caused by a worsening in your conditions; and | • you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and |
| • due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment. | • your recurrent disability occurs within 6 months of the end of your prior claim. |
| | Your recurrent disability will be subject to the same terms of the plan as your prior claim. |
| | Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions. |
| | If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan. |
| **Conversion Privilege** | If you end employment with your Company, your coverage under the plan will end. You may be eligible to purchase insurance under Unum's group conversion policy. To be eligible, you must have been insured under your Company's group plan for at least 12 consecutive months. We will consider the amount of time you were insured under the Unum plan and the plan it replaced, if any. |
| Enables an insured (that is, leaving his/her job to continue income protection by converting Group LTD coverage to Group LTD Trust plan. | You must apply for insurance under the conversion policy and pay the first quarterly premium within 31 days after the date your employment ends. |
| | Unum will determine the coverage you will have under the conversion policy. The conversion policy may not be the same coverage we offered you under your Company's group plan. |

Claimant Name: Lyle H Hughes      Claim #: 1527587

# LONG TERM DISABILITY PROGRAM
## Plan Highlights For New York Life
### Agents Plan #573600
### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding



UACL00299

You are not eligible to apply for coverage under Unum's group conversion policy if:
- you are or become insured under another group long term disability plan within 31 days after your employment ends;
- you are disabled under the terms of the plan;
- you recover from a disability and do not return to work for your Company;
- you are on a leave of absence; or
- your coverage under the plan ends for any of the following reasons:
  - the plan is cancelled;
  - the plan is changed to exclude the group of Agents to which you belong;
  - you are no longer in an eligible group;
  - you end your working career or retire and receive payment from any Company's retirement plan; or
  - you fail to pay the required premium under this plan.

☒ Yes; applicable if replacing prior insurance coverage
When the plan becomes effective, Unum will provide coverage for you if:
- you are not an agent under contract because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium. Your payment will be limited to the amount that would have been paid by the prior carrier. Unum will reduce your payment by any amount for which your prior carrier is liable.

Unum may send a payment if your disability results from a pre-existing condition if, you were:
- an agent under contract with New York Life and insured under the plan on its effective date; and

10/10 – NYL agrees that any agent who is moved from the old "basic plan" to the new $6,000 max plan should have a pre-ex for the increased benefit.

## Continuity of Coverage

Claimant Name: Lyle H Hughes    Claim #: 1527587

# LONG TERM DISABILITY PROGRAM
### Plan Highlights For New York Life
### Agents Plan #573600
### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding



UNUMPROVIDENT

- insured by the prior policy when it terminated. The prior policy's coverage must be substantially similar to this plan and have been in effect within 60 days of this plan's effective date in order for this provision to apply.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan if benefits would have been paid had that policy remained inforce.

If you do not satisfy item 1 or 2 above, Unum will not make any payments. If you satisfy item 1, we will determine your payments according to the Unum plan provisions. If you only satisfy item 2, we will administer your claim according to the Unum plan provisions. However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained inforce.

| | |
|---|---|
| Premium Grace Period | 31 days |
| Rate Guarantee | 3 years (1/1/06) |
| Notice of Rate Action | Unum will notify the Policyholder in writing at least 180 days before a premium rate is changed. A change may take effect on an earlier date when both the Policyholder and Unum agree. |

DRAFT - WORKING DOCUMENT - subject to state requirements (template 5/02)

- 15 -

UACL000030

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACLD00301

UNUMPROVIDENT

# LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

| | |
|---|---|
| Premium Billing Rules: | Option 1: No coverage<br>Option 2: $1.22/$100 covered benefit<br>Option 3: $1.39/$100 covered benefit |
| Multiple Billing Divisions? | ☒ Yes<br>☐ No<br>Contact Name: Mike Abriola<br>Address: 51 Madison Ave, Rm. 513, NY, NY 10010<br>Phone Number: 212-576-8946<br>Fax Number: 212-448-1764<br>Michael_abriola@newyorklife.com |
| Multiple Claim Divisions? | Report Contact Name: Lucy Shpilter<br>NYL Insurance Co.<br>Human Resource Department Room 513<br>51 Madison Ave.<br>NY, NY 10010<br>Phone: 212-576-7195<br>Fax: 212-576-6065<br>e-mail: Lucy_M_Shpilter@newyorklife.com |
| Cancellation of Policy/Plan for Reasons other than failure to pay premium | If Unum cancels this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the policyholder at least 31 days prior to the cancellation date<br><br>The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage. If this policy or plan is cancelled, the cancellation will not affect a payable claim. |

DRAFT - WORKING DOCUMENT - subject to state requirements (template 5/02)

- 16 -

Claimant Name: Lyle H Hughes     Claim #: 1527587



# LONG TERM DISABILITY PROGRAM
## Plan Highlights For New York Life
### Agents Plan #575300
#### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

UNUMPROVIDENT

LVAN 000302

| | |
|---|---|
| **ERISA** | ☒ Yes<br>☐ No |
| | EIN #: 13-5582869<br>Plan #: 503<br>Plan Year Ends: 12/31 |
| **Agent Booklet Information** | Electronic booklet in 8.5 x 11 format provided to Company | 9/26 – Booklet to be titled: "New York Life Agents Long Term Disability Program." |
| **Definition of Administrative Practices**<br>• **Fraud Statement**<br>• *Check state to see if approved* | *Unum wants to ensure you and your Company do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.<br>It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud. |
| **Regular Care Definition** | -you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and<br>-you are receiving the most appropriate treatment and care, which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards. |

DRAFT - WORKING DOCUMENT - subject to state requirements (template 502)

- 17 -

**AR SUM 0028**

Claimant Name: Lyle H Hughes      Claim #: 1527587

## LONG TERM DISABILITY PROGRAM
### Plan Highlights For New York Life
### Agents Plan #573600
### Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

UNUMPROVIDENT

**Proof of Claim**

Your proof of claim, provided at your expense, must show:
- that you are under the regular care of a physician;
- the appropriate documentation of your weekly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any hospital or institution where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within [30 days w/out ERISA / 45 days w/ERISA] of a request by us. In some cases, you will be required to give Unum authorization to obtain additional medical information, and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

**Definition of Regular Occupation**

Regular occupation means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific Company or at a specific location.

**60% Def Gainful**

Gainful Occupation means an occupation that is or can be expected to provide you with an income at least equal to 60% of

UA0100300303

DRAFT - WORKING DOCUMENT - subject to state requirements (template 5/02)

- 18 -

AR SUM 0029

LONG TERM DISABILITY PROGRAM
Plan Highlights For New York Life
Agents Plan #573600
Effective 1/1/03

Black = Existing/Confirmed; Blue = Changes; Red = Outstanding

UNUMPROVIDENT

LYCL000304

**Definition of Maximum Capacity**

your indexed monthly earnings within 12 months of your return to work.

This requires that the claimant who is disabled and working, work at maximum capacity.

DRAFT - WORKING DOCUMENT - subject to state requirements (template 5/02)

AR SUM 0030

- 19 -

Claimant Name: Lyle H Hughes    Claim #: 1527587

Activity
----------------------------------------------------------------------
Type: Personal        Name: General
Status: Completed
Notify Date: 09/21/2004
Owner: Petersen, Nathan
Mark As Priority: No
Subject: ICC
Upon Completion Notify: Activity Creator

Request Fields
----------------------------------------------------------------------
Request: ICC


Created By: Petersen, Nathan
Created Date: 09/20/2004        Create Site: Portland

Response Fields
----------------------------------------------------------------------
Response: Petersen, Nathan 09/21/2004: 209-402-2560

The
clnt is a 43yo male agent for NY Life Insurance oow since 9-1-04
due to fibromyalgia, sleep apnea, and bipolar disorder.

1.
History/Onset of Condition:
Fibro
and sleep apnea started in 1992 or so. May have had fibro longer. Sleep apnea in

92'. Thought RA, tested 3-4 times, every time came back negative. Lupus test
also- negative. Last PCP told him that it wa sin his head- upset him. Hct
another PCP, younger, new school. Told him he had fibro. June 95' New PCP. Not
seeing a rheum. Not referred to one. Did tenderpoint testing 16-18. Sleep apnea
on off C-PAP machine. Using one right now. Doing OK with it. Helping a little-
uses everynight, sometimes doesn't help. Weighs 190# 5'11'. Tongue- too far
back in throat.
Frustrating. No weight issue. Sees a pulmonologist- sees next week. Adjusting
machine. Been divorced for 1 year, separated for 3 years. Hadnt seen in 3 months

or so. No treatment for fibro. Bipolar disorder. Psychiatrist- didn't like at
all. Did nothing for him, hated him. Talked down. LOV- 4 years. Hospitalized-
May 2000. St. Joesph's Behavioral
Center,
1100
California St.
Stockton,
CA
95207.
Severe depression. Suicide- NO. Contemplation though. In hospital 4 days. Was
treating with BH before. Don't remember guys name. No pain management. Does
exercises on his own. Does, depending on how he feels. Does the glider no impact

on him. Does cardio. 2x week- 30 minutes. Wife embezzled from EEs Co.


2.
Medical Tx Plan/Other Medical Conditions impeding Recovery:  Sees
Duong once every other month. Lithium levels monitored. Talks to EE, listens.
Prescribes everything for him. Monitors him. Last Lithium- thyroid slowed down
and wasn't working. NOV- pulm will call him in next week. Pressure on machine
turned up. Duong NOV- will set up. LOV- two weeks ago. Tried REPREXAIN- didn't
seem to help. Doesn't want narcotics. Trying NORCO
this month. Helps with swelling. Felt better- hasn't seen BH since April- Tries
to do too much. Will make another visit. Helps a lot. Individual therapy and

UACL00307

Claimant Name: Lyle H Hughes      Claim #: 1527587

family/marriage- X-wife didn't show up to that stuff. Sleep study this year.

3.
Restrictions/Limitations (What has
your physician indicated you can and cannot do?) No
work. Doesn't know specifically- told AP cant do job. AP- agreed that he
couldn't do it. Doesn't know how he stayed there that long. All cx together keep

him out of work. Schaffer made bipolar dx.

4.
Name of all treating physicians and who is currently treating A/P?

Dr.
John Duong- PCP, internal med
1429
College Ave

Suite
H
Medesto,
CA
95350
209-522-9021
209-522-1664

Dr.
Drew Louge- pulm
1329
Spanos Court #C3
Modesto,
CA
95355
209-578-3170

Evelyn
Schaffer- marriage and family therapist 5 years
1729
Tully Rd.
suite
1
Modesto,
CA
95350
209-571-6050

Dr.
Ed Auen- saw before Duong LOV 95'
1431
McHenry Ave.
Modesto,
CA
95350
209-529-2052

5. Prescriptions/Dosage and frequency
taken?

Depression:
LITHIUM
CARBONATE 300mg 1tab 2x day
PAXIL
PAROXETINE 40mg daily
TRAZADONE

UACL00308

Claimant Name: Lyle H Hughes    Claim #: 1527587

50mg 1-3 tabs at bedtime
Thyroid
problems:
SYNTHROID
generic .025mg daily
Fibro:
NEURONTIN
300mg 3x daily
NORCO
10mg 2x 4-6 hours

6.    ADL - What is a typical day like
for you? Fatigue,
pain, memory. No cognitive functioning exam. Memory is the main problem. AP not
treating or measuring as EE understands. Wakes up 630-7am, next two hours-
trying to stretch. Very sore when he gets up. Weather matters. Winter very damp-

very cold. Dampness hurts his cx. EE has two dogs- Keep him young and company.
EE reads, goe for a walk. Manages stress level. Sister lives with him- takes
care of him. Massage every other day. Helps him out. Has good days and bad days.
Week: 2 good days. Stay active: from AP. EE golfs 9 holes- belongs to country
club. Able to out with people, talks to people. Helps him out a lot. Someone
knocked on front door- let dog out, forgot. Does something active- pays for it 2

days later. Charity golf- 2 days ago, yesterday EE hurt bad. EE drives. Hurts if

drives for long periods of time. Cant sit for more than hour and half. Heated
chair- massager. If flys somewhere, pre-boarding, needs room. Fleece jacket when

travels- blanket in the car. Feels ok against skin. Some materials cant wear-
starched cotton shirt. Hurts so bad. Went to 2 weeks ago- flew to
Utah
to see friends- needed to ge tout of town. Hung out, did some fishing. Cant play

basketball. Just golf and fishing. Doesn't do too much. Golf- helps depression.


7.  Involved in outside activities ( i.e.,
church, social groups, board meetings, etc?)

8.  RTW status - Any contact with A/P about
RTW?  Don't
see RTW yet. Taking meds- cant take any more of that. Where are self in 6 mos.
At home, probably not at work. Cant do it anymore. Given all that he can give.


9.  Physical requirements of your job - what
parts of your job can't you do? Cant
concentrate- cant do work in office due to pain, stress. Very stressful
position. Over 20 years- agent. Owned a benefits consulting co. Health benefits
company. Did very well with it. Great career- Loved job. Hurts all the time,
cant concentrate. On phone a lot sees new and old customers- troubleshooting,
issues and problems. All too much. Co.
calling him, wanting to add benefits. Questions re products, managing 3 Ees.
Office manager took his position- worked with her 17 years. EE not doing
anything new. Beginning of year will sell co. Couple of firms interested in
buying. Salary cont. right now. Will talk to CPA about that- doesn't know when
it will end.

10.  Rehab interest?

11.  Do you have other LTD insurance
coverage?  2
ID policies. DR   If so,
with what carrier (policy$, benefit amt, contact name, address, and

UACL00309

telephone#)?

12. Other income (SS, WC, State, Retirement,
etc.): No
other income,Been with co. more than 20 years- pay him income Senior NYLIC. Gets

1560 mo.

13. Taxes, FIT, State: not
taxable

14. Misc. Questions:   EE fax 209-845-2141

15. Contractual issues discussed: M&N
limit, Def of Dis, Pre-Ex, COLA, All Source, WIB, Benefit %, etc.:

16. Direction status update: (need
additional info, jobs vs. occ, etc.):

Completed By: Petersen, Nathan
Completed Date: 09/21/2004        Create Site: Portland

UACL00310

Claimant Name: Lyle H Hughes     Claim #: 1527587

Letter Detail
--------------------------------------------------------------------------------

Claim Id: 1527587

Letter Name:  Claim Initiation - STD

Letter Status: Final

Letter Date: 09/23/2004

Letter Notes: Claim Initiation

Signoff By:

Signoff Status:

------------- Addressees ---------------
To/CC/BCC:

   To: To  Contact Name: Hughes, Lyle H
   Relationship: Claimant  Document Id: 200409231509021827DO
   -------- Delivery  ---------

      Delivery Date: 09/23/2004- 15:08:20
      Delivery Status: Mail: Sent from \\Ptlprt03\CMP01L21

UACL00311



UNUMPROVIDENT

September 23, 2004


LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355


RE:  Hughes, Lyle H          DOB: ████, 1961
     Claim Number:           1527587
     Policy Number:          573600
     First Unum Life Insurance Company


Dear Mr. Hughes:

We are writing to let you know that we have received your Long Term Disability claim and have
completed our initial review of the information submitted to date.

As you may be aware, the policy under which you are covered defines disability as follows:

*HOW DOES UNUM DEFINE DISABILITY?*

You are considered disabled if, solely because of sickness or injury, you are either:

- unable to perform all the material duties of any occupation for which you may reasonably
  become qualified based on education, training or experience; or
- unable to earn 80% or more of your indexed covered earnings.*

To determine if you meet the policy definition of disability, we need additional information about
your restrictions and limitations and the requirements of your occupation. We are contacting
Drs. Duong, Louge, and Evelyn Schaffer to obtain the medical information we need to continue
evaluating your claim. Please have the enclosed medical supplemental statement form
completed by you and your attending physician and returned to me as soon as possible. Also,
please have your doctor complete the enclosed capacities form and return it with the
supplemental statement.

As you may be aware, your policy states:

*WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?*

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5056
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03

UACL00312

Claimant Name: Lyle H Hughes     Claim #: 1527587

Your proof of claim, provided at your expense, must show:
- that you are under the regular care of a physician;
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any hospital or institution where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 45 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information, and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted."

To prevent delays, we ask that you encourage your doctor(s) to respond to us quickly. We will provide regular status reports of our review and will notify you once we have determined your eligibility for benefits.

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company


Enclosures:    Claimants Supplemental Statement (1386-99)
               Estimated Functional Abilities (1099-02)

UACL00313

1242-03

AR SUM 0037



September 30, 2004

JOHN DUONG
ATTN: MEDICAL RECORDS
1429 COLLEGE AVE  STE H
MEDOSTO, CA 95350

RE:    Hughes, Lyle H             DOB: █████ 1961
       Claim Number:             1527587
       Policy Number:            573600
       First Unum Life Insurance Company

Dear Dr. Duong:

We are in receipt of a Long Term Disability claim filed on behalf of your patient, Lyle Hughes, and are requesting your help in providing additional information.

Please provide us with copies of all medical records in your possession dated May 01, 2004 to the present including, but not limited to:

- All office notes, including history and physical exams
- Consultations by any physician
- Copies of reports of all diagnostic tests
- Copies of all flow charts
- Copies of all treatment notes, procedure notes and operative reports
- Copies of any hospital records in the file, including admission and discharge summaries

Enclosed is a signed Authorization for release of this information.

If there is a fee for providing these records, please attach a statement including to whom the check should be made payable, as well as the tax ID number. We will promptly reimburse any reasonable and customary fees upon request.

Please respond as soon as possible, as further consideration of benefits depends on your reply. If possible, please fax this information to 1-800-447-2498, and include a copy of this letter with your response.

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03                                          02875000165449901

UACL00321

Claimant Name: Hughes, Lyle H
Claim Number: 1527587

September 30, 2004
Page 2 of 2

Thank you for your time and cooperation. If you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Marie Mundy*

Marie Mundy for Nathan Petersen
Benefits Center Assistant
First Unum Life Insurance Company


Enclosures:    Claim Form: Authorization

UACL00322

1242-03


0287S000165449902

Claimant Name: Lyle H Hughes     Claim #: 1527587

AR SUM 0039



September 30, 2004

DREW LOUGE
ATTN: MEDICAL RECORDS
1329 SPANOS COURT # C3
MODESTO, CA 95355

RE:  Hughes, Lyle H           DOB: ████, 1961
     Claim Number:            1527587
     Policy Number:           573600
     First Unum Life Insurance Company

Dear Dr. Louge:

We are in receipt of a Long Term Disability claim filed on behalf of your patient, Lyle Hughes, and are requesting your help in providing additional information.

Please provide us with copies of all medical records in your possession dated May 01, 2004 to the present including, but not limited to:

- All office notes, including history and physical exams
- Consultations by any physician
- Copies of reports of all diagnostic tests
- Copies of all flow charts
- Copies of all treatment notes, procedure notes and operative reports
- Copies of any hospital records in the file, including admission and discharge summaries

Enclosed is a signed Authorization for release of this information.

If there is a fee for providing these records, please attach a statement including to whom the check should be made payable, as well as the tax ID number. We will promptly reimburse any reasonable and customary fees upon request.

Please respond as soon as possible, as further consideration of benefits depends on your reply. If possible, please fax this information to 1-800-447-2498, and include a copy of this letter with your response.

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-8843
Fax 1-800-447-2498
www.unumprovident.com

1242-03                                                    0267500016544990

UA CL 00323

---

Claimant Name: Lyle H Hughes      Claim #: 1527587

Claimant Name: Hughes, Lyle H
Claim Number: 1527587

September 30, 2004
Page 2 of 2

Thank you for your time and cooperation. If you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Marie Mundy*

Marie Mundy for Nathan Petersen
Benefits Center Assistant
First Unum Life Insurance Company

Enclosures:    Claim Form: Authorization

UACL00324

1242-03

Claimant Name: *Lyle H Hughes*    Claim #: *1527587*

AR SUM 0041



September 30, 2004

EVELYN SCHAEFFER MFT
ATTN: MEDICAL RECORDS
1729 TULLY RD STE 1
MODESTO, CA 95350

RE:    Hughes, Lyle H          DOB: ██████, 1961
       Claim Number:          1527587
       Policy Number:         573600
       First Unum Life Insurance Company

Dear Ms. Schaeffer:

We are in receipt of a Long Term Disability claim filed on behalf of your patient, Lyle Hughes, and are requesting your help in providing additional information.

Please provide us with copies of all medical records in your possession dated May 01, 2004 to the present including, but not limited to:

- All office notes, including history and physical exams
- Consultations by any physician
- Copies of reports of all diagnostic tests
- Copies of all flow charts
- Copies of all treatment notes, procedure notes and operative reports
- Copies of any hospital records in the file, including admission and discharge summaries

Enclosed is a signed Authorization for release of this information.

If there is a fee for providing these records, please attach a statement including to whom the check should be made payable, as well as the tax ID number. We will promptly reimburse any reasonable and customary fees upon request.

Please respond as soon as possible, as further consideration of benefits depends on your reply. If possible, please fax this information to 1-800-447-2498, and include a copy of this letter with your response.

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com



1242-03                                                      0287500016544890

UACL00325

---

Claimant Name: Lyle H Hughes          Claim #: 1527587

AR SUM 0042

Claimant Name: Hughes, Lyle H
Claim Number 1527587

September 30, 2004
Page 2 of 2

Thank you for your time and cooperation. If you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Marie Mundy*

Marie Mundy for Nathan Petersen
Benefits Center Assistant
First Unum Life Insurance Company

Enclosures:     Claim Form: Authorization

1242-03

0287500016544990

Claimant Name: Lyle H Hughes     Claim #: 1527587

UACL00326

AR SUM 0043

Oct. 18. 2004  9:39AM                                    No. 2219  P. 1

# Facsimile transmittal

Total Access Benefits &
Insurance Services, Inc.
219 Poplar Street
Oakdale CA 95361
209-845-2124
Fax 209-845-2141
CA License 0C08467

| | | | |
|---|---|---|---|
| **To:** | UnumProvident | **From:** | Stephanie Hughes |
| **Attn:** | Nathan Peterson | **Date:** | October 18, 2004 |
| **Fax:** | 800-447-2498 | **Fax:** | (209) 845-2141 |
| **Re:** | Lyle Hughes- 1527587 | **Pages** | 6 (including cover sheet) |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Process     ☐ Please Recycle

Nathan,
The following is the completed form you requested from Lyle H. Hughes, Claim
Number 1527587, Policy Number 573600. Should you have any further questions,
please call me at 888-273-2214 or Lyle at his cell phone (209) 402-2560.

Should you have any questions, please contact our office at (209) 845-2124.

Thank you.

Claire

NOTICE: The information contained in this facsimile message may be privileged and confidential and is only for
the use of the individual or entity named on this cover sheet. If the reader of this message is not the intended
recipient, other the employee or agent responsible to deliver it to the intended recipient, the reader is hereby
notified that any distribution or copying of this communication is strictly prohibited. If this communication has
been received in error, please notify Total Access Benefits at 888-214-2273 and destroy all information
received. Thank you

Claimant Name: Lyle H Hughes      Claim #: 1527587

AR SUM 0044

Oct.18. 2004  9:39AM    No.2279  P. 2

**UNUMPROVIDENT** 

## CLAIMANT'S SUPPLEMENTAL STATEMENT
The Benefits Center
PO Box 9500
Portland, ME 04104-5056
Phone: 1-800-858-8843 Fax: 1-800-447-2498

02875000160679003

### ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

| 1. Name of Patient | Social Security Number | Height | Weight | Blood Pressure Last Visit |
|---|---|---|---|---|
| Hughes, Lyle H | ▬▬ | 5' 11 | 195 | |

2. Primary Diagnosis including ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number

*Fibromyalgia 729.1 / Sleep Apnea 780.57 / Bi-Polar 296.7*

| Date of most recent treatment | Date of next appointment  N/A | Frequency of Visits: once every other mnth |

**PLEASE ATTACH ALL OFFICE TREATMENT NOTES SINCE LAST REPORT.**

3. Objective Findings since last report (including current x-rays, EKGs, psychiatric testing, laboratory data, and any clinical findings).

*None*

Please describe symptoms since last report. *Increasing pain*

Are there secondary conditions impacting your patient's work capacity?  ☒ Yes  ☐ No  If yes, what are they?

*Sleep Apnea 780.57 and Bi-Polar 296.7*

4. If cardiac condition, what is the patient's functional capacity? (American Heart Association)  N/A
☐ Class 1 - No limitation   ☐ Class 2 - Slight limitation   ☐ Class 3 - Marked limitation   ☐ Class 4 - Complete limitation

5. Has the patient undergone surgery, been hospitalized, or been referred to a medical rehabilitation or therapy program?  ☒ Yes  ☐ No
If yes, give details. (Name and address of provider, facility, and dates of service or referral)  *Severe Depression*

*May 2002 at St Josephs Behavioral Center, 1100 California St., Stockton, CA 95207*

6. Please list names and dosages of all medications that patient is currently taking.

1. *Norco 10mg  1-2 Tablets every 4-6hours*
2. *Naproxen 500mg  1X3 daily*
3. *Paroxetine 40mg  1daily*
4. *Lithium Carbonate 300mg  1X daily*
5. *Levothyroxine .025mg  1daily*
6. *Trazadone 1-3 tablets  every night@ bedtime*

7. Have you referred the patient for other types of consultations?  ☐ Yes  ☒ No  If yes, give details. (name and address of provider, facility, and date of referral)

8. Is return to work a focus of the treatment plan?  ☐ Yes  ☒ No  If no, please explain.

9. **Information About the Patient's Functional Capacity**

Has patient been released to work in his/her occupation?  ☐ Yes  ☒ No  In any occupation?  ☐ Yes  ☒ No  If yes, provide date:
If no, when do you expect patient to be released to work in his/her occupation?  Date:               In any occupation?  Date:

If the patient continues to demonstrate a loss of function, please provide current restrictions and limitations in the space provided below.

Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do)  *Avoid all stressful situations, No long periods of sitting.*

**LIMITATIONS** (What the patient cannot do)

Give details concerning any change (improvement or deterioration).

10. Additional Remarks

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name  *Dr. John Duong* | Degree  M.D. | Medical Specialty  *INTERNAL MEDICINE* |
|---|---|---|
| Street Address  *1429 College Ave., St K* | | Phone Number (209) 522-9021 |
| City  *Modesto* | State  *CA*   Zip Code  *95350* | Fax (209)  522-1644 |
| Signature of Physician  X  *[signature]* | | Date  *10-18-04* |
| SSN or Employer's ID Number:  *770-266787* | | |

fsm 49 (5/00)

---

CCW-ENST D800
UACL00336

12:42:50 10-18-2004 Item 0 Delivered to Worklist

Oct.19. 2004  9:40AM                                                    No.2219   P. 4



## UNUMPROVIDENT

**CLAIMANT'S SUPPLEMENTAL STATEMENT**
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-658-6843 Fax: 1-800-447-2498

C2875000160679001

The Claimant is responsible for completion of all portions of this form without expense to the UnumProvident
Corporation subsidiaries.

**CLAIMANT'S STATEMENT** (PLEASE PRINT)     *Lyle H. Hughes*     Mall Stop:

Your reply to _____ is appreciated and enables us to provide timely consideration of your claim.

**1.** Claimant's Name (last, first, middle)                                    Social Security Number
Hughes, Lyle H

Residence Address (Street, City, State, Zip)     *Modesto, CA    95355*
*3917 Orchestra Pl.*

Home Telephone Number ( *209* ) *551-8947*     Business Telephone Number ( *209* ) *845-2124*

**2.** Policy Number(s): *573680*

**3.** Have you been at any of your places of business, or engaged in any work activity for payment, profit, or other compensation during your claimed period of disability? ☒ Yes  ☐ No   If yes, please give dates, hours worked, duties performed, and indicate how you were compensated. *9-1-04 to ongoing*
*I go to my office about 1 to 3 times a week. I'm only there 1 to 2 hours per time.*
*I sign both payrolls & buisness checks as well as give instructions to my*
*Office Manager & New York Life Buisness Manager at my ongoing Buisness.*

Weekly or Monthly Earned Income Before Taxes $ *4,800 mnth Loan repay* *from Comp. of NY Life* (please provide documentation of earnings)

If you have not returned to work, when do you expect to return to work?     Part Time: *N/A*     Full Time: *N/A*

How does your injury or sickness continue to impede your ability to perform your occupational duties?
*I can not concentrate or remember things on a day to day basis due to the pain & the medication*
*that I take. It is extramly difficult for me to make on site decisions, and the stress that my*
*duties put on me are at times overwhelming. This causes my Fibromyalgin to flare up even more!*

**4.** When was the last date you were treated by or consulted with a medical practitioner?

**5.** Describe your present activities: *I get out of bed at around 7:00 am. It takes me 2 to 3 hours of stretching and*
*usually a very hot bath or shower to help me loosen up. I take all of my medications and then*
*I call my office to see how things are running. I usually go for a 40 to 50 minute walk*
*with my dogs. I eat lunch, then take a 1-2 hour nap. I read, or do small chores around the*
*house.*

Other than as described above, have there been any other changes in your daily activities or your condition since your last report? ☐ Yes  ☐ No  If yes, describe.

**6.** Does your current condition prevent you from caring for yourself? ☒ Yes  ☐ No   Does someone provide assistance? ☒ Yes  ☐ No
If yes to either question, please explain how. *My sister resides with me full time. She pays all of my bills for*
*me. She takes care of the housekeeping, yard work and assist me with making*
*meals.*

**7.** Since the last report, have you applied for or begun to receive any other Disability, Workers' Compensation, Unemployment, Social Security, Retirement, or Pension benefits? ☐ Yes  ☐ No   If yes, please provide us with detailed information for each benefit in the space provided below. Please also report any changes to previously reported benefits.

| Source of Income | Name of Insurance Carrier (if applicable) | Policy or ID No | Benefit Amount Weekly/Monthly | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|---|
| *Group LTD* | *Unum Provident* | | *$3,000 monthly* | *8-24-04* | *N/A* | *N/A* |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you have been approved or denied for any of these benefits, please submit a copy of Award or Denial letter(s).

The above statements are true and complete to the best of my knowledge and belief. (Your signature is required for benefit consideration.)

Signature *[signature]*     Date *10/13/04*

1358 45 (5/04)

4 OF 8

12/12:50 10-18-2004 From 0 Delivered to Worklist CCWI.FIST DB00
UACL00338

Oct.18. 2004  9:47AM                                    No.2219  P. 6



02875000160679102

Please comment on any additional medical and/or non-medical factors that impact your patient's functional ability, including any additional treatment or accommodation which might help improve your patient's ability to function.

**Current Functional Ability**

In an 8 hour workday, what is the maximum number of hours your patient could perform each of these levels of activity (please indicate appropriate number of hours).

| | | | |
|---|---|---|---|
| _8_ Hrs. | Sedentary Activity | 10 lbs. maximum lifting or carrying articles. Walking/standing on occasion. Sitting 6/8 hours. | If you feel your patient needs to alternate activities more frequently than standard breaks (approximately every 2 hours), please provide frequency of breaks and your rationale. |
| _0_ Hrs. | Light Activity | 20 lbs. maximum lifting, carrying 10 lbs. articles frequently, most jobs involving standing with a degree of pushing and pulling. Standing 6/8 hours. | |
| _0_ Hrs. | Medium Activity | 50 lbs. maximum lifting with frequent lifting/carrying of up to 25 lbs. Frequent standing and walking. | |
| _0_ Hrs. | Heavy Activity | 100 lbs. maximum lifting, frequent lifting/carrying of up to 50 lbs. Frequent standing and walking. | |

6 OF 8

If you list hours in more than one category, we will assume your patient can perform the sum of those hours in a work day. If this is not your intent, please explain.

Given your knowledge of the medical factors impacting your patient's functional ability, at what point in time do you feel that there will be a significant change in functional ability

Having completed this form, if you would like to discuss your patient's functional abilities with the UnumProvident medical specialist working with your patient's disability claim, please contact **Nathan Petersen** claims specialist

Date _10/13/2004_    Physician Signature _John Duong_ M.D.

Print Name _____

Phone Number _(209) 521-9021_

Comments:

_Due to patient's chronic illnesses, he is not able to perform a lot of skills. Symptom change from day to day. Difficult for patient to perform any tasks._

1294-02

Claimant Name: Lyle H Hughes    Claim #: 1527587

12:42:50 10-18-2004 From 0 Delivered to Worklin CCWLPRTD800
LJACL00340

Oct.18. 2004  9:41AM                                              NO.2213  P. 7



## ESTIMATED FUNCTIONAL ABILITIES FORM

**UNUMPROVIDENT**

The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843          Fax: 1-800-447-2498

Please provide an estimate of your patient's functional ability. If for any reason you are having difficulty completing this form, please

contact **Nathan Petersen** _____ at **1-800-858-6843** _____
                     claims owner

| Patient Name | Claim No. |
|---|---|
| Hughes, Lyle H | 1527587 |

| Patient can Lift/carry | Never | Occasional 0-33% | Frequent 34-66% | Continuous 67-100% |
|---|---|---|---|---|
| 1-10 lbs. | | ✓ | | |
| 11-20 lbs. | | ✓ | | |
| 21-50 lbs. | ✓ | | | |
| >50 lbs. | ✓ | | | |

| Physical Activities | Never | Occasion 0-33% | Frequent 34-66% | Continuous 67-100% |
|---|---|---|---|---|
| Bend | | ✓ | | |
| Kneel | | ✓ | | |
| Crawl | | ✓ | | |
| Climb Stairs | | ✓ | | |
| Reach above shoulder | | ✓ | | |
| Push/Pull 10 lbs | | ✓ | | |

| Use Hands | Left | | Right | |
|---|---|---|---|---|
| | Y | N | Y | N |
| Simple Grasp | ☑ | ☐ | ☑ | ☐ |
| Fine Manipulation | ☑ | ☐ | ☐ | |
| Medium Dexterity | ☐ | ☑ | ☐ | ☑ |
| Power Grip | ☐ | ☑ | ☐ | ☑ |

| Bimanual Dexterity | Y ☑ | N ☐ |
|---|---|---|

| Patient can use feet for repetitive movement for operating foot control | Left | | Right | |
|---|---|---|---|---|
| | Y | N | Y | N |
| | ☐ | ☑ | ☐ | ☑ |

Is your estimated functional capacity based upon: A

A) Your patient's report
B) Measured capacity (e.g. exercise testing, pulmonary function testing, or a formal evaluation of physical capacity)
C) Your clinical experience

1084-2

(Please See Reverse Side)

UACL00341

AR SUM 0048

Oct.18. 2004  9:41AM                                        No.2213  P. 8



September 20, 2004


LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355




RE:    Hughes, Lyle H            DOB: ██████ 1961
       Claim Number:            1527587
       Policy Number:           573600
       First Unum Life Insurance Company



Dear Mr. Hughes:

We have received your Long Term Disability claim and have determined that we need additional
information.

We tried to contact you by telephone on several occasions to discuss your claim, but have been
unsuccessful. Please contact this office at your earliest convenience. If we do not hear from
you by October 20, 2004, we will assume you do not wish to pursue this claim and will close
your file.

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03

Claimant Name:  Lyle H Hughes      Claim #:  1527587

UACL00342
12:42:50 10-18-2004 From 0 Delivered to Worklist CCWLFRSTD800

AR SUM 0049



October 25, 2004

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355

RE:     Hughes, Lyle H              DOB: ⬛⬛⬛⬛, 1961
        Claim Number:               1527587
        Policy Number:              573600
        First Unum Life Insurance Company

Policy Number: 573601 Disability Pension
Policy Number: 573602 Physical Incapacity Benefits Plan

Dear Mr. Hughes:

We are writing about your claim for Long Term Disability benefits and the above referenced policies. We previously contacted Drs. Duong, Louge, and Schaeffer requesting additional information that we needed to review your claim.

Enclosed are copies of our September 30, 2004 request letters for your review. We would appreciate it if you would promptly provide this information so that we may determine your eligibility for benefits.

Because we have not received this information, we require an additional extension of up to 30 days to make a decision on your claim.

This 30-day extension will begin only after we receive the requested information. You have 45 days from the date of this letter to provide the specified information. If you do not provide the requested information within 45 days, we will make a decision on your claim based on the information available to us at that time.

As you may know, the policy provision applicable to our request states:

**"WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?**

Your proof of claim, provided at your expense, must show:
– that you are under the regular care of a physician;
– the appropriate documentation of your monthly earnings;

First Unum Life Insurance Company
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03

UACL003-45

Claimant Name: *Lyle H Hughes*      Claim #: *1527587*

Claimant Name: Hughes, Lyle H
Claim Number: 1527587

October 25, 2004
Page 2 of 2

- – the date your disability began;
- – the cause of your disability;
- – the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- – the name and address of any hospital or institution where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 45 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information, and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted."

If you have already sent this information to us, please disregard this request.

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company

1242-03

Claimant Name: *Lyle H Hughes*    Claim #: 1527587

UACL003346

AR SUM 0051



RECD OCT 25 2004
N. Petersen

September 20, 2004

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355

RE:    Hughes, Lyle H          DOB:        1961
       Claim Number:          1527587
       Policy Number:         573600
       First Unum Life Insurance Company

Dear Mr. Hughes:

We have received your Long Term Disability claim and have determined that we need additional information.

We tried to contact you by telephone on several occasions to discuss your claim, but have been unsuccessful. Please contact this office at your earliest convenience. If we do not hear from you by October 20, 2004, we will assume you do not wish to pursue this claim and will close your file.

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company

UACL00348

First Unum Life Insurance Company
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03

**UNUM**PROVIDENT



## CLAIMANT'S SUPPLEMENTAL STATEMENT

The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843 Fax: 1-800-447-2498

The Claimant is responsible for completion of all portions of this form without expense to the UnumProvident Corporation subsidiaries.

**CLAIMANT'S STATEMENT** (PLEASE PRINT)  _Lyle H. Hughes_

Your reply by _____ is appreciated and enables us to provide timely consideration of your claim.    **Mail Stop:**

Social Security Number

1. Claimant's Name (last, first, middle)
Hughes, Lyle H

Residence Address (Street, City, State, Zip)
_3317 Orchestra Pl._  _Modesto, CA  95355_
Home Telephone Number ( (209)551-8947    Business Telephone Number ( (209) 845-2124

2. Policy Number(s): 573600

3. Have you been at any of your places of business, or engaged in any work activity for payment, profit, or other compensation during your claimed period of disability?  ☒ Yes  ☐ No  If yes, please give dates, hours worked, duties performed, and indicate how you were compensated. _9-1-04 to ongoing_

_I go to my office about 1to3 times a week. I'm only there 1or2 hours per time._
_I sign both payroll & buisness checks as well as give instructions to my_
_Office Manager & New York Life Buisness Manager at my ongoing Buisness -_

Weekly or Monthly Earned Income Before Taxes $ _4,000 month Less expenses Per Capital_ (please provide documentation of earnings)
If you have not returned to work, when do you expect to return to work?    Part Time: _N/A_    Full Time: _N/A_

How does your injury or sickness continue to impede your ability to perform your occupational duties?
_I can not concentrate or remember things on a day to day basis due to the pain & the medication_
_that I take. It is extremely difficult for me to make on site decisions, and the stress that my_
_duties put on me are at times overwhelming. This causes my Fibromyalgin to flare up even more!_

4. When was the last date you were treated by or consulted with a medical practitioner?

5. Describe your present activities: _I get out of bed at around 7 or 8m. It takes me 2 to 3 hours of stretching and_
_usually a very hot bath or shower to help me loosen up. I take all of my medications and then_
_I call my office to see how things are running. I usually go for a 40 to 50 minute walk_
_with my dogs. I eat lunch, then take a 1-2 hour nap. I read, or do small chores & around the_
_house._

Other than as described above, have there been any other changes in your daily activities or your condition since your last report? ☐ Yes  ☐ No If yes, describe.

6. Does your current condition prevent you from caring for yourself? ☒ Yes  ☐ No   Does someone provide assistance? ☒ Yes  ☐ No
If yes to either question, please explain how. _My sister resides with me full time. She pays all of my bills for_
_me. She takes care of the housekeeping, yard work and assist me with making_
_meals._

7. Since the last report, have you applied for or begun to receive any other Disability, Workers' Compensation, Unemployment, Social Security, Retirement, or Pension benefits? ☐ Yes  ☐ No  If yes, please provide us with detailed information for each benefit in the space provided below. Please also report any changes to previously reported benefits.

| Source of Income | Name of Insurance Carrier (if applicable) | Policy or ID No. | Benefit Amount Weekly/Monthly | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|---|
| _Group LTD_ | _Unum Provident_ | | _# 3,000 month_ | _8-24-04_ | _N/A_ | _N/A_ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you have been approved or denied for any of these benefits, please submit a copy of Award or Denial letter(s).

The above statements are true and complete to the best of my knowledge and belief. (Your signature is required for benefit consideration.)

Signature _[signature]_    Date _10/13/04_

1386-98 (5/04)

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACL00349

AR SUM 0053

Activity
------------------------------------------------------------------------------
Type: Management        Name: General
Status: Completed
Notify Date: 10/25/2004
Owner: Haley, Cheryl
Mark As Priority: No
Subject: Consultant Huup Review
Upon Completion Notify: Claim Owner

Request Fields
------------------------------------------------------------------------------
Request: Complete review of Huup


Created By: Haley, Cheryl
Created Date: 10/22/2004        Create Site: Portland

Response Fields
------------------------------------------------------------------------------
Response: Haley, Cheryl 11/01/2004: EE claiming disability due to Fibromyalgia,
Bipolar
Disorder and Sleep Apnea.  EE advised current med providers were Dr. Duong
(PCP), Dr. Louge (Pulm) and Evelyn Schaffer (family/marriage therapist).
Nathan has requested records from 05/01/04 through present from all
providers.  Dr. Louge's office confirmed clmt has not been seen since 03/04
and there is no follow-up scheduled.

Suggested Next Steps:
> Nathan, is there an IDI claim being
evaluated?  I would suggest contacting the person handling the IDI
claim.  Have they already received medical records?  Payroll
information?  Status of the IDI claim?
> Please confirm with ER clmt's benefit options for LTD for 2003 and
2004.
> LTD contract has been updated.  Please print updated contract to
file.
> EE is going in to work for a few hours per week to sign payroll and
provide instructions.  Also, he is planning on selling his business in
Jaunary.  Not certain if he is making any earnings and if they would be
considered RTW earnings per the contract.  I would suggest discussing with
CPA.  Should we be requesting payroll information?

Please see me with any questions.

Cheryl Haley
11/01/04


Completed By: Petersen, Nathan
Completed Date: 11/01/2004        Create Site: Portland

UACL00400

------------------------------------------------------------------------------
Claimant Name: Lyle H Hughes      Claim #: 1527587

```
                                Activity
------------------------------------------------------------------------
Type: Customer Care Assistant      Name: General
Status: Completed
Notify Date: 10/29/2004
Owner: Mundy, Marie
Mark As Priority: No
Subject: 30 day flup Ms Schaeffer
Upon Completion Notify: Claim Owner

Request Fields
------------------------------------------------------------------------
Request: 10/25/04
called and left another msg.

Mailed
9/30/04
Please
request medical records from the following providers for the time period of
5-1-04 to the present. Thanks!
Evelyn
Schaeffer- marriage and family therapist
1729
Tully Rd.
suite
1
Modesto,
CA
95350
209-571-6050



Created By: Mundy, Marie
Created Date: 10/26/2004         Create Site: Portland

Response Fields
------------------------------------------------------------------------
Response: Mundy, Marie 11/03/2004: 11/01/04 Call to Ms Schaeffer .209-571-6050
.left another
msg.
11/2/04 call to Ms Schaeffer left another msg.


Completed By: Petersen, Nathan
Completed Date: 11/03/2004        Create Site: Portland
```

UACL00403

Petersen, Nathan
_____

**From:**      Giordano, Sandy
**Sent:**      Thursday, November 04, 2004 9:00 AM
**To:**        Petersen, Nathan
**Subject:**   FW: Field Report - Lyle Hardie Hughes - Wor-04-10-11-154517-SMOE


Insured is going to one doctor today and one next week   He was advised that we had no current medical records starting
around 9/1/2004 when he stopped working full time   Here is the field report   Have you had the medical records reviewed yet?


-----Original Message-----
**From:**      Moffatt, Chris
**Sent:**      Wednesday, November 03, 2004 11:38 PM
**To:**        Giordano, Sandy
**Subject:**   Field Report - Lyle Hardie Hughes - Wor-04-10-11-154517-SMOE


------------------- Forwarded by Chris Moffatt/Provident Life/US on 11/03/2004 06:37 PM ----------------------------


# Field & Vendor Services
# Field Report


Date Referral Completed: 11/02/2004
Press button only when you are ready to close the Field Referral

**Report made by:**        **Date of Report:**
Chris Moffatt               11/02/2004


**Requestor Name**         **Date Assigned**       **Site/Unit**
Sandy L. Giordano           10/11/2004              Worcester - GM1
W300M


**Insured Name:**           Lyle Hardie Hughes
**DOB:**                    ▮▮▮1961
**Tracking Number:**        Wor-04-10-11-154517-SMOE
**Date of Disability:**     07/22/2004
**Policy Number:**          Contact DBS for info
**Claim Number:**           13-H2724074-001  and  13-H3072721-
                            001
**Referral Status:**        Complete


## Summary:
        On November 2, 2004, I met with the insured at his residence and went to his place of business, Total
Access Benefits.

_____

Claimant Name: Lyle H Hughes      Claim #: 1527587

UACL00405

## Attachments:

_____-Signed and dated HIPAA Authorization.
   -2002 and 2003 corporate tax returns.
   -2002 and 2003 personal tax returns.
   -YTD Total Access Benefits P&L statement.
   -2003 and 2004 YTD spreadsheet of commission statements.
   -2002 and 2003 New York Life commission statements.

## Claimant Interview:

On October 27 at 9:46 AM, I telephoned the insured at his residence to schedule an appointment and received voicemail. I left a message requesting a return call.

On October 28, 10:15 AM, I received a telephone call from the insured. An appointment was scheduled for Tuesday, November 2, 10:30 AM, at his residence.

On November 2, as stated above, I met with the insured at his residence, 3317 Orchestra Place, Modesto, California.

**Observations:**
3317 Orchestra Place is a single-story residential home located in a newer residential neighborhood of Modesto.

There were no vehicles parked in the driveway or in front of the residence.

The insured is approximately 5' 11", 195 pounds, with short, black hair, a short, black goatee, and was wearing glasses. He was wearing a blue polo-style shirt and stone-colored cotton slacks.

The meeting was conducted in the family room and lasted approximately two hours. As the meeting proceeded, I noticed the insured spoke slower, quieter, and yawned a lot. Upon leaving, I shook the insured's hand and he had no grip pressure.

The insured's residence is suitable for surveillance.

**Regular Occupational Duties:**
The insured stated at the time of disability he was a New York Life Insurance Agent and 100% owner of Total Access Benefits located at 219 Polar Street, Oakdale, California.

He has owned Total Access Benefits for 16 years and has been a New York Life Insurance Agent for 21 years.

Total Access Benefits has three full-time and two part-time employees. The full-time employees are Tina Scherli, office manager; Catherine, assistant office manager and Stephanie, his sister, "catchall." The part-time employees are Trudy and Claire who do filing.

He is the only licensed insurance agent in the office.

Prior to the disability he worked Monday through Friday/50-60 hours per week.

As a New York Life Insurance Agent, he sells life and health insurance. He sells approximately 20% life and 80% health.

UACL00406

2

_Claimant Name: Lyle H Hughes    Claim #: 1527587_

His duties include overseeing the office and staff and responsible for all sales and customer service.

He stated he is out of the office 80% of the time seeing clients.

I asked the status of the business and he stated he is looking at having a local insurance agency, TSM, buy him out. He believes this will happen in April 2005. He feels his agency is worth between $750,000 and $1,000,000, which he will take in deferred compensation.

**Medical and Medication:**
He sees **John Duong, MD.,** for fibromyalgia and bi polar. He last saw Dr. Duong last week and sees him monthly. His treatment consists of medication and counseling.

He sees **Drew Logue, MD.,** for sleep apnea. He last saw Dr. Logue four to five months ago and his next appointment is scheduled for November 10. The insured is currently using a CPAP machine while sleeping and napping.

He sees **Evelyn Schafer, MFT.,** for bi polar. He last saw Ms. Schafer in March and does not currently have an appointment scheduled. His treatment consists of individual therapy. He stated his medical insurance does not cover the appointments and they cost $85 per session.

The insured is currently taking:
- Levothyrotine .025mgs., 1 tablet daily.
- Allegra 180mgs., 1 tablet daily.
- Lithium 300mgs., 2 tablets daily.
- Norco 10/325mgs., 8 to 12 tablets daily.
- Paroxetine 40mgs., 1 tablet daily.
- Neurontin 600mgs., 3 tablets daily.
- Trazodone 50mgs., 2-3 tablets at night.
- Ibuprofen 200mgs., OTC, 4 tablets 4 times daily.
- Laxative, OTC, 2-3 tablets at night.
- Afrin Nasal Spray, OTC, 4 times daily.

The above prescriptions filled at:
Walgreen's
3500 Coffee Road
Modesto, CA 95355

Walgreen's
1700 Standiford
Modesto, CA 95350

Rite Aid
1300 West F Street
Oakdale, CA 95301

I asked the insured if he has any side effects from the above medication and he stated lack of sex drive, sleepiness, short-term memory problems, irritability, and lack of appetite.

I asked what happened around August 31, 2004 to make him feel he could no longer work and he stated, "Felt like I hit the wall." I asked what he meant and he stated he hit the wall physically, mentally, emotionally, and spiritually.

**Restrictions and Limitations:**

3

UACL00407

Claimant Name: Lyle H Hughes    Claim #: 1527587

I asked the insured what his restrictions/limitations are that prevent him from returning to work and he stated memory difficulties, a lack of focus and concentration, lack of drive/motivation, not sharp, extreme fatigue, difficulty walking, constantly cold, sleep apnea, and he hurts all over. I asked where he hurts specifically and he stated right now his ankles, bottom of his feet, toes, top of his feet, hips, spine, neck, shoulders, elbows, forearms, wrists, fingers, and both knees. He also stated his back is covered in knots.

He stated his body hurts to the touch.

He stated if I was to scratch his forearms right now he would be doubled over on the ground in pain.

He stated he has a good day every two to three weeks, and if he does any activities he will pay for it for three to four days.

**Financial:**
The insured denies having any other individual or group disability coverage or filing for or receiving state disability, social security disability or workers compensation. The insured denies having any other earned income.

**Current Work Activities:**
The insured stated he is going to the office between one and three days a week, depending on the time of month, and spends between one and two hours at a time.

At the office he signs checks and paperwork, returns any calls he has, talks with the employees and gives advice.

He denied writing any new business, stating he's, "finishing up stuff I started."

He stated the staff is adding new employees to existing business and he is signing the paperwork.

**Current Daily Activities:**
I asked the insured about his current activities and he stated he gets up between 7:00 and 9:00 AM, depending on how he feels, goes to the bathroom and lays down again. It takes approximately one hour to get out of bed and then he stretches, drinks water and takes medication, reads the newspaper by the fireplace with the heat on his back. He feeds his dogs, showers, calls the office, talks with friends and family, and reads for one to three hours per day. He likes to watch documentaries, takes his dogs to the park, naps for anywhere between 1½ to 3½ hours per day, takes his dogs for a walk, watches movies and sport events, and usually goes to bed at 10:00 PM.

The insured has two dogs, a Miniature Dachshund and a Basset Hound.

The insured's sister Stephanie lives with him.

The insured stated his sister does the cooking, most of the cleaning, and they shop together.

His hobbies include golfing, hunting, fishing, and cooking. He stated he has not hunted or fished in two to three years. He plays golf approximately once a month and uses a golf cart.

He is not currently doing any volunteer work.

**Future Plans:**
I asked the insured about his future plans and he stated, "With this shit it's day-to-day. I can't think that far down the road anymore. I used to be a goal setter."

4

UACL00408

AR SUM 0059

I asked if he has any plans on returning to work and he stated, "No, I just want to finish up the stuff I got going."

I asked if he has any plans on returning to work in any other occupation and he stated, "I don't know how I can."

**Additional Information:**
I asked the insured the status of our request for his 2002 and 2003 personal and business tax returns including all W-2's, schedules and attachments; commission statements; YTD income statements; and Buy Out Agreement.

The insured stated the Buy Out Agreement has not been signed yet and to ask Ms. Scherli for copies of the above documents when I visit the office.

I had the insured sign and date the attached HIPAA Authorization.

I then proceeded to Total Access Benefits, 219 Polar Street, Oakdale, California and spoke with Ms. Scherli, office manager.

She stated the insured's title before and after September 1, 2004 was and is owner.

I asked for the last day he worked full time and she stated May/June 2004. She went on and stated he has not worked a 40-hour week in 2004.

I asked how often he comes to the office and what duties he performs. She stated he comes into the office once or twice a week for one to two hours at a time. When he's in the office he signs checks, returns phone calls, reviews the week's staff schedule, and general overview of the office.

She stated the business remains open and operating.

I asked if she knows if the company is in the process of being sold and she stated no.

I asked if they have hired someone to do the insured's duties and she stated they are currently looking for someone.

I asked Ms. Scherli if she noticed a change in the insured's physical or mental behavior and she stated, "Oh yeah." She stated in February/March 2003, she noticed he was not mentally retaining information, had poor stamina, and "he did not seem to retain what he had previously."

I requested a copy of the insured's 2002 and 2003 personal and business tax returns including all W-2's, schedules and attachments; commission statements; and YTD income statement.

Ms. Scherli provided me with:
    -2002 and 2003 corporate tax returns.
    -2002 and 2003 personal tax returns.
    -YTD Total Access Benefits P&L statement.
    -2003 and 2004 YTD spreadsheet of commission statements.
    -2002 and 2003 New York Life commission statements.

Ms. Scherli stated commission statements for 2002 and 2003 each fill a separate cardboard filing box, and 2004 fills about ¾ of a cardboard filing box. She stated she has a spreadsheet detailing the commission statements, which she provided. She further stated if the commission statements are absolutely necessary, they have them for copying.

UACL00409

5

---

*Claimant Name: Lyle H Hughes     Claim #: 1527587*

No further action taken.

**Revision History:**
Revised by Chris Moffatt on 11/03/2004 at 06:37:35 PM

UACL00410

6

Fax Received on 09/15/04 at 04:53 PM from 209 529 4151

09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR → 18008707244    NO.977    D01

To: Dr. Drew Logue  Fax: 1-209572743        From: DATACLAIMS TEAM 33        Date: 09/15/04 04:41 PM Page 2 of 5

REC'D BY ___

SEP 1 7 2004

**RECORDS REQUEST**

RETURN  FAX #: (888)870-7244

| | | |
|---|---|---|
| | | CASE#: J711132-01 |
| | | TEAM: 33 |
| | | DESK: 7 |
| | | DATE: 9/15/2004 |

**NAME:**  LYLE HARDIE  HUGHES        COMPANY: UNUNPROVIDENT-GEN MED 1  #4358
SS#: ●●●●●●●●●        ACCT#: 004358
DOB: ●●●1961        POLICY#: 13H272407400
STATE:  CA        S GIORDANO

*INSURANCE BENEFITS PENDING*

FACILITY:  DREW  LOGUE MD
ADDRESS:  1370 SPANOS CT STE C9
CITY/ST:  MODESTO, CA    95355        REQUESTER: S GIORDANO
PH#:  (209) 578-3170        W/N TEAM:

**SPECIAL INSTRUCTIONS:  PLEASE RETURN THIS FORM WITH RECORDS**
ALL RECORDS, INCLUDING ALL OFFICE NOTES, TEST RESULTS, REFERRALS  AND MEDICATION
S.

**  In addition to sending doctor's notes and other records  **
**  please complete the following information:  **

**  FIRST DATE SEEN:  12-29-2003  **

**  EX  **

Lyle Hughes

1527587

pls  BES

RETURN TO: PO BOX 2505          WACO TX 76702-2505
TEAM: 33          PHONE:  (800)767-6680

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disclosing, disclosure, copying, action upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

9/15/2004  16:39:41  IBAIBIRIX        #1344    33    7    12/29/03

3-23-04

Claimant Name:  Lyle H Hughes    Claim #: 1527587

AR SUM 0062

UACL00413

Fax Received on 04/13/04 at 06:53PM from 209 529 4159

09/15/2004   14:48    DR LOGUE MODESTO SLEEP CTR → 10003787244 -                  NO.977   D84

March 23, 2004
RE: LYLE HUGHES
D.O.B. ███/1961

The patient returns for follow-up of his obstructive sleep apnea.
He had a sleep study done on 02/11/2004.  This showed severe
obstructive sleep apnea with an apnea/hypopnea index of 63 and $O_2$
desaturation was low as 85%.  The patient was started on CPAP with
a large NasalAire mask.  He was titrated to a CPAP pressure of 7
cm. .  The patient now has his unit and his NasalAire mask.   He
actually is quite pleased with this treatment and it is working for
him for the first time since he was first diagnosed with
obstructive sleep apnea some years ago.  He is wondering if they
have a smaller size of the NasalAire mask because it is causing
bleeding inside his nose.  He is not having difficulty tolerating
the mask at night or the pressure; he is having difficulty that
when he pulls out the NasalAire mask in the morning he has a lot of
bleeding and crusting from his nose.

His weight is 198 lbs., BP 112/68, P of 70, and R of 16.   His
throat is benign.  Chest is clear.  Heart shows a regular rhythm.
He has no pedal edema.

The patient does not feel that lack of humidity is the problem.  I
discussed with him that if he is having a lot of nasal stuffiness
that a full face mask might be more helpful.  We discussed masks in
general.  He may need to switch from the NasalAire to a full face
mask from time to time in order to allow his nose to heal.  He has
a very sensitive nose and has had a lot of problems with it in the
past.  We will request a new CPAP mask other than NasalAire.  The
patient will look at all alternatives and decide which one he
believes he would tolerate the best.  I have asked him to return
for follow-up in two months.

Margaret C. McKee, M.D.
for Drew H. Logue, M.D.
MCM/lk

Cc: John Duong, M.D.

UACL00414

---

Claimant Name:  Lyle H Hughes      Claim #:  1527587

Fax Received on 09/15/2004 at 02:33 PM from 18008787244
09/15/2004   14:40   DR LOGUE MODESTO SLEEP CTR → 18008787244                    NO.977   P05

## MODESTO SLEEP CENTER
## MEDICAL ASSOCIATES

1329 SPANOS COURT, SUITE C-3
MODESTO, CALIFORNIA 95355
(209) 572-7442  FAX (209) 572-7443

December 29, 2003

RE: LYLE H. HUGHES
D.O.B. ████/1961

Dear Dr. John Duong:

Mr. Lyle Hughes was seen in the office regarding his sleep-disordered breathing on 12/29/2003. He weighed 192 lbs., BP was 132/80, P 60, R 16, and Ht. 5'11". Oropharynx was mildly patulous and oral hygiene was adequate. Tympanic membranes were clear and nares were patent but congested. Neck was supple. Chest was clear to auscultation, heart rhythm regular, and extremities were free of clubbing or edema. Peak flow was 420 liters per minute best effort and $O_2$ saturation was 98% on room air.

This 42-year-old gentleman has recently divorced and has some business challenges which have been stressful. He was diagnosed several years ago with sleep apnea and he did not tolerate CPAP well. He thinks he has had two sleep studies but the results of those studies, performed in Merced(?), are not available to me today.

Other health problems include fibromyalgia and bipolar disorder. He notes no hypertension, diabetes, or heart disease. He recalls no tuberculosis, Valley Fever, chronic cough, or hemoptysis. He does not smoke cigarettes. He has some mild allergies. He consumes alcohol in moderation. Medicines include Paxil, Lithium, Trazodone, and Norco. He has been in the insurance sales business for quite a few years. He has symptoms compatible with moderate sleep-disordered breathing. He did not complete the Epworth Scale.

We discussed sleep apnea, differential diagnosis, and treatment options in detail. We will track down his old sleep studies, Dr. Yates' records, and I think it will be worth trying an Auto Adjust CPAP titration for this gentleman to help determine whether he might tolerate CPAP in the year 2004. We will track down the

UACL00415

AR SUM 0064

09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR → 18009707244                    NO.977    006

December 29, 2003                                    Page 2
RE:  LYLE H. HUGHES

available data, do the Auto Adjust assessment, and see him here in
follow-up after that information has been obtained.

Sincerely,

Drew H. Logue, M.D., Inc.
DHL/lk

UACL00416

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0065

09/15/2004   14:48   DR LOGUE MODESTO SLEEP CTR → 18003707244                    NO.977   D87



**APRIA HEALTHCARE INC**
**4400 SISK ROAD**
**MODESTO, CA 95356**
**(888) 827-8500**

## APRIA HEALTHCARE

### INITIAL PRESCRIPTION

Patient Name, Address, HICN, & DOB
LYLE HUGHES          AGV685
3317 ORCHESTRA PL
MODESTO, CA 95356                         Duration:   3/05/2004   To: _____
W1102 69099
[████] 1961                              Est. Length of Need (Months): _99_
                                         1-99 (99 = Lifetime)

| Equipment Prescribed: | | Diagnosis: | | Setup Date: |
|---|---|---|---|---|
| A7034 CPAP/RAD MASK OR NASAL APPLCTN DEVICE- | | 780.53 | HYPERSOMNI W SLEEP APNEA | 3/05/2004 |
| A7035 CPAP/RAD HEADGEAR- | | 780.53 | HYPERSOMNI W SLEEP APNEA | 3/05/2004 |
| A7037 CPAP/RAD TUBING- | | 780.53 | HYPERSOMNI W SLEEP APNEA | 3/05/2004 |
| A7038 CPAP/RAD DISPOSABLE FILTER, EACH- | | 780.53 | HYPERSOMNI W SLEEP APNEA | 3/05/2004 |

Comments (Justification): _____

Physician:  DREW LOGUE                    License/UPIN:  A25519/A24476
Address:   1329 SPANOS CT #C3., MODESTO, CA 95355
Phone:     (209) 578-3170                 Fax#:        209-571-7443

Signature: _____             Date: _____    *ZA353 - 0648209 - 10

UACL00417

Claimant Name:  Lyle H Hughes     Claim #:  1527587

Fax Received on 09/15/04 at 06:55 PM from 209 528 4718

09/15/2004   14:40   DR LOGUE MODESTO SLEEP CTR → 18009707244              NO.977   P03

Quest Diagnostics
867 Mabury Road          *(408) 368-0850          3714 Northgate Blvd         (916) 927-9900
San Jose, CA 95133       (408) 365-8008           Sacramento, CA 95834        (800) 852-5661

| | |
|---|---|
| Patient Name: | Accession No. |
| HUGHES, LYLE | Client: Y305315          1001 | MY7455728 |
| Age/DOB: 42, ████/1961 | DREW LOGUE, M.D. | Collected: 01/20/04 13:06 |
| Sex:  M       FASTING | | Received: 01/20/04 20:59 |
| PT PHONE #: 209-551-8947 | 1329 SPANOS COURT SUITE C3 | Reported: 01/21/04 04:17 |
| | MODESTO, CA 95355 | Re-reported: |
| | | Report Status:  FINAL   Page 1 |
| | LOGUE, DREW H | |
| | 209-578-3170 | |

| Test | In Range | Out of Range | Reference Range | Units | |
|---|---|---|---|---|---|
| HEMOGLOBIN | 16.5 | | 13.2-17.1 | g/dL | SC |

PERFORMING SITE
------------------
SC - Quest Diagnostics, 3714 Northgate Boulevard, Sacramento, CA  95834
     Gerald R. Simon, M.D. (800) 852-5661

LAST PAGE OF REPORT

MY7455728   HUGHES, LYLE

BC385 Rev. 18/03 BC2K - 129487

UACL00418

Claimant Name:  Lyle H Hughes     Claim #:  1527587

Case 3:07-cv-04088-PJH    Document 56-2    Filed 07/16/2008    Page 68 of 75
Fax Received on 09/15/04 at 06.53PM from 209 529 4150

09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR → 18008787244    NO.977    P09

## MODESTO SLEEP CENTER
## MEDICAL ASSOCIATES

1329 SPANOS COURT, SUITE C-3
MODESTO, CALIFORNIA 95355
(209) 572-7442  FAX (209) 572-7443

February 11, 2004

SPLIT-NIGHT SLEEP STUDY REPORT
RE:  LYLE HUGHES
D.O.B.  ██████/1961

Dear Dr. John Duong:

Mr. Lyle Hughes underwent polysomnographic evaluation on 02/10/2004, utilizing the Sand Man Computerized Sleep System and sleep study was hand scored.  The following parameters were monitored: central and occipital EEG, bilateral EOG, chin and bilateral anterior tibialis EMG, lead 2 ECG, nasal/oral airflow, $O_2$ saturation, chest motion, abdominal motion, and body position. CPAP pressure was monitored during the CPAP titration.  Significant elevation of the periodic limb movement index was not observed.

Total recording time prior to CPAP was 188 minutes with 171 minutes of sleep for an increased sleep efficiency of 91%.  The majority of sleep was Stage 2 sleep, 98% of sleep time pre CPAP.  There were 168 apneas and 13 hypopneas noted pre CPAP for an apnea/hypopnea index of 63 compatible with severe sleep-disordered breathing. Minimum $O_2$ saturation was 85%.

CPAP was initiated with a large NasalAire mask, and CPAP titration duration was 218 minutes with 204 minutes of sleep for a sleep efficiency of 93%.  CPAP was gradually increased to 9 cm. water pressure.  A trial of CPAP at 7 cm. water pressure is suggested for Mr. Lyle Hughes.

Sincerely,

*Drew H. Logue, M.D., Inc.*
DHL/lk

UACL00419

Fax Received on 09/15/04 at 06:33PM from 2095297431

09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR → 18008707244    NO.977    010

**Modesto Sleep Center**
**Medical Associates**
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442 Fax: (209) 572-7443

Patient Name: Hughes, Lyle          Subject Code: Sleep Study          Study Date: 02-10-04

**Pre-Treatment Analysis**

**Sleep Architecture**

| | |
|---|---|
| Pre-Treatment Start Time | 10:34:56 |
| Pre-Treatment End Time | 01:42:56 |
| Total Recording Time (TRT) | 188.0 min. |
| Total Sleep Period (TSP) | 171.3 min. |
| Total Sleep Time (TST) | 171.3 min. |
| Sleep Efficiency (SE) | 91.1 % |
| Sleep Onset Latency (SOL) | 16.7 min. |
| Number of Stage 1 Shifts | 1 |
| Number of Stage Shifts | 1 |
| Number of Awakenings | 0 |
| Number of REM Periods | 0 |
| REM Latency | N.A. min. |
| REM Latency minus Awake | N.A. min. |

**Sleep Stages**

| STAGES | TIME (min.) | TST (%) | LATENCY (min.) |
|---|---|---|---|
| WAKE | 0.0 | | |
| STAGE 1 | 3.0 | 1.8 | 0.0 |
| STAGE 2 | 168.3 | 98.2 | 3.0 |
| STAGE 3 | 0.0 | 0.0 | N.A |
| STAGE 4 | 0.0 | 0.0 | N.A |
| STAGE REM | 0.0 | 0.0 | N.A |

**Spontaneous Arousals**

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 0.0 | 0 |
| NREM | 0.0 | 0 |
| REM | 0.0 | 0 |

UACL 00420

2

Claimant Name: Lyle H Hughes     Claim #: 1527587

AR SUM 0069

Fax Received on 09/15/04 at 06:53PM from 209 529 4157

09/15/2004    14:48    DR LOGUE MODESTO SLEEP CTR + 18007707244    NO.977    P11

**Modesto Sleep Center**
**Medical Associates**
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442 Fax (209) 572-7443

Patient Name:  Hughes, Lyle          Subject Code:  Sleep Study          Study Date:  02-10-04

### Apnea Events

| PARAMETER | CENTRAL | OBSTRUCTIVE | MIXED | TOTAL |
|---|---|---|---|---|
| Number | 1 | 167 | 0 | 168 |
| Index | 0.3 | 58.5 | 0.0 | 58.8 |
| Mean Duration | 19.0 | 21.8 | N/A | 21.8 |
| Longest Duration | 19.0 | 34.8 | N/A | 34.8 |
| Occur in REM | 0 | 0 | 0 | 0 |
| Occur in NREM | 1 | 167 | 0 | 168 |
| REM Index | 0.0 | 0.0 | 0.0 | 0.0 |
| NREM Index | 0.3 | 58.5 | 0.0 | 58.8 |

### Hypopnea Events

| PARAMETER | CENTRAL | OBSTRUCTIVE | MIXED | TOTAL |
|---|---|---|---|---|
| Number | 0 | 13 | 0 | 13 |
| Index | 0.0 | 4.8 | 0.0 | 4.8 |
| Mean Duration | N/A | 17.0 | N/A | 17.0 |
| Longest Duration | N/A | 34.8 | N/A | 34.8 |
| Occur in REM | 0 | 0 | 0 | 0 |
| Occur in NREM | 0 | 13 | 0 | 13 |
| REM Index | 0.0 | 0.0 | 0.0 | 0.0 |
| NREM Index | 0.0 | 4.8 | 0.0 | 4.8 |

### Respiratory Events and Body Position

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Apneas and Hypopneas | 63.4 | 181 |
| Supine Events | 0.0 | 0.0 |
| Non-Supine Events | 0.0 | 0.0 |

### Respiratory Events With Arousals

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 63.4 | 181 |
| NREM | 63.4 | 181 |
| REM | No REM | 0 |

UACL00421

3

AR SUM 0070

Fax Received on 09/15/04 at 06:53 PM from 209-524-4150

09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR + 16666707244    NO.977    P12

**Modesto Sleep Center**
**Medical Associates**
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442  Fax: (209) 572-7443

Patient Name:  Hughes, Lyle          Subject Code:  Sleep Study          Study Date:  02-10-04

## PLMs and Sleep Stages

| STAGES | PLM-AROUSAL INDEX | ALL-PLM INDEX | PLM-AROUSAL TOTAL | ALL-PLM TOTAL |
|---|---|---|---|---|
| Total Sleep | 0.0 | 0.0 | 0 | 0 |
| Stage 1 | 0.0 | 0.0 | 0 | 0 |
| Stage 2 | 0.0 | 0.0 | 0 | 0 |
| Stage 3 | 0.0 | 0.0 | 0 | 0 |
| Stage 4 | 0.0 | 0.0 | 0 | 0 |
| Stage REM | 0.0 | 0.0 | 0 | 0 |

## PLM Events With Arousals

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 0.0 | 0 |
| NREM | 0.0 | 0 |
| REM | 0.0 | 0 |

## PLM Events W/O Arousals

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 0.0 | 0 |
| NREM | 0.0 | 0 |
| REM | 0.0 | 0 |

## Oxygen Saturation

| PARAMETER | AWAKE | NREM | REM | TOTAL RECORD |
|---|---|---|---|---|
| Mean SaO2 % | 95.3 | 93.6 | N.A | 93.9 |
| Min SaO2 % | 94.0 | 85.1 | N.A | 85.1 |
| Max SaO2 % | 98.0 | 98.5 | N.A | 98.5 |
| % Duration of SaO2 In Range: | | | | |
| 90 – 100 % | 64.4 | 91.0 | N.A | 87.6 |
| 80 – 90 % | 0.0 | 8.9 | N.A | 7.7 |
| 70 – 80 % | 0.0 | 0.0 | N.A | 0.0 |
| 60 – 70 % | 0.0 | 0.0 | N.A | 0.0 |
| 50 – 60 % | 0.0 | 0.0 | N.A | 0.0 |
| Below 50 % | 0.0 | 0.0 | N.A | 0.0 |

UACL00422

4

Fax Received on 09/15/04 at 00:53PM from 209 529 4157

09/15/2004    14:48    DR LOGUE MODESTO SLEEP CTR → 18008707244    NO.977    P13

**Modesto Sleep Center**
**Medical Associates**
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442 Fax (209) 572-7443

Patient Name:  Hughes, Lyle          Subject Code:  Sleep Study      Study Date:  02-10-04

**Treatment Analysis**

**Sleep Architecture**

| | |
|---|---|
| Treatment Start Time | 01:52:20 |
| Treatment End Time | 05:30:50 |
| Total Recording Time (TRT) | 218.5 min. |
| Total Sleep Period (TSP) | 209.2 min. |
| Total Sleep Time (TST) | 204.0 min. |
| Sleep Efficiency (SE) | 93.4 % |
| Sleep Onset Latency (SOL) | 9.3 min. |
| Number of Stage 1 Shifts | 1 |
| Number of Stage Shifts | 4 |
| Number of Awakenings | 1 |
| Number of REM Periods | 1 |
| REM Latency | 15.0 min. |
| REM Latency minus Awake | 15.0 min. |

**Sleep Stages**

| STAGES | TIME (min.) | TST (%) | LATENCY (min.) |
|---|---|---|---|
| WAKE | 5.2 | | |
| STAGE 1 | 4.0 | 2.0 | 0.0 |
| STAGE 2 | 116.0 | 56.9 | 4.0 |
| STAGE 3 | 0.0 | 0.0 | N.A |
| STAGE 4 | 0.0 | 0.0 | N.A |
| STAGE REM | 84.0 | 41.2 | 15.0 |

**Spontaneous Arousals**

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 0.3 | 1 |
| NREM | 0.5 | 1 |
| REM | 0.0 | 0 |

UACL00423

5

Fax Received on 09/15/04 at 06:53PM from 209 529 4157

09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR → 18008707244    NO.977    P14

**Modesto Sleep Center**
**Medical Associates**
1320 Spenos Court, Suite C-3 Modesto, California 95355
(209) 572-7442 Fax (209) 572-7443

Patient Name:  Hughes, Lyle          Subject Code:  Sleep Study          Study Date:  02-10-04

### Apnea Events

| PARAMETER | CENTRAL | OBSTRUCTIVE | MIXED | TOTAL |
|---|---|---|---|---|
| Number | 9 | 0 | 0 | 9 |
| Index | 2.6 | 0.0 | 0.0 | 2.6 |
| Mean Duration | 17.1 | N/A | N/A | 17.1 |
| Longest Duration | 22.1 | N/A | N/A | 22.1 |
| Occur in REM | 0 | 0 | 0 | 0 |
| Occur in NREM | 9 | 0 | 0 | 9 |
| REM Index | 0.0 | 0.0 | 0.0 | 0.0 |
| NREM Index | 4.5 | 0.0 | 0.0 | 4.6 |

### Hypopnea Events

| PARAMETER | CENTRAL | OBSTRUCTIVE | MIXED | TOTAL |
|---|---|---|---|---|
| Number | 0 | 0 | 0 | 0 |
| Index | 0.0 | 0.0 | 0.0 | 0.0 |
| Mean Duration | N/A | N/A | N/A | N/A |
| Longest Duration | N/A | N/A | N/A | 0 |
| Occur in REM | 0 | 0 | 0 | 0 |
| Occur in NREM | 0 | 0 | 0 | 0 |
| REM Index | 0.0 | 0.0 | 0.0 | 0.0 |
| NREM Index | 0.0 | 0.0 | 0.0 | 0.0 |

### Respiratory Events and Body Position

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Apneas and Hypopneas | 2.6 | 9 |
| Supine Events | 0.0 | 0.0 |
| Non-Supine Events | 0.0 | 0.0 |

### Respiratory Events With Arousals

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 2.6 | 9 |
| NREM | 4.5 | 9 |
| REM | 0.0 | 0 |

6

Claimant Name:  Lyle H Hughes    Claim #:  1527587

UACL00424

Fax Received on 09/15/04 at 06:53 PM from 2095204150/

09/15/2004   14:40   DR LOGUE MODESTO SLEEP CTR + 18888707244          NO.977   P15

## Modesto Sleep Center
### Medical Associates
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442 Fax (209) 572-7443

Patient Name:  Hughes, Lyle          Subject Code:  Sleep Study          Study Date:  02-10-04

### PLMs and Sleep Stages

| STAGES | PLM-AROUSAL INDEX | ALL-PLM INDEX | PLM-AROUSAL TOTAL | ALL-PLM TOTAL |
|---|---|---|---|---|
| Total Sleep | 0.0 | 0.0 | 0 | 0 |
| Stage 1 | 0.0 | 0.0 | 0 | 0 |
| Stage 2 | 0.0 | 0.0 | 0 | 0 |
| Stage 3 | 0.0 | 0.0 | 0 | 0 |
| Stage 4 | 0.0 | 0.0 | 0 | 0 |
| Stage REM | 0.0 | 0.0 | 0 | 0 |

### PLM Events With Arousals

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 0.0 | 0 |
| NREM | 0.0 | 0 |
| REM | 0.0 | 0 |

### PLM Events W/O Arousals

| PARAMETER | INDEX | TOTAL |
|---|---|---|
| Total Events | 0.0 | 0 |
| NREM | 0.0 | 0 |
| REM | 0.0 | 0 |

UACL00425

7

Claimant Name:  Lyle H Hughes     Claim #:  1527587

Fax Received on 03/15/04 at 08:33 PM from 2095724150 to
09/15/2004    14:40    DR LOGUE MODESTO SLEEP CTR → 18008707244    NO.977    P16

**Modesto Sleep Center**
**Medical Associates**
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442  Fax (209) 572-7443

Patient Name:  Hughes, Lyle          Subject Code:  Sleep Study          Study Date:  02-10-04

## Oxygen Saturation

| PARAMETER | AWAKE | NREM | REM | TOTAL RECORD |
|---|---|---|---|---|
| Mean SaO2 % | 95.9 | 96.7 | 96.8 | 96.7 |
| Min SaO2 % | 95.0 | 93.0 | 94.5 | 93.0 |
| Max SaO2 % | 98.5 | 98.5 | 97.5 | 98.5 |
| % Duration of SaO2 in Range : | | | | |
| 90 – 100 % | 52.0 | 99.9 | 100.0 | 94.6 |
| 80 – 90 % | 0.0 | 0.0 | 0.0 | 0.0 |
| 70 – 80 % | 0.0 | 0.0 | 0.0 | 0.0 |
| 60 – 70 % | 0.0 | 0.0 | 0.0 | 0.0 |
| 50 – 60 % | 0.0 | 0.0 | 0.0 | 0.0 |
| Below 50 % | 0.0 | 0.0 | 0.0 | 0.0 |

### Pressure Level Analysis

| Pressure (cm H2O) | TRT (min) | REM (min) | Non-REM (min) | Obstr. Apnea | Cent. Apnea | Mixed Apnea | Hypo-pnea | Total Events | RDI | SaO2 High | SaO2 Low | SaO2 Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 14.2 | 0.0 | 6.0 | 0 | 7 | 0 | 0 | 7 | 84.0 | 98.5 | 93.0 | 95.8 |
| 7 | 106.8 | 84.0 | 24.8 | 0 | 2 | 0 | 0 | 2 | 1.1 | 97.5 | 93.0 | 96.7 |
| 9 | 95.6 | 0.0 | 90.2 | 0 | 0 | 0 | 0 | 0 | 0.0 | 98.5 | 95.0 | 95.8 |

8

UACL00426