Fax Received on 09/15/2004 at 05:33PM from 2095727443

09/15/2004    14:48    DR LOGUE MODESTO SLEEP CTR + 18008707244    NO.977    017

**Modesto Sleep Center**
**Medical Associates**
1329 Spanos Court, Suite C-3 Modesto, California 95355
(209) 572-7442 Fax: (209) 572-7443

Patient Name: Hughes, Lyle          Subject Code: Sleep Study          Study Date: 02-10-04



9

Claimant Name: Lyle H Hughes      Claim #: 1527587

AR SUM 0076

22

 EMSI

☾    ☾

CASE#: J711131-01
TEAM: 33
DESK: 4
DATE: 9/15/2004

## RECORDS REQUEST

RETURN FAX#:    (888)870-7244

NAME: LYLE HARDIE HUGHES
SSN:
DOB:        1961
STATE:    CA

**INSURANCE
BENEFITS
PENDING**

COMPANY: UNUMPROVIDENT-GEN MED 1  #4358
ACCT#:    004358
POLICY: 13H272407400
S GIORDANO

FACILITY:  JOHN DOONG MD
ADDRESS:  1429 COLLEGE AVE SUITE H
CITY/ST:  MODESTO, CA    95350
PH#:    (209)522-9021

REQUESTER: S GIORDANO
U/W TEAM:

## SPECIAL INSTRUCTIONS:    PLEASE RETURN THIS FORM WITH RECORDS

ALL RECORDS, INCLUDING ALL OFFICE NOTES, TEST RESULTS, REFERRALS  AND MEDICATION
S.

```
*********************************************************
*********************************************************
**                                                     **
**  In addition to sending doctor's notes and other records  **
**  please complete the following information:         **
**                                                     **
**  FIRST DATE SEEN: _____           **
**                                                     **
**  LAST DATE SEEN: _____            **
**                                                     **
*********************************************************
*********************************************************
```

RECD BY WCC OCT 27 2004

UACL00428

**RETURN TO: PO BOX 2505**        WACO TX 76702-2505
        **TEAM: 33**        PHONE: (800)767-6680

These documents may contain confidential health information that is privileged and legally protected from disclosure
by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is
intended only for the use of the individual or entity named above. If you are not the intended recipient, you are
hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using
the information contained in this correspondence is strictly prohibited. If you have received this information
in error, please notify the sender immediately and destroy these documents.

9/16/2004    10:21:16    IDRFBTRUN        #88943    33    4

Claimant Name: Lyle H Hughes    Cla            587

AR SUM 0077

RECEIVED

March 23, 2004
RE: LYLE HUGHES
D.O.B. ⬛⬛/1961

The patient returns for follow-up of his obstructive sleep apnea.
He had a sleep study done on 02/11/2004. This showed severe
obstructive sleep apnea with an apnea/hypopnea index of 63 and $O_2$
desaturation was low as 85%. The patient was started on CPAP with
a large NasalAire mask. He was titrated to a CPAP pressure of 7
cm. The patient now has his unit and his NasalAire mask. He
actually is quite pleased with this treatment and it is working for
him for the first time since he was first diagnosed with
obstructive sleep apnea some years ago. He is wondering if they
have a smaller size of the NasalAire mask because it is causing
bleeding inside his nose. He is not having difficulty tolerating
the mask at night or the pressure; he is having difficulty that
when he pulls out the NasalAire mask in the morning he has a lot of
bleeding and crusting from his nose.

His weight is 198 lbs., BP 112/68, P of 70, and R of 16. His
throat is benign. Chest is clear. Heart shows a regular rhythm.
He has no pedal edema.

The patient does not feel that lack of humidity is the problem. I
discussed with him that if he is having a lot of nasal stuffiness
that a full face mask might be more helpful. We discussed masks in
general. He may need to switch from the NasalAire to a full face
mask from time to time in order to allow his nose to heal. He has
a very sensitive nose and has had a lot of problems with it in the
past. We will request a new CPAP mask other than NasalAire. The
patient will look at all alternatives and decide which one he
believes he would tolerate the best. I have asked him to return
for follow-up in two months.

*Margaret C. McKee, M.D.*
for *Drew H. Logue, M.D.*
MCM/lk

Cc: John Duong, M.D.

UACL00429

# MODESTO SLEEP CENTER
## MEDICAL ASSOCIATES

1329 SPANOS COURT, SUITE C-3
MODESTO, CALIFORNIA 95355
(209) 572-7442   FAX (209) 572-7443



February 11, 2004

SPLIT-NIGHT SLEEP STUDY REPORT
**RE: LYLE HUGHES**
D.O.B. ████/1961

Dear Dr. John Duong:

Mr. Lyle Hughes underwent polysomnographic evaluation on 02/10/2004, utilizing the Sand Man Computerized Sleep System and sleep study was hand scored.   The following parameters were monitored: central and occipital EEG, bilateral EOG, chin and bilateral anterior tibialis EMG, lead 2 ECG, nasal/oral airflow, $O_2$ saturation, chest motion, abdominal motion, and body position. CPAP pressure was monitored during the CPAP titration.   Significant elevation of the periodic limb movement index was not observed.

Total recording time prior to CPAP was 188 minutes with 171 minutes of sleep for an increased sleep efficiency of 91%.  The majority of sleep was Stage 2 sleep, 98% of sleep time pre CPAP.   There were 168 apneas and 13 hypopneas noted pre CPAP for an apnea/hypopnea index of 63 compatible with severe sleep-disordered breathing. Minimum $O_2$ saturation was 85%.

CPAP was initiated with a large NasalAire mask, and CPAP titration duration was 218 minutes with 204 minutes of sleep for a sleep efficiency of 93%.   CPAP was gradually increased to 9 cm. water pressure.  A trial of CPAP at 7 cm. water pressure is suggested for Mr. Lyle Hughes.

Sincerely,

*Drew H. Logue, M.D., Inc.*
DHL/lk

UACL00430

---

Claimant Name: Lyle H Hughes       Claim #: 1527587



## MODESTO SLEEP CENTER
### MEDICAL ASSOCIATES

1329 SPANOS COURT, SUITE C-3
MODESTO, CALIFORNIA 95355
(209) 572-7442  FAX (209) 572-7443

December 29, 2003

RE: LYLE H. HUGHES
D.O.B. ▓▓▓▓1961

Dear Dr. John Duong:

Mr. Lyle Hughes was seen in the office regarding his sleep-disordered breathing on 12/29/2003.  He weighed 192 lbs., BP was 132/80, P 60, R 16, and Ht. 5'11".  Oropharynx was mildly patulous and oral hygiene was adequate.  Tympanic membranes were clear and nares were patent but congested.  Neck was supple.  Chest was clear to auscultation, heart rhythm regular, and extremities were free of clubbing or edema.  Peak flow was 420 liters per minute best effort and $O_2$ saturation was 98% on room air.

This 42-year-old gentleman has recently divorced and has some business challenges which have been stressful.  He was diagnosed several years ago with sleep apnea and he did not tolerate CPAP well.  He thinks he has had two sleep studies but the results of those studies, performed in Merced(?), are not available to me today.

Other health problems include fibromyalgia and bipolar disorder. He notes no hypertension, diabetes, or heart disease.  He recalls no tuberculosis, Valley Fever, chronic cough, or hemoptysis.  He does not smoke cigarettes.  He has some mild allergies.  He consumes alcohol in moderation.  Medicines include Paxil, Lithium, Trazodone, and Norco.  He has been in the insurance sales business for quite a few years.  He has symptoms compatible with moderate sleep-disordered breathing.  He did not complete the Epworth Scale.

We discussed sleep apnea, differential diagnosis, and treatment options in detail.  We will track down his old sleep studies, Dr. Yates' records, and I think it will be worth trying an Auto Adjust CPAP titration for this gentleman to help determine whether he might tolerate CPAP in the year 2004.  We will track down the

UACL00431

_Claimant Name: Lyle H Hughes    Claim #: 1527587_

December 29, 2003                                    Page 2
RE:  **LYLE H. HUGHES**

available data, do the Auto Adjust assessment, and see him here in
follow-up after that information has been obtained.

Sincerely,

Drew H. Logue, M.D., Inc.
DHL/lk

UACL00432

THE PSYCHIATRIC MEDICAL GROUP
3425 Coffee Road, Suite 2A
Modesto, CA 95355

(209) 524-9401

CONSENT FOR RELEASE OF PROFESSIONAL INFORMATION

PATIENT'S NAME: _Lyle Hughes_____

DATE OF BIRTH: ████ 61 DATES OF TREATMENT: _____

Clinician's Name: _Dr. M.J. Hetnal, M.D._____

All Involved Psychiatric Medical Group Clinicians: ☐ Yes

hereby has/have authorization to:

☐ Obtain records from    ☒ Other (specify): release

☐ Release records to        initial eval to

☐ Speak on the telephone with _____

regarding psychological, medical, social, educational and other
clinical information concerning the patient named above.

This consent is valid for one year from the date signed unless
otherwise restricted.

SIGNATURE: _____ DATE: 9-16-02

NAME OF SIGNER (please print): _Lyle Hughes_____

RELATIONSHIP TO PATIENT: _self_____

This authorization applies only to the institution/individual
named below:

NAME: _Dr. J Duong    M.D._____

ADDRESS: _1429 College_____

CITY/STATE/ZIP: _Modesto    CA    95350_____

PHONE: _522-9021_____

Witnessed by: _____ Date: 9/16/02

UACL00433

Claimant Name: Lyle H Hughes    Claim #: 1527587



THE PSYCHIATRIC
MEDICAL GROUP

## PSYCHIATRIC EVALUATION

### September 16, 2002

**NAME:**   Lyle Hughes

**DATE OF BIRTH:**   ███61

**IDENTIFYING INFORMATION:**

This is a 41-year-old male, divorced on 8/3/02 after 22 years of marriage, with four children, all adopted. He has joint custody of two of his daughters. He owns his own insurance agency.

**CHIEF COMPLAINT:**

Depression, mood swings.

**HISTORY OF PRESENT ILLNESS:**

The patient relates feeling depressed as long as he remembers. When in high school, at age 17, he felt quite anxious. Around that time, he saw a dermatologist and responded well to treatment. He got married at age 18. His wife confronted him with mood swings and some aggressive behaviors. He admits to having periods of time when he feels quite energetic and happy with "a lot of energy and motivation" lasting from a few days to weeks, following by periods of time when he is subjectively depressed, angry and upset with no energy or motivation, being irritable and angry. Around that time, he complains of "sleeping a lot." He was diagnosed with sleep apnea a few years ago. He did not respond well to conventional treatments and may need surgery. There are no visual or auditory hallucinations. He admits to sometimes feeling "paranoid." He felt that his partner was spying on him in the past. He is uneasy in some business situations. There is no evidence of suspiciousness in other aspects of the patient's life. He has periods of explosiveness. He justifies his explosive behavior as being a result of circumstances. He struck his wife in the past, the last time five years ago, when he learned that she had an affair with his best friend. He denies feeling suicidal at

3425 Coffee Road, Suite 2A        ■        Modesto, CA 95355        ■        (209) 524-9401

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA CIVIL CODE SECTION 56.25

RE: Lyle Hughes
September 16, 2002
Page 2

present. There were no suicide attempts in the past. In May, 2002, he felt suicidal
due to "stress of divorce." He was thinking, at that time, of overdosing on
trazodone. Toward the end of May, 2002, he was admitted to St. Joseph's Hospital
and discharged after four days, with an adjustment up in his Paxil. Presently, he
strongly denies feeling suicidal. He states, "I cannot do it to myself or my
daughters." He states he has had problems with explosiveness and anger since
high school. He denies episodes of violence, other than two episodes involving his
wife. He admits to some anxiety and worrying about his business. He denies
vegetative symptoms of anxiety. There is no history of obsessive compulsive
disorder.

## PAST PSYCHIATRIC HISTORY:

As above. The patient was in counseling in the past with Evelyn Schaffer. He has
not seen her for the past four months. He was advised to return back to counseling.
For the last eight months, he has been taking lithium carbonate 300 mg b.i.d. for
mood swings and Paxil 50 mg a day for depression. He states he has been feeling
less depressed since on Paxil. He continues, however, to have mood swings. For
the insomnia, he is using trazodone 50-150 mg at bedtime. He tolerates the
medications well. He denies sedation or problems with driving. He is not sure
when he had his last lithium level done.

## CHEMICAL DEPENDENCY HISTORY:

He admits to some overuse of alcohol, the last time two and one-half years ago. He
does not feel that he ever had problems with alcohol abuse. Presently, he will have
a glass of wine every couple of weeks.

## FAMILY PSYCHIATRIC HISTORY:

Negative for suicide. The patient's mother and father are depressed and have seen
a psychiatric.

UACL00435

RE: Lyle Hughes
September 16, 2002
Page 3

 CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA CIVIL CODE SECTION 56.05

## MEDICAL HISTORY:

Sleep apnea diagnosed five to six years ago; may need surgery. Fibromyalgia
diagnosed three years ago by his primary care physician. He presently takes
medications for allergies, Norco q.i.d. for pain related to fibromyalgia, Celebrex
200 mg b.i.d. for pain related to fibromyalgia. No history of seizures or eating
disorder. He had short episodes of loss of consciousness due to a head injury when
he was in 7th grade.

## MENTAL STATUS EXAMINATION:

The patient is alert, oriented times three and cooperative. His speech is fluent and
goal directed. His affect is somewhat restricted. His mood appears to be
somewhat angry and depressed. There is no evidence of gross thought disorder.
He admits, however, to some suspiciousness related to work situations. He denies
visual and auditory hallucinations. He admits to suicidal thoughts in the past, none
at present. He is not violent or homicidal. His cognitive functioning, recent and
remote memory appear to be intact. His judgment and insight is good.

## DIAGNOSTIC IMPRESSIONS:

AXIS I:      Bipolar disorder, not otherwise specified, 296.80. Rule out
             intermittent explosive disorder. Rule out depressive disorder,
             not otherwise specified.

AXIS II:     Deferred.

AXIS III:    Sleep apnea, fibromyalgia.

AXIS IV:     Moderate to severe and related to stress of divorce, work and
             relationships.

AXIS V:      GAF around 60-65.



UACL00436

CONFIDENTIAL PATIENT INFORMATION
SEE CALIFORNIA CIVIL CODE SECTION 56.05

RE: Lyle Hughes
September 16, 2002
Page 4

## TREATMENT PLAN AND RECOMMENDATIONS:

I believe that Mr. Hughes has problems with anger. He states periods of
explosiveness and relates some mood swings. I gave him a working diagnosis of
bipolar disorder, not otherwise specified; to rule out depression, to rule out
intermittent explosive disorder. He states that he is less depressed and feels more
mellow, less angry with Paxil 50 mg a day. He continues to take lithium 300 mg
b.i.d. and trazodone 50-150 mg at bedtime for mood swings and insomnia. I have
discussed with him the available treatment options. He may benefit switching
from lithium to Depakote due to continuing problems with explosiveness and
instability of moods. He is aware of the indications and possible side effects
related to medications, including side effects and risk of toxicity related to lithium,
priapism risk related to trazodone. He is aware of the risk of discontinuation
syndrome with Paxil. He was advised to drive cautiously and not to drink alcohol
when taking the medications. He is aware of the risk of sedation with medications.
We will obtain a lithium level, complete blood count with differential,
comprehensive metabolic panel and TSH prior to his next appointment. I do
believe that he needs to be involved in psychotherapy. The patient plans to contact
Ms. Schaffer and schedule an appointment with her. I will see him for a return
appointment in approximately two weeks. He was advised to call our clinic if
there is a change in his clinical presentation or problems with medications.


*M J Hetnal M.D.*

M. J. Hetnal, M.D.
Diplomate Board of Psychiatry
 and Neurology

NOTE: These records are confidential and can only be released by the author.

MJH:ts4
J#: 03029

UACL00437

# ALLIED UROLOGICAL MEDICAL GROUP
### ADULT AND PEDIATRIC UROLOGY

*Mark Saleh, M.D.*      *Steven R. Wunschel, M.D.*

*Date:* 07/29/2002

*Patient:* Lyle Hughes
*Age:* 41 Years
*Referring Doctor:* Dr. Duong

*Introduction notes:* He is a 41-year-old Hispanic gentleman referred from Dr. Duong with left testicle pain for the last 4 to 5 days. He has increased size and firmness as well as tenderness in the left hemiscrotum. No hematuria or pyuria, he does have some dysuria. Some mild bladder neck obstruction, has nocturia x 2 to 3. He does have some discharge from the penis also.

*PAST MEDICAL HISTORY:* He has been diagnosed as a bipolar, also has fibromyalgia.

*SURGICAL HISTORY:* Knee surgery, two on the right, and one on the left.

*MEDICATIONS:* Paxil 40/10, lithium, Norco, trazodone, Celebrex and nasal decongestant.

*ALLERGIES TO MEDICINES:* None.

*SOCIAL HISTORY:* He has two children, and is divorced. He is an insurance broker. No tobacco or alcohol.

*FAMILY HISTORY:* He has an aunt who is bipolar.

*REVIEW OF SYSTEMS:*
   *General:* No weight change or loss of appetite.
   *Head & Neck:* He does have nasal congestion, but no visual changes, tinnitus, dysarthria or dysphasia.
   *Cardiopulmonary:* No chest pain, shortness of breath, but does have varicose veins.
   *GI:* No nausea, or vomiting.
   *Musculoskeletal:* No weakness or difficulty walking.
   *Neurologic:* No numbness, tingling or tremors.
   *Endocrine:* No excessive thirst or temperature intolerance.
   *Dermatologic:* No rashes.
   *Hematologic:* No bleeding.

*PHYSICAL EXAMINATION:*
   *General:* A pleasant Hispanic gentleman.
   *Head & Neck:* Within normal limits.
   *Lungs:* Clear.
   *Heart:* Regular rhythm and rate.
   *Abdomen:* Soft, nontender, no hepatosplenomegaly, no CVAT.

*Page 1 of 2*
*Lyle Hughes*



UACL00438

*GU:* Normal phallus. Adequate meatus. No penile lesions. Testicles descended without masses. He does have some tenderness and induration in left epididymis, difficult to differentiate from the testicle but appears to be separate, but not definitively, difficult secondary to tenderness on the examination. He has no hernias.
*Rectal:* He has a boggy, tender prostate, 20 gm, and anodular.
*Extremities:* Without cyanosis, clubbing or edema.
*Neurologic:* Grossly nonfocal. Equal grips, push-pull with normal and symmetrical DTRs.

Urine is clear microscopically as well as dip with the exception of trace leukocyte esterase.

*IMPRESSION:* Prostatitis, left epididymo-orchitis, rule out neoplasm.

*DISPOSITION:* We will write a prescription for three weeks of Cipro with three refills; change that back to doxycycline if he returns not feeling better. I would like to get a scrotal ultrasound next couple of days to ensure there is no tumor, although most likely it is infection. I told him to have warm tub soaks, support would help, also nonsteroidals. We will see him back in approximately 4 to 6 weeks or sooner p.r.n. I will review and get a wet-read on the ultrasound and call him p.r.n. any differences; for other definitive actions including orchiectomy.

I would like to thank Dr Duong for the referral. I will keep him updated on this pleasant gentleman.

Steven R. Wingchel, M.d./dts

Claimant Name: Lyle H Hughes      Claim #: 1527587

AR SUM 0088

UACL00439

David L. Curtis, M.D.
Rheumatology
Valley IPA Medical Group

Urgent Care Center
2116 East Orangeburg Ave.
Modesto, CA  95350
209-577-6000
415-923-3060 San Francisco

## RHEUMATOLOGY CONSULTATION

RE:  Lyle Hughes
January 24, 1996

**IDENTIFICATION:** This is a 34 year old insurance salesman referred by Dr. Edward Auen for evaluation of arthritis.

**PRESENTING COMPLAINT:** This young man recalls having arthritis since the age of 11. He says he has always hurt and had "aches and stiffness" in multiple joints throughout his life without any significant period of remission. There has been no dramatic synovitis but he says he occasionally sees swelling in the finger joints with the rings having difficulty being removed and he has noted mild deformities developing particularly in his fingers. He has really never sought medical attention until recently when he saw Dr. Auen and had a series of tests, all of which were unremarkable except for a rheumatoid factor in a titer of 20 and an ANA of 1-40. The sedimentation rate was normal, as were his other studies.

**MEDICAL HISTORY:** He has had injuries to both knees and has a left anterior cruciate tear, which he said occurred some 15 years ago and has become so problematic with instability that he has elected to have a repair done arthroscopically in April. He does not think he has had an MRI of the knee. He had some kind of cartilage surgery years ago after the injury but he has no details. He had similar problems with his right knee, although there is no ACL instability in the right. He has some low back pain with pain centered around the SI area on the left.

There are no other extra-articular manifestations of connective tissue disease or rheumatoid arthritis except he had active psoriasis up to his last year in high school. He says he has not had any psoriatic problems since that time, although he gets some occasional blistering eruption on the left lateral foot. Otherwise, his medical history is unremarkable.

His family history is pertinent for some form of arthritis in a brother and in his grandparents, but he is unsure of the type.

UACL00482

RE:  Lyle Hughes
January 24, 1996
Page Two

PHYSICAL EXAMINATION:
JOINT EXAM:  He does have some hyperextension at the PIP joints
of the hands with some flexion deformities at the DIP joints, but
the mobility is otherwise normal.  He has no nail pitting.  There
is no other gross synovitis in the hands, although he complains
of stiffness.  He has good range of motion of virtually all the
joints, including the lumbar spine and C-spine.  The left knee
has a mild effusion or warmth, no real tenderness, and there is
an instability with the knee flexed, indicating an ACL laxity.
There is no lateral laxity.  There is no other joint tenderness.
The range of motion of the right knee is normal.  There is no
rash.
SKIN:  There are no signs of subcutaneous nodules.  There are a
few scattered lesions on the lateral aspect of the left foot on
the sole that may be keratoderma but it is certainly not
incompatible with a fungal eruption.
GENITALIA:  Genitalia shows no balanitis.

IMPRESSION:  Based on this patient's history of psoriasis and the
joint changes in his hands as well as the low back pain and
possibly the foot lesion, I would conclude he has psoriatic
arthritis.  This would be compatible with a long duration of a
mild illness.

CONCLUSIONS AND RECOMMENDATIONS:  He has been on Lodine, which he
said initially helped him but now does not help him.  I would try
a series of anti-inflammatories and I have given him
prescriptions for Indocin and then Oruvail and then Feldene to
try in that order.  If those do not provide any relief, then
consideration could be given to using methotrexate, since he
claims to be significantly disabled by his pain.  I would be
interested to know what the arthroscopic findings will be at the
left knee and whether it is active synovitis.

I have ordered a plain AP film of his pelvis to look at the SI
joint and of course if there are changes there of sacroiliitis
that are unilateral, that will help confirm the diagnosis.  I
would like to review this with this man in approximately six
months, perhaps a couple of months after his surgery or sooner if
this illness seems to be progressive.  The only other medication
that would be considered would be methotrexate, but I am loath to
start that medication until I am convinced that he either has the
significant disability or there is more progressive synovitis
documented.

David L. Curtis, M.D.

DLC:PMT4
cc:  Edward Auen, M.D.

UACL00483

Claimant Name:  Lyle H Hughes      Claim #:  1527587

```
                              Document Detail
--------------------------------------------------------------------------

Document ID: 2004121709251802184D

Entry Date: 12/17/2004 - 09:25:20

Received Date: 12/17/2004

Date Added To Claim: 12/17/2004

Primary Doc Type: Medical

Secondary Doc Type: Clinical Consultant Activity

Document Notes: Full file review completed 12/17/04

Work Notes:
```

UACL00577

*Claimant Name: Lyle H Hughes    Claim #: 1527587*

**CLAIMANT NAME:** Lyle Hughes
**SS#:** ████████
**NAVILINK#:** 1527587
**QUESTION:** Can the reported level of impairment by the EE of unable to concentrate and remember things and FMS flare ups and/or R&Ls (avoid all stressful situations and no long periods of sitting) supported by the provided medical data?

**SYNOPSIS:** 43 y.o. male, 5'11" and 198#, agent for NY Life Insurance OOW since 9-1-04 due to fibromyalgia, sleep apnea, and bipolar disorder.

**PROVIDERS:**
Dr. John Duong (Internal Medicine)

**APS:** 10/13/04 Dx FMS, SA (sleep apnea), Bipolar d/o. Objective findings: none. Symptoms: increased pain. In answer to question if there are any secondary conditions impairing work capacity; AP noted yes and listed SA and Bipolar. Treatment of Norco 10mg 1-2 tabs q4-6 hours, Neurontin 300 mg 1-3 qd, Paroxetine (Paxil) 40 mg qd, Lithium Carbonate 300 mg bid, Levothyroxine, and Trazodone 1-3 qhs. A focus of treatment is not RTW. Restrictions of avoiding all stressful situations and no long periods of sitting. No limitations listed.

**NARRATIVE:**

**Data on file from 1/94-11/6/03 primarily with the insured's PCP unless otherwise specified:**
- 1994 he had a history of having had bilateral knee surgeries.
- 1995 he indicated that he had had arthritis since he was 11. X-rays in 12/95 of his hands, knees, ankles, and right toes were all WNL.
- January 1996 he had a Rheumatology consult with a Dr. David L. Curtis who opined psoriatic arthritis (evidence of some scaly patches on feet and exam noted some hyperextension PIP of hands and flexion deformity of DIP—otherwise normal ROM) and recommended NSAIDS. In 10/96 he had a sleep study showing OSA (obstructive sleep apnea)
- 1997 he was seen by an allergist for recurrent allergic rhinitis and in 9/97 had foot surgery.
- 5/98 he complained of painful hands and a decrease in activity level. His provider opined he "probably has trigger points" and was going to r/o rheumatoid arthritis, Lupus, or FMS (Fibromyalgia). He followed up w/ENT 6/98 who opined no surgery would help the rhinitis and he needed more treatment for his nasal allergy.
- 7/99 OV notes anxiety and depression.
- 1/00, 4/00, and 5/00 OV notes indicate eye twitching, tension h/a associated with anxiety and depression.
- No data from 2001
- 3/4/02 has yearly physical with no acute problems and on 3/20/02 there is an entry noting that the insured is started on Lithium 300 mg bid. 5/02 Lithium level is

UACL00578

0.40 (therapeutic range is 0.50-1.2). In 7/02 Urologist treats him for prostatitis and testicular issues.

- 9/16/02 Psychiatric evaluation with Dr. M.J. Hetnal. Notes divorced 8/02 after 22 years of marriage and has 4 adopted children. Notes he was hospitalized 5/02 for depression. Is noted to have mood swings, anxiety, depression, and problems with anger. The insured reports having seen a counselor Evelyn Schaffer, but not seeing her now. He reports being on Lithium 300 mg bid, Paxil 50 mg, and Trazodone 50-150 mg for past 8 months. He reports a several year history of OSA and was diagnosed with FMS by PCP 3 years ago and takes Norco and Celebrex. Axis I is Bipolar disorder NOS (not otherwise specified) 296.80, r/o intermittent explosive d/o and r/o depression nos. Axis II deferred. Axis III SA and FMS. Axis IV moderate-severe related to divorce, work, and relationships. Axis V 60-65. Treatment plan to continue meds and consider changing to Depakote. Plans to obtain labs including Lithium level and recommends returning to psychotherapy.
- 1/03 f/u for testicles and in 11/03 is treated with Tequin. Has OV w/PCP for EKG prior to seeing sleep specialist. Medications are unchanged. 12/03 lab report for Lithium level notes "none detected". 12/29/03 is seen by Dr. Drew Logue re: OSA. Noted to be 192# and the insured reports divorce and some business challenges have been stressful. Repeat sleep study planned.

**2004 DATA:**
- 2/11/04 Sleep study report and letter to PCP re: severe OSA with apnea/hypoapnea index 63 and O2 desaturation to 85%. CPAP initiated and titrated.
- 3/23/04 OV with Dr. Margaret McKee for Dr. Logue notes the insured is pleased with response to CPAP treatment and is not having any difficulty tolerating mask. Discussion around smaller mask. NOV 2 mos.
- 8/2/04 OV w/PCP to "talk about meds". 198#. C/o rash on back and shoulders, hemorrhoid, flare up of FMS with Norco not working. A/P treat rash with OTC (over the counter) ointment, Bipolar—"meds working well", FMS—can't do normal things now and not exercising any d/t pain. Plan labs (RPR, HIV, and acute hepatitis panel) for STD exposure. Recommends increasing fiber for hemorrhoid. Norco 10mg is refilled for back pain—C-spine and T-spine. Labs of BMP (basal metabolic panel) WNL, TSH 18.65 (normal is 0.4-5.5), Lithium level 0.30, hepatitis panel and RPR are negative.
- 9/8/04 OV w/PCP for ingrown toe nail that is painful and swollen. AP notes "+ infection" and excises nail and recommends Bacitracin ointment.
- 9/21/04 Initial TPC with insured notes testing for Rheumatoid arthritis and Lupus has been negative and has had FMS since around 192. Has 16-18 tender points. Currently using his CPAP and doing OK with it. To see Pulmonologist next week for titration. Hasn't seen psychiatrist or counseling. Sees PCP every other month. ADL's noted to walk dogs/take them to park, manage stress, played in charity golf tournament last week, visited friend in Utah and did some fishing.
- 10/13/04 EES notes he goes to the office 1-3x/week for 1-2 hours at a time. He is unable to concentrate, remember things day to day due to pain meds. Reports it is

UACL00579

"extremely difficult" to make site decisions and stress that my duties put on me are overwhelming and causes my FMS to flare even more. ADL's include getting up at 7 am and stretching for 2 hours, hot shower/bath, walk dogs 40-50", eat lunch , 1-2 hour nap, read and do small household chores. States his sister lives with him and does all his bills.

- 11/9/04 Field Report notes the insured saw his PCP last week and treatment is medications and counseling. Hasn't seen Ms. Schaffer since March 2004. Current medications are Levothyroxine, Allegra, Lithium Norco, Paroxetine (Paxil), Neurontin 600 mg tid, Trazodone, Ibuprofen, Laxative OTC, and Afrin nasal spray. The insured reports side effects of decreased sex drive, sleeping, short term memory, irritability, and lack of appetite. Continues to own business and goes into work few hours/week. Office manager reports the insured not having worked FT since spring 2004.

**IMPRESSION:**
The data on file does not support a diagnosis of FMS as outlined by the American College of Rheumatology. There are no recent (2004) complaints or exams of widespread pain in all 4 quadrants of the body (bilaterally above and below the waist) or any mention of tender points. The data notes that the claimant has a history of psoriatic arthritis which does not appear to be an active health issue for several years.

The National Arthritis Foundation describes Psoriatic arthritis as causing pain and swelling in some joints and scaly skin patches in some areas of the body which is related to the skin condition psoriasis. Symptoms include silver or grey scaly spots on the scalp, elbows, knees and/or lower end of the spine; pitting of fingernails/toenails; pain and swelling in one or more joints; and swelling of fingers/toes that gives them a "sausage" appearance. Treatment includes skin care, light treatment (UVB or PUVA), corrective cosmetics, medications [glucocorticoids, NSAIDS, DMARDs (disease-modifying anti-rheumatic drugs) such as methotrexate, sulfasalazine, gold, cyclosporine]; exercise; rest; heat and cold; splints; and rarely surgery.

The only mention of FMS is in 5/98 when the PCP wanted to r/o this among other conditions such as Rheumatoid arthritis and Lupus. The data does not show that there was any work up completed or a determination made in subsequent notes re: the PCP thoughts at that time.

There is no report of decreased concentration and [poor memory in the recent medical data. The insured has been on Norco for several years and the data does note provided any discussion or indication that he is having side effects from any of his medication s that are affecting his cognition. The insured is reported to have bipolar disorder with a hospitalization in 5/02 for depression (these records are not on file) and having seen a psychiatrist in 9/02. He is reported to have been on Lithium and Trazodone and Paxil since 3/02 without any change in doses or medications since that time. There is no indication that the insured ever followed up with counseling or continued treating with the psychiatrist as would have been expected and was recommended at that time. There is no data to indicate that the insured has seen any mental health provider since that time.

UACL00580

---

*Claimant Name: Lyle H Hughes      Claim #: 1527587*

His Lithium level is shown to be in a therapeutic range as of 8/04 and his PCP indicates that his medications are working well for Bipolar disorder. There are no complaints or mental status exams, psychiatric hospitalization, referral to any mental health provider, or change in his medications around his LDW or in 2004 to provide evidence that his bipolar disorder is impairing to him.

The data does show that the insured has a several year history of severe OSA and as of 3/04 the insured reports that he is "pleased" with treatment and is tolerating CPAP well. There are no f/u OV on file or any data from PCP in 2004 to indicate that the insured is having difficulty with daytime somnolence, concentration, or memory.

The R&Ls provided by the AP are overly restrictive. The data indicates that the insured has had stress with his divorce in 8/02 and business challenges, but no evidence of any decompensation or inability to cope or changes in treatment plan due to stress. The insured reports not having seen a counselor since March 2004.

Therefore, based on the above and that there is no acute incident or injury or change in the insured's chronic medical condition around the time he goes out of work, the R&Ls provided are not supported.

**RECOMMENDATIONS:** RN to discuss file with UnumProvident medical profession to determine if there is agreement that the R&Ls are not supported based on the medical data.

**RTW ACTIVITY:** n/a

Tina DiMatteo, RN MSN HIA CCM
Sr. Clinical Consultant
12/17/04

UACL00581

Claimant Name: Lyle H Hughes    Claim #: 1527587

Document Detail
------------------------------------------------------------------------

Document ID: 2004121710502200321F

Entry Date: 12/17/2004 - 10:50:24

Received Date: 12/17/2004

Date Added To Claim: 12/17/2004

Primary Doc Type: Medical

Secondary Doc Type: Doctoral Activity

Document Notes: OSP WIMER 12.17.2004

Work Notes:

UACL00582

Claimant Name: Lyle H Hughes    Claim #: 1527587

Medical Response
Name: Lyle Hughes
SS#: ████████
Date: 12/17/2004

I have read and discussed the file review by T. DiMatteo, RN and the associated medical records and I agree.

- The medical records suggest insured, has a diagnosis all fibromyalgia, however there are no tender .exams consistent with the ACR criteria for this condition
- The Insured has been on narcotic analgesics for many years and was recently placed on Neurontin however the records do not indicate what condition he is being treated for.
- Narcotic analgesics are not an appropriate treatments or fibromyalgia. The Insured has been on a stable dose, so would be unlikely to have significant side effects from this medication. This is supported by the fact that he is able to drive an automobile.
- It is also opined that the Insured has psoriatic arthritis.
- The treatment for psoriatic arthritis resistant to usual medications is Enbrel, a tumor necrosis inhibitor. I do not note that this medication has been recommended. In addition, the insured has not returned for reevaluation by rheumatologist since 1996, suggesting a low-level of concern for progressive rheumatologic condition.
- I agree with Tina DiMatteo that the insured is not impaired from sleep apnea, which has been treated.
- The Insured has a diagnosis of bipolar disorder however there has been no recent change in medication for this condition, and no ongoing psychiatric care or re-evaluation.
- 8/2004 his AP indicated his medications were working well.
- The Insured reports he is unable to work due to inability to concentrate and remember things in combination with fibromyalgia flare-ups.
- If the Insured's impairment were severe enough to prohibit working, it would be medically reasonable to expect ongoing psychiatric evaluation and treatment,
- with the goal of improving the symptoms.
- The restrictions and limitations of avoid all stressful situations are unreasonable and not likely to be obtained. The file indicates the insured has a stressful marriage and has undergone counseling.
- Avoidance of prolonged sitting can be achieved by alternating sit stand as needed, and I would expect the insured would be able to accomplish this in his at work.

Donna J. Carr, DO
Vice President, Medical Director Unum Life Insurance Company
Licensed Physician (ME, MA, PA, HI), Diplomate ABFP
Clinical Associate Professor, University of New England Osteopathic Medical School
Adjunct Assistant Clinical Professor, Dartmouth Medical School

UACL 00583

_Claimant Name: Lyle H Hughes      Claim #: 1527587_

Activity
----------------------------------------------------------------------
Type: Clinical Resource          Name: File Rev - IL
Status: Completed
Notify Date: 12/09/2004
Owner: DiMatteo, Tina Marie
Mark As Priority: No
Subject: LC Labonte/NC/Tina
Upon Completion Notify: Claim Owner

Request Fields
----------------------------------------------------------------------
Request: The clnt is a 43yo male agent for NY Life Insurance oow since 9-1-04 due to
fibromyalgia, sleep apnea, and bipolar disorder. Can the reported level of
impairment by the EE of unable to concentrate and remember things and FMS flare
ups and/or R&Ls (avoid all stressful situations and no long periods of
sitting) supported by the provided medical
data?


Created By: DiMatteo, Tina Marie
Created Date: 12/09/2004          Create Site: Portland

Response Fields
----------------------------------------------------------------------
Response: DiMatteo, Tina Marie 12/17/2004: File review completed by Tina
DiMatteo, RN MSN HIA CCM 12/17/04.  See Image
document this date.


Completed By: Petersen, Nathan
Completed Date: 12/17/2004        Create Site: Portland

UACL00584

```
                              Activity
----------------------------------------------------------------------
Type: Clinical Resource       Name: Walk-in with Doctor
Status: Completed
Notify Date: 12/17/2004
Owner: Carr, Donna
Mark As Priority: No
Subject: LC WI Tina DiMatteo, RN at 10
Upon Completion Notify: Claim Owner

Request Fields
----------------------------------------------------------------------
Request: 43 y.o. male, 5'11" and 198#,
agent for NY Life Insurance OOW since 9-1-04 due to fibromyalgia, sleep apnea,
and bipolar disorder.

See attached full file review by
me completed 12/17/04.

Question:  Do you agree
based on the medical data that the reported level of impairment by
the insured of being unable to concentrate and remember things and FMS
flare ups and the R&Ls (avoid all stressful situations and no long
periods of sitting) from the PCP are not supported?




Created By: DiMatteo, Tina Marie
Created Date: 12/17/2004        Create Site: Portland

Response Fields
----------------------------------------------------------------------
Response: Carr, Donna 12/20/2004; 12/17/2004 response PTI
Dr. Carr


Completed By: Petersen, Nathan
Completed Date: 12/20/2004        Create Site: Portland


Linked Document Id: (Primary Doc Type - Secondary Doc Type)
----------------------------------------------------------------------
```

UACL00585

*Claimant Name: Lyle H Hughes    Claim #: 1527587*

```
                                      Activity
-----------------------------------------------------------------------------
Type: Management            Name: Non -Compensable Decision
Status: Completed
Notify Date: 12/20/2004
Owner: Haley, Cheryl
Mark As Priority: No
Subject: Validation
Upon Completion Notify: Activity Creator

Request Fields
-----------------------------------------------------------------------------
Request: Please review noncompensable claims determination.
Please see OSP review. Letter in progress. Thanks!


Created By: Petersen, Nathan
Created Date: 12/20/2004        Create Site: Portland

Response Fields
-----------------------------------------------------------------------------
Response: Haley, Cheryl 12/21/2004:




     I reviewed the claim forms, TPC, field
report, CC and UMP reviews.  Based on the information in file, there
are no R&Ls supported for any of the conditions for which EE
is claiming disability.  Please see medical reviews for further details.

     I discussed file with Sharon Labonte, Director.  We agreed,
prior to making an IL determination, it would be appropriate to
discuss file at multi-disciplinary roundtable.  Any
additional steps we should take prior to making an IL determination?



Cheryl Haley
12/21/04



Completed By: Petersen, Nathan
Completed Date: 12/21/2004      Create Site: Portland
```

UACL00586

```
 .                      Activity
-----------------------------------------------------------------------
Type: Management          Name: Round-table Review
Status: Completed
Notify Date: 12/23/2004
Owner: Haley, Cheryl
Mark As Priority: No
Subject: NathanGH/LTD, PIC, DR MDRT
Upon Completion Notify: Activity Creator

Request Fields
-----------------------------------------------------------------------
Request: Synopsis Summary:
The clnt is a 43yo male agent for NY Life Insurance oow since 9-1-04 due to
fibromyalgia, sleep apnea, and bipolar disorder.



Created By: Petersen, Nathan
Created Date: 12/21/2004        Create Site: Portland

Response Fields
-----------------------------------------------------------------------
Response: Haley, Cheryl 12/23/2004: █████████████████████████

Participants: Nathan Petersen (DBS), Bob Leveque
(AVP), Tina DiMatteo (CC), Rob Manganello (VCR), Joe Hochadel (legal), Rob Kerry
(Director -
Worcester office), Sandy Giodano (IDI DBS - Worcester office), and Cheryl
Haley (Consultant).

The information does not support R&Ls.  Also, based on the
information we have, the claimant has not been in appropriate treatment.
We agreed that a call from UPMP to the clnt's PCP, Dr. Duong, is
appropriate at this time.  Some of the questions to include: Is Dr.
Duong coordinating all of the claimant's treatment?  Has
the claimant been referred to anyone since September 2004 and
when?  Will refer to Dr. Carr for call to Dr. Duong.



Completed By: Petersen, Nathan
Completed Date: 12/23/2004       Create Site: Portland
```

UACL00589

Claimant Name: Lyle H Hughes    Claim #: 1527587

Claim Document
----------------------------------------------------------------------------------

Type: Placed call

Subject: 0145p c/b EE

Priority: No

Status: Completed

Notes:


EE met with Dr. Duong last week. Explained he may
have other R&amp;Ls, AP didnt understand what we needed to fill out. EE thinks
that we should contact the pulm and Dr. Duong. EE will see ENT- discuss possible

surgery. May remove tonsils. If this doesnt work, may have to break his jaw and

move his tongue to combat OSA. Sleep apnea has gotten worse. We should consider

speaking with his pulm, Dr. Louge. EE asked that I keep him informed. Explained

that R&amp;Ls didnt appear supported based on medical data. Explained we would
be calling EEs doctor. EE said that AP Duong looking forward to our
call.


    Created By: Petersen, Nathan
    Created Date: 01/19/2005 - 13:49:01
    Create Site: Portland

    Completed By: Petersen, Nathan
    Completed Date: 01/19/2005 - 13:49:01
    Complete Site: Portland

----------------------------------------------------------------------------------

UACL00592

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0102

```
                              Activity
---------------------------------------------------------------------
Type: Clinical Resource        Name: Doctoral File Review
Status: Completed
Notify Date: 12/28/2004
Owner: Carr, Donna
Mark As Priority: No
Subject: AP to AP call
Upon Completion Notify: Activity Creator


Request Fields
--------------------------------------------------------------------
Request: Please triage to Dr. Carr. **New claim- with old
age-**

Synopsis Summary:
The clmt is a 43yo male agent for NY Life Insurance oow since 9-1-04 due to
fibromyalgia, sleep apnea, and bipolar disorder. See 12/17/04 RN review and your

review during OSP WI on 12-17-04. File was brought to MDRT to discuss possible
need for AP call as the received information does not support
R&Ls.  Also, based on the information we have, it
appears claimant has not been in appropriate treatment.  We agreed
that a call from UPMP to the clmt's PCP, Dr. Duong, is appropriate at this
time.  Some of the questions to include: Is Dr.
Duong coordinating all of the claimant's treatment?  Has
the claimant been referred to anyone since September 2004 and
when?  Will refer to Dr. Carr for call to Dr. Duong. Please review and make
doc call. Thanks.

Dr.
John Duong- PCP, internal med
1429
College Ave

Suite
H
Modesto,
CA
95350
209-522-9021
209-522-1664



Created By: Petersen, Nathan
Created Date: 12/28/2004        Create Site: Portland

Response Fields
-------------------------------------------------------------------
Response: Carr, Donna 01/26/2005: DR. CARR (mds DIO 12/28/04)
1/20/05 - Called and spoke w/Operator # 71.  She will get the message
to Dr. Duong. (D. Cartwright)
1/24/2005 2nd call, no CB
FFR completed today prior to TPC, and if no CB will send
letter.
1/25/2005 no CB received,  written questions sent.
Dr. Carr


Completed By: Petersen, Nathan
Completed Date: 01/26/2005       Create Site: Portland
```

UACL00594

Claimant Name: *Lyle R Hughes*     Claim #: *1527587*

AR SUM 0103

Fax to 7521809 (FISTD800) received at 01/28/2005 10:22:59 from (4078332702)    Page 1 of 4 pages (C)

01/28/2005  11:14  FAX  4078332702    UNUMPROVIDENT    ☒ 001



**UNUMPROVIDENT**

January 25, 2005

John Duong, MD
1429 College Ave
Suite H
Medesto, CA 95350
Telephone: 209-522-9021
Fax: 209-522-1664

RE: Lyle H. Hughes
Claim #: 1527587
Soc Sec #: ████████

Dear Dr. Duong:

I am a Vice President and Medical Director for UnumProvident Corporation and in this role I review medical documentation as it relates to disability claims. I have attempted to call you on two occasions to discuss the medical file information as it relates to Mr. Hughes.

As you are aware Mr. Hughes is a 43 year-old former insurance agent for New York Life Insurance. He stopped working 9/1/2004 due to reported fibromyalgia, bipolar disease and sleep apnea.

Physical exam/office records from 1994 through 1999 report a history of left knee ACL laxity resulting in knee surgery, fibromyalgia/chronic myofascial pain, psoriatic arthritis, treatment with multiple anti-inflammatories including NSAIDs, nasal obstruction/stuffiness, anxiety, depression, insomnia, bipolar disorder, sleep apnea, rash, and testicular pain.

Mr. Hughes reports arthritis since age 11 and states he has always had multiple aches and stiffness without remissions. David L. Curtis, M.D. (rheumatology) opined Mr. Hughes has a mild illness of long duration.

A polysomnogram 2/2004 indicated moderate central sleep apnea. He was prescribed CPAP which according to the records corrected the condition.

He has been treated in the past with lithium for his bipolar disorder however drug levels indicate he has not been compliant in taking this medication on a regular basis.

I would appreciate your answer the following questions:

1. Do you have any recent x-rays/CT/MRIs indicating the extent of the Insured's reported arthritic changes? X-rays from 1996 were negative.

2. Has MTX or Enbrel been suggested recently for his psoriatic arthritis?

UnumProvident Corporation · 2211 Congress Street, Portland, ME 04122 · 207.575.2211 · www.unumprovident.com

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACL00596

AR SUM 0104

Fax to 7521805 (FIST0800) received at 01/28/2005 10:22:59 from (4078332702)    Page 2 of 4 pages (C)

01/28/2005 11:14 FAX 4078332702        UNUMPROVIDENT        ☑002

3.  Mr. Hughes recently reported to our company that his sleep apnea is much worse and he may be facing future ENT surgery, however the medical records do not indicate this. The records indicate his central sleep apnea was well controlled as of 3/2004.
Is it your opinion the Insured's sleep apnea is controlled at this point?
Have you recommended any changes in his CPAP?
Has he been referred for reevaluation to the Pulmonologist/sleep specialist?

4.  Have you recently evaluated the Insured for his reported fibromyalgia syndrome?

5.  What, if anything, about his medical condition impairs him from his previous levels of activity? He reports he is able to walk his dog's daily, play golf on occasion and travel.

6.  The records report narcotic analgesics are not relieving his pain despite regular daily use. Do you have a plan to assist Mr. Hughes with withdrawal from narcotic medications?

7.  Have you referred Mr. Hughes for PT/supervised graded aerobic activity?

8.  Have you referred Mr. Hughes to a chronic pain program or for psychological/psychiatric evaluation and treatment?

Thank you for taking the time to review the medical records and respond to my questions. You may answer the questions on this document or attach an addendum and return the entire document to me. Please sign and date your response on the line below.

Should you have any questions regarding my letter to you, please feel free to call me at 800-868-6651, extension 55513 (EST).

UnumProvident recognizes that it takes valuable, professional time to review this documentation and respond. If you choose, please submit your invoice for time spent, include your tax ID number, and I will forward it for reimbursement. When your response is complete, please fax to 207-575-6650.

Again, thank you for your prompt answers to my questions.

Sincerely,

Donna J. Carr, DO
Vice President & Medical Director
UnumProvident Life Insurance Company of America
Licensed Physician: ME, MA, PA & HI
Diplomate, ABFP

Name: _____        Date: _____

UnumProvident Corporation • 2211 Congress Street, Portland, ME 04122 • 207.575.2211 • www.unumprovident.com

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACL00597

**Medical Response**
Name: Lyle Hughes
SS#: ██████████
Date: 2/3/2005

I have received a response to my 1/25/2005 letter/questionnaire to John Duong, MD. Please see the backend scanned image.

- Dr. Duong states the Insured has not recently had any radiology testing done and he has not discussed changing any current medications.
- Dr. Duong has not yet referred this patient for PT.
- He reports the Insured Sees Dr. Louge for his other medical problems. Dr Louge will follow-up on the sleep apnea.
- Dr. Duong states Mr. Hughes was seen by a psychiatrist, however his last visit was in 2002.
- In a TPC with Nathan Petersen the Insured has requested that a physician with UnumProvident Corporation speak with his pulmonologist.
- Nathan Petersen will provide an activity with the pulmonologist's name, address, fax and any other necessary information, and I will attempt to speak with him.

Donna J. Carr, DO
Vice President, Medical Director UPC
Licensed Physician (ME, MA, PA, HI)
Diplomate ABFP

UACL00607

```
.                           Activity
--------------------------------------------------------------------------
Type: Clinical Resource        Name: Doctoral File Review
Status: Completed
Notify Date: 02/03/2005
Owner: Carr, Donna
Mark As Priority: Yes
Subject: AP to AP call
Upon Completion Notify: Activity Creator

Request Fields
--------------------------------------------------------------------------
Request: Please triage to Dr. Carr. **New
claim with old age-**

Synopsis Summary:
The clnt is a 43yo male agent for
NY Life Insurance now since 9-1-04 due to fibromyalgia, sleep apnea, and bipolar

disorder. See 12/17/04 RN
review and your review during OSP
RI on 12-17-04. File was brought to MDRT to discuss possible
need for AP call as the received information does not support
R&Ls. Also, based on the information we have, it
appears claimant has not been in appropriate treatment.  Call was
placed to Eca PCP Dr. Duong. EE also requests that we speak with his
pulmonologist has he explained that his sleep apnea has worsened to the point of

needing possible surgeries to correct it. Please review and make doc call.
Thanks.

Dr.
Drew Louge- pulmonologist
1329
Spanos Court
#C3
Modesto,
CA
95355
209-578-3170




Created By: Petersen, Nathan
Created Date: 02/03/2005        Create Site: Portland

Response Fields
--------------------------------------------------------------------------
Response: Carr, Donna 02/07/2005: DR. CARR (mda D* 2/3/05)---priority IL claim;
clarification with treating pulmonologist re: sleep apnea
2/4/2005 TPC to Dr Louge completed and letter sent and PTI.
Dr. Carr


Completed By: Petersen, Nathan
Completed Date: 02/07/2005        Create Site: Portland
```

UACL00608

Fax to 7521809 (FISTO800) received at 02/08/2005 16:09:43 from (4078332702).          Page 1 of 4 pages (C)

02/08/2005 17:04 FAX 4078332702          UNUMPROVIDENT                                                 @001

# JOHN DUONG, M.D.

## INTERNAL MEDICINE

1429 College Avenue, Suite "H"  ·  Modesto, CA 95350  ·  Office (209) 522-9021  ·  Fax (209) 522-1664

January 26, 2005

RE: HUGHES, LYLE
DOB: ████/61

To Whom It May Concern:

This letter is in response to the questions asked regarding my patient Lyle Hughes. He
has not recently had any radiology testing done and we have not discussed changing his
current medications. I have not yet referred this patient out for physical therapy. He does
see Dr. Logue for his other medical problem and he will follow up with him on the sleep
apnea. He has also seen a psychiatrist, but his last visit was in 2002. He came in to my
office on 1/13/05 for a follow up visit. If you have any questions please call my office at
522-9021.

Sincerely,

John T. Duong M.D.
JTD/dh

2/3/05
Nathan R. will create activity for 2nd doc call
to pulmonologist, at request of Insured
JTC

UACL00610

Claimant Name: Lyle H Hughes     Claim #: 1527587

Fax to 7521809 (FISTD600) received at 02/08/2005 16:09:43 from (4078332702).    Page 3 of 4 pages (C)

02/08/2005 17:05 FAX 4078332702    UNUMPROVIDENT    ☑003



**UNUMPROVIDENT**

January 25, 2005

John Duong, MD
1429 College Ave
Suite H
Modesto, CA 95350
Telephone: 209-522-9021
Fax: 209-522-1664

RE: Lyle H. Hughes
Claim #: 1527587
Soc Sec #: ▓▓▓▓▓▓

Dear Dr. Duong:

I am a Vice President and Medical Director for UnumProvident Corporation and in this role I review medical documentation as it relates to disability claims. I have attempted to call you on two occasions to discuss the medical file information as it relates to Mr. Hughes.

As you are aware Mr. Hughes is a 43 year-old former insurance agent for New York Life Insurance. He stopped working 9/1/2004 due to reported fibromyalgia, bipolar disease and sleep apnea.

Physical exam/office records from 1994 through 1999 report a history of left knee ACL laxity resulting in knee surgery, fibromyalgia/chronic myofascial pain, psoriatic arthritis, treatment with multiple anti-inflammatories including NSAIDs, nasal obstruction/stuffiness, anxiety, depression, insomnia, bipolar disorder, sleep apnea, rash, and testicular pain.

Mr. Hughes reports arthritis since age 11 and states he has always had multiple aches and stiffness without remissions. David L. Curtis, M.D. (rheumatology) opined Mr. Hughes has a mild illness of long duration.

A polysomnogram 2/2004 indicated moderate central sleep apnea. He was prescribed CPAP which according to the records corrected the condition.

He has been treated in the past with lithium for his bipolar disorder however drug levels indicate he has not been compliant in taking this medication on a regular basis.

I would appreciate your answer the following questions:

**NO** 1. Do you have any recent x-rays/CT/MRIs indicating the extent of the Insured's reported arthritic changes? X-rays from 1996 were negative.

**NO** 2. Has MTX or Enbrel been suggested recently for his psoriatic arthritis?

UACL00612

AR SUM 0109

Fax to 7521809 (FISTD800) received at 02/08/2005 16:09:43 from (4078332702).    Page 4 of 4 pages (C)

02/08/2005 17:05 FAX 4078332702    UNUMPROVIDENT    209 522 1664    ☒004

3. Mr. Hughes recently reported to our company that his sleep apnea is much worse and he may be facing future ENT surgery, however the medical records do not indicate this. The records indicate his central sleep apnea was well controlled as of 3/2004.
Is it your opinion the Insured's sleep apnea is controlled at this point?
Have you recommended any changes in his CPAP?
Has he been referred for reevaluation to the Pulmonologist/sleep specialist?

4. Have you recently evaluated the Insured for his reported fibromyalgia syndrome?

5. What, if anything, about his medical condition impairs him from his previous levels of activity? He reports he is able to walk his dog's daily, play golf on occasion and travel.

6. The records report narcotic analgesics are not relieving his pain despite regular daily use. Do you have a plan to assist Mr. Hughes with withdrawal from narcotic medications?

7. Have you referred Mr. Hughes for PT/supervised graded aerobic activity?

8. Have you referred Mr. Hughes to a chronic pain program or for psychological/psychiatric evaluation and treatment?

Thank you for taking the time to review the medical records and respond to my questions. You may answer the questions on this document or attach an addendum and return the entire document to me. Please sign and date your response on the line below.

Should you have any questions regarding my letter to you, please feel free to call me at 800-868-6651, extension 55513 (EST).

UnumProvident recognizes that it takes valuable, professional time to review this documentation and respond. If you choose, please submit your invoice for time spent, include your tax ID number, and I will forward it for reimbursement. When your response is complete, please fax to 207-575-6650.

Again, thank you for your prompt answers to my questions.
Sincerely,

Donna J. Carr, DO
Vice President & Medical Director
UnumProvident Life Insurance Company of America
Licensed Physician: ME, MA, PA & HI
Diplomate, ABFP

Name: _____    Date: _____

UnumProvident Corporation • 2211 Congress Street, Portland, ME 04122 • 207.575.2211 • www.unumprovident.com

JAN-25-2005  13:16

Claimant Name: Lyle H Hughes    Claim #: 1527587    TOTAL P.84

UACL00613

AR SUM 0110

Fax to 7521809 (FISTO800) received at 02/10/2005 15:13:35 from (7744377267).    Page 3 of 15 pages (C)

02/10/2005 14:59 FAX 774 437 7267    IND. CLAIMS    ☒003

01/24/2005    11:59    DR ' OGLE MODESTO SLEEP CTR → 18889787244    NO.252    004

November 10, 2004
RE: LYLE HUGHES
D.O.B. ⬛⬛⬛1961

Lyle Hughes was seen in the office regarding his sleep-
disordered breathing on 11/10/2004. He weighed 208 lbs., BP was
118/72, P 68, R 12, and Ht. was 5'11". Chest was clear to
auscultation, heart rhythm was regular, and extremities were
free of clubbing or edema. Peak flow was 560 liters per minute
best effort and $O_2$ saturation was 96% on room air.

Mr. Hughes has severe obstructive sleep apnea with an apnea/
hypopnea index of 63. He was titrated to 7 cm. water pressure
on his original study and in spite of what he reports as ongoing
compliance with CPAP therapy he notes continued daytime
sleepiness, considerable ongoing fatigue, short-term memory
problems, and he does not feel he is benefitting from therapy.
He feels tired in the morning, unrefreshed, and it takes him
several hours to get going.   He finds it difficult to function
at work and he feels he is not obtaining maximum benefit from
therapy.  Given his ongoing difficulties I am a bit surprised we
have not see him since March of this year, at which time he was
advised to return for follow-up in two months.  I recommend two
weeks with an Auto Adjust machine and compliance meter to
determine hours of use.  I suggest he be set at a pressure range
of 6-12.  If he is compliant with CPAP and if his pressures are
appropriate and there is no obvious ongoing problem I recommend
a full night on CPAP in the laboratory followed the next day by
a multiple sleep latency test.

The patient states he finds it difficult to stay awake during
the day, he naps inappropriately, He has bipolar disorder
treated with medications and also fibromyalgia.  I doubt we are
dealing with narcolepsy in association with sleep apnea, He is
to return for follow-up.

Drew H. Logue, M.D., Inc.
DHL/lk

Cc:  John Duong, M.D.
     Central Valley ENT

UACL00617

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0111

Fax to 7521809 (FISTD800) received at 02/14/2005 10:29:04 from (4078332702)    Page 2 of 3 pages (C)

02/14/2005 11:23 FAX 4078332702          UNUMPROVIDENT                    ☑002



February 4, 2005

Drew Louge M.D.
1329 Spanos Court # C3
Modesto, California 95355
Telephone: 209-578-3170
Fax: 209-529-4151

RE: Lyle Hughes
DOD 9/1/2004
DOB ████961

Dear Dr. Louge;

Thank you for speaking with me about Lyle Hughes, and thank you for having your office call
back regarding his next scheduled office appointment and CPAP adjustment.

As we discussed, I am a Medical Director with Unum Life Insurance Co. I contacted you in an
effort to get a better understanding of your medical opinion and discuss questions I had regarding
my interpretation of the medical data available. I do not wish to influence your clinical
management, and I hope that the information I conveyed was helpful to you.

The following is a summary of our conversation:

You informed me that Mr. Hughes has severe OSA with a significantly abnormal
apnea/hypopnea index. He is currently being treated with CPAP at 7 cm. H2O and as of your
last office visit with him on 11/10/2004 he continued to report fatigue.

I asked if it was your opinion that Mr. Hughes has been compliant with CPAP use. You
responded that it is your usual practice to attempt compliance monitoring, and if this cannot be
assessed you might then order an MSLT and consider additional testing to evaluate for other
possible diagnoses such as narcolepsy.

It is your medical opinion that sleep apnea, when corrected, is generally not considered a
medically impairing condition.

You are unable to comment on other conditions such as fibromyalgia or bipolar disease because
you have not evaluated or treated Mr. Hughes for these conditions.

Your office staff returned a call indicating Mr. Hughes is scheduled for auto-adjust
CPAP/compliance monitoring in two weeks and will be reevaluated on 2/14/2005. Your office

UnumProvident Corporation • 2211 Congress Street, Portland, ME 04122 • 207.575.2211 • www.unumprovident.com

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACL00652

Fax to 7521809 (FISTD800) received at 02/14/2005 10:29:04 from (4078332702).    Page 3 of 3 pages (C)

02/14/2005 11:24 FAX 4078332702        UNUMPROVIDENT                    ☑003

assistant has agreed to fax a copy of your office visit and CPAP adjustment to me when complete.

Thank you again for your time today. UnumProvident recognizes it takes valuable professional time to review file documentation and speak to me on the phone. If you choose, please submit your invoice for time spent, include your tax ID #, and I will forward it for reimbursement. When your response is complete, please fax to 207-575-6650.

Sincerely,

Donna J. Carr D.O.
VP, Medical Director
Unum Life Insurance Company

UACL00633

AR SUM 0113

**Medical Response**
**RE: Lyle Hughes**
**SS#:** ██████████
**Claim #: 1527587**
**Date: 2/14/2005**

I have reviewed the 2/10/05 medical response from Dr. Logue (pulmonology) regarding our 2/4/05 TPC. Dr. Logue agrees with my summary (one correction substituting "treated" for "corrected").
As per our discussion an office visit with Mr. Hughes is expected 2/14/04, and I would be happy to review this note and any new information available related to the Insured's OSA.

Donna J. Carr, DO
Vice President, Medical Director Unum Life Insurance Company
Licensed Physician (ME, MA, PA, HI), Diplomate ABFP
Clinical Associate Professor, University of New England Osteopathic Medical School
Adjunct Assistant Clinical Professor, Dartmouth Medical School

Fax to 7521809 (FISTD800) received at 02/15/2005 15:03:38 from (4078332702)    Page 1 of 3 pages (C)
02/15/2005 16:06 FAX 4078332702    UNUMPROVIDENT    ☑001    NO.517    002
02/16/2005    13:12    DR CLEGG MODESTO SLEEP CTR → 12075756658    UNUM
02/08/2005 09:45 FAX 2075756550    UNUM



**UNUMPROVIDENT**

February 4, 2005

Drew Lodge M.D.
1329 Spanos Court # C3
Modesto, California 95355
Telephone: 209-578-3170
Fax: 209-529-4151

RE: Lyle Hughes
DOD 9/1/2004
DOB ████1961

Dear Dr. Lodge;

Thank you for speaking with me about Lyle Hughes, and thank you for having your office call back regarding his next scheduled office appointment and CPAP adjustment.

As we discussed, I am a Medical Director with Unum Life Insurance Co. I contacted you in an effort to get a better understanding of your medical opinion and discuss questions I had regarding my interpretation of the medical data available. I do not wish to influence your clinical management, and I hope that the information I conveyed was helpful to you.

The following is a summary of our conversation:

You informed me that Mr. Hughes has severe OSA with a significantly abnormal apnea/hypopnea index. He is currently being treated with CPAP at 7 cm. H2O and as of your last office visit with him on 11/10/2004 he continued to report fatigue.

I asked if it was your opinion that Mr. Hughes has been complaint with CPAP use. You responded that it is your usual practice to attempt compliance monitoring, and if this cannot be assessed you might then order an MSLT and consider additional testing to evaluate for other possible diagnoses such as narcolepsy.

It is your medical opinion that sleep apnea, when corrected, is generally not considered a medically impairing condition.

You are unable to comment on other conditions such as fibromyalgia or bipolar disease because you have not evaluated or treated Mr. Hughes for these conditions.

Your office staff returned a call indicating Mr. Hughes is scheduled for auto-adjust CPAP/compliance monitoring in two weeks and will be reevaluated on 2/14/2005. Your office

UnumProvident Corporation • 2211 Congress Street, Portland, ME 04122 • 207.575.2211 • www.unumprovident.com

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0115

assistant has agreed to fax a copy of your office visit and CPAP adjustment to me when complete.

Thank you again for your time today. UnumProvident recognizes it takes valuable professional time to review file documentation and speak to me on the phone. If you choose, please submit your invoice for time spent, include your tax ID #, and I will forward it for reimbursement. When your response is complete, please fax to 207-575-6650.

Sincerely,

Donna J. Carr D.O.
VP, Medical Director
Unum Life Insurance Company

*Concur c̄ above 2/10/05*
*Drew Hughes ms in*
*Drew H. Logues, MD, Inc*

UACL00642

Claimant Name: Lyle H Hughes    Claim #: 1527587



February 16, 2005


DREW LOUGE
ATTN: MEDICAL RECORDS
1329 SPANOS COURT # C3
MODESTO, CA 95355


RE:   Hughes, Lyle H          DOB: ████████ 1961
      Claim Number:          1527587
      Policy Number:          573600
      First Unum Life Insurance Company


Dear Dr. Louge:

We are in receipt of a LTD claim filed on behalf of your patient, Lyle Hughes, and are requesting your help in providing additional information.

Please provide us with copies of all medical records in your possession dated January 01, 2005 to the present including, but not limited to:
**Please include office visit notes of 2/14/05.**

- All office notes, including history and physical exams
- Consultations by any physician
- Copies of reports of all diagnostic tests
- Copies of all flow charts
- Copies of all treatment notes, procedure notes and operative reports
- Copies of any hospital records in the file, including admission and discharge summaries

Enclosed is a signed Authorization for release of this information.

If there is a fee for providing these records, please attach a statement including to whom the check should be made payable, as well as the tax ID number.  We will promptly reimburse any reasonable and customary fees upon request.

First Unum Life Insurance Company
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03                                           0287500027047401

UACL00645

Claimant Name: Hughes, Lyle H
Claim Number: 1527587

February 16, 2005
Page 2 of 2

Please respond by March 16, 2005, as further consideration of benefits depends on your reply. If possible, please fax this information to 1-800-447-2498, and include a copy of this letter with your response.

Thank you for your time and cooperation. If you have any questions, please feel free to contact me at 1-800-858-6843.

Sincerely,

*Grace Sawyer*

Grace Sawyer for Nathan Petersen
Benefits Center Assistant
First Unum Life Insurance Company


Enclosures:    Claim Form: Authorization

UACL000646

1242-03


0287500027047440 2

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0118

Fax to 7521809 (FISTD800) received at 02/18/2005 18:35:41 from (2095294151).    Page 4 of 4 pages (C)

02/18/2005    15:28    DR LOGUE MODESTO SLEEP CTR → 18004472498    NO.652    004

February 14, 2005
RE: LYLE HUGHES
D.O.B. ████████1961

The patient returns for a follow-up of his obstructive sleep
apnea at the request of Dr. John Duong. The patient now has his
Auto Adjust unit, which he has had for five days. He is on a
two-week trial so that we may determine the correct pressure for
him. He does not notice any significant improvement but feels
that he is tolerating the Auto Adjust so far. He is complaining
of a very dry throat and is wondering if there is anything we
can do about that. He has seen Dr. Yates and is very excited
about having surgery for obstructive sleep apnea. He has severe
obstructive sleep apnea and I do not feel that surgery will be
an adequate treatment for this patient. We have not even proved
that his daytime sleepiness is solely due to obstructive sleep
apnea. I feel it is premature to proceed with surgery. I did
counsel the patient regarding this but he was not really
interested in listening to my recommendations.

His weight is 206 lbs., BP 118/74, P of 67, and R of 20. His
chest is clear. His heart shows a regular rhythm. His abdomen
is benign. He has no pedal edema.

I have tried to encourage the patient regarding continuing
treatment with CPAP. I have prescribed a humidifier for his
very dry throat. Hopefully if we can make the patient more
comfortable with his treatment he will tolerate it better and
eventually find some relief of his daytime sleepiness. I would
like to see this patient back in two to three weeks to continue
to assess his response to treatment and perhaps recommend
further testing, as appropriate.

Margaret C. McKee, M.D.
for Drew H. Logue, M.D.
MCM/lk

Cc: John Duong, M.D.

UACL00653

Claimant Name: Lyle H. Hughes    Claim #: 1527587

AR SUM 0119

Medical Response
RE: Lyle Hughes
DOB: 4/14/1961
Claim #: 1527587
SS#: ███████████
Date: 2/23/2005

I have reviewed the new medical information from M.C. McKee, MD (for Drew H. Logue, MD, pulmonology)). This information consists of a 2/14/2005 office F/U for OSA.

- The Insured is beginning a 2 week trial to determine correct C-PAP pressures and reports side effects of dryness. He has not had a trial of C-PAP to date.
- The Insured reports he is planning surgery with Dr. Yates for OSA; however Dr. McKee does not feel surgery is adequate or appropriate treatment at this time, because he has not had an adequate trial of C-PAP. She asked Mr. Hughes to return in 2 weeks for reassessment of C-PAP, and suggests humidification for the dryness.

Conclusion:
- The new information supports inadequately treated OSA due to failure to comply with previous CPAP recommendations
- Recommend we request the next OVN to assess for compliance with and response to the treatment plan by Drs. Logue & Dr. McKee.

Donna J. Carr, DO
Vice President, Medical Director Unum Life Insurance Company
Licensed Physician (ME, MA, PA, HI), Diplomate ABFP
Clinical Associate Professor, University of New England Osteopathic Medical School
Adjunct Assistant Clinical Professor, Dartmouth Medical School

UACL00656

Fax to 7521809 (FISTO800) received at 02/25/2005 12:11:36 from (774 437 7267)     Page 1 of 6 pages (C)

02/25/2005 12:00 FAX 774 437 7287     IND. CLAIMS     @ 001/006

FEB 24 2005     6ml

Fax to 7521814 (IDIORH) received at 02/23/2005 17:59:49 from (Unavailable).     Page 1 of 6 pages (C)

Feb.23. 2005   2:53PM     No.4080   P. 1

# Facsimile transmittal

## Total Access Benefits & Insurance Services, Inc

219 Poplar Street
Oakdale CA 95361
209 845-2124
Fax 209-845-2141
CA License 0C05467

Faxed
2/25/05
@
Nathan Petersen
1-860-447-2498

| | |
|---|---|
| **To:** Unum Provident | **From:** Lyle Hughes |
| **Att:** Sandy Giordona | **Date:** February 23, 2005 |
| **Fax:** (774) 437-7012 | **Fax:** (209) 845-2141 |
| **Re:** Claimant's Supplemental Statement | **Pages:** 7 (Including cover sheet) |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Process   ☐ Please Recycle

Dear Sandy,
I apologize for the delay in getting the information back to you. Dr. Doung could not meet with me until February 22 at 5 pm in his office. Please find all the information attached and completed, along with the buy out provisions from my ex-wife. I am now the 100% stockholder of Total Access Benefits and Insurance Services, Inc.

Please feel free to call me should you have any questions or concerns, or if you need additional information.

Very sincerely,

Lyle H. Hughes.

NOTICE: The information contained in this facsimile message may be privileged and confidential and is only for the use of the individual or entity named on this cover sheet. If the reader of this message is not the intended recipient, other the employee or agent responsible to deliver it to the intended recipient, the reader is hereby notified that any distribution or copying of this communication is strictly prohibited. If this communication has been received in error, please notify Total Access Benefits at 888-214-2273 and destroy all information received. Thank you.

. . . . . . . . . . . . . . . . . .

Claimant Name: Lyle H Hughes     Claim #: 1527587

Printed on ORHCDF01 Sequence #10102 at 18:03:40 02-23-2005 Page 1 of 6

UACL00659

Fax to 7521609 (FISTD600) received at 02/25/2005 12:11:36 from (774 437 7267)                Page 2 of 6 pages (C)

02/25/2005 12:09 FAX 774 437 7287        IND. CLAIMS                        ☑002/006

Fax to 7521814 (IDIORH) received at 02/23/2005 17:59:45 from (Unavailable).                Page 2 of 6 pages (C)

Feb.23. 2005  2:54PM       CLAIMANT'S SUPPLEMENTAL STATEMENT        No.4080   P. 2

**UnumProvident**    Mail for: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Company
P.O. Box 15001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506  Fax To: 774.437.7041

The Claimant is responsible for completion of all portions of this form without expense to the UnumProvident Corporation subsidiaries.

**CLAIMANT'S STATEMENT** (PLEASE PRINT)

Your reply by _____ is appreciated and enables us to provide timely consideration of your claim.        Mail Stop:

1. Claimant's Name (last, first, middle)
   Hughes  Lyle  Hardie                                            Social Security Number

   Residence Address (Street, City, State, Zip)
   3317  Orchestra  Pl.  Modesto  Ca  95355

   Home Telephone Number (209) # 551-8947    Business Telephone Number (209) 895-7124

2. Policy Number(s):  N3072721     H2724074

3. Have you been at any of your places of business, or engaged in any work activity for payment, profit, or other compensation during your claimed period of disability?  ☐ Yes ☒ No  If yes, please give dates, hours worked, duties performed, and indicate how you were compensated.

Weekly or Monthly Earned income Before Taxes $ 5,809                    (please provide documentation of earnings)

If you have not returned to work, when do you expect to return to work?  Part Time: I don't expect to    Full Time: I don't expect to

How does your injury or condition continue to impede your ability to perform your occupational duties?  I can no longer perform the
day to day task of running my insurance agency both my long term and my short term memories
are hampered by the pain of my fibromyalgia and the exhaustion from an 8 hr apnea.

4. When was the last date you were treated by or consulted with a medical practitioner?

5. Describe your present activities  Get up, take a shower, eat a bowl of cereal. Read the newspaper.
Take my dogs for a walk to the park near my home. I then take a 2-3 hour
nap. I then go get my mail I read some. Pay bills, maybe visit a friend. Then I go to
bed. Repeat, Repeat, Repeat...

Other than as described above, have there been any other changes in your daily activities or your condition since your last report?  ☒ Yes  ☐ No  If yes, describe.
My testosterone levels dropped to a "171". Normal ratings for a male my age
are suppose to be between "250-900". A blood test was done and I was
prescribed "ANDROGEL 1% GEL (50 mg)  seems to be working :)

6. Does your current condition prevent you from caring for yourself?  ☐ Yes ☒ No  Does someone provide assistance?  ☐ Yes ☒ No
If yes to either question, please explain how.

7. Since the last report, have you applied for or begun to receive any other Disability, Workers' Compensation, Unemployment, Social Security, Retirement, or Pension benefits?  ☐ Yes ☒ No  If yes, please provide us with detailed information for each benefit in the space provided below.  Please also report any changes to previously reported benefits.

| Source of Income | Name of Insurance Carrier (if applicable) | Policy or ID No. | Benefit Amount Weekly/Monthly | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

If you have been approved or denied for any of these benefits, please submit a copy of Award or Denial letter(s).

The above statements are true and complete to the best of my knowledge and belief. (Your signature is required for benefit consideration.)

Signature  [signature]                              Date  2/17/84

Printed on ORHCCF01 Sequence #10102 at 18:03:40 02-23-2005 Page 2 of 6

UACL00060

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0122

Fax to 7521809 (FISTD800) received on 02/25/2005 12 11:36 from (774 437 7267)    Page 3 of 6 pages (C)

02/25/2005 12:09 FAX 774 437 7287    IND. CLAIMS    ☑003/006

---

Fax to 7521614 (DXORH) received on 02/23/2005 17:59:49 from (Unavailable).    Page 3 of 6 pages (C)

Feb.23. 2005  2:54PV    No.4088  P. 3

**UNUMPROVIDENT**    **CLAIMANT'S SUPPLEMENTAL STATEMENT**
Mail to: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Company
P.O. Box 16001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506   Fax To: 774.437.7041

**ATTENDING PHYSICIAN'S STATEMENT** (PLEASE PRINT)

1. Name of Patient  Lyle Hardie Hughes    Social Security Number ____  Height 5'11  Weight 198  Blood Pressure Last Visit 140/84

2. Primary Diagnosis including ICD9 and/or DSM IV M&S Evaluation Nomenclature and Code Number
Fibromyalgia 729.1    Sleep Apnea 780.57    Bi-Polar 296.7
Date of most recent treat ment: 2/22/05    Date of next appointment 2/28/05    Frequency of Visits: 1-2 per month

PLEASE ATTACH ALL OFFICE TREATMENT NOTES SINCE LAST REPORT.

3. Objective Findings since last report (including current x-rays, EKG's, psychiatric testing, laboratory data, and any clinical findings) Testosterone levels
@ 171 - Prescribed Androgel 1% Gel 50 mg to be applied each a
day.

Please describe symptoms since last report: Patient has not improved. Sleep Apnea still severe. Referred patient to
Dr. Alan Yates ENT.

Are there secondary conditions impairing your patient's work capacity? ☑ Yes ☐ No  If yes, what are they?  Sleep Apnea, Fibromyalgia
Bi Polar

4. If cardiac condition, what is the patient's functional capacity? (American Heart Association)
☐ Class 1 - No limitation    ☐ Class 2 - Slight limitation    ☐ Class 3 - Marked limitation    ☐ Class 4 - Complete limitation

5. Has the patient undergone surgery, been hospitalized, or been referred to a medical rehabilitation or therapy program? ☐ Yes ☑ No
If yes, give details: (Name and address of provider, facility, and dates of service or referral)

6. Please list names and dosages of all medications that patient is currently taking.  Please see attached list

7. Have you referred this patient for other types of consultations? ☑ Yes ☐ No  If yes, give details: (name and address of provider, facility, and date of referral)
Dr. Alan Yates, E.N.T    1600 Sunrise Ave    Modesto Ca 95750
(209) 524-6681    2-8-05    Appointment

8. Is return to work a focus of the treatment plan? ☐ Yes ☑ No  If no, please explain? Patients condition

9. **Information About the Patient's Functional Capacity**

Has patient been released to work in his/her occupation? ☐ Yes ☑ No  In any occupation? ☐ Yes ☑ No  If yes, provide date:
If no, when do you expect patient to be released to work in his/her occupation? Date:    In any occupation?  Date:

If the patient continues to demonstrate a loss of function, please provide current restrictions and limitations in the space provided below.

Fully describe restrictions and limitations.  Patient should not be working full time or part time
RESTRICTIONS (What the patient should not do)  anymore. Multiple symptoms are all will be an ongoing concern for
patient in both I the stuff I treat I as well as long term outlook.

LIMITATIONS (What the patient cannot do)  Patient cannot get up early in morning. Most days he says
that he wakes around 9-10 am. This due to his sleep apnea. I also patient takes naps
these daytime during afternoon. Patient is still has tremendous trouble with pain and fatigue

(Give details concerning any change (improvement or deterioration).  Concern about patients sudden drop in testosterone level
will be monitored with blood test in monthly basis

10. Additional Remarks

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.
The above statements are true and complete to the best of my knowledge and belief.

Print or Type Name  Dr. John Burns, MD    Degree M.D    Medical Specialty Internal Medicine

Street Address 1429 College Ave    Phone Number (209) 522-9021

City Modesto    State Ca    Zip Code 95350    Fax (209) 522-1664

Signature of Physician    Date 2/23/05

SSN or Employer's ID Number:    770 266/87

Printed on ORH-CCP01 Sequence #101102 at 18:03:40 02-23-2005 Page 3 of 6

UACL00861

---

Claimant Name: Lyle H Hughes    Claim #: 1527587

Fax to 7521809 (FRSTD800) received at 02/25/2005 12:11:36 from (774 437 7267).          Page 5 of 6 pages (C)

02/25/2005 12:10 FAX 774 437 7267          IND. CLAIMS          ☑005/008

Fax to 7521814 (DXORH) received at 02/23/2005 17:59:49 from (Unavailable).          Page 5 of 6 pages (C)

Feb.23. 2005   2:55PM                                          No.4088   P. 5

Prozil   40mg   1 tab 3x per day

Neurontin   300mg   1 tab 1x per day

Lithium   300mg   1 tab 2x per day

Keflex   500mg   1 tab 4x per day

Norco   10/325   1-2 tab every 4-6 hours max dose of 8

Levothyroxine 0.025mg 1 tab 1x per day

Trazadone   50mg   1-3 tab at bedtime

Testosteron   Ointment - Applied once a day on shoulders
Androgel   1%   Gel   50 mg

Printed on ORHCCR01 sequence #10102 at 18:03:40 02-23-2005 Page 5 of 6

UACL00663

Claimant Name: Lyle H Hughes     Claim #: 1527587

AR SUM 0124

Fax to 7521809 (FIST0800) received at 03/08/2005 15:32:05 from (1 774 437 7083).    Page 1 of 4 pages (C)

03/08/05  TUE 04:31 FAX 1 774 437 7083    UNUMPROVIDENT                    @001



## FAX COMMUNICATION

**FOR IMMEDIATE DELIVERY**

UNUMPROVIDENT
CORPORATION

1 FOUNTAIN SQUARE,
CHATTANOOGA, TN 37402

2211 CONGRESS STREET,
PORTLAND, ME 04122

www.unumprovident.com

| | | | |
|---|---|---|---|
| To: | Nathan Petersen | | |
| Company: | UNUMPROVIDENT | | |
| Fax: | 1-800-447-2498 | Phone: | x58293 |
| From: | Sandy Giordano, FLMI, ACS, ALHC | | |
| Company: | The Paul Revere Life Insurance Company | | |
| Address: | 18 Chestnut Street, Worcester, MA 01608-1528 | | |
| Fax: | 774-437-7012 | Phone: | 888-226-7959 x76034 |
| Subject: | Lyle Hughes | | |
| Number of Pages: | 4 | Date: | March 8, 2005 |

Copy of letter sent to Insured regarding his individual disability policies.

NOTICE REGARDING CONFIDENTIAL COMMUNICATION - The information provided in this FAX is intended
only for the addressee named above. The contents of this FAX and its attachments may include proprietary or
otherwise privileged information and are considered private and confidential. If you are not the intended
recipient of the FAX, please promptly deliver the FAX to the intended recipient and do not leave it in a location
where it can be seen by others. You are also hereby notified that any other use, dissemination, distribution or
reproduction of this information is strictly prohibited. If you received this FAX in error, please immediately notify
the sender to determine the best means to resolve the situation.

© 2004 UnumProvident Corporation. All rights reserved. UnumProvident is the marketing brand of
UnumProvident Corporation's insuring subsidiaries.

Claimant Name: Lyle H Hughes    Claim #: 1527587

UACL00668

AR SUM 0125

Fax to 7521809 (FISTD800) received at 03/08/2005 15:32:05 from (1 774 437 7083).    Page 2 of 4 pages (C)

03/08/05  TUE 04:32 FAX 1 774 437 7083    UNUMPROVIDENT    ☒ 002



January 10, 2005

**LYLE H HUGHES**
3317 ORCHESTRA PLACE
MODESTO CA  95355

Re:  Claim # 13-H2724074-001 and 13-H3072721-001

Dear Mr. Hughes:

We are writing to follow up on our conversation of January 5, 2005 and to inform you of the status of your individual disability claim.  Congratulations on your recent marriage.

As we discussed, we were unable to reach you by telephone and telephone messages were left for you on December, 6, 7, 8, 10 and 21, 2004.  We also sent letters on October 11, 2004 and November 10, 2004 with Claimant's Supplemental Statements to be completed and returned to our office.  Thank you for returning forms dated October 13, 2004 to your group specialist, Nathan Petersen.

You have filed for sickness benefits as of September 1, 2004 under the Total Disability portion of your contract.  You stated that you last worked August 31, 2004, but continue to go to your office in a reduced capacity up to 3 days a week for a few hours to sign checks and handle pending business. You informed us that you stopped selling insurance products at that time.  On January 5, 2005, you stated that you continue to work in a reduced capacity and do all of your occupational duties other than selling, but did state that ongoing business has generated new sales to December 2004, and you plan on a group of 15 lives will soon be insured by your company.  Additionally, you said you don't do the work as you feel your staff does and you just sign the applications.

Your contract states that your sickness must be one which requires and receives regular care by a physician.  We discussed that medical records received from Dr. Duong and Dr. Logue do not show treatment after March 23, 2004.  You said you think you began seeing both physicians again in November and acknowledge that since you did not meet the provisions for benefits in your contracts, you will not continue with a request for benefits beginning September 1, 2004.

As additional information is essential for the proper handling of this claim, we discussed with you that we will not be able to make a decision at this time on your request for a disability commencing on September 1, 2004 and in the interim must mark our records accordingly.

UNUMPROVIDENT CORPORATION
The Paul Revere Life Insurance Company as administrator for New York Life Insurance Company
P.O. Box 15112, Worcester, MA 01615-0112 • 800-633-7506
Unum is the marketing brand of UnumProvident Corporation

Claimant Name:  Lyle H Hughes    Claim #:  1527587

U-ACL00669

AR SUM 0126

Fax to 7521809 (FISTO800) received at 03/08/2005 15:32:05 from (1 774 437 7083).   Page 3 of 4 pages (C)

03/08/05  TUE 04:32 FAX 1 774 437 7083      UNIMPROVIDENT                    ☒003

Based on our conversation of January 5, 2005, you plan to pursue another claim with a different disability date as you now have been receiving regular care from Dr. Duong. Therefore, we will request the medical records dated after March 23, 2004 from Dr. Duong and Dr. Logue, along with contacting Dr. Duong for a physician to physician conversation to assist with clarification of your diagnosis and restrictions and limitations.

Following receipt of any further medical information, we will reevaluate your claim and determine your eligibility for benefits as soon as reasonably possible.

To determine if you meet the policy definition of total disability, we need to verify any restrictions and limitations you may have and how those restrictions and limitations affect the performance of those duties you were performing in the occupation in which you were engaged when the disability began.

So that we may monitor your status while we await information to evaluate your new request for benefits, we discussed that we will enclose a Claimant's Supplemental Statement with Attending Physician's Statement, which should be completed by you and your physician and returned to us by February 15, 2005.

We discussed that the Field Representative who visited with you submitted your 2002 and 2003 tax documents to assist with our verification of your occupation. We also discussed our need for separate Profit and Loss Statement for each of the Schedule C businesses he reported from November 2002 to the present in order to complete the earning evaluation. Also a copy of the statement 3 from the 2003 business tax return of Total Access Benefits (F1120S) is needed to update the earnings analysis. We discussed the loan your company owes you and would like documentation indicating the source of your income received from the company. You also advised that you will inquire about getting us a copy of The Buy-Out Agreement of your firm that recently we signed.

In our conversation of January 5, 2004, you asked if you have a social security benefit rider and if your benefit amount will change if you receive Social Security Disability Benefits. We advised that your policies do not have that rider and the benefit amount will not be affected. You stated that you have not applied for social security disability benefits at this time.

Once the above information has been received and reviewed, we will be in contact with you.

If you should have any additional questions, please contact our office at 1-888-226-7959, my extension is 76034.

Sincerely,

Sandy Giordano FLMI, ACS, ALHC
Disability Benefits Specialist
The Paul Revere Life Insurance Co.

UACL00650

Claimant Name:  Lyle H Hughes      Claim #: 1527587

AR SUM 0127

Fax to 7521809 (FISTO800) received at 03/08/2005 15:32:05 from (1 774 437 7083)    Page 4 of 4 pages (C)

03/08/05  TUE 04:32 FAX 1 774 437 7083    UNUMPROVIDENT                New York Life Insurance Co.    ☒ 004

Claimant Name  Lyle Hughes

Address  CA

Pol/Claim #    Copy

|  | Claim | App. |
|---|---|---|
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

☒ Call in    ☒ Call out

Person calling/called:

I

209-402-2560
209-551-8947

Conversation:  JAN 1 0 2005    1:56 p.m.  Mw
I has a question regarding our Friday conversation. Pls call
JAN 1 0 2005  2:19 p.m. I called (I) and I asked if he will
get back to me. I said ok + us hung up.
JAN 1 0 2005  2:30    I  thinks he has the Flu + will
stay home today and pay bills. I stated it is hard to tell the
difference between his Fibro + the Flu. I said he was
calling to ask when disability date changes from
September to January 2005, will his benefit
amount change if we go by income. I told I
that it does not for these 2 individual policies.
I he would have to check with his group specialist
to find out if group benefits do. Disability date unclear
at this time. Medical info support needed + confirm
occ duties ∥

☐ Call back: _____    Phone #: _____

Return by: _____    Refer to: _____

UACL00671

**Medical Response**
**RE: Lyle Hughes**
**DOB: 4/14/1961**
**Claim #: 1527587**
**SS#:** ██████████
**Date: 3/14/2005**

I have read and discussed the correspondence regarding the Insured's ID claim with N. Petersen (DBS).
There is no additional medical information for review, and the available records do not support impairment from OSA, fibromyalgia, bipolar disorder or any other medical condition.

**Conclusion:**
I recommend DMO review.

Donna J. Carr, DO
Vice President, Medical Director Unum Life Insurance Company
Licensed Physician (ME, MA, PA, HI), Diplomate ABFP
Clinical Associate Professor, University of New England Osteopathic Medical School
Adjunct Assistant Clinical Professor, Dartmouth Medical School

UACL00673

AR SUM 0129

## Designated Medical Officer Opinion Template
Draft 1.25.05

| Claimant:<br>Lyle H. Hughes | Claim #:<br>1527587 | Date:<br>3.15.05 |
|---|---|---|
| Reviewing Operations Physician:<br>Donna J. Carr, DO<br>Licensed Physician: HI, ME, MA, PA<br>Diplomate American Board of Family Medicine | Reviewing DMO:<br>Robert N. Anfield, MD, JD, FAAFP<br>Licensed Physician: CA, IL, IN, TN<br>Diplomate American Board of Family Medicine<br>Specialty: Occupational Medicine | |

**Brief synopsis of disagreement between OSP and Attending Physician:**
See the NaviLink referral dated 3.14.05

**DMO Analysis:**
**Age:** 43
**Job title:** Insurance agent
**Diagnosis (or diagnoses) identified as disabling:** Fibromyalgia syndrome (FM); Obstructive sleep apnea; Bipolar disorder
**Name, degree & specialty of AP certifying loss of function:**
John Doung, MD, Internal Medicine
Other physicians involved in Mr. Hughes' care:
Drew H. Logue, MD, Pulmonary Medicine, Sleep Medicine
David L. Curtis, MD, Rheumatology
M. J. Hetnal, MD, Psychiatry
**DOD:** 9.1.04
**Documentation reviewed:** I have reviewed all the medical and clinical evidence provided to me by Company personnel bearing on impairment which I am by training and experience capable to assess. The record includes
- Office notes from Dr. Doung
- Records from Drs. Logue, Curtis and Hetnal
- The internal physician reviews of Donna Carr, DO, Family Medicine (12.17.04, 2.23.05 & 3.14.05).

I note that Mr. Hughes' NaviLink file contains 180 pp of medical records regarding a Mr. Mark Legaspi.
**Dr. Doung's assessment** – From the 2.22.05 APS received from Dr. Doung, Mr. Hughes "should not be working full time or part time anymore."
**My assessment** –
- **Dr. Doung's assessment of Mr. Hughes' limitations is, with a reasonable degree of medical certainty, without medical foundation (see below).**

**Fibromyalgia (FM):** FM is a label developed within the discipline of rheumatology to identify individuals with widespread chronic aches and pain. The label does not provide nor imply a pathophysiologic explanation for the pain nor the other associated symptoms of which these individuals may complain.

Regarding FM generally, the definitional construct remains controversial (**Hadler, NM.** Labeling woefulness: the social construction of fibromyalgia. Spine 2005;30(1):1-4; **Ehrlich GE.** Pain is real; fibromyalgia isn't. J Rheumatol 2003;30(8):1666-7; Wolfe F. [editorial] The fibromyalgia problem. J Rheumatol 1997;24:1247-9; **Cohen ML, Quintner JL.** Fibromyalgia a problem of tautology. Lancet 1993;342:906-8). FM is not a disease; it is a syndrome of symptoms that has considerable over-lap with

UACL00676

AR SUM 0130

other syndromes of medically unexplained symptoms (and the healthy population at large) (Clauw DF. Fibromyalgia syndrome: an update on current understanding and management. Rheumatology Grand Rounds 2000;3:1-8; Barsky AJ, Borus JF. Functional somatic syndromes. Ann Int Med 1999;130:910-21).

There are no histologic changes in tissue to explain the symptoms of FM and the American College of Rheumatology definitional criteria do not suggest a pathophysiologic explanation (Cohen). FM is a nondestructive condition; that is, activity induced symptoms do not indicate damage to tissue or organs (Clauw). Patients should be firmly but empathetically encouraged to remain engaged in vocational, avocational and recreational activities; counsel to the contrary is ill advised. Physicians must avoid enabling illness behavior in their patients that does not comport with their actual capabilities (Wolfe). There is no evidence that fibromyalgia is a crippling or incapacitating disorder or is the prodrome for more serious illness (Blackburn WD. Fibromyalgia. SMA Southern Medicine 1998;85:3-5). Ultimately, the label "fibromyalgia" provides no pathophysiologic foundation upon which to base a set of restrictions and limitations.

In Mr. Hughes' particular case, his physicians' records do not demonstrate functional limitations; in the context of FM, in my opinion, with a reasonable degree of medical certainty, work as an insurance agent is not medically contraindicated.

**Bipolar Disorder:** The only reasonably complete evaluation of Mr. Hughes' mental health is contained in Dr. Hetnal's *Psychiatric Evaluation* of 9.16.02; Dr. Hetnal estimated a Global Assessment of Functioning (GAF) score of 60 – 65 equating to some mild symptoms or some difficulty in social, occupational, or school functioning, but generally functioning pretty well. The records do not indicate that there has been a deterioration of function based on a psychiatric diagnoses; the treatment does not comport with a worsening trend and is, in fact, characterized as working well. There is no record of a complete mental status evaluation in the record after 9.02; there are no tests of cognitive function in the record. In my opinion, with a reasonable degree of medical certainty, Mr. Hughes' mental health does not preclude his working as an insurance agent.

**Obstructive Sleep Apnea (OSA):** Mr. Hughes has a long standing diagnosis of sleep apnea (9 years) and continued to work nonetheless. The record (Dr. Logue, 3.23.04) reflects that his symptoms improved when he complied with the treatment (CPAP). There is no recent multiple sleep latency test (MSLT) in the record assessing sleepiness. As noted previously, there is no assessment of Mr. Hughes' cognitive function in the record.

Assuming, *arguendo*, that Mr. Hughes has daytime sleepiness that potentially impacts his job performance, as the sole owner of a business, with other employees, selling insurance products; Mr. Hughes would have the autonomy to set his schedule and appointments to accommodate for his symptoms and permit work.

In my opinion, with a reasonable degree of medical certainty, Mr. Hughes' OSA does not preclude his working as an insurance agent.

---

**Conclusion:** I concur with the initial opinion.

---

**Recommendations:** None

UACL00677

---

Claimant Name: Lyle H Hughes     Claim #: 1527587

AR SUM 0131

```
                              Activity
-----------------------------------------------------------------------
Type: Doctoral Resource        Name: File Rev - DMO
Status: Completed
Notify Date: 03/14/2005
Owner: Anfield, Robert N
Mark As Priority: No
Subject: DMO referral Gen Med
Upon Completion Notify: Activity Creator


Request Fields
-----------------------------------------------------------------------
Request: The insured carries diagnoses of
fibromyalgia, sleep apnea, bipolar disorder and psoriatic arthritis.
The restrictions and limitations
of avoid all stressful situations are unreasonable and not likely to be
obtained.  The file indicates the
insured has a stressful marriage and has undergone counseling.
The insured's AP Dr. Logue
(2/4/2004) opined impairment from sleep apnea due to non-compliance with
CPAP.
The  medical data does not
support impairment from these conditions.
  "I have reviewed all medical and clinical
evidence provided to me by Company personnel bearing on the impairment(s) which
I am by training and experience capable to assess."

Donna J. Carr,
DO

Vice President, Medical Director
UPC
Licensed Physician (ME, MA, PA,
HI)
Diplomate
ABFP




Created By: Carr, Donna
Created Date: 03/14/2005      Create Site: Portland

Response Fields
-----------------------------------------------------------------------
Response: Anfield, Robert N 03/16/2005: Designated Medical Officer Opinion
Template
Draft 1.25.05
```

UACL00678

```
          Claimant:
     Lyle H.
     Hughes
          Claim
     #:
     1527587
          Date:
     3.15.05

          Reviewing Operations Physician:

     Donna J. Carr, DO
     Licensed Physician: HI, ME,
```

MA, PA
Diplomate American Board of
Family Medicine

    Reviewing DMO:
Robert N. Anfield, MD, JD,
FAAFP
Licensed Physician: CA, IL,
IN, TN
Diplomate American Board of
Family Medicine
Specialty: Occupational
Medicine

    Brief
synopsis of disagreement between OSP and Attending
Physician:
See the NaviLink referral
dated 3.14.05

    DMO Analysis:
Age: 43
Job title: Insurance
agent
Diagnosis (or diagnoses) identified
as disabling: Fibromyalgia syndrome (FM); Obstructive sleep apnea;
Bipolar disorder
Name, degree & specialty of AP
certifying loss of function:
John Doung, MD, Internal
Medicine
Other physicians involved
in Mr. Hughes' care:
Drew H. Logue, MD,
Pulmonary Medicine, Sleep Medicine
David L. Curtis, MD,
Rheumatology
M. J. Retnal, MD,
Psychiatry
DOD: 9.1.04
Documentation reviewed: I have
reviewed all the medical and clinical evidence provided to me by Company
personnel bearing on impairment which I am by training and experience
capable to assess. The record includes

Office notes from Dr. Doung

Records from Drs. Logue, Curtis and Retnal

The internal physician reviews of Donna Carr, DO,
Family Medicine (12.17.04, 2.23.05 & 3.14.05).
I note that Mr. Hughes'
NaviLink file contains 180 pp of medical records regarding a Mr. Mark
Legaspi.
Dr. Doung's assessment — From the
2.22.05 APS received from Dr. Doung, Mr. Hughes "should not be working
full time or part time anymore."
My assessment —
    Dr. Doung's assessment of Mr.
Hughes' limitations is, with a reasonable degree of medical certainty,
without medical foundation (see below).    Fibromyalgia (FM): FM is a
label
developed within the discipline of rheumatology to identify individuals
with widespread chronic aches and pain. The label does not provide nor
imply a pathophysiologic explanation for the pain nor the other associated

UACL00679

---

*Claimant Name: Lyle H Hughes    Claim #: 1527587*

symptoms of which these individuals may complain.
Regarding FM generally, the definitional construct
remains controversial (Hadler, NM.
Labeling woefulness: the social construction of fibromyalgia. Spine
2005;30(1):1-4; Ehrlich GE.
Pain is real; fibromyalgia isn't. J Rheumatol 2003;30(8):1666-7; Wolfe F.
[editorial] The
fibromyalgia problem. J Rheumatol 1997;24:1247-9; Cohen ML, Quintner JL.
Fibromyalgia a problem of tautology. Lancet 1993;342:906-8). FM is not a
disease; it is a syndrome of symptoms that has considerable over-lap with
other syndromes of medically unexplained symptoms (and the healthy
population at large) (Clauw
DL. Fibromyalgia syndrome: an update on current understanding and
management. Rheumatology Grand Rounds 2000;3:1-8; Barsky AJ, Borus JF.
Functional
somatic syndromes. Ann Int Med 1999;130:910-21).
There are no histologic
changes in tissue to explain the symptoms of FM and the
American
College of Rheumatology
definitional criteria do not suggest a pathophysiologic explanation
(Cohen). FM is a nondestructive condition; that is, activity induced
symptoms do not indicate damage to tissue or organs (Clauw). Patients
should be firmly but
empathetically encouraged to remain engaged in vocational, avocational and

recreational activities; counsel to the contrary is ill advised.
Physicians must avoid enabling illness behavior in their patients that
does not comport with their actual capabilities (Wolfe). There is no
evidence that fibromyalgia is a crippling or incapacitating disorder or is

the prodrome for more serious illness (Blackburn WD. Fibromyalgia. SMA
Southern
Medicine 1998;85:3-5). Ultimately,
the label "fibromyalgia" provides no pathophysiologic foundation upon
which to base a set of restrictions and limitations.
In Mr. Hughes' particular
case, his physicians' records do not demonstrate functional limitations;
in the context of FM, in my opinion, with a reasonable degree of medical
certainty, work as an insurance agent is not medically
contraindicated.
Bipolar Disorder: The only
reasonably complete evaluation of Mr. Hughes' mental health is contained
in Dr. Hetnal's Psychiatric
Evaluation of 9.16.02; Dr.
Hetnal estimated a Global Assessment of Functioning (GAF) score of 60 - 65

equating to some mild symptoms or some difficulty in social, occupational,

or school functioning, but generally functioning pretty well. The records
do not indicate that there has been a
deterioration of function based on a psychiatric diagnoses: the treatment
does not comport with a worsening trend and is, in fact, characterized as
working well. There is no record of a complete mental status evaluation in

the record after 9.02; there are no tests of cognitive function in the
record. In my opinion, with a reasonable degree of medical certainty, Mr.
Hughes' mental health does not preclude his working as an insurance
agent.
Obstructive Sleep Apnea (OSA):
Mr. Hughes has a long standing diagnosis of sleep apnea (9 years) and
continued to work nonetheless. The record (Dr. Logue, 3.23.04) reflects
that his symptoms improved when he complied with the treatment (CPAP).
There is no recent multiple sleep latency test (MSLT) in the record
assessing sleepiness. As noted previously, there is no assessment of Mr.

UACL00880

Hughes' cognitive function is the record.
Assuming, arguendo, that Mr. Hughes has
daytime sleepiness that potentially impacts his job performance, as the
sole owner of a business, with other employees, selling insurance
products; Mr. Hughes would have the autonomy to set his schedule and
appointments to accommodate for his symptoms and permit work.
In my opinion, with a
reasonable degree of medical certainty, Mr. Hughes' OSA does not preclude
his working as an insurance agent.


        Conclusion:  I concur with the
initial opinion.



        Recommendations:    None




Completed By: Carr, Donna
Completed Date: 03/16/2005        Create Site: Portland


Linked Document Id: (Primary Doc Type - Secondary Doc Type)
-----------------------------------------------------------------------

UACL00681



March 22, 2005


LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355




RE:     Hughes, Lyle H          DOB: ████ 1961
        Claim Number:           1527587
        Policy Number:          573600
        First Unum Life Insurance Company



Dear Mr. Hughes:

After completing our review of your disability claim, we regret that we are unable to approve
your request for benefits.

As you may know, your employer's policy states:

*HOW DOES UNUM DEFINE DISABILITY?*

You are disabled when Unum determines that:

–   you are unable to perform the material and substantial duties of any gainful occupation for
    which you are reasonably fitted by education, training or experience; and
–   you have a 20% or more loss in your indexed monthly earnings due to the same sickness or
    injury; and
–   during the elimination period, you are unable to perform any of the material and substantial
    duties of any gainful occupation for which you are reasonably fitted by education, training or
    experience.

The loss of a professional or occupational license or certification does not, in itself, constitute
disability.

We may require you to be examined by a physician, other medical practitioner and/or vocational
expert of our choice.  Unum will pay for this examination.  We can require an examination as
often as it is reasonable to do so.  We may also require you to be interviewed by an authorized
Unum Representative.*

First Unum Life Insurance Company
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03

UACL00730

Claimant Name: Lyle H Hughes     Claim #: 1527587

AR SUM 0136

"Material and substantial duties means duties that:

- are normally required for the performance of the occupation; and
- cannot be reasonably omitted or modified."

You submitted a claim for Long Term Disability benefits with a date of loss of September 1, 2004, due to fibromyalgia, sleep apnea, and bipolar disorder. The attending physician's statement completed by your internist Dr. John Duong on October 13, 2004, indicates that your restrictions and limitations are as follows: "Avoid all stressful situations, No prolonged periods of sitting".

We have reviewed your entire claim file including all medical records submitted by your physicians. The medical data does not support a diagnosis of fibromyalgia as outlined by the American College of Rheumatology. The medical data does not document complaints of widespread pain in all four quadrants of the body and there is no mention of tender points. It is noted that you have been taking Neurontin for a number of years; however, the records do not indicate what condition you are being treated for with this medication. The use of narcotic analgesics is not an appropriate treatment for fibromyalgia. You would be unlikely to have significant side effects from this medication as you have been on a stable dose. This is supported by the fact that you are able to operate an automobile. The data does note that you have a history of psoriatic arthritis. However, this does not appear to have been an active health issue for you in several years. The use of Enbrel is not noted to treat your psoriatic arthritis and you have not been reevaluated by a rheumatologist since 1996, which would suggest a low concern for a progressive rheumatologic condition.

The only mention of fibromyalgia syndrome is in May of 1998, when Dr. Duong states that he wanted to rule this diagnosis out among other conditions such as rheumatoid arthritis and lupus. The medical data does not indicate that there has been any work up completed for fibromyalgia nor has a specific treatment plan been established to treat this condition.

The provided medical data does not report that you have experienced decreased concentration or poor memory. It is noted that you have been on the medication Norco for several years. There is no indication that you have had side effects from any of your medications or that they are affecting your cognition. If your cognitive deficits were severe enough to preclude you from working, it would be medically reasonable to expect ongoing psychiatric evaluation and treatment with the goal of improving your symptoms.

You are noted to have bipolar disorder with a past history of a hospitalization in May of 2002 for depression. It is noted that you treated with a psychiatrist in 2002 and that you have been taking Lithium, Trazadone, and Paxil since March of 2002 without any change in the dosage of these medications. There is no indication that you have ever followed up with counseling or continued to treat with a psychiatrist or any other mental health provider as would be expected if your condition was precluding your ability to work.

It is noted that your lithium level is shown to be in a therapeutic range as of August of 2004 and Dr. Duong indicates that your medications are working well for bipolar disorder. The medical data does not contain complaints, a mental status exam, documentation of further psychiatric hospitalizations, referrals to any mental health providers, or changes in your medications around

UACL00731

1242-03

Claimant Name: Lyle H Hughes     Claim #: 1527587

the time that you stopped working. There is no evidence in the medical data that bipolar disorder is impairing at this time or that it was at any time in 2004.

On January 25, 2005, we sent Dr. Duong a narrative in order to obtain additional information regarding your conditions. Dr. Duong's response indicated that you had not had any recent radiologic testing nor has there been any discussion regarding any changes in the medications that you are taking. Dr. Duong also stated that you have not been referred to physical therapy nor have you treated with a mental health provider since 2002. Dr. Duong also stated that you were treating with a pulmonologist for sleep apnea.

The medical data does note that you have a history of severe obstructive sleep apnea. The data notes that as of March of 2004 you are "pleased" with your treatment and are tolerating the use of CPAP well. There is no data indicating that you are having difficulty with daytime somnolence, decreased concentration, or memory.

On February 4, 2005, one of our medical professionals spoke with your pulmonologist, Dr. Drew Logue to get a better understanding of your medical condition. During this telephone conversation, Dr. Logue informed us that you have severe obstructive sleep apnea and are being treated with CPAP. Dr. Logue stated that you continue to report fatigue. Dr. Logue stated that it is his medical opinion that sleep apnea, when treated, is generally not considered a medically impairing condition. Dr. Logue indicated that you were scheduled for compliance monitoring and an adjustment of your CPAP at your next office visit.

You were seen by Dr. Margaret McKee, for Dr. Logue, on February 14, 2005. Dr. McKee indicates inadequately treated obstructive sleep apnea due to a failure to comply with CPAP recommendations. It is noted that you are planning on surgery to correct your sleep apnea; however, Dr. McKee does not feel surgery is appropriate treatment at this time because you have not had an adequate trial of CPAP. You were instructed to return to your pulmonologist's office in two weeks for reassessment of CPAP and humidification is recommended for your complaints of dryness associated with using CPAP.

The restrictions and limitations of "avoid all stressful situations, no prolonged periods of sitting" are not supported by the provided medical data. The medical notes do not indicate that you meet the American College of Rheumatology's criteria for the diagnosis of fibromyalgia, you have not been referred to physical therapy, you are not treating for your reported cognitive deficits, nor are you treating with a rheumatologist. The medical data does not support any functional limitation due to fibromyalgia. At this time, your bipolar disorder has been stable for over two years. It is noted that you are doing well on medication and that there have been no changes to your medications. You have not treated with a mental health provider since 2002. It is noted that you have a long standing diagnosis of sleep apnea and had continued to work nonetheless until September of 2004. Medical data indicates that your symptoms of sleep apnea have improved when you have complied with CPAP treatment. There has been no multiple sleep latency testing to assess sleepiness or any testing of your cognitive functioning. With regard to daytime sleepiness it would be expected that you, as the sole owner of your business, would have the autonomy to set your schedule to accommodate your potential symptoms and permit work. Avoidance of prolonged sitting can be achieved by alternating sitting and standing as needed. It would be expected that you would be able to accomplish this while performing your occupation as an agent. The medical data does not support your restrictions and limitations or your inability to perform your occupation as an insurance agent. Therefore, no benefits are payable at this time and your claim has been closed.

1242-03

Claimant Name: Lyle H Hughes     Claim #: 1527587

UACL00732

If you have additional information to support your request for disability benefits, it must be sent to my attention for further review at the address noted on this letterhead, within 180 days of the date you receive this letter.

However, if you disagree with our determination and want to appeal this claim decision, you must submit a written appeal. This appeal must be received by us within 180 days of the date you receive this letter. You should submit your written appeal to the following address:

UnumProvident
The Benefits Center
Quality Performance Support – Appeals Unit
PO Box 9548
Portland, ME  04122-5058

A decision on appeal will be made not later than 45 days after we receive your written request for review of the initial determination. If we determine that special circumstances require an extension of time for a decision on appeal, the review period may be extended by an additional 45 days (90 days in total). We will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice to provide the specified information. If you deliver the requested information within the time specified, the 45 day extension of the review period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, we may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by us and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, we will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, we will provide you with the names of each such expert, regardless of whether the advice was relied upon.

If your request on appeal is denied, the notice of our decision will contain the following information:

a.  the specific reason(s) for the appeal determination;
b.  a reference to the specific Plan provision(s) on which the determination is based;

UACL00733

*Claimant Name: Lyle H Hughes     Claim #: 1527587*

c.  a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);

d.  a statement describing your right to bring a civil suit under federal law;

e.  a statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and

f.  a statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor office and your State insurance regulatory agency."

Notice of the determination may be provided in written or electronic form.  Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

If we do not receive your written appeal within 180 days of the date you receive this letter, our claim determination will be final.

In addition, you may also contact the California Insurance Department if you wish to have them review your claim.  If you wish to contact the Department by telephone, you should ask for the Consumer Communications Bureau at 1-800-927-HELP (1-800-927-4357) or 213-897-8921.  If you wish to write to the Insurance Department, your letter should be addressed to:

California Department of Insurance
Claims Service Bureau, 11th Floor
300 South Spring Street
Los Angeles, CA  90013

The policy under which you are insured for this claim has a provision which states, in part, that no lawsuit or legal action shall be brought to recover on the policy after the expiration of three years from the time proof of loss is required.

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843 extension 58293.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company

UACL00734

Claimant Name: Lyle H Hughes    Claim #: 1527587

Claim Document
------------------------------------------------------------------------

      Type: Placed call

    Subject: 0257p EE re dec

   Priority: No

    Status: Completed

     Notes:


Explained to EE that benefits not supported. Explained
appeals process outlined in letter. EE stated that he was extremely
disappointed in us as a company. EE feels that applying for disability was his

only option. EE did not want to discuss rationale today as this would further
upset him. Agreed to send EE letter.


   Created By: Petersen, Nathan
  Created Date: 03/22/2005 - 14:59:26
  Create Site: Portland

  Completed By: Petersen, Nathan
Completed Date: 03/22/2005 - 14:59:26
Complete Site: Portland

------------------------------------------------------------------------

UACL00737

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0141

Fax to 7521809 (FISTD600) received at 05/09/2005 15:27:55 from (4078322702).    Page 3 of 4 pages (C)

05/09/2005 15:33 FAX 4078332702          UNIMPROVIDENT                      ✑003/004
04/29/2005   15:16    DR LOGUE MODESTO SLEEP CTR 9 1209757566S8            NO.473   D01

Rec'd
5-2

### DREW H. LOGUE, M.D.
### MEDICAL DIRECTOR

TRACY SLEEP CENTER
1542 TRACY BLVD
TRACY, CALIFORNIA 95376
PH (209) 839-2225
FAX (209) 529-4131

Fax Cover Sheet

Todays Date: 4-29-05    Time:          Staus:

To: DONNA CARR D.O.

PH#:          FAX#: 207·575·6650

(Recipient positively confirms that recipient fax machine is secure and that "Protected Health Information" shall
be protected in accordance with HIPAA Guidelines.

From: Sue-Medical Records

Regarding: Hughes Lyle

This fax transmission contains 2 pages including the cover sheet.  If you have not recieved all copies please
call the above numbers.

The information contained in the fax message may be confidential and/or legally privelged and intended only for
the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any copying,
dissemination or distribution of confidential or privileged information is strictly prohibited.  If you have received
this communication in error, please notify us immediately, by telephone and we will arrange for the return of the
fax.

Thank you.

UACL00741

Claimant Name:  Lyle H Hughes    Claim #:  1527587

Fax to 7521809 (RIS18600) received at 05/09/2005 15:27:55 from (4078332702)    Page 4 of 4 pages (C)

05/09/2005 15:33 FAX 4078332702    UNUMPROVIDENT    004/004
04/27/2005    15:16    DR LOGUE MODESTO SLEEP CTR → 12075756650    NO.478    002

April 21, 2005
RE: LYLE HUGHES
D.O.B. ████/1961

The patient returns in consultative follow-up regarding his obstructive sleep apnea. He weighs 204 lbs, BP 148/92, P of 82, and R are 20. His chest is clear. Heart shows a regular rhythm. He has no pedal edema.

The patient continues to complain of marked daytime sleepiness despite wearing the CPAP unit all night for eight and a half hours. He wakes up throughout the night and feels that he is not getting enough air at times. He wonders if we could increase the pressure on his CPAP. We were never able to determine the correct pressure on his CPAP titration study. He then had an Auto Adjust unit set between 6 and 12 cm. And this was very difficult to interpret although he did wear it. The pressures bounce around a lot. I suspect that he needs an Auto Adjust machine for treatment and I suspect that the pressures we set him on for the Auto Adjust were not high enough to adequately treat him. He has been trying to use the CPAP for almost a year now but continues to have rather marked daytime sleepiness.

I recommend an Auto Adjust machine for ongoing treatment set at 8-15 cm. of water pressure. In addition the patient is still noticing dry throat and dry mouth. I have prescribed a heated humidifier, as he was only helped a little bit by the passover humidifier. I have asked him to return for follow-up in two months.

Margaret C. McKee, M.D.
for Drew H. Logue, M.D. Inc.
MCM/lk

Cc: John Duong, M.D.

UACL00742

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0143

```
.                          Activity
-----------------------------------------------------------------------
Type: Clinical Resource        Name: Walk-in with Doctor
Status: Completed
Notify Date: 05/13/2005
Owner: Carr, Donna
Mark As Priority: No
Subject: OSP WI
Upon Completion Notify: Activity Creator

Request Fields
-----------------------------------------------------------------------
Request: Does the newly received medical data from Dr. Louge
change the prior medical opinion?


Created By: Petersen, Nathan
Created Date: 05/13/2005        Create Site: Portland

Response Fields
-----------------------------------------------------------------------
Response: Carr, Donna 05/13/2005: Medical Response
RE: Lyle Hughes
Claim #: 1527587
SS#: 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
5/13/2005

I have read and discussed the new
medical data consisting of an office note from Dr. Louge's office (Dr. McKee).
The note does not reflect the Insured's condition as of the DOD and does not
change my prior medical opinion.

Donna J. Carr, DO

Vice President, Medical Director
Unum Life Insurance Company
Licensed Physician (ME, MA, PA,
NJ), Diplomate ABFP
Clinical Associate Professor,University of New England Osteopathic Medical
School
Adjunct Assistant Clinical Professor,
Dartmouth
Medical School




Completed By: Petersen, Nathan
Completed Date: 05/13/2005        Create Site: Portland


Linked Document Id: (Primary Doc Type - Secondary Doc Type)
-----------------------------------------------------------------------
```

UACL00143

*Claimant Name: Lyle H Hughes     Claim #: 1527587*



May 13, 2005

LYLE H HUGHES
3317 ORCHESTRA PL
MODESTO, CA 95355

RE:   Hughes, Lyle H              DOB: ███████ 1961
      Claim Number:               1527587
      Policy Number:              573600
      First Unum Life Insurance Company

Dear Mr. Hughes:

After reviewing the additional information you recently sent us about your disability claim, we
regret that this information is not sufficient to reverse our previous decision.

The provided medical data that you submitted consists of an office visit note from your
pulmonologist, Dr. Margaret C. McKee on April 21st, 2005. The note states that you were seen
for a follow-up regarding your obstructive sleep apnea. It is noted that you continue to report
daytime sleepiness and wonder if the pressure can be increased on your CPAP machine as you
feel that you are not getting enough air at times. Dr. McKee recommends getting you an Auto
Adjust machine for continued treatment. Dr. McKee also suggests using a humidifier as you
report dry throat and dry mouth. You are asked to follow-up with Dr. McKee in two months.

The provided medical data does not reflect your condition as of your September 1st, 2004, date
of disability nor does it change our prior medical opinion.

When you submitted this information, you did not specifically request an appeal of your non-
compensable claim. If you want to appeal the decision, we would be happy to review it. Please
send us your request in writing within five (5) days, and we will forward your file to our Appeal
Unit.

You may recall that in our letter of March 22, 2005 (copy attached), we indicated that you must
submit your written appeal within 180 days. This means that unless we receive your written
appeal within 180 days of March 22, 2005, our claim decision will be final.

First Unum Life Insurance Company
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03

UACL00745

Claimant Name: Lyle H Hughes        Claim #: 1527587

Claimant Name: Hughes, Lyle H
Claim Number: 1527587

May 13, 2005
Page 2 of 2

Mr. Hughes, if you have any questions, please feel free to contact me at 1-800-858-6843 extension 58293.

Sincerely,

*Nathan Petersen*

Nathan Petersen
Disability Benefits Specialist
First Unum Life Insurance Company

1242-03

Claimant Name: Lyle H Hughes    Claim #: 1527587

AR SUM 0146

UACL00746