1  THOMAS M. HERLIHY (SBN 83615)
   LAWRENCE J. ROSE (SBN 129511)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:  (415) 433-0990
   Facsimile:  (415) 434-1370
5
   Attorneys for Defendants
6  UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
   FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
7  UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

8  J. Russell Stedman (SBN 117130)
   Jennifer N. Lee (SBN 230727)
9  BARGER & WOLLEN LLP
   650 California Street, 9th Floor
10 San Francisco, CA 94108
   Telephone:  (415) 434-2800
11 Facsimile:  (415) 434-2533

12 Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 LYLE HUGHES,                           ) Case No.:   CV07-04088 PJH
                                          )
18        Plaintiff,                      ) **CERTIFICATE OF SERVICE**
                                          )
19    v.                                  )
                                          )
20 UNUMPROVIDENT CORPORATION; UNUM        )
   CORPORATION, NEW YORK LIFE             )
21 INSURANCE COMPANY, et al.,             )
                                          )
22        Defendants.                     )
                                          )
23                                        )
                                          )
24                                        )
                                          )
25                                        )

26

27
   ─────────────────────────────────────────────────────────────
28                        CERTIFICATE OF SERVICE
   USDC NDCA Case #CV07-044088 PJH
   363916.1

| | |
|---|---|
| 1 | I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105. |
| 2 | |
| 3 | On this date I served the following document(s): |
| 4 | **DEFENDANTS' NOTICE OF LODGING** |
| 5 | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52** |
| 6 | |
| 7 | **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52** |
| 8 | |
| 9 | **DECLARATION OF WILLIAM T. BRADLEY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52** |
| 10 | |
| 11 | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR JUDGMENT UNDER RULE 52** |
| 12 | |
| 13 | **DEFENDANTS'S SUMMARY OF ADMINISTRATIVE RECORD** |
| 14 | on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service: |
| 15 | **XX** : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee. |
| 16 | |
| 17 | Bennett M. Cohen<br>BOURHIS & MANN<br>1050 Battery Street<br>San Francisco, CA  94111 |
| 18 | |
| 19 | *Attorneys for Plaintiff* |
| 20 | |
| 21 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. |
| 22 | EXECUTED **July 17, 2008**, at San Francisco, California. |
| 23 | |
| 24 | _____<br>Nancy |
| 25 | |
| 26 | |
| 27 | 1<br>**CERTIFICATE OF SERVICE** |
| 28 | USDC NDCA Case #CV07-044088 PJH<br>363916.1 |