UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYLE HUGHES,

        Plaintiff,

        v.

UNUMPROVIDENT CORPORATION, et al.,

        Defendants.
_____/

No. C 07-4088 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motion for partial summary judgment, which was previously set for August 27, 2008, at 9:00 a.m., has been CONTINUED to September 17, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Please note, however, that the original briefing schedule shall remain in effect.

IT IS SO ORDERED.

Dated: August 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge