1   Ray Bourhis, Esq. SBN 53196
    Lawrence Mann, Esq. SBN 83698
2   Bennett M. Cohen, Esq. SBN 98065
3   **BOURHIS & MANN**
    1050 Battery Street
4   San Francisco, CA 94111
    Tel: (415) 392-4660; Fax: (415) 421-0259
5
6   Attorneys for Plaintiff LYLE HUGHES

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  LYLE HUGHES,                        ) Case No.: C 07-4088 PJH **(E-FILING)**
                                        )
12          Plaintiff,                  ) REQUEST FOR JUDICIAL NOTICE IN
                                        ) OPPOSITION TO MOTION FOR
13      v.                              ) PARTIAL SUMMARY JUDGMENT, OR
                                        ) IN THE ALTERNATIVE, MOTION FOR
14                                      ) JUDGMENT UNDER RULE 52
    UNUMPROVIDENT CORPORATION; UNUM     )
15  CORPORATION, NEW YORK LIFE          )
    INSURANCE COMPANY, THE              ) [Filed concurrently with Memorandum Of
16  COMMISSIONER OF THE CALIFORNIA      ) Points & Authorities, Declarations of John
    DEPARTMENT OF INSURANCE and DOES 1  ) Sargent and Bennett M. Cohen)
17  through 20, inclusive               )
                                        ) DATE:  August 27, 2008
18          Defendants.                 ) TIME:  9:00 A.M.
19                                      ) DEPT:  Courtroom 3, 17th Floor
                                        ) BEFORE: Hon. Phyllis J. Hamilton
20  _____   TRIAL DATE:  Not Yet Set
21

22          Pursuant to Federal Rule of Civil Procedure 201, Plaintiff respectfully requests that this Court

23  take judicial notice of the following:

24      **Exhibit A:**     A News Release concerning the Multistate Market Conduct Examination

25  which       appears       on       Umum's       Website       "UNUM.com"       --       at

26  *http://www.unum.com/newsroom/news/corporate/2004/11032004_settlement.aspx.*

27                                          1

28  _____
                        Case No.:  C 07-4088 PJH (E-FILING)
    DECLARATION OF BENNETT M. COHEN IN OPPOSITION TO MOTION FOR PARTIAL
    SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR
                        JUDGMENT UNDER RULE 52

1   [NOTE: As we encountered technical problems attempting to print this document, we are

2   attaching what appears to be an identical document which appears on the Internet in a PDF

3   format at *www.**unum**.com/newsroom/~~news~~/ corporate/111804_Settlement.pdf.*]

4   **Exhibit B:**      the first page of a Website from the State of Maine regarding Multistate

5   Market Conduct Examination – specifically at:

6   *http://maine.gov/pfr/insurance/unum/UNUM_information.html.*.

7   .

8

9

10   Respectfully submitted,

11

12   Dated:  August 4, 2008                 **BOURHIS & MANN**

13

14                                       By:

15                                          Ray Bourhis, Esq.
                                           Lawrence Mann, Esq.
16                                         Bennett M. Cohen, Esq.
                                    Attorneys for Plaintiff LYLE HUGHES
17

18

19

20

21

22

23

24

25

26

27                                           2

28   Case No.:  C 07-4088 PJH (E-FILING)
─────────────────────────────────────────────────
DECLARATION OF BENNETT M. COHEN IN OPPOSITION TO MOTION FOR PARTIAL
SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR
JUDGMENT UNDER RULE 52