```
 1  Ray Bourhis, Esq. SBN 53196
    Lawrence Mann, Esq. SBN 83698
 2  Bennett M. Cohen, Esq. SBN 98065
 3  BOURHIS & MANN
    1050 Battery Street
 4  San Francisco, CA 94111
    Tel: (415) 392-4660; Fax: (415) 421-0259
 5
 6  Attorneys for Plaintiff LYLE HUGHES
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  LYLE HUGHES,                       ) Case No.:  C 07-4088 PJH (E-FILING)
                                       )
12       Plaintiff,                    ) DECLARATION OF BENNETT M.
13                                     ) COHEN IN OPPOSITION TO MOTION
         v.                            ) FOR PARTIAL SUMMARY
14                                     ) JUDGMENT, OR IN THE
    UNUMPROVIDENT CORPORAITON; UNUM    ) ALTERNATIVE, MOTION FOR
15  CORPORATION, NEW YORK LIFE         ) JUDGMENT UNDER RULE 52
16  INSURANCE COMPANY, THE             )
    COMMISSIONER OF THE CALIFORNIA     ) [Filed concurrently with Memorandum Of
17  DEPARTMENT OF INSURANCE and DOES 1 ) Points & Authorities, Declaration of John
    through 20, inclusive              ) Sargent and Request For Judicial Notice)
18                                     )
19       Defendants.                   ) DATE:   August 27, 2008
                                       ) TIME:   9:00 A.M.
20                                     ) DEPT:   Courtroom 3, 17th Floor
                                         BEFORE: Hon. Phyllis J. Hamilton
21                                       TRIAL DATE:  Not Yet Set
22
23  I, Bennett M. Cohen, declare:
24      1. I have personal knowledge of the facts stated herein and, if called as a witness, I could and
25  would so testify.
26      2. I am an attorney associated with Bourhis & Mann and am duly licensed to practice law in the
27     State of California and in the federal courts.
                                        0
28       Case No.:  C 07-4088 PJH (E-FILING)
    DECLARATION OF BENNETT M. COHEN IN OPPOSITION TO MOTION FOR PARTIAL
    SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR
                       JUDGMENT UNDER RULE 52
```

3. Attached as Exhibit A to Plaintiff's Request For Judicial Notice as Exhibit A is a true and correct copy of a document pertaining to the Multistate Market Conduct Examination which appears on the Website UNUM.com -- at specifically http://www.unum.com/newsroom/news/corporate/2004/11032004_settlement.aspx.

4. As we encountered technical problems attempting to print this document, we are attaching what appears to be an identical document which appears on the Internet in a PDF format at www.unum.com/newsroom/news/ corporate/111804_Settlement.pdf.

5. Attached as Exhibit B is the first page of a Website from the State of Maine – specifically: http://maine.gov/pfr/insurance/unum/UNUM_information.html.

6. Exhibit B pertains to the nature and effect of the Multistate Market Conduct Examination referred to in the Unum Website.

7. I personnally searched the Internet and verified that these documents do appear at the above-stated Internet addresses.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 4th day of August at San Francisco, CA.

Bennett M. Cohen

1
Case No.: C 07-4088 PJH (E-FILING)
DECLARATION OF BENNETT M. COHEN IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT UNDER RULE 52