| | |
|---|---|
| 1 | THOMAS M. HERLIHY  (SBN 83615) |
|   | LAWRENCE J. ROSE  (SBN 129511) |
| 2 | WILSON, ELSER, MOSKOWITZ, |
|   |     EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, CA  94105 |
| 4 | Telephone:     (415) 433-0990 |
|   | Facsimile:      (415) 434-1370 |

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. RUSSELL STEDMAN  (SBN 117130)
JENNIFER N. LEE  (SBN 230727)
BARGER & WOLLEN LLP
650 California Street, 9th Floor
San Francisco, CA  94108
Telephone:     (415) 434-2800
Facsimile:      (415) 434-2533

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYLE HUGHES, | ) | Case No.:   CV07-04088 PJH |
| | ) | |
| Plaintiff, | ) | **STIPULATED REQUEST TO EXTEND** |
| | ) | **TIME TO FILE DEFENDANTS' REPLY** |
| v. | ) | **BRIEF** |
| | ) | |
| UNUMPROVIDENT CORPORATION; UNUM | ) | **and ORDER THEREON** |
| CORPORATION, NEW YORK LIFE | ) | |
| INSURANCE COMPANY, et al., | ) | Hearing Date :   September 17, 2008 |
| | ) | Time                :   9:00 a.m. |
| Defendants. | ) | Courtroom     :   3 |
| | ) | Floor               :   17 |

Defendants, Unum Group (formerly known as Unumprovident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation) and New York Life Insurance Company, with the Stipulation of counsel for the plaintiff, Lyle Hughes, submit this request for a

---

1
**STIPULATED REQUEST TO EXTEND TIME TO FILE REPLY BRIEF**
USDC NDCA Case #CV07-044088 PJH
370280.1

1  extension of the time available to serve and file their Reply Brief in support of their Motion for
2  Partial Summary Judgment (Docket No. 52) for a period ten (10) day, to Friday, August 22, 2008.

3      As grounds therefore, defendants state that this request for an extension is necessary because
4  of an error in calendaring following the Court's continuance of the hearing date (Doc. No. 59).
5  Under the extension requested, the defendants' Reply Brief will be on file twenty-five (25) days
6  before the hearing of the matter, and therefore defendants submit that this extension should not effect
7  the Court's schedule for this case. No previous request for any extension has been made.

8      Therefore, with the assent of plaintiff, defendants hereby request that the time for filing their
9  reply brief be extended to Friday, August 22, 2008.

10 Dated: August 14, 2008        WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP
11

12                 By:   */s/ Thomas M. Herlihy*
                          THOMAS M. HERLIHY
13                           LAWRENCE J. ROSE
                          Attorneys for Defendants
14                           UNUM GROUP (formerly known as UNUMPROVIDENT
                          CORPORATION), FIRST UNUM LIFE INSURANCE
15                           COMPANY (erroneously sued as UNUM CORPORATION)
                          and NEW YORK LIFE INSURANCE COMPANY
16

17 SO STIPULATED:

18 Dated: August 15, 2008        BOURHIS & MANN
19
20                 By:   */s/ Lawrence Mann*
                          LAWRENCE MANN
21                           Attorneys for Plaintiff
                          LYLE HUGHES
22

23                         **ORDER**

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26 Dated::                By:
                          Hon. PHYLLIS J. HAMILTON
27                           UNITED STATES DISTRICT JUDGE
28