THOMAS M. HERLIHY  (SBN 83615)
LAWRENCE J. ROSE  (SBN 129511)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION),
FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as
UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

J. RUSSELL STEDMAN  (SBN 117130)
JENNIFER N. LEE  (SBN 230727)
BARGER & WOLLEN LLP
650 California Street, 9th Floor
San Francisco, CA  94108
Telephone:     (415) 434-2800
Facsimile:      (415) 434-2533

Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES, | Case No.:    CV07-04088 PJH |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND TIME TO FILE DEFENDANTS' REPLY BRIEF** |
| v. | |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, NEW YORK LIFE INSURANCE COMPANY, et al., | **and ORDER THEREON** |
| | Hearing Date :   September 17, 2008 |
| | Time             :   9:00 a.m. |
| Defendants. | Courtroom   :   3 |
| | Floor            :   17 |

Defendants, Unum Group (formerly known as Unumprovident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation) and New York Life Insurance Company, with the Stipulation of counsel for the plaintiff, Lyle Hughes, submit this request for a

---

1
**STIPULATED REQUEST TO EXTEND TIME TO FILE REPLY BRIEF**
USDC NDCA Case #CV07-044088 PJH
370280.1

extension of the time available to serve and file their Reply Brief in support of their Motion for Partial Summary Judgment (Docket No. 52) for a period ten (10) day, to Friday, August 22, 2008.

As grounds therefore, defendants state that this request for an extension is necessary because of an error in calendaring following the Court's continuance of the hearing date (Doc. No. 59). Under the extension requested, the defendants' Reply Brief will be on file twenty-five (25) days before the hearing of the matter, and therefore defendants submit that this extension should not effect the Court's schedule for this case. No previous request for any extension has been made.

Therefore, with the assent of plaintiff, defendants hereby request that the time for filing their reply brief be extended to Friday, August 22, 2008.

Dated: August 14, 2008        WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP


                              By:        */s/ Thomas M. Herlihy*
                              THOMAS M. HERLIHY
                              LAWRENCE J. ROSE
                              Attorneys for Defendants
                              UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION), FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY


SO STIPULATED:

Dated: August 15, 2008        BOURHIS & MANN


                              By:        */s/ Lawrence Mann*
                              LAWRENCE MANN
                              Attorneys for Plaintiff
                              LYLE HUGHES


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:: 8/18/08        By: _____
                       Hon. PHYLLIS J. HAMILTON
                       UNITED STATES DISTRICT JUDGE