**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** September 17, 2008                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4088 PJH

**Case Name:** Lyle Hughes v. Unumprovident Corporation, et al.

**Attorney(s) for Plaintiff:**   Matthew Clark
**Attorney(s) for Defendant:**   Jennifer Lee (NY Life); Lawrence J. Rose

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

    Defendants' Motion for Partial Summary Judgment-Held. The court takes the matter under submission. The court will set a further case management conference to discuss case schedule in the order that is filed on defendants' motion for partial summary judgment.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers file