1   RAY BOURHIS (SBN 53196)
    LAWRENCE MANN (SBN 83698)
2   BOURHIS & MANN
    1050 Battery Street
3   San Francisco, CA 94111
    Telephone:    (415) 392-4660
4   Facsimile:    (415) 421-0259

5   Attorneys for Plaintiff
    LYLE HUGHES

6

7   THOMAS M. HERLIHY (SBN 83615)
    LAWRENCE J. ROSE (SBN 129511)
8   FRANCIS TORRENCE (SBN 154653)
    WILSON, ELSER, MOSKOWITZ,
9       EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
10  San Francisco, CA  94105
    Telephone:    (415) 433-0990
11  Facsimile:    (415) 434-1370

12  Attorneys for Defendants UNUM GROUP (formerly known as
    UNUMPROVIDENT CORPORATION), FIRST UNUM LIFE
13  INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and
    NEW YORK LIFE INSURANCE COMPANY
14
    J. RUSSELL STEDMAN (SBN 117130)
15  JENNIFER N. LEE (SBN 230727)
    BARGER & WOLEN LLP
16  650 California Street, 9th Floor
    San Francisco, CA  94108
17  Telephone:    (415) 434-2800
    Facsimile:    (415) 434-2533
18
    Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only
19

20                  **UNITED STATES DISTRICT COURT**

21                  **NORTHERN DISTRICT OF CALIFORNIA**

22  LYLE HUGHES,                          )   Case No.:    CV07-04088 PJH
                                          )
23              Plaintiff,                )   **STIPULATION AND [~~PROPOSED~~]**
                                          )   **ORDER**
24          v.                            )
                                          )
25  UNUMPROVIDENT CORPORATION; UNUM )
    CORPORATION, NEW YORK LIFE            )
26  INSURANCE COMPANY, et al.,            )
                                          )
27              Defendants.               )
                                          )
28  _____

                        STIPULATION AND [PROPOSED] ORDER
    387249.1                                          Case No. CV07-044088 PJH

1    The parties, plaintiff Lyle Hughes ("plaintiff") and defendants Unum Group (formerly known

2   as Unumprovident Corporation), First Unum Life Insurance Company (erroneously sued as Unum

3   Corporation) and New York Life Insurance Company (hereinafter "defendants"), through their

4   respective counsel of record, hereby stipulate as follows:

5    The parties have recently received the Court's Order on defendant's Motion for Partial

6   Summary Judgment regarding the ERISA portion of this case.

7    There is a Case Management Conference scheduled for November 13, 2008.

8    There is currently a Discovery Cut-off date of November 12, 2008 in this case, but no trial

9   date and no specific time lines for expert discovery or other dispositive motions.

10    The parties have been engaged in discovery but mutually have realized that to complete

11   discovery within the current schedule would be extremely onerous.  Rather than wait until the Case

12   Management Conference to raise this issue with the Court (which would be past the relevant

13   deadline), and good cause appearing, the parties believe that the Court would rather have this issue

14   raised and addressed in advance.

15    Therefore, the parties propose the following amendment to the existing pretrial schedule

16   (Discovery Cut-off) and request the Court to issue an order accordingly:

17    Fact Discovery Cut-off:                    January 23, 2009

18    Expert Disclosures:                        February 10, 2009

19    Rebuttal Expert Disclosures:               February 24, 2009

20    Expert Discovery Cut-off:                  March 24, 2009

21

22    Of course, if the Court has questions about this request, or is otherwise inclined, the parties

23   will make themselves available for an early telephonic conference to discuss this issue with the Court

24   ///

25   ///

26   ///

27

28

**STIPULATION AND [PROPOSED] ORDER**

387249.1                                         Case No. CV07-044088 PJH

1    so that resolution is not delayed until the Case Management Conference.

2

3    **IT IS SO STIPULATED**

4

5    Dated: October 15, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6

7                                     By: _____

8                                           THOMAS M. HERLIHY
                                            LAWRENCE J. ROSE
9                                           FRANCIS TORRENCE
                                            Attorneys for Defendants
10                                          UNUM GROUP (formerly known as UNUMPROVIDENT
     CORPORATION), FIRST UNUM LIFE INSURANCE COMPANY
11   (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE
     INSURANCE COMPANY
12

13

14   Dated: October 15, 2008          BARGER & WOLEN

15

16                                     By: _____
                                            JENNIFER LEE
17                                          J. RUSSELL STEDMAN
                                            Attorneys for Defendant
18                                     NEW YORK LIFE INSURANCE COMPANY

19

20   Dated: October 14, 2008          BOURHIS & MANN

21

22                                     By: _____
23                                          RAY BOURHIS
                                            LAWRENCE MANN
24                                          Attorneys for Plaintiff
                                            LYLE HUGHES
25

26

27

28
                                                        2
                                     STIPULATION AND [PROPOSED] ORDER
     387249.1                                           Case No. CV07-044088 PJH

1

**ORDER**

2

3      Good cause appearing, it is hereby ordered that the existing pretrial schedule be amended as

4   follows:

5          Fact Discovery Cut-off:                    January 23, 2009

6          Expert Disclosures:                        February 10, 2009

7          Rebuttal Expert Disclosures:               February 24, 2009

8          Expert Discovery Cut-off:                  March 24, 2009

9      All other pretrial and trial dates will be discussed at the upcoming Case Management

10  Conference on November 13, 2008.

11

12

13  IT IS SO ORDERED

14  Date: ___October 22___, 2008



15                                                        JUDGE
                                                         DISTRIC

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**

387249.1                                                Case No. CV07-044088 PJH