J. Russell Stedman (117130), rstedman@bargerwolen.com
Jennifer N. Lee (230727), jlee@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HUGHES,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION; NEW YORK LIFE INSURANCE COMPANY; and DOES 1 through 20 inclusive,<br><br>    Defendants. | CASE NO.: C07-4088 PJH<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS RELATED TO NYLIC NO. QN6-82 CONTRACT AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: June 28, 2007 |

STIPULATION FOR DISMISSAL OF ALL CLAIMS RELATED TO NYLIC NO. QN6-82 CONTRACT AND [PROPOSED] ORDER--CASE NO.: C07-4088 PJH

403945.2

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  Plaintiff Lyle Hughes ("Plaintiff"), together with Defendants New York Life Insurance Company ("New York Life") and UNUMPROVIDENT Corporation and UNUM Corporation, by and through their counsel of record, hereby stipulate to the following pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

WHEREAS Plaintiff brought this action, asserting disability benefit claims under certain insurance policies and a non-insurance contract entitled the "Nylic No. QN6-82" ("QN6-82 Contract");

WHEREAS Plaintiff and New York Life entered into the QN6-82 Contract on February 1, 1984, when Plaintiff became an agent of New York Life;

WHEREAS the QN6-82 Contract is a contract which sets forth the terms and conditions relating to certain compensation paid to eligible agents of New York Life;

WHEREAS Unum Group (formerly known as Unumprovident Corporation) and First Unum Life Insurance Company (erroneously sued as Unum Corporation) were not parties to the QN6-82 Contract and have no direct nor derivative liability under that contract;

WHEREAS New York Life has filed a Motion for Partial Summary Judgment of Plaintiff's claims asserted under the QN6-82 Contract and the motion is scheduled to be heard by this Court on December 3, 2008;

WHEREAS Plaintiff has agreed to dismiss with prejudice all claims he has or could assert that relate to any benefits due or payable under the QN6-82 Contract;

WHEREAS Plaintiff agrees to release and dismiss New York Life from any and all claims Plaintiff has made or could have made as of the date of the entry of the Order for Dismissal, whether known or unknown arising out of the QN6-82 Contract;

WHEREAS at all relevant times Plaintiff was, and presently is an agent of New York Life with a status of "active," and acknowledges that he has received all benefits payable to him to the present under the QN6-82 Contract; and

WHEREAS Plaintiff and New York Life acknowledge and affirm that this stipulation for dismissal, and the Court's entry of this stipulated dismissal, will not alter New York Life's

-2-
STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS RELATED TO NYLIC NO. QN6-82 CONTRACT AND [PROPOSED] ORDER--CASE NO.: C07-4088 PJH

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

403945.2

1  obligations to Plaintiff under the QN6-82 Contract nor Plaintiff's right to receive benefits in the
2  future according to the written terms and conditions of the QN6-82 Contract, and that Plaintiff's
3  rights and New York Life's obligation under the QN6-82 Contract continue as if Plaintiff had not
4  filed this Action.

5        NOW, THEREFORE, the parties stipulate to the dismissal with prejudice of all claims
6  Plaintiff has made or could have made against any Defendant as of the date of the entry of the
7  following Order for Dismissal that relate to, or in any way arise out of the QN6-82 Contract. This
8  dismissal shall not limit, alter or in any way affect Plaintiff's other claims asserted in the Complaint.
9  All parties will bear their own costs with respect to the dismissed claims.

11  Dated: November 20, 2008          BARGER & WOLEN LLP

13                                            By:  /s/ J. Russell Stedman
14                                                  J. RUSSELL STEDMAN
                                                JENNIFER N. LEE
                                                Attorneys for Defendant
15                                                  NEW YORK LIFE INSURANCE
                                                COMPANY

17  Dated: November 20, 2008          BOURHIS & MANN

19                                            By:  /s/ Lawrence Mann
20                                                  LAWRENCE MANN
                                                Attorneys for Plaintiff LYLE HUGHES

22  Dated: November 20, 2008          WILSON ELSER MOSKOWITZ EDELMAN
                                                & DICKER LLP

23                                            By:  /s/ Thomas M. Herlihy
24                                                  THOMAS M. HERLIHY
                                                LAWRENCE ROSE
25                                                  Attorneys for UNUM GROUP,
                                                FIRST UNUM LIFE INSURANCE
26                                                  COMPANY and NEW YORK LIFE
                                                INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS RELATED TO NYLIC NO. QN6-82 CONTRACT AND [PROPOSED] ORDER--CASE NO.: C07-4088 PJH
403945.2

1  [~~PROPOSED~~] ORDER

2      Based upon the foregoing Stipulation, and good cause appearing therefore, all claims
3  Plaintiff made or could have made against any Defendant as of the date of the entry of this Order for
4  Dismissal that relate to, or in any way arise out of the QN6-82 Contract are dismissed with
5  prejudice, all parties to bear their own costs with respect to such claims.

6      PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  Dated:  11/21/08



HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

-4-
STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS RELATED TO NYLIC NO. QN6-82 CONTRACT AND
[PROPOSED] ORDER--CASE NO.: C07-4088 PJH

403945.2

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800