| | |
|---|---|
| 1 | RAY BOURHIS (SBN 53196) |
| | LAWRENCE MANN (SBN 83698) |
| 2 | BOURHIS & MANN |
| | 1050 Battery Street |
| 3 | San Francisco, CA 94111 |
| | Telephone:   (415) 392-4660 |
| 4 | Facsimile:    (415) 421-0259 |
| 5 | Attorneys for Plaintiff |
| | LYLE HUGHES |
| 6 | |
| 7 | THOMAS M. HERLIHY (SBN 83615) |
| | LAWRENCE J. ROSE (SBN 129511) |
| 8 | FRANCIS TORRENCE (SBN 154653) |
| | WILSON, ELSER, MOSKOWITZ, |
| 9 |    EDELMAN & DICKER LLP |
| | 525 Market Street, 17th Floor |
| 10 | San Francisco, CA  94105 |
| | Telephone:   (415) 433-0990 |
| 11 | Facsimile:    (415) 434-1370 |
| 12 | Attorneys for Defendants UNUM GROUP (formerly known as |
| | UNUMPROVIDENT CORPORATION), FIRST UNUM LIFE |
| 13 | INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and |
| | NEW YORK LIFE INSURANCE COMPANY |
| 14 | |
| | J. RUSSELL STEDMAN (SBN 117130) |
| 15 | JENNIFER N. LEE (SBN 230727) |
| | BARGER & WOLEN LLP |
| 16 | 650 California Street, 9th Floor |
| | San Francisco, CA  94108 |
| 17 | Telephone:   (415) 434-2800 |
| | Facsimile:    (415) 434-2533 |
| 18 | |
| | Co-Counsel for NEW YORK LIFE INSURANCE COMPANY only |
| 19 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 22 | LYLE HUGHES, | ) Case No.:   CV07-04088 PJH |
| 23 | Plaintiff, | ) **STIPULATION RE: DISCOVERY** |
| | | ) **DEADLINES** |
| 24 | v. | ) **AND** |
| | | ) **[PROPOSED] ORDER** |
| 25 | UNUMPROVIDENT CORPORATION; UNUM | ) |
| | CORPORATION, NEW YORK LIFE | ) |
| 26 | INSURANCE COMPANY, et al., | ) |
| | | ) |
| 27 | Defendants. | ) |

---

**STIPULATION AND [PROPOSED] ORDER**

405273.1                                                                                                   Case No. CV07-044088 PJH

1     WHEREAS, at the Case Management Conference on November 13, 2008, the Court set a trial date for this matter of May 10, 2010, and a deadline for dispositive motions to be heard by January 13, 2010, with briefing to be completed by December 23, 2009; and

    WHEREAS, the Court invited the parties to stipulate to revised deadlines for discovery in accord with that trial schedule; and

    THEREFORE, the parties, plaintiff Lyle Hughes ("plaintiff") and defendants Unum Group (formerly known as Unumprovident Corporation), First Unum Life Insurance Company (erroneously sued as Unum Corporation) and New York Life Insurance Company by and through their respective counsel of record, hereby stipulate and agree to the following discovery deadlines:

| | |
|---|---|
| Fact Discovery Cut-off: | September 1, 2009 |
| Expert Disclosures: | September 14, 2009 |
| Rebuttal Expert Disclosures: | October 1, 2009 |
| Expert Discovery Cut-off: | November 30, 2009 |

**IT IS SO STIPULATED**

Dated: November 24, 2008   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *Thomas M. Herlihy*
      THOMAS M. HERLIHY
      LAWRENCE J. ROSE
      Attorneys for Defendants
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION), FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued as UNUM CORPORATION) and NEW YORK LIFE INSURANCE COMPANY

Dated: November 24, 2008   BARGER & WOLEN

By: *Jennifer Lee*
      JENNIFER LEE
      J. RUSSELL STEDMAN
      Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

Dated: November 24, 2008   BOURHIS & MANN

By: *Lawrence Mann*
RAY BOURHIS
LAWRENCE MANN
Attorneys for Plaintiff
LYLE HUGHES

**ORDER**

Good cause appearing, it is hereby ordered that the existing pretrial schedule be amended as follows:

| | |
|---|---|
| Fact Discovery Cut-off: | September 1, 2009 |
| Expert Disclosures: | September 14, 2009 |
| Rebuttal Expert Disclosures: | October 1, 2009 |
| Expert Discovery Cut-off: | November 30, 2009 |

All other pretrial and trial dates will continue in place in accord with the Court's Minute Order following the Case Management Conference held on November 13, 2008.

**IT IS SO ORDERED.**

Date: ___November 26___, 2008

_____
Hon. _____
Judge, _____ District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
**STIPULATION AND [PROPOSED] ORDER**
405273.1                                                    Case No. CV07-044088 PJH